# IN THE

# United States Court of Appeals
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff - Appellee,*

v.

RANDY BANKS,

*Defendant - Appellant,*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT BALTIMORE

## JOINT APPENDIX - VOLUME XIII OF XXII
### (Pages 6130 - 6636)

Gerald T. Zerkin
ATTORNEY AT LAW
P. O. Box 5665
Richmond, VA 23220
804-921-4885
*Counsel for Appellant*
  *Randy Banks*

Allen H. Orenberg
THE ORENBERG
LAW FIRM, PC
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854
301-984-8005
*Counsel for Appellant*
  *Jamal Lockley*

Adam B. Schwartz
SHEARMAN &
STERLING LLP
401 9th Street, NW
Suite 800
Washington, DC 20008
202-508-8009
*Counsel for Appellant*
  *Dante Bailey*

Stuart A. Berman
LERCH, EARLY &
BREWER, CHARTERED
7600 Wisconsin Avenue
Suite 700
Bethesda, MD 20814
301-657-0729
*Counsel for Appellant*
  *Shakeen Davis*

Carmen D. Hernandez
ATTORNEY AT LAW
7166 Mink Hollow Road
Highland, MD 20777
240-472-3391
*Counsel for Appellant*
  *Corloyd Anderson*

Counsel for Appellee on Inside Cover

Brandon K. Moore
Assistant United States Attorney
United States Attorney's Office for the District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4826

*Counsel for Appellee*

# TABLE OF CONTENTS

## VOLUME XIII OF XXII

Government's Trial Exhibits (GEX):

GEX CELL2a:    Excerpts from Alcatel cell phone with phone number (240)713-0332, recovered from Shakeen Davis on 2016-04-26 ...................................................................... 6130

GEX CELL3a:    Excerpts from LG cell phone recovered from Shakeen Davis on 2017-02-24 ........................................ 6148

GEX CR2:  District Court of Maryland (Baltimore City) Charges and Disposition for Shakeen Davis Retrieved April 9, 2019 ......... 6164

GEX IC84:  Photo of T-Roy, Creams, Mal, Charlie ..................................... 6169

GEX IC85:  Photo of Creams, Menace ......................................... 6170

GEX IND19:    Photo of Shakeen Davis ....................................... 6171

GEX J-17T:    2015-07-01 at 1820 Transcript of Ex..J-17 - Sydni Frazier to 4437140982 (Shakeen Davis) ................... 6172

GEX J-30T:    2015-08-28 at 1849 Transcript of Ex. J-30 Jail Call - Overt Act 71 - William Jones to 4107629166 (Melvin Lashley) ................................................................. 6175

GEX SM6:    Instagram Excerpts - 5almighty_gang2 (Dante Bailey) ...... 6176

GEX SM10:    Instagram - creams_dinero - Excerpts_Redacted ............... 6286

GEX SM13:    Instagram - fh_dinero - Excerpts_Redacted ........................ 6323

GEX SM13a:    Instagram - fh_dinero (Shakeen Davis) - Home Page ......... 6337

GEX SM13b:    Instagram Excerpts - fh_dinero (Shakeen Davis) - Mobb Meeting with a Mobb Boss ................................................. 6338

GEX YT14T:   Transcript of Ex. YT14 - 2015.08.10 PATisDOPE
One on One Interview with Gutta Almighty ....................... 6339

GEX DL18:   Excerpts of the Exhibit - Drug lab report, search
warrant at Dante Bailey's residence May 17, 2016 ..............6344

Defendant's Trial Exhibit (DEX):

DEX 15: Trial Stipulation (Corloyd Anderson) ........................................... 6353

Verdict (Randy Banks)
Filed May 2, 2019 [ECF1170]...................................................................... 6354

Verdict (Jamal Lockley)
Filed May 2, 2019 [ECF1172]...................................................................... 6357

Verdict (Corloyd Anderson)
Filed May 2, 2019 [ECF1174]...................................................................... 6361

Verdict (Shakeen Davis)
Filed May 2, 2019 [ECF1176]...................................................................... 6365

Verdict (Dante Bailey)
Filed May 2, 2019 [ECF1180]...................................................................... 6369

Transcript of Sentencing Proceedings (Randy Banks)
Before the Honorable Catherine C. Blake
On August 26, 2019 ...................................................................... 6373

Notice of Appeal (Randy Banks)
Filed August 28, 2019 [ECF1274]............................................................... 6457

Judgment in a Criminal Case (Randy Banks)
Entered August 28, 2019 [ECF1275] ........................................................ 6459

Transcript of Sentencing (Shakeen Davis)
Before the Honorable Catherine C. Blake
On October 11, 2019...................................................................... 6465

Judgment in a Criminal Case (Shakeen Davis)
    Entered October 16, 2019 [ECF1307] ...........................................................6548

Notice of Appeal (Shakeen Davis)
    Filed October 17, 2019 [ECF1310] ............................................................. 6555

Defendant Bailey's Supplement to Response to
Motion to Enforce Plea Agreement with Exhibits
    Filed October 23, 2019 [ECF1313] ............................................................. 6557

        Ex. A:    Affidavit in Support of Motion to Enforce Plea
                  Agreement (by counsel) [ECF1313-1] ................................ 6559

        Ex. B:    Affidavit in Support of Motion to Enforce
                  Plea Agreement (by counsel) [ECF1313-2]........................ 6601

# Item BCP 31
## Selected Excerpts from Alcatel One Touch Cell Phone with Phone No. (240) 713-0332, Recovered from Shakeen Davis on April 26, 2016

**Selected Contacts:**

| Name | Category | Value |
|------|----------|-------|
| 410jnobooking@gmail.com | Email Other | |
| 5200boyz@gmail.com | Email Other | |
| cholly1500@yahoo.com | Email Other | |
| dirtyboy5200@gmail.com | Email Other | |
| gmb5200@yahoo.com | Email Other | |
| Lilsid5200@yahoo.com | Email Other | |
| manman3400@gmail.com | Email Other | |
| Mel | Mobile | (443) 599-3153 |
| OG | Mobile | (443) 693-7433 |
| Tr | Mobile | (443) 709-7780 |
| troublem5200@icloud.com | Email Other | |
| wolfmobb@icloud.com | Email Other | |

**SMS Messages Showing User Attribution:**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1455 | +14436999010 Tay* | | 3/23/2016 8:59:31 PM (UTC-4) | Shakeen |
| 1369 | +16672281370 | | 3/26/2016 9:48:06 PM (UTC-4) | Goodnight Creams I love you more |
| 1059 | +16672281370 | | 4/6/2016 9:56:51 PM (UTC-4) | You never sit down and tell me what's yo without us arguing. And no matter if you really mean it or not those words came from the Shakeen I used to know. And I thank you. I love you |
| 977 | +16672281370 | | 4/8/2016 9:19:23 PM (UTC-4) | What's the problem now Creams ? |
| 761 | +14435159252 Block* | | 4/13/2016 12:22:45 PM (UTC-4) | Can yo pls call me shakeen I'm scared |
| 689 | +14435159252 Block* | | 4/14/2016 3:25:26 PM (UTC-4) | Shakeen |
| 444 | +14104978884 | | 4/19/2016 10:49:06 PM (UTC-4) | Gn shakeen |
| 309 | +16672281370 | | 4/22/2016 9:05:08 AM (UTC-4) | On point with what ? Shakeen be for real. The police ain't looking for me... |

1

GOVT. EXHIBIT NO. _____ CELL2a

CASE NO. _____ CCB-16-0267

IDENTIFICATION _____

ADMITTED _____

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | | | | Maybe you just wanted something to say to me or hear my voice. It's cool |
| 176 | +16672281370 | | 4/24/2016 9:06:58 AM (UTC-4) | I seen her Shakeen and Sky in the bed together on snapchat. She so phones want to keep texting my phone about him all she want to do is make sure we not together so they can get together. But watch when 40 come home next month I'm going DM him the screenshots. |

**Selected SMS Messages:**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1621 | +13016069399 Fh* | | 3/17/2016 9:35:13 AM (UTC-4) | Hey its j. The dude u just saw |
| 1620 | | +13016069399 Fh* | 3/17/2016 9:35:32 AM (UTC-4) | Ok |
| 1618 | +13016069399 Fh* | | 3/17/2016 9:36:24 AM (UTC-4) | Wanted to grab 2 more. Can u do that for 2 bills |
| 1617 | | +13016069399 Fh* | 3/17/2016 9:36:37 AM (UTC-4) | Yea |
| 1616 | +13016069399 Fh* | | 3/17/2016 9:37:12 AM (UTC-4) | Awewome. I'm a grab the bread then tell me where to go |
| | | | | |
| 1576 | +13016069399 Fh* | | 3/18/2016 1:15:40 PM (UTC-4) | U got the same stuff or new |
| 1564 | +13016069399 Fh* | | 3/18/2016 7:25:51 PM (UTC-4) | U gonna text me an address? |
| 1562 | +13016069399 Fh* | | 3/18/2016 7:26:04 PM (UTC-4) | Allandale and gwynn falls? |
| 1561 | | +13016069399 Fh* | 3/18/2016 7:26:09 PM (UTC-4) | Yea |
| 1560 | | +13016069399 Fh* | 3/18/2016 7:26:13 PM (UTC-4) | Thts the street |
| 1559 | +13016069399 | | 3/18/2016 | Ok I'll see u there |

2

GOVT. EXHIBIT NO. _____ CELL2a _____

CASE NO. _____ CCB-16-0267 _____

IDENTIFICATION _____

ADMITTED _____

**JA6131**

| #    | Sender                     | Recipient                  | Date/Time                          | Text                                                                                                                  |
|------|----------------------------|----------------------------|------------------------------------|---------------------------------------------------------------------------------------------------------------------|
|      | Fh*                        |                            | 7:26:16 PM (UTC-4)                 |                                                                                                                     |
| 1558 | +13016069399 Fh*           |                            | 3/18/2016 7:47:28 PM (UTC-4)       | I'm in a caddy                                                                                                       |
| 1546 | +13016069399 Fh*           |                            | 3/19/2016 2:09:11 AM (UTC-4)       | Those boys were not the same and stepped on pretty hard. Just fyi                                                    |
| 1541 |                            | +13016069399 Fh*           | 3/19/2016 12:05:59 PM (UTC-4)      | Ok thanks for lettn me know I have smethn different too ill give you a piece                                          |
|      |                            |                            |                                    |                                                                                                                     |
| 1537 | +12407028596               |                            | 3/19/2016 3:53:48 PM (UTC-4)       | I need 4 total. Divided in to 2 and 2. Bud                                                                           |
| 1536 |                            | +12407028596               | 3/19/2016 3:56:54 PM (UTC-4)       | Ok                                                                                                                  |
|      |                            |                            |                                    |                                                                                                                     |
| 1534 | +13013322053 Pete*         |                            | 3/20/2016 2:33:22 PM (UTC-4)       | Yo                                                                                                                  |
| 1533 |                            | +13013322053 Pete*         | 3/20/2016 2:33:52 PM (UTC-4)       | I got a bomb                                                                                                         |
|      |                            |                            |                                    |                                                                                                                     |
| 1528 | +12404188783               |                            | 3/20/2016 4:43:37 PM (UTC-4)       | Ight bet. Oh yea, by the way, that last batch was just a little short. I'm not too pressed about it...just thought to let you know. |
| 1527 |                            | +12404188783               | 3/20/2016 4:44:22 PM (UTC-4)       | Ok                                                                                                                  |
| 1518 | +12404188783               |                            | 3/20/2016 6:30:27 PM (UTC-4)       | If ya can split it as 1, 1, & .5. Appreciate it bruh                                                                 |
|      |                            |                            |                                    |                                                                                                                     |
| 1505 | +12405650009               |                            | 3/21/2016 6:16:49 PM (UTC-4)       | hey hun                                                                                                             |
| 1504 |                            | +12405650009               | 3/21/2016 6:17:12 PM (UTC-4)       | Wassup                                                                                                             |
| 1503 | +12405650009               |                            | 3/21/2016 6:17:57 PM (UTC-4)       | u be out for a little                                                                                                |
| 1502 |                            | +12405650009               | 3/21/2016 6:18:12 PM (UTC-4)       | Yea                                                                                                                |
| 1501 | +12405650009               |                            | 3/21/2016 6:18:28 PM (UTC-4)       | ok ima head towards u                                                                                                |
|      |                            |                            |                                    |                                                                                                                     |
| 1489 | +12404188783               |                            | 3/22/2016 1:56:28 PM (UTC-4)       | Hey Bruh, are yoga available?                                                                                        |

**JA6132**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1488 | | +12404188783 | 3/22/2016 1:57:02 PM (UTC-4) | Yea |
| 1487 | +12404188783 | | 3/22/2016 2:18:16 PM (UTC-4) | Ok  I should be able to start heading over shortly. I'll call you when I do |
| | | | | |
| 1486 | +13018286230 | | 3/22/2016 3:17:30 PM (UTC-4) | Hey, any chance you could get me a $20 of green |
| 1481 | | +13018286230 | 3/22/2016 7:22:34 PM (UTC-4) | You still needed green |
| 1480 | +13018286230 | | 3/22/2016 7:48:45 PM (UTC-4) | Yeah but I'll  be coming down tomorrow morning for boy so can I grab it at the same time? I'll def want it if you can do it |
| | | | | |
| 1424 | +12404188783 | | 3/24/2016 9:27:55 AM (UTC-4) | Good Morning Bruh. You available today? Also, ya got new stuff? Stuff from the other day is kinda weak. |
| 1423 | | +12404188783 | 3/24/2016 9:35:44 AM (UTC-4) | Yea & ill get you smethn better |
| 1414 | +12404188783 | | 3/24/2016 12:11:52 PM (UTC-4) | I should be able to head your way shortly. I'll call you when I do tho. |
| 1413 | | +12404188783 | 3/24/2016 12:12:30 PM (UTC-4) | Ok |
| 1412 | +12404188783 | | 3/24/2016 1:13:01 PM (UTC-4) | Actually if you want, you can do 3 bags or all halves. Whichever works best for you. |
| | | | | |
| 1410 | +13016766569 Ann* | | 3/24/2016 7:05:22 PM (UTC-4) | Yoo I'm 20 min out I need 2 gs. |
| 1409 | | +13016766569 Ann* | 3/24/2016 7:05:33 PM (UTC-4) | Ok |
| 1408 | +13016766569 Ann* | | 3/24/2016 7:29:02 PM (UTC-4) | How long u think u gonna b? |
| | | | | |
| 1404 | +13018286230 | | 3/24/2016 9:58:10 PM (UTC-4) | Hey, you gonna be up early? Wanna come by at 9:30 if that's cool, I have to be somewhere by 10am . |
| 1403 | | +13018286230 | 3/24/2016 9:58:25 PM (UTC-4) | Ok |

JA6133

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1402 | +13018286230 | | 3/24/2016 9:59:50 PM (UTC-4) | Thanks, I'll call you at 9:00 when I leave to head down |
| 1333 | +12405177604 | | 3/27/2016 1:00:59 PM (UTC-4) | Hey |
| 1332 | | +12405177604 | 3/27/2016 1:18:04 PM (UTC-4) | Whtsup |
| 1331 | +12405177604 | | 3/27/2016 1:20:00 PM (UTC-4) | Just letting you no im back straight |
| 1330 | | +12405177604 | 3/27/2016 1:20:19 PM (UTC-4) | Who this |
| 1329 | +12405177604 | | 3/27/2016 1:20:38 PM (UTC-4) | G |
| | | | | |
| 1273 | +12402857904 | | 3/28/2016 8:16:36 PM (UTC-4) | Good? |
| 1272 | | +12402857904 | 3/28/2016 8:16:52 PM (UTC-4) | Yea |
| 1271 | +12402857904 | | 3/28/2016 8:17:31 PM (UTC-4) | Cool. You got new stuff? The at stuff kinda Gelled up |
| 1270 | | +12402857904 | 3/28/2016 8:18:09 PM (UTC-4) | I have sme tan |
| 1269 | +12402857904 | | 3/28/2016 8:20:15 PM (UTC-4) | Ok cool. I'm in WVA now but I'll call you when I'm coming down |
| 1268 | | +12402857904 | 3/28/2016 8:20:41 PM (UTC-4) | Ok |
| | | | | |
| 1323 | | +14434845704 | 3/28/2016 1:53:45 AM (UTC-4) | I jst dropped ed off |
| 1322 | +14434845704 | | 3/28/2016 1:55:33 AM (UTC-4) | Shordy still wit u |
| 1321 | | +14434845704 | 3/28/2016 1:57:52 AM (UTC-4) | N a h |
| 1320 | | +14434845704 | 3/28/2016 1:58:13 AM (UTC-4) | Tell dinka get me a mission |
| 1319 | +14434845704 | | 3/28/2016 1:58:35 AM (UTC-4) | Shordy went ta sleep I need a mission to my nig |
| | | | | |
| 1280 | +13018286230 | | 3/28/2016 5:35:40 PM (UTC-4) | I'm here, I'll take a dub of green if you have it, thanks |
| 1279 | | +13018286230 | 3/28/2016 5:35:56 PM (UTC-4 | Ok |
| 1266 | +13018286230 | | 3/28/2016 8:47:16 PM (UTC-4) | Really good, best in the last month or two |
| | | | | |

**JA6134**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1278 | +13016937206 | | 3/28/2016 6:35:04 PM (UTC-4) | We are here at the bottom |
| 1277 | | +13016937206 | 3/28/2016 6:37:28 PM (UTC-4) | K |
| | | | | |
| 1276 | +13042409809 | | 3/28/2016 7:38:48 PM (UTC-4) | Headed ur way...cool? N need 2 grab some extra too |
| 1275 | +13042409809 | | 3/28/2016 7:47:45 PM (UTC-4) | It's Julie, I just need to know what's up!? I'd like 2 grab if it's the other from today, if u can't replace the other ones 4 some odd reason I'm cool with u adding just some extra in every time until we have gotten even!  I have kids tho so I have sitter now, can I come through? |
| 1274 | +13042409809 | | 3/28/2016 7:51:50 PM (UTC-4) | Really? |
| 1215 | | +13042409809 | 3/30/2016 10:51:54 PM (UTC-4) | Everything back good |
| | | | | |
| 1262 | +12404188783 | | 3/29/2016 1:06:40 PM (UTC-4) | Afternoon Bruh. You available? If so, what kind do ya got? I'm hoping it ain't that yellow stuff...it sucked. |
| 1261 | | +12404188783 | 3/29/2016 1:17:04 PM (UTC-4) | I have tan stuff |
| 1260 | +12404188783 | | 3/29/2016 1:22:12 PM (UTC-4) | Strong stuff? I just gotta get my shit together & I'll be on my way. I'll hit ya up when I do |
| 1259 | | +12404188783 | 3/29/2016 1:22:48 PM (UTC-4) | Yea its not tht yellow sht tho |
| | | | | |
| 1249 | +13016937206 | | 3/29/2016 5:00:44 PM (UTC-4) | Hey homie I'm on my way. I have 130. Can you do anything more than one for that. |
| 1243 | +13016937206 | | 3/29/2016 5:46:54 PM (UTC-4) | Call me it's been 20. I'm waiting off security |
| | | | | |
| 1221 | +12407028596 | | 3/30/2016 10:27:52 AM (UTC-4) | How long till u get here bud |
| 1220 | +12407028596 | | 3/30/2016 10:34:15 AM (UTC-4) | I'm in the green ford truck again |

**JA6135**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1219 | | +12407028596 | 3/30/2016 10:34:41 AM (UTC-4) | 2min |
| 1218 | +12407028596 | | 3/30/2016 10:35:14 AM (UTC-4) | Ok |
| 1217 | | +12407028596 | 3/30/2016 10:40:57 AM (UTC-4) | Cme to bp |
| 1216 | +12407028596 | | 3/30/2016 10:41:25 AM (UTC-4) | Ok |
| | | | | |
| 1208 | +13016937206 | | 3/30/2016 10:56:29 PM (UTC-4) | Yo call me so I can head down.  I got bread |
| | | | | |
| 1201 | +13018286230 | | 3/31/2016 7:35:20 PM (UTC-4) | Can you put it in one bag so I can clock it |
| 1200 | | +13018286230 | 3/31/2016 7:36:57 PM (UTC-4) | Ok |
| | | | | |
| 1192 | +13018286230 | | 4/1/2016 9:39:26 PM (UTC-4) | 4g, $20 of green if you can |
| 1191 | | +13018286230 | 4/1/2016 9:39:46 PM (UTC-4) | Ok |
| 1190 | +13018286230 | | 4/1/2016 10:09:54 PM (UTC-4) | I'm here |
| | | | | |
| 1180 | +14433062985 | | 4/2/2016 11:33:32 AM (UTC-4) | Ok anything u want added to it |
| 1179 | | +14433062985 | 4/2/2016 11:34:06 AM (UTC-4) | Ar 15 behind gmb |
| 1178 | +14433062985 | | 4/2/2016 11:35:10 AM (UTC-4) | Ok |
| 1176 | | +14433062985 | 4/2/2016 11:46:15 AM (UTC-4) | Ar 15 is a gun |
| 1175 | | +14433062985 | 4/2/2016 11:46:18 AM (UTC-4) | Lol |
| 1174 | | +14433062985 | 4/2/2016 | How much you want tho |

**JA6136**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | | | 11:46:32 AM (UTC-4) | |
| 1173 | +14433062985 | | 4/2/2016 11:51:17 AM (UTC-4) | Lmaoooo o |
| 1172 | +14433062985 | | 4/2/2016 11:51:36 AM (UTC-4) | U can give me 30 |
| 1171 | +14433062985 | | 4/2/2016 11:51:44 AM (UTC-4) | I feel dumb |
| 1170 | | +14433062985 | 4/2/2016 11:51:54 AM (UTC-4) | K |
| 1169 | +14433062985 | | 4/2/2016 11:56:16 AM (UTC-4) | Check your email bout to send all three |
| 1168 | | +14433062985 | 4/2/2016 11:59:31 AM (UTC-4) | Yea just a different font for the big gmb letters |
| 1167 | | +14433062985 | 4/2/2016 12:18:28 PM (UTC-4) | The last one |
| 1166 | | +14433062985 | 4/2/2016 12:19:49 PM (UTC-4) | Is it any way you can lighten up shadow at bottom of bag |
| | | | | |
| 1177 | +13018286230 | | 4/2/2016 11:45:11 AM (UTC-4) | I just wanna buy somedont care about the other 2 |
| 1164 | | +13018286230 | 4/2/2016 1:54:05 PM (UTC-4) | Im waitn to get smethn different |
| 1163 | +13018286230 | | 4/2/2016 1:54:42 PM (UTC-4) | Ok let me know thanks |
| 1160 | +13018286230 | | 4/2/2016 6:20:55 PM (UTC-4) | Hey, you ever get new stuff? |
| 1157 | +13018286230 | | 4/2/2016 7:42:43 PM (UTC-4) | Can I att least buy 2.5 I have cash |
| 1155 | | +13018286230 | 4/2/2016 8:52:12 PM (UTC-4) | Yea |
| | | | | |
| 1146 | | +13018286230 | 4/4/2016 7:23:18 AM (UTC-4) | Got fire |
| 1117 | | +13018286230 | 4/4/2016 2:15:21 PM (UTC-4) | 910 Carrollton st |

JA6137

| # | Sender | Recipient | Date/Time | Text |
|------|--------|-----------|-----------|------|
| 1116 | +13018286230 | | 4/4/2016 2:15:43 PM (UTC-4) | Ok |
| | | | | |
| 1144 | | +13016937206 | 4/4/2016 7:23:47 AM (UTC-4) | Got fire |
| 1136 | +13016937206 | | 4/4/2016 7:25:16 AM (UTC-4) | We we will be on the way soon to see u |
| | | | | |
| 1142 | | +12407028596 | 4/4/2016 7:23:57 AM (UTC-4) | Got fire |
| 1134 | +12407028596 | | 4/4/2016 9:08:03 AM (UTC-4) | I'm n the back of the lot |
| 1133 | | +12407028596 | 4/4/2016 9:08:18 AM (UTC-4) | Ok |
| | | | | |
| 1110 | +12407028596 | | 4/5/2016 9:36:34 AM (UTC-4) | Need 5 |
| 1109 | | +12407028596 | 4/5/2016 9:42:40 AM (UTC-4) | Ok |
| | | | | |
| 1095 | +13016937206 | | 4/6/2016 10:15:55 AM (UTC-4) | Can you get any girl also |
| 1093 | | +13016937206 | 4/6/2016 10:30:01 AM (UTC-4) | Ill try |
| | | | | |
| 1087 | +13018286230 | | 4/6/2016 6:51:59 PM (UTC-4) | You around |
| 1086 | | +13018286230 | 4/6/2016 6:52:14 PM (UTC-4) | Yea |
| 1085 | +13018286230 | | 4/6/2016 6:52:49 PM (UTC-4) | 20 minutes out |
| 1084 | | +13018286230 | 4/6/2016 6:52:59 PM (UTC-4) | Ok |
| 1083 | +13018286230 | | 4/6/2016 7:21:06 PM (UTC-4) | I'm here |
| 1082 | +13018286230 | | 4/6/2016 7:21:47 PM (UTC-4) | I'll take a dub of green if you have it |
| | | | | |
| 1050 | | +16672281370 | 4/6/2016 11:56:35 PM (UTC-4) | No im at bp |
| 1048 | | +16672281370 | 4/6/2016 11:59:20 PM (UTC-4) | Q rolling a blunt lol |
| | | | | |

**JA6138**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1028 | +12404188783 | | 4/7/2016 12:57:59 PM (UTC-4) | Afternoon Bruh. You available? |
| 1023 | +12404188783 | | 4/7/2016 9:40:46 PM (UTC-4) | Stuff is pretty good. So yea, I'd say get more |
| 1022 | +12407028596 | | 4/8/2016 6:50:43 AM (UTC-4) | U up yet bud |
| 1021 | | +12407028596 | 4/8/2016 6:51:09 AM (UTC-4) | Yea |
| 1020 | | +12407028596 | 4/8/2016 8:03:17 AM (UTC-4) | Edmondson |
| 1019 | +12407028596 | | 4/8/2016 8:04:13 AM (UTC-4) | OK |
| 1018 | +12407028596 | | 4/8/2016 8:09:58 AM (UTC-4) | 2 and a half |
| 1017 | +12407028596 | | 4/8/2016 8:15:21 AM (UTC-4) | I'll be there n 3 minutes |
| | | | | |
| 1013 | +12404188783 | | 4/8/2016 9:09:53 AM (UTC-4) | Morning Bruh. You available this morning? |
| 1012 | | +12404188783 | 4/8/2016 9:24:44 AM (UTC-4) | Yes |
| 1011 | +12404188783 | | 4/8/2016 9:31:46 AM (UTC-4) | Ight bet. I should be heading your way shortly. |
| 1010 | +12404188783 | | 4/8/2016 10:31:49 AM (UTC-4) | 1.5 |
| 1008 | | +12404188783 | 4/8/2016 11:01:04 AM (UTC-4) | Ok |
| 994 | +12404188783 | | 4/8/2016 3:02:23 PM (UTC-4) | Hey Bruh. That stuff I got from just earlier today isn't so great. Also, it was kind of short. I don't think this stuff is the same as stuff from yesterday. |
| 991 | +12404188783 | | 4/8/2016 3:10:34 PM (UTC-4) | In any case, I'll most likely be coming up tomorrow afternoon. |
| 967 | +12404188783 | | 4/9/2016 8:25:41 AM (UTC-4) | Morning Bruh. You gonna be available later on today in the afternoon? To be honest with ya, I think that stuff from yesterday was like "bottom of batch" stuff. I think it was just "cut" stuff. |
| 966 | | +12404188783 | 4/9/2016 8:26:54 AM (UTC-4) | Okay I got brown  for you |
| 965 | +12404188783 | | 4/9/2016 8:28:30 AM (UTC-4) | Cool. Appreciate it Bruh. Sorry to bad mouth to ya, I know ya don't like to hear that. You think ya could compensate me at all? |
| | | | | |

**JA6139**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 936 | +13018286230 | | 4/9/2016 4:45:55 PM (UTC-4) | Made it through detox, ended up in the hospital but I'm better now, good luck with everything and I'll send people your way if they are looking |
| 869 | +12404188783 | | 4/11/2016 10:15:13 AM (UTC-4) | Morning Bruh. You available this afternoon? |
| 866 | | +12404188783 | 4/11/2016 10:27:15 AM (UTC-4) | Yes |
| 865 | +12404188783 | | 4/11/2016 10:29:22 AM (UTC-4) | Ight bet. Is it brown stuff by chance? That stuff is good |
| 863 | | +12404188783 | 4/11/2016 10:34:05 AM (UTC-4) | Yea |
| 862 | +12404188783 | | 4/11/2016 10:47:48 AM (UTC-4) | Word. I'll keep ya posted as far as when I'm heading over. |
| 858 | +12404188783 | | 4/11/2016 1:33:35 PM (UTC-4) | I should be heading your way shortly. |
| 857 | | +12404188783 | 4/11/2016 1:34:41 PM (UTC-4) | K |
| 852 | +12404188783 | | 4/11/2016 3:06:04 PM (UTC-4) | Just a friendly reminder...2.5 but separated in halves |
| | | | | |
| 750 | +12404188783 | | 4/13/2016 2:58:03 PM (UTC-4) | Afternoon bruh.  You available? |
| 749 | | +12404188783 | 4/13/2016 2:58:25 PM (UTC-4) | Yea I got smethb nice too |
| 748 | +12404188783 | | 4/13/2016 3:00:41 PM (UTC-4) | Ohh word! I should be able to head your way shortly. I'll hit you up when I do. |
| | | | | |
| 742 | +13013322053 Pete* | | 4/13/2016 6:27:45 PM (UTC-4) | Yo |
| 741 | | +13013322053 Pete* | 4/13/2016 6:37:49 PM (UTC-4) | Yo |
| 740 | +13013322053 Pete* | | 4/13/2016 6:38:05 PM (UTC-4) | What you got |
| 738 | | +13013322053 Pete* | 4/13/2016 6:38:23 PM (UTC-4) | Dark |
| 737 | +13013322053 Pete* | | 4/13/2016 6:38:40 PM (UTC-4) | Ok on my way |

JA6140

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 734 | | +13013322053 Pete* | 4/13/2016 6:42:24 PM (UTC-4) | Ok |
| | | | | |
| 611 | +12405650009 | | 4/17/2016 1:38:20 PM (UTC-4) | Anything good around |
| 610 | | +12405650009 | 4/17/2016 1:38:45 PM (UTC-4) | Yea yea |
| 609 | +12405650009 | | 4/17/2016 1:39:14 PM (UTC-4) | oh yea |
| 604 | +12405650009 | | 4/17/2016 1:55:39 PM (UTC-4) | k can i come see u |
| 600 | | +12405650009 | 4/17/2016 2:03:41 PM (UTC-4) | K |
| 591 | +12405650009 | | 4/17/2016 4:26:41 PM (UTC-4) | hey hun im down here but just realized that i didn't  grab the right thing of money im 10 short if u can do something let me know im here if not tell me to |
| | | | | |
| 589 | +14436408950 | | 4/17/2016 5:11:58 PM (UTC-4) | Bro half play rey pull up n like ten |
| 588 | | +14436408950 | 4/17/2016 5:26:58 PM (UTC-4) | Yo im on norfolk |
| 587 | | +14436408950 | 4/17/2016 5:27:13 PM (UTC-4) | Im fault I shou l d have told you |
| 586 | +14436408950 | | 4/17/2016 5:27:52 PM (UTC-4) | Dang |
| 585 | +14436408950 | | 4/17/2016 5:33:19 PM (UTC-4) | Whfre u want me send em |
| 584 | | +14436408950 | 4/17/2016 5:34:08 PM (UTC-4) | Any closr you tell me |
| 583 | +14436408950 | | 4/17/2016 5:34:58 PM (UTC-4) | They on ea now |
| | | | | |
| 560 | +12407028596 | | 4/18/2016 8:11:33 AM (UTC-4) | Light brown or dark stuff? |
| 559 | | +12407028596 | 4/18/2016 8:11:48 AM (UTC-4) | Dark |

12

**JA6141**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 558 | | +12407028596 | 4/18/2016 8:12:04 AM (UTC-4) | Or light either or |
| 557 | +12407028596 | | 4/18/2016 8:12:46 AM (UTC-4) | Can I get one of each |
| 556 | | +12407028596 | 4/18/2016 8:16:24 AM (UTC-4) | K |
| | | | | |
| 545 | +12404188783 | | 4/18/2016 6:54:07 PM (UTC-4) | Good Evening Bruh. You available tonight? I think I'd be able to head your way shortly. |
| 544 | | +12404188783 | 4/18/2016 6:54:24 PM (UTC-4) | Yea |
| 542 | +12404188783 | | 4/18/2016 7:12:59 PM (UTC-4) | Ight bet. I should be on my way shortly. I'll call you before I'm on my way |
| 541 | | +12404188783 | 4/18/2016 7:13:17 PM (UTC-4) | K |
| 538 | +12404188783 | | 4/18/2016 8:15:03 PM (UTC-4) | 3 but in halves. I appreciate it Bruh. I'll most likely need to come back tomorrow too, just to let ya know |
| 496 | +12404188783 | | 4/19/2016 12:04:21 AM (UTC-4) | Yo.  I like this stuff. It's pretty good, kinda like more than brown cuz it's not as gooey as brown. Have a good night bruh & I'll most likely see ya tomorrow morning. |
| | | | | |
| 477 | +12404188783 | | 4/19/2016 8:49:33 AM (UTC-4) | Good Morning Bruh. You available this morning? |
| 476 | | +12404188783 | 4/19/2016 8:50:01 AM (UTC-4) | Yes |
| 471 | +12404188783 | | 4/19/2016 10:32:54 AM (UTC-4) | Gonna need 2.5 (2 for me & half for friend). Cool? |
| 470 | +12404188783 | | 4/19/2016 11:36:54 AM (UTC-4) | I'll be there in like 10 min. I'm coming from Sports Authority on rt 40 |
| 469 | +12404188783 | | 4/19/2016 12:35:11 PM (UTC-4) | Thanks Bruh. Have a good day yo |
| | | | | |
| 414 | | +14433731253 | 4/20/2016 7:13:56 AM (UTC-4) | Yo |
| 412 | +14433731253 | | 4/20/2016 7:14:57 AM (UTC-4) | Call me dis Boosie |
| | | | | |

13

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 331 | +12405293724 | | 4/21/2016 10:06:09 PM (UTC-4) | Hey I'm getting off my 304 number died |
| 328 | +12405293724 | | 4/21/2016 10:16:29 PM (UTC-4) | I'm here where do I go |
| 326 | +12405293724 | | 4/21/2016 10:18:20 PM (UTC-4) | What up? |
| 325 | +12405293724 | | 4/21/2016 10:32:46 PM (UTC-4) | Plz answer I just drove over n hr to get here |
| 324 | +12405293724 | | 4/21/2016 10:41:04 PM (UTC-4) | Y tell me to come if u aren't gonna answer? I gotta get a sitter n all shit cost me lots of money to come down |
| | | | | |
| 260 | +13047318240 | | 4/23/2016 12:20:13 AM (UTC-4) | Hey you were .7 short :/ |
| 258 | +13047318240 | | 4/23/2016 12:22:21 AM (UTC-4) | We tried to call back. If you wanna fix it lemme know ill get some more from you tomowro. |
| | | | | |
| 101 | +12404188783 | | 4/25/2016 12:23:17 PM (UTC-4) | I just got off from work. Going back to my crib to change & then I should be headed out to you. |
| 100 | | +12404188783 | 4/25/2016 12:25:48 PM (UTC-4) | K |
| 98 | +12404188783 | | 4/25/2016 1:51:48 PM (UTC-4) | Oh I forgot to ask, still same stuff as last time? |
| 97 | | +12404188783 | 4/25/2016 1:52:04 PM (UTC-4) | Yea |
| 90 | +12404188783 | | 4/25/2016 3:06:09 PM (UTC-4) | Damn, I was expecting the tan stuff...this stuff looks like that yellow stuff, which is pretty weak. |
| 89 | +12404188783 | | 4/25/2016 3:13:26 PM (UTC-4) | What have peeps been saying about this stuff? I'm still waiting for it to hit me. Lol |
| 87 | | +12404188783 | 4/25/2016 3:16:19 PM (UTC-4) | Everyone. Said its good |
| 85 | +12404188783 | | 4/25/2016 3:18:26 PM (UTC-4) | Ok cool. Eyes can be deceiving, so we'll see. I ain't bitching in anyway, just to let ya know. Appreciate what ya |

**JA6143**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | | | | do. I'll most likely see ya on Wednesday. |
| 77 | +12404188783 | | 4/25/2016 3:21:39 PM (UTC-4) | By the way, the stuff ya had earlier last week was pretty strong. Hope you'll be able to get that again. Have a good day Bruh & be safe |
| | | | | |
| 88 | +12404401710 | | 4/25/2016 3:15:34 PM (UTC-4) | Yo |
| 86 | | +12404401710 | 4/25/2016 3:16:28 PM (UTC-4) | Who this |
| 83 | +12404401710 | | 4/25/2016 3:18:41 PM (UTC-4) | Scotty, I'm in Frederick im trying to get down there today, probably like 5-6, that cool |
| 82 | | +12404401710 | 4/25/2016 3:19:05 PM (UTC-4) | Where I know you from |
| 81 | +12404401710 | | 4/25/2016 3:19:35 PM (UTC-4) | Big Will |
| 80 | +12404401710 | | 4/25/2016 3:19:58 PM (UTC-4) | He gave me your number |
| 79 | +12404401710 | | 4/25/2016 3:19:59 PM (UTC-4) | I just came home |
| 78 | | +12404401710 | 4/25/2016 3:20:32 PM (UTC-4) | Fck off my phone |
| 76 | +12404401710 | | 4/25/2016 3:22:32 PM (UTC-4) | ?? |
| 75 | | +12404401710 | 4/25/2016 3:23:10 PM (UTC-4) | Dont hit my fckn phone thts what |
| 74 | +12404401710 | | 4/25/2016 3:24:53 PM (UTC-4) | You got it , no hard feelings, strictly business. |
| | | | | |
| 95 | +13013322053 Pete* | | 4/25/2016 2:59:51 PM (UTC-4) | Yo what's up |
| 94 | | +13013322053 Pete* | 4/25/2016 3:01:53 PM (UTC-4) | Everything good |
| 93 | +13013322053 Pete* | | 4/25/2016 3:02:32 PM (UTC-4) | It's p wit the Durango |
| 92 | +13013322053 Pete* | | 4/25/2016 3:02:35 PM (UTC-4) | Ok on my way need 3 boys and 1 girl |
| 91 | | +13013322053 Pete* | 4/25/2016 3:03:04 PM (UTC-4) | Ok |
| 73 | +13013322053 Pete* | | 4/25/2016 3:43:02 PM (UTC-4) | Yo what's up |
| 72 | +13013322053 Pete* | | 4/25/2016 3:45:46 PM (UTC-4) | Yo I'm here what's up |

JA6144

| # | Sender | Recipient | Date/Time | Text |
|---|---|---|---|---|
| 71 | +13013322053 Pete* | | 4/25/2016 3:54:02 PM (UTC-4) | Yo |
| 70 | +13013322053 Pete* | | 4/25/2016 4:02:00 PM (UTC-4) | Yo what's up |
| 69 | | +13013322053 Pete* | 4/25/2016 4:14:12 PM (UTC-4) | Yo |
| 68 | +13013322053 Pete* | | 4/25/2016 4:14:36 PM (UTC-4) | Where too I'm here yo |
| 67 | | +13013322053 Pete* | 4/25/2016 4:16:18 PM (UTC-4) | Garrison and Duvall |
| 66 | +13013322053 Pete* | | 4/25/2016 4:16:38 PM (UTC-4) | Ok |
| | | | | |
| 16 | +14433789152 | | 4/26/2016 10:29:31 AM (UTC-4) | 7 1/2 boys shoe .medium girl shirt |
| | | | | |
| | | | | |
| 1368 | +16672281370 | | 3/26/2016 9:48:08 PM (UTC-4) | Be safe |
| 1367 | | +16672281370 | 3/26/2016 11:31:57 PM (UTC-4) | They trying k me |
| 1366 | +16672281370 | | 3/26/2016 11:34:27 PM (UTC-4) | Who ? |
| 1365 | | +16672281370 | 3/26/2016 11:34:39 PM (UTC-4) | Mm |
| 933 | | +16672281370 | 4/9/2016 7:54:50 PM (UTC-4) | Too much at once other yo I was into it wit jst came home too & nigha frm my way did some bitch sht with me & basically pit a nigga ina fckd up situation cuz now they knw |
| 932 | +16672281370 | | 4/9/2016 7:56:36 PM (UTC-4) | Mhmm. Took forever to respond!! Smh people ain't shit.. Watch your back... Keep your friends close and you enemies closer. We both going through things tho, I keep getting sick. |
| 892 | +16672281370 | | 4/10/2016 7:07:35 PM (UTC-4) | You good |
| 891 | | +16672281370 | 4/10/2016 9:13:20 PM (UTC-4) | Yea jst beefn heavy but good |

16

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 834 | | +16672281370 | 4/11/2016 7:36:49 PM (UTC-4) | I been hunting non stop I a int been sleeping im fckd up im glad you cant see me.like this im stressing |
| 833 | +16672281370 | | 4/11/2016 7:39:51 PM (UTC-4) | I don't remember how I looked.... I'm thankful you're still alive even though we not always on the best of terms. I just wish you stay out the way and choose a different path. |
| 831 | | +16672281370 | 4/11/2016 7:59:10 PM (UTC-4) | No eyes baggy I look and feel crazy my mind on some militant sht I love you |
| 314 | | +16672281370 | 4/22/2016 8:55:14 AM (UTC-4) | I think I got warrant timeout knock on my door everyday for the last week im scared to a answer unless they looking for you idk |
| | | | | |
| 889 | | +14435159252 Block* | 4/10/2016 9:14:26 PM (UTC-4) | Didnt say I couldn't bitch niggas beefn heavy you dnt fckn understand yo |
| 886 | +14435159252 Block* | | 4/10/2016 9:16:32 PM (UTC-4) | bullsht , bullsht & more bullsht |
| 885 | +14435159252 Block* | | 4/10/2016 9:16:37 PM (UTC-4) | & watch your mouth |
| 881 | | +14435159252 Block* | 4/10/2016 9:18:58 PM (UTC-4) | Fr yo nigha I was Into it wit home yo try get sme bitch to call me & meet them lls |
| 880 | +14435159252 Block* | | 4/10/2016 9:20:26 PM (UTC-4) | Th fat one? |
| 879 | +14435159252 Block* | | 4/10/2016 9:22:34 PM (UTC-4) | & oh well bitch you better do wht you gotta do |
| 878 | +14435159252 Block* | | 4/10/2016 9:22:40 PM (UTC-4) | Dnt let em get you first stupid |
| 877 | | +14435159252 Block* | 4/10/2016 9:24:30 PM (UTC-4) | N a h he jst came home too tho |
| 876 | | +14435159252 Block* | 4/10/2016 9:24:59 PM (UTC-4) | I been searching a ll day |
| 875 | +14435159252 Block* | | 4/10/2016 9:27:15 PM (UTC-4) | You just dumb , Ima pray for u |
| 868 | +14435159252 Block* | | 4/11/2016 10:21:46 AM (UTC-4) | Nobody prolly even after you, but God don't like ugly .. Something going happen to you soon |
| 867 | +14435159252 Block* | | 4/11/2016 10:22:08 AM (UTC-4) | & when it do don't try be concerned about my child then! |

JA6146

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 864 | | +14435159252 Block* | 4/11/2016 10:30:24 AM (UTC-4) | I never said anybody was after me bitch at the end of the day I know what I did to shawty so I know what I gotta do so bye |
| 774 | | +14435159252 Block* | 4/12/2016 10:31:27 PM (UTC-4) | What you trying help them.find me |
| 771 | +14435159252 Block* | | 4/12/2016 10:57:32 PM (UTC-4) | Bitch thts crazy you try say I'm trying set you up, I don't even believe anyone is after you, you do to much for attention, you prolly ain't even get hit by a car but if any of it is true you should be trying to spend as much time w your child as possible, your priorities so fckd up .. all you worry abt is yourself & botches ! How would I set you up tho ? Like Idek th ppl, you say anything .. stupid ass |
| 770 | | +14435159252 Block* | 4/12/2016 11:20:05 PM (UTC-4) | I jst need a little time to handle my situation so I dnt have. To keep looking ove r my back every sec I was trying come talk to you but you keep trying fuss |
| 766 | | +14435159252 Block* | 4/12/2016 11:28:47 PM (UTC-4) | & nobody needs to know anythng so please dnt tell your friends its more serious than you think |
| 227 | | +14435159252 Block* | 4/23/2016 4:51:55 PM (UTC-4) | And tell me why lor nigga I hit jst snuck me in the store lls |

**Selected Web Searches Searched Items:**

| Timestamp: | Source: | Value: |
|------------|---------|--------|
| 3/17/2016 3:23:56 PM (UTC-4) | Chrome | Omerta |
| 4/11/2016 5:04:46 PM (UTC-4) | Chrome | how.com to make heroin rock solid |
| 4/13/2016 1:19:17 PM (UTC-4) | Chrome | sulfamethoxazole |
| 4/23/2016 9:24:43 PM (UTC-4) | Chrome | 223 white pill |

**JA6147**

**Item 204**
**Selected Excerpts from LG Cell Phone,**
**Recovered from Shakeen Davis on February 24, 2017**

**Email addresses**:

dinero4800@gmail.com

omerta.code52@gmail.com

Shadavis.designer@gmail.com

creams.dinero@icloud.com

**SMS Messages Showing User Attribution:**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1386 | +14437694036 | | 2/7/2017 7:18:10 AM (UTC-5) | Gm and I said I gotta see and how you spell your name ? |
| 1385 | | +14437694036 | 2/7/2017 7:18:33 AM (UTC-5) | Shykeen |
| 1384 | | +14437694036 | 2/7/2017 7:19:20 AM (UTC-5) | You got ig if so @fh_dinero |
| 1383 | +14437694036 | | 2/7/2017 7:19:41 AM (UTC-5) | Okay |
| | | | | |
| 130 | +14433252637 Maya* | | 2/23/2017 7:48:28 AM (UTC-5) | Who this |
| 127 | | 4433252637 Maya* | 2/23/2017 7:49:58 AM (UTC-5) | Shykeen |
| | | | | |
| 159 | +16672068592 Cook* | | 2/22/2017 11:39:26 PM (UTC-5) | Creamsssssss |

1

GOVT. EXHIBIT NO. _____ CELL3a _____

CASE NO. _____ CCB-16-0267 _____

IDENTIFICATION _____

ADMITTED _____

**JA6148**

**Selected Contacts:**

| Name | Category | Value |
|------|----------|-------|
| A | Mobile | (443) 492-7556 |
| Kee | Mobile | (667) 228-1370 |

**Selected SMS Messages:**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1637 | | 2404463316 H** | 2/2/2017 7:51:37 AM (UTC-5) | Got testers today white everyone saying its handsdwn 9-10 |
| 1634 | | 3042407994 Ev Play 1** | 2/2/2017 7:54:15 AM (UTC-5) | Sammy new # delete other one For tester everyone saying hands down 9-10 |
| 1632 | | To 4438335283 Ev Play2** | 2/2/2017 7:54:50 AM (UTC-5) | Got testers today |
| | | | | |
| 1572 | +17174766146 Nancey** | | 2/2/2017 12:18:54 PM (UTC-5) | Could you front me a half until I get paid tomorrow? |
| | | | | |
| 1553 | 2404052074 Slver** | | 2/2/2017 12:42:33 PM (UTC-5) | Yo that stuff last night was just as bad if not worst let me know if u get that rocky white shite back |
| 1552 | | 2404052074 Slver** | 2/2/2017 12:43:48 PM (UTC-5) | Got it now its putt ppl out tho |
| 1551 | 2404052074 Slver** | | 2/2/2017 12:46:34 PM (UTC-5) | Those people are stupid iv been doin this shit for 6 years and never gone out not once some people are just dumb and gotta push everything to the limit hold on to 1.5 for me I'll be down around 4 prolly |
| 1550 | | 2404052074 Slver** | 2/2/2017 12:47:22 PM (UTC-5) | Ok |
| | | | | |
| 1547 | 7174766146 Nancey** | | 2/2/2017 1:56:11 PM (UTC-5) | You do me a half for 40? |

**JA6149**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 1546 | | 7174766146 Nancey** | 2/2/2017 1:56:36 PM (UTC-5) | Yea |
| | | | | |
| 1526 | +13016420994 Bt*** | | 2/2/2017 6:09:52 PM (UTC-5) | Ima need 2 and separate half |
| 1525 | +13016420994 Bt*** | | 2/2/2017 6:11:10 PM (UTC-5) | I'll let u know when I'm omw so u can tell me where I'm going |
| 1524 | | +13016420994 Bt*** | 2/2/2017 6:40:30 PM (UTC-5) | Ok |
| | | | | |
| 1510 | 3019808181 Pops*** | | 2/3/2017 12:25:44 PM (UTC-5) | I am about 20 minutes out and I need 2 where do you want me to go |
| 1509 | | 3019808181 Pops*** | 2/3/2017 12:29:42 PM (UTC-5) | Stafford |
| 1508 | 3019808181 Pops*** | | 2/3/2017 12:30:00 PM (UTC-5) | Okay |
| | | | | |
| 1458 | +13016420994 Bt*** | | 2/4/2017 4:53:05 PM (UTC-5) | Forgot to tell u, I need same as yesterday, 2 and a separate half. Don't forget to text me where I'm Going |
| 1457 | | +13016420994 Bt*** | 2/4/2017 5:00:12 PM (UTC-5) | 1412 ashland ave |
| | | | | |
| 1199 | +17174768256 Jeff** | | 2/8/2017 1:26:11 PM (UTC-5) | How is your boy? |
| | | | | |
| 1098 | +17174766146 Nancey** | | 2/9/2017 6:54:19 PM (UTC-5) | Can you do 2 g for 180? |
| 1097 | | +17174766146 Nancey** | 2/9/2017 6:57:07 PM(UTC-5) | Yea |
| 1096 | +17174766146 | | 2/9/2017 | Ok thanks I'm text you when close I |

**JA6150**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | Nancey** | | 6:58:59 PM (UTC-5) | need one whole n 2 halfs seperate plz |
| | | | | |
| 642 | +17174766146 Nancey** | | 2/18/2017 9:31:15 AM (UTC-5) | Can I come? I need one n half ...Can you do that for 140? Please |
| 641 | | +17174766146 Nancey** | 2/18/2017 9:58:05 AM (UTC-5) | Ok |
| 637 | +17174766146 Nancey** | | 2/18/2017 11:21:18 AM (UTC-5) | Can you do 2 for 180 |
| 636 | | +17174766146 Nancey** | 2/18/2017 11:21:28 AM (UTC-5) | Yea gotchu |
| 635 | +17174766146 Nancey** | | 2/18/2017 11:22:14 AM (UTC-5) | K |
| 634 | +17174766146 Nancey** | | 2/18/2017 1:41:00 PM (UTC-5) | I'm about 20 minutes away |
| 633 | +17174766146 Nancey** | | 2/18/2017 1:41:12 PM (UTC-5) | Ambrose? |
| 632 | +17174766146 Nancey** | | 2/18/2017 1:42:18 PM (UTC-5) | Need two gs can you make one whole m two halfs? |
| 631 | | +17174766146 Nancey** | 2/18/2017 1:59:24 PM (UTC-5) | Ok |
| | | | | |
| 622 | +13016420994 Bt*** | | 2/18/2017 3:18:18 PM(UTC-5) | I got like $150 and I'll square up the rest with u tomorrow. I kept my word on that the last time u helped me out |
| 619 | +13016420994 Bt*** | | 2/18/2017 3:43:44 PM (UTC-5) | I'm headin out now, be there in like 15-20 mins. Can u do what we discussed? |
| 618 | | +13016420994 Bt*** | 2/18/2017 3:44:11 PM (UTC-5) | Yea |

**JA6151**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| 613 | +13016420994 Bt*** | | 2/18/2017 4:25:41 PM (UTC-5) | I think u asked me what I needed, it's 1.5 plus a separate half |
| 612 | +13016420994 Bt*** | | 2/18/2017 4:28:12 PM (UTC-5) | I'm here |
| 611 | | +13016420994 Bt*** | 2/18/2017 4:28:48 PM (UTC-5) | Ok |
| | | | | |
| 484 | +13016420994 Bt*** | | 2/19/2017 8:42:19 PM (UTC-5) | Yo u only gave me 1.5 plus the extra half but it was supposed to be (and I paid for) 2 plus a half. I ain't tripping bout it cause I owed u some $ anyway but can I just take that off of what I owe u? |
| 482 | | +13016420994 Bt*** | 2/19/2017 10:56:01 PM (UTC-5) | Cool |
| | | | | |
| 315 | +17174766146 Nancey** | | 2/21/2017 8:38:00 AM (UTC-5) | Can I come get a half for 40? |
| 314 | | +17174766146 Nancey** | 2/21/2017 9:32:30 AM (UTC-5) | Ok |
| 313 | +17174766146 Nancey** | | 2/21/2017 9:52:38 AM (UTC-5) | Still grey? |
| 312 | | +17174766146 Nancey** | 2/21/2017 10:52:47 AM (UTC-5) | Yea |
| | | | | |
| 298 | +13016420994 Bt*** | | 2/21/2017 2:20:40 PM (UTC-5) | U ever get white? |
| 296 | +13016420994 Bt*** | | 2/21/2017 2:30:42 PM (UTC-5) | ?? |
| 293 | +13016420994 Bt*** | | 2/21/2017 2:55:00 PM (UTC-5) | I'd like to head up soon so let me know |
| 291 | +13016420994 | | 2/21/2017 | Yo I'll take the gray, lemme know |

5

**JA6152**

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | Bt*** | | 3:19:52 PM (UTC-5) | something yo |
| 290 | | +13016420994 Bt*** | 2/21/2017 3:34:01 PM (UTC-5) | What you need |
| 289 | +13016420994 Bt*** | | 2/21/2017 3:35:54 PM (UTC-5) | 1.5 Which one is it tho? Should I head up now? |
| | | | | |
| 195 | +17174766146 Nancey** | | 2/22/2017 3:31:23 PM(UTC-5) | Got white and girl |
| | | | | |
| 111 | | 3018286230 Jerm** | 2/23/2017 8:07:09 AM (UTC-5) | Back good w/ Boy & girl |
| 112 | | 3017321367 Bree** | 2/23/2017 8:06:54 AM (UTC-5) | Back good w/ Boy & girl |
| 113 | | +14437694036 | 2/23/2017 8:06:34 AM (UTC-5) | Come see me |
| 114 | | 2403447747 J** | 2/23/2017 8:05:35 AM (UTC-5) | Back good w/ Boy & girl |
| 115 | | 2404463316 H** | 2/23/2017 8:05:23 AM (UTC-5 | Back good w/ Boy & girl |
| 116 | | +14434734418 Keith** | 2/23/2017 8:05:10 AM (UTC-5) | Back good w/ Boy & girl |
| 117 | | +17174766146 Nancey** | 2/23/2017 8:04:22 AM (UTC-5) | Fwd:// Back good w/ Boy & girl |
| | | | | |
| 82 | +12402857904 Kidd** | | 2/23/2017 12:11:19 PM (UTC-5) | OK nice.still got the same boy as the day before? |
| 81 | | +12402857904 Kidd** | 2/23/2017 12:11:28 PM(UTC-5) | Yea |
| 80 | +12402857904 | | 2/23/2017 | OK sweet cuz that stuff was |

6

| # | Sender | Recipient | Date/Time | Text |
|---|--------|-----------|-----------|------|
| | Kidd** | | 12:16:30 PM(UTC-5) | definitely good. So I will be looking to get more today and also grab some of your girl |
| | | | | |
| 3 | +17174766146 Nancey** | | 2/24/2017, 6:53:12 PM (UTC-5) | I need one |

**Selected MMS Messages:**

| # | To: | Timestamp: | Content: |
|---|-----|-----------|----------|
| 10 | To: 4433062985 Sq* | 2/16/2017 12:47:10 AM (UTC-5) | I need a logo can you put F orevr About M oney by the top and a Ar15 gun on the side , on the bag or behind the bag either or I need slick logo for sweat suite im gettn stitched. & can you try a separate one with a street with yellow an white lines. With the bag and the flying money picture. With the Forever About Money |
| 8 | From: 14435385946 Erica* To: +16678020068 | 2/22/2017 5:02:53 PM (UTC-5) | |

| # | To: | Timestamp: | Content: |
|---|-----|-----------|----------|
| 6 | 4433062985 Sq* | 2/22/2017 10:06:42 PM (UTC-5) | |
| 2 | 4433062985 Sq* | 2/23/2017 12:14:31 PM (UTC-5) | Can you put G. M . B FADED BY WHERE STREET AND MONEY BAG INTERSECT |

**Selected Web Searches Searched Items:**

| Timestamp: | Source: | Value: |
|-----------|---------|--------|
| 2/23/2017 12:11:41 AM (UTC-5) | Chrome | 24 indicted in baltimore |
| 2/5/2017 9:31:26 PM (UTC-5) | Chrome | 45 desert eagle |

**Selected Images:**

| # | Metadata: | Image: |
|---|-----------|--------|
| 159 | Size (bytes): 51385 Created: 2/20/2017 1:41:28 AM(UTC-5) Modified: 2/20/2017 1:41:28 AM(UTC-5) Accessed: 2/20/2017 1:41:28 AM(UTC-5) Source Extraction Physical | |

JA6155

| # | Metadata: | Image: |
|---|---|---|
| 166 | Size (bytes): 186212<br>Created: 2/20/2017 1:40:16 AM(UTC-5)<br>Modified: 2/20/2017 1:40:16 AM(UTC-5)<br>Accessed: 2/20/2017 1:40:16 AM(UTC-5)<br>Source Extraction Physical | |
| 168 | Size (bytes): 18815<br>Created: 2/7/2017 7:28:38 PM(UTC-5)<br>Modified: 2/7/2017 7:28:38 PM(UTC-5)<br>Accessed: 2/7/2017 7:28:38 PM(UTC-5)<br>Source Extraction Physical | |
| 461 | Size (bytes): 19696<br>Created: 2/22/2017 5:03:59 AM(UTC-5)<br>Modified: 2/22/2017 5:03:59 AM(UTC-5)<br>Accessed: 2/22/2017 5:03:59 AM(UTC-5)<br>Source Extraction Physical | |

**JA6156**

**Selected Screen Shots from Video:**

| # | Metadata | Stills |
|---|----------|--------|
| 1 | Name: 20170206_160408.mp4<br><br>Created: 2/6/2017 4:04:09 PM(UTC-5)<br>Modified: 2/6/2017 4:09:28 PM(UTC-5)<br>Accessed: 2/6/2017 4:04:09 PM(UTC-5) |  |

**JA6157**

| # | Metadata | Stills |
|---|----------|--------|
|   |          |  |

| # | Metadata | Stills |
|---|----------|--------|
|   |          |  |

| # | Metadata | Stills |
|---|----------|--------|
| | |  |

| # | Metadata | Stills |
|---|----------|--------|
| 2 | Name: 20170206_161258.mp4<br><br>Created: 2/6/2017 4:12:59 PM(UTC-5)<br>Modified: 2/6/2017 4:15:57 PM(UTC-5)<br>Accessed: 2/6/2017 4:12:59 PM(UTC-5) |  |

| # | Metadata | Stills |
|---|----------|--------|
|   |          |  |

| # | Metadata | Stills |
|---|----------|--------|
|  |  | |
| 11 | Name: 20170223_025734.mp4<br><br>Created: 2/23/2017 2:57:34 AM(UTC-5)<br>Modified: 2/23/2017 3:00:59 AM(UTC-5)<br>Accessed: 2/23/2017 2:57:34 AM(UTC-5) | |
| 12 | Name: 20170223_030101.mp4<br><br>Created: 2/23/2017 3:01:01 AM(UTC-5)<br>Modified: 2/23/2017 3:02:16 AM(UTC-5)<br>Accessed: 2/23/2017 3:01:01 AM(UTC-5) | |

JA6163

MARYLAND JUDICIARY

☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR Baltimore City
City/County

Located at 5800 WABASH AVENUE          Case No. 3B 0219 1227
                    Court Address

STATE OF MARYLAND
OR

_____ vs. DAVIS, ShAKEEN
        Plaintiff                              Defendant

### CERTIFICATION OF TRUE COPY

I HEREBY CERTIFY that I am authorized to make this certification, and that the attached is a true copy of: CHARGES & DISPOSITION

taken from the records of above court in the above entitled case.

IN TESTIMONY WHEREOF I hereto set my hand and affix the seal of the DISTRICT _____ Court of Maryland for Baltimore City

on this 9 day of APRIL , 2019

_____
Signature of Clerk of Court / Administrative Clerk / County Clerk

MARY J. ABRAMS
Printed Name

CC-DC-033 (Rev. 12/2016)

**JA6164**

```
APR 09,2019          DISTRICT COURT OF MARYLAND              04/09/19
TUESDAY         CRIMINAL SYSTEM INQUIRY CASE HISTORY DISPLAY    DIST: 01
```

CASE: 3B02191227 CR  STATUS: C  CHG DATE: 15/06/04  CC: 128I05704   DIST: 01 02
TRACKING NO: 12-6105-67871-6  LOCAL ID:           DOC: SC  ISSUED: 12/09/13
NAME: DAVIS, SHAKEEN              DOB: 94/05/06 HT/WT: 511 140 SEX/RACE: M1
ADDR:                            DISP: TRL 15/05/27  CNSL: A   DEF:
      4130 EDMONDSON AVE          EVENT DATE:          TIME:
      BALTIMORE        MD 212290000 ROOM:    TYPE:    DATE SET:
DPAY:            DUE:           FINAL:        SID: 0003577767 LIFESUPV:

TYPE  DATE   BATCH  PREP DATE/ID C COMMENT

DOCI 120913          120913 1TB  1 SC   ISSUED 120913
INIT 120913          120913 1TB  1 120913;00175000.00;HDOB;100;    ;1294
ESCH 120913          120913 1TB    20121016;0830A;3  ;
CMIT 120913          120913 1TB    DEFENDANT COMMITTED;120913;BCJ
KEYP 120914          120914 QCT    TRIAL KEYPOINT 11:04:32   REEL 999999
BALR 120914          120914 QCT  1 120914;00000000.00;HWOB;100;    ;934
CMIT 120914          120914 QCT    DEFENDANT COMMITTED;120914;BCJ;
COMM 120920          120920 1IT    VERIFIED
KEYP 121016          121016 1YJ    TRIAL KEYPOINT 09:32:46   REEL 999999

NEXT PAGE                      P/N                       PAGE 001
```

JA6165

```
   APR 09,2019            DISTRICT COURT OF MARYLAND              04/09/19
   TUESDAY        CRIMINAL SYSTEM INQUIRY CASE HISTORY DISPLAY    DIST: 01

CASE: 3B02191227 CR  STATUS: C  CHG DATE: 15/06/04  CC: 128I05704   DIST: 01 02
TRACKING NO: 12-6105-67871-6   LOCAL ID:            DOC: SC  ISSUED: 12/09/13
NAME: DAVIS, SHAKEEN                    DOB: 94/05/06 HT/WT: 511 140 SEX/RACE: M1
ADDR:                            DISP: TRL 15/05/27   CNSL: A   DEF:
    4130 EDMONDSON AVE           EVENT DATE:            TIME:
    BALTIMORE          MD 212290000 ROOM:    TYPE:    DATE SET:
DPAY:              DUE:            FINAL:      SID: 0003577767 LIFESUPV:


   TYPE  DATE   BATCH  PREP DATE/ID C COMMENT

   SCHG 150604         150604 M203   T TO C
   COMM 150624         150624 1DQ    CHECK REQ DONE ON 6/24/15
   COMM 170706         170706 1ZS    RECIEVED REQUEST FOR COPY OF FILE FROM U.S.
   COMM 170706         170706 1ZS    PROBATION DEPT./FWD TO 01-02 FOR COMPLETION
   COMM 180416         180416 1IR    VERIFIED FOR STRIPPING
```

```
NEXT PAGE                    P/N                      PAGE 012
```

9:55:45 Tuesday, April 09, 2019

```
CASE: 3B02191227 CR  STATUS: C  CHG DATE: 15/06/04  CC: 128I05704   DIST: 01 02
TRACKING NO: 12-6105-67871-6   LOCAL ID:           DOC: SC   ISSUED: 12/09/13
NAME: DAVIS, SHAKEEN                     DOB: 94/05/06 HT/WT: 511 140 SEX/RACE: M1
ADDR:                               DISP: TRL 15/05/27  CNSL: A  DEF:
    4130 EDMONDSON AVE              EVENT DATE:        TIME:
    BALTIMORE              MD 212290000  ROOM:     TYPE:   DATE SET:
DPAY:            DUE:            FINAL:       SID: 0003577767 LIFESUPV:

------------ CHARGE ------------ -------------- DISPOSITION ----------------
001 HANDGUN ON PERSON            PLEA: NG  DISP: G  12/11/01   ACS:
    CJIS: 1 -5212 AR:            FINE:             SUSP FINE:
    AMENDED:          MO/PLL:    COST:     22.50   SUSP COST:       22.50
    CAUSE: X   VICTIM AGE:       CICF:     35.00   SUSP CICF:       35.00
                                 PBJ END:          PROB END: 14/11/01
    INCIDENT DATE: 12/09/12 -    TERM: JAL 02/00/000  SUSP TERM: 02/00/000
                   12/09/12      CREDIT TIME SERV:     REST:
```

NEXT PAGE                   P/N                        PAGE 013

**JA6167**

```
  APR 09,2019           DISTRICT COURT OF MARYLAND              04/09/19
  TUESDAY      CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY    DIST: 01

CASE: 3B02191227 CR  STATUS: C  CHG DATE: 15/06/04  CC: 128I05704   DIST: 01 02
TRACKING NO: 12-6105-67871-6   LOCAL ID:          DOC: SC   ISSUED: 12/09/13
NAME: DAVIS, SHAKEEN                    DOB: 94/05/06 HT/WT: 511 140 SEX/RACE: M1
ADDR:                              DISP: TRL 15/05/27   CNSL: A   DEF:
    4130 EDMONDSON AVE           EVENT DATE:            TIME:
    BALTIMORE          MD 212290000  ROOM:    TYPE:    DATE SET:
DPAY:          DUE:            FINAL:           SID: 0003577767 LIFESUPV:

------------ CHARGE ------------  -------------- DISPOSITION ----------------
002 POSS OF FIREARM/AMMO/MINOR    PLEA: NG   DISP: G    12/11/01    ACS:
    CJIS: 1 -5285 AR:             FINE:            SUSP FINE:
    AMENDED:          MO/PLL:     COST:            SUSP COST:
    CAUSE: X   VICTIM AGE:        CICF:            SUSP CICF:
                                  PBJ END:              PROB END: 14/11/01
    INCIDENT DATE: 12/09/12 -     TERM: JAL 02/00/000  SUSP TERM: 02/00/000
                    12/09/12      CREDIT TIME SERV:      REST:


NEXT PAGE                     P/N                    PAGE 014
```

**JA6168**

# PHOTO



**yungmal**                                    🕐 **20w**

 

💙 **112 likes**

💙 Like          💬 Comment                    •••

| EXHIBIT NO. | IC84 |
|---|---|
| CASE NO. | CCB-16-0267 |
| IDENTIFICATION | |
| ADMITTED | |

**JA6169**

 **shawn_treez** 🕒 9w



🤍 **15 likes**

💬 **shawn_treez** TREEZ, LOR CREAMS, MENACE

❤️ Liked 💬 Comment

EXHIBIT NO. _____ IC85

CASE NO. _____ CCB-16-0267

IDENTIFICATION _____

ADMITTED _____

**JA6170**



5

| GOVT. EXHIBIT NO. | IND19 |
|---|---|
| CASE NO. | CCB-16-0267 |
| IDENTIFICATION | |
| ADMITTED | |

**JA6171**

**Inmate:**        **Sidney Fraizer (Inmate ID 2851685)**
**Dialed #:**      **(443) 714-0982 (Shakeen Davis)**
**Date:**          **July 1, 2015**
**Time:**          **18:22**

**(6:15)**

FRAZIER:       Oh – oh – oh you talking about – talking about PG?

DAVIS:         Yeah.

FRAZIER:       Oh – oh – oh w- he did some fuck shit?

DAVIS:         Ya, he stole from around the way, man.

FRAZIER:       Oh, with the plays, with the plays, with the plays.

DAVIS:         Yeah, man, so I couldn't Kenny Bean too, man.

FRAZIER:       Yeah – yeah – yeah. Yeah – yeah – yeah. I – I hollered at – I hollered at Nick right, you feel me, I'm like, "Yo" I'm like, "Yo what's up yo, you been going around the way for real?" He like – he like, "Yeah, dummy I been round there a couple times and hollered at niggas but I really fell back."

DAVIS:         That nigga don't come around man.

FRAZIER:       Right so I'm like yo what, I'm like "What you be doing?" He like, "I just be ducked off, you feel me?" He talking about yo, you come home do this, that, and the third for you. He gonna have to pay homage some type of way though, I think he know that for a fact.

DAVIS:         Oh, yeah, what, well, he's only, (unintelligible) about that.

**(7:28)**

FRAZIER:       Oh, you got your shit? You got the G35, shorty?

DAVIS:         Yeah.

FRAZIER:       You cutting up on the streets yo. What's up wit you, little daddy, yo. [laughing] Yeah – yo – what's up with you, yo. What color your shit is?

1

EXHIBIT NO. _____**J-17T**_____

CASE NO. _____**CCB-16-0267**_____

IDENTIFICATION _____

ADMITTED _____

DAVIS:      (Unintelligible) my shit, I gotta get… I did some dumb shit out of there, you feel me, so that motherfucker on the green tip now.

FRAZIER:    What color it was?

DAVIS:      It was a (unintelligible).

FRAZIER:    Yeah. You cutting nothing, sure. Sure enough. You got the coup joint like, uh, Dorian had?

DAVIS:      Yeah, I got the coup shit.

FRAZIER:    Yeah, yo, already. Yeah that's what yo's got (unintelligible).

DAVIS:      Shit.

FRAZIER:    Sure enough, yo, that's what it is. All that walking shit. Niggas did enough of that.

DAVIS:      Yeah, like two months.

FRAZIER:    Nigga said two months.

DAVIS:      It – no.

FRAZIER:    All that walking up Rod shit and all that. And walking up Jack shit. That shit's dead.

DAVIS:      Yeah. We used to do that, uh, walk around, hitting licks.

FRAZIER:    That shit is dead, now. Thank you.

DAVIS:      I used to walk. I aint' gonna lie, niggas used to walk everywhere

FRAZIER:    Everywhere.

DAVIS:      …yeah.

FRAZIER:    All of us. If you and Stephan wasn't walking down Rod shit, me and Jack…

DAVIS:      I don't know who it was…

FRAZIER:    …we have so…

DAVIS:      …was all there.

JA6173

FRAZIER:        For real?

DAVIS:          Yo, Yo. It must be. I don't know what's up wit ya'll.

3

**JA6174**

**Inmate:**      **William Jones (Inmate ID 2739775)**
**Dialed #:**    **(410) 762-9166 (Melvin Lashley)**
**Date:**        **August 28, 2015**
**Time:**        **18:49**

**(1:29)**

[Overlapping voices]

LASHLEY:       [unintelligible] That for sho, that Mob already know. [laughs]

JONES:          [unintelligible] [overlapping voices] Where the fuck my man Creams Dinero at, man?

LASHLEY:       He ridin' around with that shoulder strap, though, I don't know.

JONES:          Oh, he still ridin' round with that motherfucking mop? [laughter]  He gotta stop.

LASHLEY:       No, I'm fuckin with you, bro, nah, nah, he ain't doing shit, he chillin, yo.

JONES:          He still coming out?

LASHLEY:       Hell yeah.

EXHIBIT NO. _____ J-30T

CASE NO. _____ CCB-16-0267

IDENTIFICATION _____

ADMITTED _____

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 2051659744 |
| **Generated** | 2017-02-14 20:03:57 UTC |
| **Date Range** | 2011-01-01 00:00:00 UTC to 2017-01-20 23:59:59 UTC |
| **NCMEC Cybertips** | |

**Name**  First

**Registered Email Addresses**  wolfmobb@icloud.com

**Vanity Name**  bgm_omnipotence

**Registration Date**  2015-05-04 15:39:11 UTC

**Registration Ip**

**Account Closure Date**  **Account Still Active**  true

**Account Status History**

**Phone Numbers**  +14106220701  Unverified

**Ip Addresses**

| | |
|---|---|
| **IP Address** | 2601:c9:0:b1:1555:a2e1:1fff:1f7d |
| **Time** | 2017-01-17 02:38:42 UTC |
| **Action** | v1_profile_changed |

| | |
|---|---|
| **IP Address** | 2601:c9:0:b1:b5c3:3dde:d96f:4de5 |
| **Time** | 2017-01-17 00:44:28 UTC |
| **Action** | v1_login |

| | |
|---|---|
| **IP Address** | 2601:c9:0:b1:5c99:14fc:33bc:9d1 |
| **Time** | 2017-01-08 01:29:16 UTC |
| **Action** | v1_login |

| | |
|---|---|
| **IP Address** | 2601:c9:0:b1:c16e:18df:2a5c:c449 |
| **Time** | 2016-11-23 23:02:13 UTC |
| **Action** | v1_login |

| | |
|---|---|
| **IP Address** | 2601:c9:0:b1:dde:1ec4:701f:d0e8 |
| **Time** | 2016-11-22 00:55:56 UTC |
| **Action** | v1_login |

GOVT. EXHIBIT NO. _____ SM6
CASE NO. _____ CCB-16-0267
IDENTIFICATION _____
ADMITTED _____

**JA6176**



**Photo Id:** 1349225812755172118

| | |
|---|---|
| **Id** | 1349225812755172118 |
| **Taken** | 2016-09-28 10:57:52 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/14373938_1833 251900238017_8529439956161003520_n.jpg?ig_cache_key=MTM0OTIyNTgxMjc1NTE 3MjExOA%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 2601:147:1:6026:c9ba:8188:cea1:dd78 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

# Feds indict 2 dozen for alleged gang activity in

- Dante Bailey, a/k/a "Gutta," "Almighty," and "Wolf," age 37, of Windsor Mill, Maryland;
- Dontray Johnson, a/k/a "Gambino," "Bino," and "Tray," age 31, of Windsor Mill;
- Adrian Jamal Spence, a/k/a "Spittle," "SP," and "AJ," age 29, of Baltimore;
- William Banks, a/k/a "Trouble," age 27, of Baltimore;
- Randy Banks, a/k/a "Dirt," age 38, of Baltimore;
- Ayinde Deleon, a/k/a "Murda," and "Yin," age 31, of Baltimore;
- Dominick Wedlock, a/k/a "Rage," and "Nick," age 29, of Baltimore;
- Jarmal Harrid, a/k/a "J-Rock," and "PJ," age 27, of Gwynn Oak;
- Jamal Smith, a/k/a "Mal," and "Lil Mal," age 25, of Gwynn Oak;
- Tiffany Bailey, a/k/a "Tiff," age 31, of Windsor Mill;
- Jamal Lockley, a/k/a "T-Roy," and "Droid," age 37, of Baltimore;
- Dwight Jenkins, a/k/a "Huggie," and "Unc," age 48, of Baltimore;
- Jacob Bowling, a/k/a "Jakey," "Ghost," and "Fred," age 30, of Gwynn Oak, Maryland;
- Corloyd Anderson, a/k/a "Bo," age 33, of Owings Mills, Maryland;
- Melvin Lashley, a/k/a "Menace," age 26, of Baltimore;
- Devon Dent, a/k/a "Tech," age 26, of Gwynn Oak;
- William Jones, a/k/a "Bill," and "Smalls," age 27, of Baltimore;
- Shakeen Davis, a/k/a "Creams," age 22, of Baltimore;
- Charles Blackwell, a/k/a "Ci-Bo," and "Lil Charlie," age 21, of Woodlawn, Maryland;
- Kenneth Torry, a/k/a "Kenny," age 39, of Owings Mills;

**Photo Id:** 1348917652853042364

| | |
|---|---|
| **Id** | 1348917652853042364 |
| **Taken** | 2016-09-28 00:45:36 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/14474436_3121 72389149131_1648135442903597056_n.jpg |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 2607:fb90:1340:2081:4559:7960:d078:232b |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** bgm_omnipotence (2051659744) [] |

**Comments**

**Image**



**Photo Id:** 1251123926798051296
**Id** 1251123926798051296
**Taken** 2016-05-16 02:26:56 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13109125_8691
51369896615_465435505_n.jpg
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.80.16
**Is Published** true
**Shared By**

**JA6179**

**Author**
false
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []
                                  **Id** 17847512650119279
                        **Date Created** 2016-05-16 02:26:56 UTC
                               **Text** LOKK'd out     on the VERSACE BLACK BLOOD TIP

**Image**



**Photo Id:** 1250964725102683911
        **Id** 1250964725102683911
     **Taken** 2016-05-15 21:10:37 UTC
    **Status** 0 - Active



**Photo Id:** 1250468109954458628

| | |
|---|---|
| **Id** | 1250468109954458628 |
| **Taken** | 2016-05-15 04:43:56 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13181554_1153726594647848_486159917_a.jpg?ig_cache_key=MTI1MDQ2ODEwOTk1NDQ1ODYyOA%3D%3D.2 |
| **Source** | Unknown |
| **Filter** | 0 - Normal |
| **Upload Ip** | |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Comments**

**Image**



**Photo Id:** 1247800002299438356

**Id** 1247800002299438356

**Taken** 2016-05-11 12:22:53 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13181442_1102 356403164331_705749796_n.jpg?ig_cache_key=MTI0NzgwMDAwMjI5OTQzODM1Ng%3D%3D.2

**Source** iOS Library

**Filter** 0 - Normal

**Upload Ip** 66.87.80.91

**Is Published** true

**Shared By**
**Author** false
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17858081725019163 |
| **Date Created** | 2016-05-11 12:22:53 UTC |
| **Text** | FREE SPITTLE |

| | |
|---|---|
| **User** | uncledot_ (2159293279) [.] |
| **Id** | 17858081968019163 |
| **Date Created** | 2016-05-11 12:35:56 UTC |
| **Text** | 1 0 0 0 |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17858082031019163 |
| **Date Created** | 2016-05-11 12:39:51 UTC |
| **Text** | @sdotshit already |

| | |
|---|---|
| **User** | ts1___ykecomingnow (39634290) [shawnceazar] |
| **Id** | 17858082211019163 |
| **Date Created** | 2016-05-11 12:49:34 UTC |
| **Text** | #spittledaboss |

**Image**

**Author**
false

**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17856895405012666 |
| **Date Created** | 2016-05-11 00:14:04 UTC |
| **Text** | #almightylife  ✔  ✔ |

| | |
|---|---|
| **User** | juu_c_mebish (522198268) [Juu Mebish] |
| **Id** | 17857919392012666 |
| **Date Created** | 2016-06-14 02:16:06 UTC |
| **Text** | Was up With you?? |



**Image**



**Photo Id:**
1247318460456379655

**Id** 1247318460456379655
**Taken** 2016-05-10 20:26:09 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13129780_1700
344133548502_1465912571_n.jpg
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.82.253
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17848255021077626
**Date Created** 2016-05-10 20:26:09 UTC
**Text** Did it for the gang

**User** dboimusic_dbm (251434475) [BiG_Dboi]
**Id** 17848266343077626
**Date Created** 2016-05-11 03:27:26 UTC
**Text** ✔

**Image**



**Photo Id:** 1247316297260868767

**Id** 1247316297260868767

**Taken** 2016-05-10 20:21:51 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13102368_1019
351361487350_142204277_n.jpg?ig_cache_key=MTI0NzMxNjI5NzI2MDg2ODc2Nw%3
D%3D.2

**Source** iOS Library

**Filter** 0 - Normal

**Upload Ip** 66.87.82.253

**Is Published** true

**Shared By** false

**Author**

**Location**

**Comments**

**User**  bgm_omnipotence (2051659744) []
**Id**  17847325378128550
**Date Created**  2016-05-10 20:21:51 UTC
**Text**  U already. This for my flow over from yesterday.

**Image**



**Photo Id:**  1247315302237742197
**Id**  1247315302237742197
**Taken**  2016-05-10 20:19:52 UTC
**Status**  0 - Active
**Url**  http://scontent.cdninstagram.com/t51.2885-15/s480x480/e35/13129309_2341151169
54236_2054126625_n.jpg?ig_cache_key=MTI0NzMxNTMwMjIzNzc0MjE5Nw%3D%3D.2

**Source**
    iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.82.253
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17847431647095609 |
| **Date Created** | 2016-05-10 20:19:52 UTC |
| **Text** | That's wut it's always gon b |
| | GMB1  0  0  0  #almightylife  ✔  ✔ |

**Image**

GMB1• 0• 0• 0• #almightylife ✰
✰ ✰ ✔ <u>100</u> ✔ 🗡️🗡️💪



**Photo Id:** 1242280110464837474

**Id** 1242280110464837474
**Taken** 2016-05-03 21:35:51 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13118181_1569
932919970600_1500240087_n.jpg
**Source** iOS Camera
**Filter** 112 - Clarendon
**Upload Ip** 66.87.81.83
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                          **User** bgm_omnipotence (2051659744) []



**Photo Id:** 1241659758491608829

|  |  |
|---|---|
| **Id** | 1241659758491608829 |
| **Taken** | 2016-05-03 01:03:19 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13129265_9574 49761036983_1039821867_n.jpg?ig_cache_key=MTI0MTY1OTc1ODQ5MTYwODgyOQ %3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.53 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17856924466063720
**Date Created** 2016-05-03 01:03:19 UTC
**Text** DAM I MISS MY DOGG. RIDE IN HELL BROTHER. ILL B THERE 1 day.

**User** bgm_omnipotence (2051659744) []
**Id** 17856941503063720
**Date Created** 2016-05-03 13:35:37 UTC
**Text** @secret_society_diddy

🔥🔥🔥 〰〰 <u>100100100</u>

**User** secret_society_diddy (2105388825) [secret society Diddy]
**Id** 17856941554063720
**Date Created** 2016-05-03 13:38:38 UTC
**Text** For sure homes, that's my man. I thought he was still in the bing. I
see you working FAM. Keep grinding...

**User** lilblacktheceo (190234932) [levardis mclaughlin]
**Id** 17857253677063720
**Date Created** 2016-05-13 19:17:05 UTC
**Text** @5almighty_gang2 dam i aint knw dummy was gone fuck no dam

**User** boogielex800 (32888173) [Boogie]
**Id** 17857607344063720
**Date Created** 2016-05-26 03:03:49 UTC
**Text** Damn my nigga Fish #oneoftherealestniggasIEver Meant
@bgm_omnipotence

**Image**

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17855822404040226
**Date Created** 2016-05-01 22:04:41 UTC
**Text** WORKIN ON MY WHIP GAME

**Image**



**Photo Id:** 1240674826164250355
**Id** 1240674826164250355
**Taken** 2016-05-01 16:26:26 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13098908_6875
37271386051_1114083291_n.jpg?ig_cache_key=MTI0MDY3NDgyNjE2NDI1MDM1NQ%

3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.83.150
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

> **User** bgm_omnipotence (2051659744) []
> **Id** 17855931271049702
> **Date Created** 2016-05-01 16:26:26 UTC
> **Text** If u recognize this. THE TIME HAS COME FOR HAIRCUTZ.
> OPERATION: MOOKIEWORLD ⚡⚡

**Image**



**Comments**

|  |  |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17858411572009038 |
| **Date Created** | 2016-04-27 23:59:50 UTC |
| **Text** | GUTTA BABBY KEEP THESE BITCHES GOING CRAZY |

|  |  |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17858411602009038 |
| **Date Created** | 2016-04-28 00:00:54 UTC |
| **Text** | @scootaupnext |

|  |  |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17858411608009038 |
| **Date Created** | 2016-04-28 00:01:10 UTC |
| **Text** | @1ewoopexuberant |

|  |  |
|---|---|
| **User** | 1ewoopexuberant (261319068) [EW    PEXUBERANT        ] |
| **Id** | 17858411656009038 |
| **Date Created** | 2016-04-28 00:05:16 UTC |
| **Text** | LAEMM 4life |

**Image**

LAEMM
4life 🐱👹〜
〜🎯



|  |  |
|---|---|
| **Photo Id:** | 1238001657729132528 |
| **Id** | 1238001657729132528 |
| **Taken** | 2016-04-27 23:55:19 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s320x320/e35/13117801_1540484766 253210_1304930311_n.jpg?ig_cache_key=MTIzODAwMTY1NzcyOTEzMjUyOA%3D%3D .2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.81.79 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17847070639124397 |
| **Date Created** | 2016-04-27 23:55:19 UTC |
| **Text** | FREE SPITTLE & SMALLZ |

| | |
|---|---|
| **User** | konandagreat (1441870377) [konan] |
| **Id** | 17847071116124397 |
| **Date Created** | 2016-04-28 00:29:49 UTC |
| **Text** | Free da guys #g  b1  0  0  0 |

| | |
|---|---|
| **User** | slickk_t (322089332) [Lor Slickk Nigga          //] |
| **Id** | 17849038672124397 |
| **Date Created** | 2016-07-06 02:56:29 UTC |
| **Text** | #freemyhood miss them days out widd y'all onna block    ❤ #5200 #fdp |

**Image**



**Photo Id:** 1237736832889398981

**Id** 1237736832889398981
**Taken** 2016-04-27 15:09:10 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/12965751_1733207930285665_9
06224445_n.jpg?ig_cache_key=MTIzNzczNjgzMjg4OTM5ODk4MQ%3D%3D.2
**Source** iOS Library
**Filter** 613 - Juno
**Upload Ip** 66.87.82.242
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []



**Photo Id:** 1237736255728002748

| | |
|---|---|
| **Id** | 1237736255728002748 |
| **Taken** | 2016-04-27 15:08:01 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/13108912_6723 18999573843_143546613_n.jpg?ig_cache_key=MTIzNzczNjI1NTcyODAwMjc0OA%3D %3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.242 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17856229531023610
**Date Created** 2016-04-27 15:08:01 UTC
**Text** These   R 4EVER

**User** nursebetty_ (25062821) [   CRYSTAL   ]
**Id** 17856229765023610
**Date Created** 2016-04-27 15:20:18 UTC
**Text** Champagne

**User** blazesolitty104 (144392576) [Team Litty    RH    cMGB    k B-More]
**Id** 17856230170023610
**Date Created** 2016-04-27 15:40:42 UTC
**Text** M'z up fool

**Image**



**Photo Id:** 1237734758487303813

**Id** 1237734758487303813

**Taken** 2016-04-27 15:05:02 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12976168_1601465226838659_1726926151_n.jpg?ig_cache_key=MTIzNzczNDc1ODQ4NzMwMzgxMw%3D%3D.2

**Source** iOS Library

**Filter** 0 - Normal

**Upload Ip** 66.87.82.242

**Is Published** true

**Shared By** false

**Author**

**Location**



**Photo Id:** 1235059144286414032
**Id** 1235059144286414032
**Taken** 2016-04-23 22:29:04 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12599196_2721
09329798378_1109760764_n.jpg?ig_cache_key=MTIzNTA1OTE0NDI4NjQxNDAzMg%3
D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.80.247
**Is Published** true
**Shared By** false
**Author**
**Location**

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17847797863074280
**Date Created** 2016-04-23 22:29:04 UTC
**Text** Still hands on pretty pretty bitches

**User** hollywoodgogetta (1114552471) [Kevin Forrest Hollywood]
**Id** 17847797956074280
**Date Created** 2016-04-23 22:32:48 UTC
**Text** Yeah.

**User** uncledot_ (2159293279) [.]
**Id** 17847798046074280
**Date Created** 2016-04-23 22:37:28 UTC
**Text** Sexy kill      🔫  1 0 0 0

**User** keepingupwith_keaaa (1393559558) [Jakea    ]
**Id** 17847801523074280
**Date Created** 2016-04-24 01:55:00 UTC
**Text** That bitch look GOOD

**Image**



**Photo Id:** 1234826795598620633

**Id** 1234826795598620633

**Taken** 2016-04-23 14:47:26 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12940834_4750
48776024476_48591999_n.jpg?ig_cache_key=MTIzNDgyNjc5NTU5ODYyMDYzMw%3D
%3D.2

**Source** iOS Library

**Filter** 0 - Normal

**Upload Ip** 66.87.83.229

**Is Published** true

**Shared By** false

**Author**

**Location**

**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17856610480060106 |
| **Date Created** | 2016-04-23 14:47:26 UTC |
| **Text** | SHOUTOUT CREAM$ DINERO |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17856610525060106 |
| **Date Created** | 2016-04-23 14:49:53 UTC |
| **Text** | @creams_dinero |



**Image**



**Photo Id:** 1234586103836190053



**Photo Id:** 1233658888613144549
**Id** 1233658888613144549
**Taken** 2016-04-22 00:07:01 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12918516_1032
080886846508_1323070466_n.jpg
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.82.38
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []

**Id**
17846844799111548
**Date Created** 2016-04-22 00:07:01 UTC
**Text** TRAP LIFE IG I MISS YA

**User** bgm_omnipotence (2051659744) []
**Id** 17846844838111548
**Date Created** 2016-04-22 00:08:19 UTC
**Text** @uncle_dot_  ALMIGHTY GANG GMB 1  0  0  0

**User** uncledot_ (2159293279) [.]
**Id** 17846845570111548
**Date Created** 2016-04-22 00:52:05 UTC
**Text** 1  0  0  0    GODFATHER G.  .   .

**Image**

**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17849938972066949 |
| **Date Created** | 2016-04-20 00:55:09 UTC |
| **Text** | TRIANGLE OFFENSE |

**Image**



GUTTA ALMIGHTY TCGMG 5200 X INTRO
DIR BY E$COOL
26 views

 3  0

 TCGMG Music
3 subscribers



| | |
|---|---|
| **Photo Id:** | 1232196306152859222 |
| **Id** | 1232196306152859222 |
| **Taken** | 2016-04-19 23:41:07 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12965223_1695 662200698346_286240739_n.jpg?ig_cache_key=MTIzMjE5NjMwNjE1Mjg1OTIyMg%3D |



**Photo Id:** 1231195400363975680
**Id** 1231195400363975680
**Taken** 2016-04-18 14:32:30 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12519411_1674
146039502198_703649468_n.jpg?ig_cache_key=MTIzMTE5NTQwMDM2Mzk3NTY4MA
%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.83.159
**Is Published** true
**Shared By** false
**Author**
**Location**

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17856851131045847
**Date Created** 2016-04-18 14:32:30 UTC
**Text** LONGLIVE 5200 I started this 5200 GMB SHIT 2002

**User** uncledot_ (2159293279) [.]
**Id** 17856883279045847
**Date Created** 2016-04-19 17:23:43 UTC
**Text** 1 0 0 0

**Image**



**Photo Id:** 1231173294377018711

**Source**

iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.83.184
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []
**Id** 17847305692077433
**Date Created** 2016-04-14 03:19:31 UTC
**Text** DAVO BEATZ

**Image**





**Photo Id:** 1227494935126222448
**Id** 1227494935126222448
**Taken** 2016-04-13 12:00:20 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12940215_5786
38522296512_1074770507_n.jpg?ig_cache_key=MTIyNzQ5NDkzNTEyNjIyMjQ0OA%3D
%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.83.109
**Is Published** true
**Shared By** false
**Author**
**Location**

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17846651020084398
**Date Created** 2016-04-13 12:00:20 UTC
**Text** YALL READY FOR THE TAKEOVER.

**User** trouble5200 (1832987656) [trouble5200          ]
**Id** 17846653420084398
**Date Created** 2016-04-13 13:30:29 UTC
**Text** Yup

⌒\ ⌒\ 100

**Image**



**Photo Id:** 1226776214501992074

**JA6211**

**Id**
　1226776214501992074
**Taken** 2016-04-12 12:12:22 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12599448_1171
682909510199_2048796528_n.jpg?ig_cache_key=MTIyNjc3NjIxNDUwMTk5MjA3NA%3
D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.82.52
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846531068123090 |
| **Date Created** | 2016-04-12 12:12:22 UTC |
| **Text** | Early morning MONEY. Getting to it |
| | |
| **User** | _lilchop (339059252) [] |
| **Id** | 17846571658123090 |
| **Date Created** | 2016-04-14 06:13:37 UTC |
| **Text** | U didnt never lie to man of ya word ima try link wit u tomar bro @2_gmg |
| | |
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846571676123090 |
| **Date Created** | 2016-04-14 06:14:54 UTC |
| **Text** | Say no more |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846571685123090 |
| **Date Created** | 2016-04-14 06:15:30 UTC |
| **Text** | @_lilchop |

**Image**



**Photo Id:** 1225439628799648854

| | |
|---|---|
| **Id** | 1225439628799648854 |
| **Taken** | 2016-04-10 15:56:49 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12383229_2265 34011038641_1074460560_n.jpg?ig_cache_key=MTIyNTQzOTYyODc5OTY0ODg1NA% 3D%3D.2 |
| **Source** | iOS Camera |
| **Filter** | 17 - Mayfair |
| **Upload Ip** | 66.87.80.179 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17855124037063101 |
| **Date Created** | 2016-04-10 15:56:49 UTC |
| **Text** | EVERYTHING STILL RED |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17855124064063101 |
| **Date Created** | 2016-04-10 15:57:29 UTC |
| **Text** | Shotout to BADGUY |

**Image**



**Photo Id:** 1224992683203372495

**Id**
1224992683203372495
**Taken** 2016-04-10 01:08:49 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12960180_1467
33932389908_1705743495_n.jpg?ig_cache_key=MTIyNDk5MjY4MzIwMzM3MjQ5NQ%3
D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 108.97.28.33
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

> **User** bgm_omnipotence (2051659744) []
> **Id** 17849613277066661
> **Date Created** 2016-04-10 01:08:49 UTC
> **Text** When my right hand was my man and the left one brought DEATH
>
> **User** badgurlofbmore (228202415) [TATTED UP CALL ME DESIGNER!!!]
> **Id** 17849618548066661
> **Date Created** 2016-04-10 06:40:57 UTC
> **Text** FREE GAMBINO

**Image**

**Id** 17846535919128167
**Date Created** 2016-04-09 13:22:11 UTC
**Text** Got me

**User** uncledot_ (2159293279) [.]
**Id** 17846538535128167
**Date Created** 2016-04-09 14:57:02 UTC
**Text** 1 0 0 0

**Image**



**Photo Id:** 1224137159884809566
**Id** 1224137159884809566



**Photo Id:** 1222991855424775669

|  |  |
|---|---|
| **Id** | 1222991855424775669 |
| **Taken** | 2016-04-07 06:53:31 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12918575_2155 30668820842_858044923_n.jpg?ig_cache_key=MTIyMjk5MTg1NTQyNDc3NTY2OQ%3 D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.165 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Id**
17847136213079772
**Date Created** 2016-04-07 06:42:24 UTC
**Text** I might cop a masi

**Image**



**Photo Id:** 1222487599680726886
**Id** 1222487599680726886
**Taken** 2016-04-06 14:11:39 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12479090_2072
91959649187_1707355043_n.jpg
**Source** iOS Library

**Filter**
0 - Normal
**Upload Ip** 66.87.80.194
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []
**Id** 17846455873087768
**Date Created** 2016-04-06 14:11:39 UTC
**Text** $1000000 nigga

**Image**





**Photo Id:** 1222248869510391442
**Id** 1222248869510391442
**Taken** 2016-04-06 06:17:21 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/917596_155845
1451114560_1771885056_n.jpg
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.83.110
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []

**Id**
17857639342052335
**Date Created** 2016-04-06 06:17:21 UTC
**Text** Double

**Image**



**Photo Id:** 1222242601181783583
**Id** 1222242601181783583
**Taken** 2016-04-06 06:04:53 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/12230979_2050
67599874245_906027006_n.jpg?ig_cache_key=MTIyMjI0MjYwMTE4MTc4MzU4Mw%3D
%3D.2

**JA6221**



**Photo Id:** 1156962179921618070
**Id** 1156962179921618070
**Taken** 2016-01-07 04:24:21 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/12446237_1700142896898056_2
84738827_n.jpg?ig_cache_key=MTE1Njk2MjE3OTkyMTYxODA3MA%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 69.143.198.223
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []

**Id**
17844589879077336
**Date Created** 2016-01-07 04:24:21 UTC
**Text** A lot of nigga scream that u real but I only came across a few and this is one SCREAMING FREE MY LIL BROTHER NOW SHIT AIN'T THE SAME WITHOUT U

**User** djmanny1200 (20980376) [djmanny1200]
**Id** 17844589957077336
**Date Created** 2016-01-07 04:32:26 UTC
**Text** ✔

**Image**



**JA6223**

**Photo Id:**
1156954545592084473

**Id** 1156954545592084473
**Taken** 2016-01-07 04:09:11 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/12501746_942858299115623_11
23373981_n.jpg?ig_cache_key=MTE1Njk1NDU0NTU5MjA4NDQ3Mw%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 69.143.198.223
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17843922403089623 |
| **Date Created** | 2016-01-07 04:09:11 UTC |
| **Text** | MAFIA                    MY ALL FAMILY I AM |

**Image**



**Photo Id:** 1156954081643341806
**Id** 1156954081643341806
**Taken** 2016-01-07 04:08:15 UTC
**Status** 0 - Active



**Photo Id:** 1152947229695812838

|  |  |
|---|---|
| **Id** | 1152947229695812838 |
| **Taken** | 2016-01-01 15:27:21 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/10727735_1674414032839402_471403783_n.jpg |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 50.153.191.29 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** bgm_omnipotence (2051659744) [] |

**Id**

17852767972059238

**Date Created**  2016-01-01 15:27:21 UTC

**Text**  Mind is the master power that molds and makes. Man is mind and ever more he take. With the tools of thought, shaping what he will brings forth and thousands joys or a thousand ills he thinks in secret and it comes to past the environment is nothing but his looking glass.

**Image**



**Photo Id:** 1152943957677319216

**Id**  1152943957677319216

**Taken**  2016-01-01 15:20:51 UTC

JA6226



**Photo Id:** 1152940698476619692
**Id** 1152940698476619692
**Taken** 2016-01-01 15:14:23 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/923989_1520430221619184_191
2590679_n.jpg?ig_cache_key=MTE1Mjk0MDY5ODQ3NjYxOTY5Mg%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 50.153.191.29
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []
**Id** 17852316886048700
**Date Created** 2016-01-01 15:14:23 UTC
**Text** They say I was laughing when u got killed. How soon they forget
how they all left u be hide that house when u got shot weeks

before. I lifted u up with my own hands, told u out of my own
mouth, SHAKE THAT SHIT OFF. You stood up and walked next to
me shoot. I put u in that car and sent u to the hospital. I DID THAT.
I don't need any credit for nothing I've done. I laugh and make
people cry later. I got your back even when u dead. EMM     ARE
FOREVER

**User** trouble5200 (1832987656) [trouble5200          ]
**Id** 17852335945048700
**Date Created** 2016-01-03 01:00:41 UTC
**Text** Damn woe u one of the realest that was bred out of this cruddy
fucked up beautiful city we from @2_gmg can't wait till u shine

**Image**



**Photo Id:**
1152936183442581254

**Id** 1152936183442581254
**Taken** 2016-01-01 15:05:25 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/1515265_1664861400463173_53
1015841_n.jpg?ig_cache_key=MTE1MjkzNjE4MzQ0MjU4MTI1NA%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 50.153.191.29
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17853155077028372
**Date Created** 2016-01-01 15:05:25 UTC
**Text** 5 LAWS never hate, never steal, ride hard, never snitch, and die
hard.  2 RULES get money or get lost in your own brain sauce.
5deuce life

**Image**



**Photo Id:** 1152933482822510226

| | |
|---|---|
| **Id** | 1152933482822510226 |
| **Taken** | 2016-01-01 15:00:03 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/10009335_1548 480928809012_1585114747_n.jpg?ig_cache_key=MTE1MjkzMzQ4MjgyMjUxMDIyNg% 3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 50.153.191.29 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Id**
17843778970104995
**Date Created** 2015-12-28 01:11:21 UTC
**Text** #5200 TCGMG ONLY THE REAL CAN UNDERSTAND

**Image**



**Photo Id:** 1149616217981068392
**Id** 1149616217981068392
**Taken** 2015-12-28 01:09:14 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/12393666_568185936668057_11
62653692_n.jpg?ig_cache_key=MTE0OTYxNjIxNzk4MTA2ODM5Mg%3D%3D.2
**Source** iOS Library

**Filter**
0 - Normal
**Upload Ip** 69.143.198.223
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**Image**



**Photo Id:** 1105244792432502408
**Id** 1105244792432502408
**Taken** 2015-10-27 19:51:08 UTC
**Status** 0 - Active

**Id**
17846379106067745
**Date Created** 2015-10-27 19:42:53 UTC
**Text** The wait is almost over TCGMG it will never end

**Image**



**Photo Id:** 1084330051564610629
**Id** 1084330051564610629
**Taken** 2015-09-28 23:17:16 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/11939697_1500775020232681_1
129280243_n.jpg?ig_cache_key=MTA4NDMzMDA1MTU2NDYxMDYyOQ%3D%3D.2
**Source** iOS Library

**Id**
  17842525999067745
**Date Created**  2015-09-26 18:14:32 UTC
**Text**

**Image**



**Photo Id:** 1080572585349621187
**Id**  1080572585349621187
**Taken**  2015-09-23 18:51:51 UTC
**Status**  0 - Active
**Url**  http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11906318_1046
541225378652_914042196_n.jpg?ig_cache_key=MTA4MDU3MjU4NTM0OTYyMTE4Nw
%3D%3D.2



**Photo Id:** 1076996238417208725

**Id** 1076996238417208725
**Taken** 2015-09-18 20:26:18 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/11918021_313686035421718_64
9284879_n.jpg?ig_cache_key=MTA3Njk5NjIzODQxNzIwODcyNQ%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 73.39.3.109
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []

**Image**



|  |  |
|---|---|
| **Photo Id:** | 1071813866528843287 |
| **Id** | 1071813866528843287 |
| **Taken** | 2015-09-11 16:49:51 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e35/11875292_419389421602153_18 76523603_n.jpg?ig_cache_key=MTA3MTgxMzg2NjUyODg0Mzl4Nw%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.80.224 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |



**Photo Id:** 1071803521370301641
**Id** 1071803521370301641
**Taken** 2015-09-11 16:29:18 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/11918059_149770585365975_36
688048_n.jpg?ig_cache_key=MTA3MTgwMzUyMTM3MDMwMTY0MQ%3D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.80.224
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []



**Photo Id:** 1068124768928671457

|  |  |
|---|---|
| **Id** | 1068124768928671457 |
| **Taken** | 2015-09-06 14:40:16 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11337229_1464906477149526_293195810_n.jpg?ig_cache_key=MTA2ODEyNDc2ODkyODY3MTQ1Nw%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.83.1 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**Image**



|  |  |
|---|---|
| **Photo Id:** | 1066963825192478316 |
| **Id** | 1066963825192478316 |
| **Taken** | 2015-09-05 00:13:41 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e35/11850377_1469553923371388_1660321313_n.jpg?ig_cache_key=MTA2Njk2MzgyNTE5MjQ3ODMxNg%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.81.253 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |

**Location**
**Comments**        **User**  bgm_omnipotence (2051659744) []
                       **Id**  17846315668067745
            **Date Created**  2015-09-05 00:13:41 UTC
                     **Text**  All I can say is FREE MY NIGGAS MAN WE ALL WE GOT #TCGMG

**Image**



**Photo Id:**  1066961882818684462
              **Id**  1066961882818684462
        **Taken**  2015-09-05 00:09:49 UTC
       **Status**  0 - Active
          **Url**  http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11887159_8258
                     04507517755_414692966_n.jpg?ig_cache_key=MTA2Njk2MTg4MjgxODY4NDQ2Mg%3

D%3D.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.81.253
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | | |
|---|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846315650067745 |
| **Date Created** | 2015-09-05 00:09:49 UTC |
| **Text** | Still holding strong #TCGMG |

| | | |
|---|---|---|
| **User** | therealjojodancer (1161337548) [therealjojodancer] |
| **Id** | 17849275015067745 |
| **Date Created** | 2016-03-29 20:06:06 UTC |
| **Text** | My G! |

**Image**



**Photo Id:** 1066904638328546558

|  |  |
|---|---|
| **Id** | 1066904638328546558 |
| **Taken** | 2015-09-04 22:16:05 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s480x480/e35/11324419_7594796541 63511_205413864_n.jpg?ig_cache_key=MTA2NjkwNDYzODMyODU0NjU1OA%3D%3D. 2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.83.47 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** |  |
| **Location** |  |

**Author**
false
**Location**
**Comments**
**User** bgm_omnipotence (2051659744) []
**Id** 17846302867067745
**Date Created** 2015-09-01 21:41:37 UTC
**Text** SEPT 18 #TCGMG HIT US FOR TICKETS

**Image**



**Photo Id:** 1064692503468975163
**Id** 1064692503468975163
**Taken** 2015-09-01 21:00:58 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/11375335_1675791372653456_7
5185831_n.jpg?ig_cache_key=MTA2NDY5MjUwMzQ2ODk3NTE2Mw%3D%3D.2
**Source** Android Library
**Filter** 0 - Normal
**Upload Ip** 172.56.3.156



**Photo Id:** 1062943429493401399
**Id** 1062943429493401399
**Taken** 2015-08-30 11:05:52 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e35/11850100_1466743683654235_4
83841880_n.jpg?ig_cache_key=MTA2Mjk0MzQyOTQ5MzQwMTM5OQ%3D%3D.2
**Source** Android Library
**Filter** 0 - Normal
**Upload Ip** 172.56.2.70
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**
**User** bgm_omnipotence (2051659744) []
**Id** 17846290864067745
**Date Created** 2015-08-30 11:05:52 UTC
**Text** They cant hold a real one down or back #TCGMG it's a
movement

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17846170900067745
**Date Created** 2015-07-29 00:00:19 UTC
**Text** From Chelsea up to Windsor mill & forest park

**Image**



**Photo Id:** 1039248634006873324
**Id** 1039248634006873324
**Taken** 2015-07-28 18:28:33 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11374624_1473 367199645280_877457875_n.jpg?ig_cache_key=MTAzOTI0ODYzNDAwNjg3MzMyNA%

**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846167801067745 |
| **Date Created** | 2015-07-27 17:23:23 UTC |
| **Text** | YES WE SUFFER SCRAPES AND BRUISES. ACCORDING WE SURVIVE, we grow STRONG. 5200 boys |

**Image**





**Photo Id:** 1038476274198783641

| | |
|---|---|
| **Id** | 1038476274198783641 |
| **Taken** | 2015-07-27 16:54:00 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11355958_8284 |

# JA6246

75697247632_978689603_n.jpg?ig_cache_key=MTAzODQ3NjI3NDE5ODc4MzY0MQ%3D%3D.2

| | |
|---|---|
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.83.113 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | |

> **User** bgm_omnipotence (2051659744) []
> **Id** 17846167753067745
> **Date Created** 2015-07-27 16:54:00 UTC
> **Text** BLACK BLOOD BROTHERHOOD

**User** zan_grizzly (1947341112) [Free_nizzy]
**Id** 17846167765067745
**Date Created** 2015-07-27 16:55:50 UTC
**Text** Yo wassup @2_gmg



**Image**



**Photo Id:** 1037309851040622093

**Id** 1037309851040622093

**Taken** 2015-07-26 02:16:32 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11280468_1593
068684287599_954912628_n.jpg?ig_cache_key=MTAzNzMwOTg1MTA0MDYyMjA5Mw
%3D%3D.2

**Source** iOS Library

**Filter** 0 - Normal

**Upload Ip** 66.87.83.62

**Is Published** true

**Shared By** false

**Author**

**Location**



**Photo Id:** 1033845219747570808

**Id** 1033845219747570808

**Taken** 2015-07-21 07:32:55 UTC

**Status** 0 - Active

**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11375152_8955 31730523097_445598470_n.jpg?ig_cache_key=MTAzMzg0NTIxOTc0NzU3MDgwOA%3 D%3D.2

**Source** iOS Camera

**Filter** 614 - Reyes

**Upload Ip** 66.87.81.186

**Is Published** true

**Shared By** false

**Author**

**Location**



**Photo Id:** 1032182461712967189

| | |
|---|---|
| **Id** | 1032182461712967189 |
| **Taken** | 2015-07-19 00:29:19 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/10725192_1641841292698443_11357239_n.jpg?ig_cache_key=MTAzMjE4MjQ2MTcxMjk2NzE4OQ%3D%3D.2 |
| **Source** | iOS Camera |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.81.26 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |



**Photo Id:** 1030038964675421787

**Id** 1030038964675421787
**Taken** 2015-07-16 01:30:34 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/10949058_1615
926602025360_1852706189_n.jpg
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.81.6
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []

**JA6251**

**Id**
1029844117461018075
**Taken** 2015-07-15 19:03:27 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11386455_9225
34584451396_1795924093_n.jpg?ig_cache_key=MTAyOTg0NDExNzQ2MTAxODA3NQ
%3D%3D.2
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.81.255
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846136703067745 |
| **Date Created** | 2015-07-15 19:03:27 UTC |
| **Text** | I FEEL LIK BEING    ⚡       DY TODAY |

| | |
|---|---|
| **User** | 5200chi (210326564) [Chi Chi Mendoza] |
| **Id** | 17846136913067745 |
| **Date Created** | 2015-07-15 19:43:04 UTC |
| **Text** | Heart beat |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846137147067745 |
| **Date Created** | 2015-07-15 20:47:13 UTC |
| **Text** | Still @5200chi |

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17846137150067745 |
| **Date Created** | 2015-07-15 20:47:55 UTC |
| **Text** | @2_gmg @5200chi  double time |

B⚡◎◎DY
TODAY💯🗡•

**Image**

**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17846132326067745
**Date Created** 2015-07-14 15:09:02 UTC
**Text** Sometimes we gotta lose a soljah bcuz a lesson needs to b taught. No matter wut, this bond is solidified. FREE CRAZY

**Image**



**Photo Id:** 1027267435961132170
**Id** 1027267435961132170
**Taken** 2015-07-12 05:44:02 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11420737_1656

**JA6253**



**Photo Id:** 1026176343006127419
**Id** 1026176343006127419
**Taken** 2015-07-10 17:36:14 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/891453_446931
422160114_377179720_n.jpg
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 66.87.82.60
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**
**User** bgm_omnipotence (2051659744) []

**JA6254**

| | |
|---|---|
| **Id** | 17846124847067745 |
| **Date Created** | 2015-07-10 17:36:14 UTC |
| **Text** | WELCOME HOME. Real 5200 boy |

**Image**



**Photo Id:** 1026088506537682057
**Id** 1026088506537682057
**Taken** 2015-07-10 14:41:43 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/11232559_4369
50246507595_1665574172_n.jpg?ig_cache_key=MTAyNjA4ODUwNjUzNzY4MjA1Nw%
3D%3D.2

**Source**
iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.82.25
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**          **User** bgm_omnipotence (2051659744) []
                  **Id** 17846110903067745
        **Date Created** 2015-07-04 01:19:15 UTC
                **Text** Birthday girl

**Image**






**Photo Id:** 1018125347277383348

| | |
|---|---|
| **Id** | 1018125347277383348 |
| **Taken** | 2015-06-29 15:00:21 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e15/11266642_663340043800185_61 4029307_n.jpg?ig_cache_key=MTAxODEyNTM0NzI3NzM4MzM0OA%3D%3D.2 |
| **Source** | iOS Saved Photos |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.157 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** bgm_omnipotence (2051659744) [] |

**Id**
17846097748067745

**Date Created**  2015-06-29 15:00:21 UTC
**Text**  It was a mobbsta party out Towson this morning. ..
#piccollage

**Image**



**Photo Id:**  1017109774191961351
**Id**  1017109774191961351
**Taken**  2015-06-28 05:22:35 UTC
**Status**  0 - Active
**Url**  http://scontent.cdninstagram.com/t51.2885-15/e15/11376197_495545380601123_14
43516469_n.jpg?ig_cache_key=MTAxNzEwOTc3NDE5MTk2MTM1MQ%3D%3D.2

**JA6258**

**Id**
17846080099067745
**Date Created** 2015-06-21 17:42:33 UTC
**Text** Father's Day gifts

**Image**



**Photo Id:** 1012315798888916936
**Id** 1012315798888916936
**Taken** 2015-06-21 14:37:48 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11420920_843318285748339_19
03538873_n.jpg?ig_cache_key=MTAxMjMxNTc5ODg4OTkzNjkzNg%3D%3D.2
**Source** iOS Camera

**Filter**
0 - Normal
**Upload Ip** 66.87.83.90
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**
**User** bgm_omnipotence (2051659744) []
**Id** 17846040262067745
**Date Created** 2015-06-13 16:42:08 UTC
**Text** EVERY SONG IS

**Image**





## New World Order Vol 1
### Gutta Almighty

17 songs • 65:56 (2015)

1 **Dj Manny**
Gutta Almighty & Dj Manny

2 **MoBB MOBB**
Gutta Almighty & Julio Santana Ft Trouble…

3 **Activated**
Gutta Almighty & LongWood Rucker Ft Tro…

4 **Know A Thang**
Gutta Almighty & BangOut (Rip) Ft Trouble…

|  |  |
|---|---|
| **Photo Id:** | 1005731914353092012 |
| **Id** | 1005731914353092012 |
| **Taken** | 2015-06-12 12:36:48 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e15/11377464_847333032021881_1809427464_n.jpg?ig_cache_key=MTAwNTczMTkxNDM1MzA5MjAxMg%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.83.12 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** bgm_omnipotence (2051659744) [] |

**Id**
   17846020111067745
**Date Created** 2015-06-12 01:44:03 UTC
**Text** [Mixtape] Police Brutality - Champagne Jay via @Spinrilla.

**Image**



**Photo Id:** 1004692137709282892
**Id** 1004692137709282892
**Taken** 2015-06-11 02:10:57 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11372525_901476883241802_76
   6932798_n.jpg?ig_cache_key=MTAwNDY5MjEzNzcwOTI4Mjg5Mg%3D%3D.2
**Source** iOS Library

**Image**



|  |  |
|---|---|
| **Photo Id:** | 1002444124513249056 |
| **Id** | 1002444124513249056 |
| **Taken** | 2015-06-07 23:44:33 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e15/11258049_101257403549608_11 26502823_n.jpg |
| **Source** | iOS Camera |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.81.24 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** |  |

**Filter**
0 - Normal
**Upload Ip** 66.87.83.229
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** bgm_omnipotence (2051659744) []
                                  **Id** 17845915393067745
                        **Date Created** 2015-06-04 05:39:37 UTC
                                **Text** E   $

**Image**



**Id**
17845913755067745
**Date Created** 2015-05-31 02:50:08 UTC
**Text** DIRTY WOODZ

**User** bgm_omnipotence (2051659744) []
**Id** 17845913782067745
**Date Created** 2015-05-31 04:04:23 UTC
**Text** We outchea

**Image**



**Photo Id:** 996595247830672522
**Id** 996595247830672522

**Taken**
2015-05-30 22:03:53 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11257941_1603782006573371_2
35665160_n.jpg?ig_cache_key=OTk2NTk1MjQ3ODMwNjcyNTIy.2
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.83.68
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

> **User** bgm_omnipotence (2051659744) []
> **Id** 17845913695067745
> **Date Created** 2015-05-30 22:03:53 UTC
> **Text** #MOBBBOSS

**User** kevscarface (1476687847) [SCAR MOBB SHIT]
**Id** 17845913740067745
**Date Created** 2015-05-31 02:10:33 UTC
**Text** Call me bro I been trying get up wit u..

**User** kevscarface (1476687847) [SCAR MOBB SHIT]
**Id** 17845913737067745
**Date Created** 2015-05-31 02:10:46 UTC
**Text** @2_gmg

**Image**

**Filter**
0 - Normal
**Upload Ip** 2601:a:780:38f8:10a8:3238:a590:5336
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17845912228067745
**Date Created** 2015-05-26 21:47:05 UTC
**Text** My honor is my blood

**Image**



**Photo Id:**
993626916861388523

**Id** 993626916861388523
**Taken** 2015-05-26 19:46:20 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11372399_1003371546354682_1
856949982_n.jpg?ig_cache_key=OTkzNjI2OTE2ODYxMzg4NTIz.2
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 50.232.32.196
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17845912201067745
**Date Created** 2015-05-26 19:46:20 UTC
**Text** U MIGHT HAVE KNOCKED SOME BLOOD OUT, BUT U CANT KNOCK
OUT THE E   . #bone gang

**User** fortified_tenacious_kisha (201063722) [THE DEVILS WORST
NIGHTMARE      ]
**Id** 17845912948067745
**Date Created** 2015-05-28 18:12:04 UTC
**Text** Omg praying :-((

**User** magik200 (405596021) [IAM200      ]
**Id** 17845914022067745
**Date Created** 2015-05-31 16:16:57 UTC
**Text** Nizzy

**Image**



**Photo Id:** 993054458756343085
| | |
|---|---|
| **Id** | 993054458756343085 |
| **Taken** | 2015-05-26 00:48:58 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e15/11324885_479123248923323_2146205350_n.jpg?ig_cache_key=OTkzMDU0NDU4NzU2MzQzMDg1.2 |
| **Source** | iOS Camera |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.231 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** bgm_omnipotence (2051659744) [] |

**Id**
17845911826067745
**Date Created**  2015-05-26 00:48:58 UTC
**Text**  Dirt dog

**Image**



**Photo Id:** 993010420904764426
**Id**  993010420904764426
**Taken**  2015-05-25 23:21:28 UTC
**Status**  0 - Active
**Url**  http://scontent.cdninstagram.com/t51.2885-15/e15/11375401_404432299740905_17
41066347_n.jpg?ig_cache_key=OTkzMDEwNDIwOTA0NzY0NDI2.2
**Source**  iOS Library

**Filter**
 2 - Lo-fi
**Upload Ip** 66.87.82.231
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []
 **Id** 17845911805067745
 **Date Created** 2015-05-25 23:21:28 UTC
 **Text** Bosses

**Image**



**Id**
17845911589067745
**Date Created** 2015-05-25 13:03:21 UTC
**Text** Chiraq welcome to Afghanistan. LIL HERBO in the CITY with us
TCGMG

**Image**



**Photo Id:** 992346366792050571
**Id** 992346366792050571
**Taken** 2015-05-25 01:22:07 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11264224_1562454690641901_1
851263847_n.jpg?ig_cache_key=OTkyMzQ2MzY2NzkyMDUwNTcx.2

**JA6272**

**Filter**
0 - Normal
**Upload Ip** 66.87.80.214
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

| | |
|---|---|
| **User** | bgm_omnipotence (2051659744) [] |
| **Id** | 17845910560067745 |
| **Date Created** | 2015-05-23 23:22:32 UTC |
| **Text** | Come get ur ONE. 5200 got a barber shop now that belong to US. |

**Image**



**Photo Id:**

991395815979885782

**Id** 991395815979885782
**Taken** 2015-05-23 17:53:32 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11363856_1600663133549542_1
067066848_n.jpg?ig_cache_key=OTkxMzk1ODE1OTc5ODg1Nzgy.2
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 2601:a:780:38f8:e055:ff62:7c6d:3f24
**Is Published** true
**Shared By** false
**Author**
**Location**

| **Comments** | **User** | bgm_omnipotence (2051659744) [] |
|---|---|---|
| | **Id** | 17845910458067745 |
| | **Date Created** | 2015-05-23 17:53:32 UTC |
| | **Text** | LOVE MY DOUBLE EMM$ |

**Image**

**Id**
17845906408067745

**Date Created** 2015-05-16 23:10:14 UTC

**Text** Support The King! @whoischristianvazquez ---> @famousnobodys
<-----Newly Released Click The Link In His BIO For Details! I'm
Taking Things To The Next Level With My Bro!
#MakeTheConnection Aye @carterbey @trash719 @i_am_zy  Ya'll
Listen Out For The Call! #MGCIsGlobal #LetsJustStateFacts
#NewAdditions #ThisLittleThingCalledLife #LetsLiveIt

**Image**



**Photo Id:** 986316765779339086

**Id** 986316765779339086

|  |  |
|---|---|
| **Taken** | 2015-05-16 17:42:22 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/e15/11280376_1444283429199913_1767825834_n.jpg |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 66.87.82.119 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

| **Comments** | **User** | bgm_omnipotence (2051659744) [] |
|---|---|---|
| | **Id** | 17845906312067745 |
| | **Date Created** | 2015-05-16 17:42:22 UTC |
| | **Text** | BRING THE DOG OUT. ITZ GETTIN HOT!!! |
| | **User** | trouble5200 (1832987656) [trouble5200      ] |
| | **Id** | 17845906342067745 |
| | **Date Created** | 2015-05-16 19:39:26 UTC |
| | **Text** | Gahhh!!!! |
| | **User** | charmcity_moe (1958886808) [COACH MOE] |
| | **Id** | 17845911817067745 |
| | **Date Created** | 2015-05-26 00:17:01 UTC |
| | **Text** | Lol damn |
| | **User** | jidoe_ (182289495) [jidoe] |
| | **Id** | 17845929028067745 |
| | **Date Created** | 2015-06-09 16:03:27 UTC |
| | **Text** | Woo ooohhhhhh |
| | **User** | keiffy2700 (928514594) [Keiffy] |
| | **Id** | 17846123617067745 |
| | **Date Created** | 2015-07-10 00:03:29 UTC |
| | **Text** | @brucethecarter damn |

**Image**

**Id**

17845906306067745

**Date Created**   2015-05-16 17:30:10 UTC
**Text**   Today tomorrow. GUTTAGANG

**Image**



**Photo Id:** 985745846002394823
**Id**   985745846002394823
**Taken**   2015-05-15 22:48:03 UTC
**Status**   0 - Active
**Url**   http://scontent.cdninstagram.com/t51.2885-15/e15/11248127_1586945251553453_5
60108083_n.jpg?ig_cache_key=OTg1NzQ1ODQ2MDAyMzk0ODlz.2
**Source**   iOS Camera

# JA6277

**Filter**
0 - Normal
**Upload Ip** 66.87.81.104
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** | **User** bgm_omnipotence (2051659744) []
**Id** 17845906027067745
**Date Created** 2015-05-15 22:48:03 UTC
**Text** 5200 CREAMZ

**Image**





**Photo Id:** 985741378070390376
**Id** 985741378070390376
**Taken** 2015-05-15 22:39:11 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11281961_846435182103993_49
6983967_n.jpg?ig_cache_key=OTg1NzQxMzc4MDcwMzkwMzc2.2
**Source** iOS Camera
**Filter** 0 - Normal
**Upload Ip** 66.87.81.104
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** bgm_omnipotence (2051659744) []

**JA6279**

**Id**
17845904965067745
**Date Created** 2015-05-12 16:14:45 UTC
**Text** 5200 BOYZ THE MOVIE. CATCH UP

**Image**



**Photo Id:** 982852695440893805
**Id** 982852695440893805
**Taken** 2015-05-11 22:59:53 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/e15/11240301_1599287186985945_7
79189414_n.jpg?ig_cache_key=OTgyODUyNjk1NDQwODkzODA1.2
**Source** iOS Camera

**JA6280**

**Filter**
0 - Normal
**Upload Ip** 66.87.81.52
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**

**User** bgm_omnipotence (2051659744) []
**Id** 17845904779067745
**Date Created** 2015-05-11 22:59:53 UTC
**Text** Day 1's r always

**User** mr.calculatorshorty (405297642) [About A Dollar #Bite          ❤          ]
**Id** 17845914037067745
**Date Created** 2015-05-31 16:46:19 UTC
**Text**

**Image**                                                        100

**JA6281**

**Id**
17845904131067745
**Date Created** 2015-05-09 23:12:29 UTC
**Text** Come holla at me

**User** hollywoodgogetta (1114552471) [Kevin Forrest Hollywood]
**Id** 17845904146067745
**Date Created** 2015-05-09 23:59:57 UTC
**Text** On my way nigga..

**Image**



**Photo Id:** 981324607657748142
**Id** 981324607657748142

**Id**
17847146470128377
**Date Created** 2016-05-01 14:36:11 UTC
**Status** ACTIVE
**Text** Wya

**Id** 17847867718077299
**Date Created** 2016-05-01 03:39:43 UTC
**Status** ACTIVE
**Text** @loganhjames

**Id** 17856224794049817
**Date Created** 2016-04-30 21:12:37 UTC
**Status** ACTIVE
**Text** Trash bag 100's @avenue__dion

**Id** 17850031552068986
**Date Created** 2016-04-29 15:22:11 UTC
**Status** DELETED_BY_ADMIN
**Text** TAKE THIS PICTURE THE FUCK DOWN!!!!      DONT BROADCAST MY BROTHER MURDER.
THIS SHIT AINT NO GAME.      ⚡. I'm telling u now.

**Id** 17858109397049903
**Date Created** 2016-04-28 22:56:33 UTC
**Status** ACTIVE
**Text** ALMIGHTY 1  0  0  0   GANG @sdotshit

**Id** 17858109385049903
**Date Created** 2016-04-28 22:55:39 UTC
**Status** ACTIVE
**Text** Real shit @levar226

**Id** 17847083767106745
**Date Created** 2016-04-28 19:01:41 UTC
**Status** ACTIVE
**Text** Hbd boi

**Id** 17858411608009038
**Date Created** 2016-04-28 00:01:10 UTC
**Status** ACTIVE
**Text** @1ewoopexuberant

**Id** 17858411602009038
**Date Created** 2016-04-28 00:00:54 UTC
**Status** ACTIVE
**Text** @scootaupnext

**Id** 17846903896122801
**Date Created** 2016-04-25 15:12:01 UTC
**Status** ACTIVE
**Text** Wuts ur #

**Id** 17846903890122801
**Date Created** 2016-04-25 15:11:54 UTC
**Status** ACTIVE
**Text** Wya today

**Id** 17862017617049123
**Date Created** 2016-04-25 15:09:54 UTC

**Date Created**  2015-06-15 14:43:56 UTC
**Status**  ACTIVE
**Text**  GRADUATION

**Id**  17846054548067745
**Date Created**  2015-06-15 14:19:58 UTC
**Status**  ACTIVE
**Text**  @chino_mmg

**Id**  17852565028016649
**Date Created**  2015-06-13 01:03:54 UTC
**Status**  DELETED_BY_ADMIN
**Text**  Hell no I got our spot. The olive

**Id**  17852565010016649
**Date Created**  2015-06-13 00:51:33 UTC
**Status**  DELETED_BY_ADMIN
**Text**  I'm down here

**Id**  17846029045067745
**Date Created**  2015-06-12 21:26:48 UTC
**Status**  ACTIVE
**Text**  Already. @scorpio_dee36

**Id**  17850351961028022
**Date Created**  2015-06-12 15:05:20 UTC
**Status**  ACTIVE
**Text**  Go get that BLACK BLOOD OFF SPINRILLA @5pm. Go get NEW WORLD ORDER now. As well as POLICE BRUTALITY. SPINRILLA. THESE E   $ r 4EVA!!

**Id**  17850351952028022
**Date Created**  2015-06-12 15:03:04 UTC
**Status**  ACTIVE
**Text**  Salute the MOBB. SHOTOUT MAGIK

**Id**  17846024608067745
**Date Created**  2015-06-12 12:43:57 UTC
**Status**  ACTIVE
**Text**  GO GET THIS EP. ITS MONUMENTAL

**Id**  17846024593067745
**Date Created**  2015-06-12 12:41:13 UTC
**Status**  ACTIVE
**Text**  @pm_nick my nigga my nigga

**Id**  17849791063036760
**Date Created**  2015-06-11 21:19:40 UTC
**Status**  ACTIVE
**Text**  Put my shit on ur page

**Id**  17848702636014144
**Date Created**  2015-06-08 11:34:37 UTC
**Status**  DELETED_BY_ADMIN
**Text**  Who told u follow me? The bitch Hollie? If so, tell LO I said ALL MY RESOURCES R HIS IN THIS MATTER. My name is Gutta

**Id**  17850846757050931
**Date Created**  2015-06-08 00:56:42 UTC



THESE E⌒╲⌒╲$ r 4EVA!!100🐎🦍🔥



# PATisDOPE One On One Interview With Gutta Almighty

1,245 views

 26     2

 **PATisDOPE**
5,754 subscribers

 Subscribe

| | |
|---|---|
| **Photo Id:** | 1071494636296466 |
| **Id** | 2694121190677703434975720348057600 |
| **Time** | 2016-04-12 18:33:43 UTC |
| **Item-type** | text |
| **Thread-id** | 3402823668417103009491281164217983888693 |
| **Text** | Yes bro it's been up |
| **Author** | patisdopepromotions (10483157) |
| **Recipients** | patisdopepromotions (10483157) |
| | bgm_omnipotence (2051659744) |
| **Id** | 2693837436720744717320864568390451 |
| **Time** | 2016-04-10 23:50:00 UTC |
| **Item-type** | text |
| **Thread-id** | 3402823668417103009491281164217983888693 |
| **Text** | Y u don't have my FOREST PARK interview on ur page |

**JA6285**

**Service** Instagram
**Target** 2263084558
**Generated** 2017-02-14 20:03:57 UTC
**Date Range** 2011-01-01 00:00:00 UTC to 2017-01-20 23:59:59 UTC
**NCMEC**
**Cybertips**

**Name**

| **First** Young O.G Lor Cream$ Dinero |
|---|

**Registered**
**Email**
**Addresses**

| creams.dinero@icloud.com |
|---|

**Vanity Name** creams_dinero

**Registration** 2015-11-03 17:16:00 UTC
**Date**

**Registration Ip** 172.56.5.235

**Account** **Account Still** false
**Closure Date** **Active**
    **Time** 2016-06-16 00:16:13 UTC
    **Reason** USER_INITIATED_NEED_BREAK

**Account Status** **Status** inactivate
**History**
    **Time** 2016-06-16 00:16:12 UTC

    **Status** reactivate
    **Time** 2016-05-15 12:58:10 UTC

    **Status** inactivate
    **Time** 2016-05-12 14:33:46 UTC

**Phone**
**Numbers**

**Ip Addresses** **IP Address** 69.251.57.131
    **Time** 2016-06-16 00:16:12 UTC
    **Action** v1_activation

    **IP Address** 69.251.57.131
    **Time** 2016-06-16 00:15:48 UTC
    **Action** v1_login

    **IP Address** 69.251.57.131
    **Time** 2016-05-15 13:07:21 UTC

| GOVT. EXHIBIT NO. | SM10 |
|---|---|
| CASE NO. | CCB-16-0267 |
| IDENTIFICATION | _____ |
| ADMITTED | _____ |

**JA6286**









**Photo Id:** 1204193887368199168

| | |
|---|---|
| **Id** | 1204193887368199168 |
| **Taken** | 2016-03-12 08:25:19 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13408970_1540416362931 680_1826845263_n.jpg?ig_cache_key=MTIwNDE5Mzg4NzM2ODE5OTE2OA%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.3.191 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |





**Photo Id:** 1198884080880925882
**Id** 1198884080880925882
**Taken** 2016-03-05 00:35:41 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13381356_5939368707663
13_101676730_n.jpg?ig_cache_key=MTE5ODg4NDA4MDg4MDkyNTg4Mg%3D%3D.2
**Source** iOS Library
**Filter** 613 - Juno
**Upload Ip** 172.56.2.187
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments**                    **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]

**Id**
    17847645733070598
**Date Created** 2016-03-05 08:35:41 UTC
**Status** Active
**Text**    URDERLAND   AFIA  Nothn More Nothn Less  #TheRealMOBB
       #5200FAM

**Image**



⌒\URDERLAND ⌒\AFIA
Nothn More Nothn Less
#TheRealMOBB 🌎

**Photo Id:** 1198588147635011435
**Id** 1198588147635011435
**Taken** 2016-03-04 14:47:43 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/s480x480/e35/13355496_27649



**Photo Id:** 1189647138121268423
**Id** 1189647138121268423
**Taken** 2016-02-21 06:43:31 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-
xta1.fbcdn.net/t51.2885-15/e35/13413244_510471639146644_1580962254_n.jpg
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 172.56.12.152
**Is Published** true
**Shared By** false
**Author**
**Location**

**Comments**    **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]

**Id**
17853982939022232
**Date Created** 2016-02-21 14:43:32 UTC
**Status** Active
**Text** MURDERLAND MAFIA MOBB  THE W    RLD IS OURS  #5200FAM

**Image**



**Photo Id:**
1189547799319363346

**Id** 1189547799319363346
**Taken** 2016-02-21 03:26:09 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-
xta1.fbcdn.net/t51.2885-15/e35/13422839_638304419657343_208163426_n.jpg
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 172.56.12.152
**Is Published** true
**Shared By** false
**Author**
**Location**

**Comments**         **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]
                      **Id** 17853859876049900
              **Date Created** 2016-02-21 11:26:10 UTC
                   **Status** Active
                     **Text** #GMB  #5200fam  #TRAP

**Image**











| | |
|---|---|
| **Photo Id:** | 1122256276668497446 |
| **Id** | 1122256276668497446 |
| **Taken** | 2015-11-20 07:09:55 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13414201_1196653097033953_71443453_n.jpg?ig_cache_key=MTEyMjI1NjI3NjY2ODQ5NzQ0Ng%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.13.178 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |

|  | |
|---|---|
| **Id** | 17844431062076938 |
| **Date Created** | 2015-11-20 15:09:55 UTC |
| **Status** | Active |
| **Text** | CODE |

**Image**



**Photo Id:** 1118640157558783143

| | |
|---|---|
| **Id** | 1118640157558783143 |
| **Taken** | 2015-11-15 07:25:20 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e15/13398862_1586143668350560_1256884450_n.jpg |







**Photo Id:** 1111300113445633348

|  |  |
|---|---|
| **Id** | 1111300113445633348 |
| **Taken** | 2015-11-05 04:21:58 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13402648_1395575113791119_1465931161_n.jpg?ig_cache_key=MTExMTMwMDExMzQ0NTYzMzM0OA%3D%3D.2 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.15.255 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

**JA6304**

Comments

| | |
|---|---|
| **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| **Id** | 17851676857030347 |
| **Date Created** | 2015-11-05 12:21:59 UTC |
| **Status** | Active |
| **Text** | Same Niggas frm the SandBox |

Image



| | |
|---|---|
| **Photo Id:** | 1111298692037950766 |
| **Id** | 1111298692037950766 |
| **Taken** | 2015-11-05 04:19:09 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13437343_1756263054613 |

776_371223683_n.jpg?ig_cache_key=MTExMTI5ODY5MjAzNzk1MDc2Ng%3D%3D.2

| | |
|---|---|
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.15.255 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |
| **Comments** | |

| | |
|---|---|
| **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| **Id** | 17843606887100504 |
| **Date Created** | 2015-11-05 12:19:09 UTC |
| **Status** | Active |
| **Text** | THE #FAM |

**Image**



**Id**
17844343399076559
**Date Created** 2015-11-04 01:51:20 UTC
**Status** Active
**Text** #GMB Since 94

**Image**



**Photo Id:** 1110256637727685904
**Id** 1110256637727685904
**Taken** 2015-11-03 17:48:46 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-
xta1.fbcdn.net/t51.2885-15/e35/13380916_634943806681628_2041007205_n.jpg





**Id**
    17844343387076559
**Date Created** 2015-11-04 01:38:06 UTC
**Status** Active
**Text** Young MOBB Bosses Swagg'd up Playn w / tht check #5200FAM
    #GMB

**Image**



**Photo Id:** 1110249927713700971
**Id** 1110249927713700971
**Taken** 2015-11-03 17:35:26 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-xta1.fbcdn.net/t51.2885-15/e35/13394862_1728413604077

# JA6311



Pr

**Id** 17843721289066527
**Date Created** 2015-11-10 01:25:39 UTC
**Status** ACTIVE
**Text** I need a shoutout brother

**Id** 17845653118004768
**Date Created** 2015-11-08 08:43:26 UTC
**Status** ACTIVE
**Text** My Nigga

**Id** 17845206886053629
**Date Created** 2015-11-06 12:06:29 UTC
**Status** ACTIVE
**Text** Sht Whtsup FAM

**Id** 17845160650053629
**Date Created** 2015-11-05 13:14:02 UTC
**Status** ACTIVE
**Text** Yooo

**Videos** **Id** 1233241114761706710
**Taken** 2016-04-21 10:16:58 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-
xta1.fbcdn.net/t50.2886-16/13468216_707778136027105_1342558609_n.mp4
**Source** iOS Library
**Filter** 10 - Inkwell
**Upload Ip**
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]
**Id** 17855572858029667
**Date Created** 2016-04-21 18:17:24 UTC
**Status** Active
**Text** #NoSleep 6am sht       #TrapLife

**Id** 1231143048017559211
**Taken** 2016-04-18 12:48:29 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-
xta1.fbcdn.net/t50.2886-16/13467988_1794564310763220_1632371661_n.mp4
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip**
**Is Published** true
**Shared By** false
**Author**
**Location**
**Comments** **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]
**Id** 17861344996056520
**Date Created** 2016-04-18 20:48:30 UTC
**Status** Active

**JA6313**

| | |
|---|---|
| **Text** | WE ORIGINATED YALL DUPLICATED #5200FAM  FAKE ASS NIGGA GET YA GRAMS ⬆      #GG'$ #GiftOfGab #GoodGrams #GMB Gunz Money & Blow |

| | |
|---|---|
| **Id** | 1225377373030399046 |
| **Taken** | 2016-04-10 13:53:07 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t50.2886-16/13477991_1064412080280382_1767403401_n.mp4 |
| **Source** | iOS Library |
| **Filter** | 614 - Reyes |
| **Upload Ip** | |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
|---|---|---|
| | **Id** | 17855988061059107 |
| | **Date Created** | 2016-04-10 21:53:08 UTC |
| | **Status** | Active |
| | **Text** | BITCH I BEEN GETTN MONEY  BEEN KEEPN SHIT     BEEN FCKN NIGGAS BITCHES SAY SHE CAN FEEL IT IN HER STOMACH BEEN BEEFN WIT THE CITY I GOTTA CHOPPA SO WHO WANT IT BEEN BEEN BEEN THT NIGGA I BEEN THT NIGGA END OF DISCUSSION #5200FAM #OmertaCode |

| | |
|---|---|
| **Id** | 1218785867779751541 |
| **Taken** | 2016-04-01 11:36:59 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t50.2886-16/13458967_238452133205879_304771978_n.mp4 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | |

| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
|---|---|---|
| | **Id** | 17846341864108195 |
| | **Date Created** | 2016-04-01 19:36:59 UTC |
| | **Status** | Active |
| | **Text** | THIS LOR BITCH GOT THE NERVE " I swear ta GOD " |

| | |
|---|---|
| **Id** | 1213784566561980246 |
| **Taken** | 2016-03-25 14:00:17 UTC |
| **Status** | 4 - Deleted by inactivation |
| **Url** | https://igcdn-origincache-xta1.fbcdn.net/t50.2886-16/13467937_252650125102050_1549745661_n.mp4 |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | |
| **Is Published** | true |
| **Shared By** | |

**JA6314**

**Author**
false
**Location**

| | | |
|---|---|---|
| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| | **Id** | 17846081011092912 |
| | **Date Created** | 2016-03-25 22:00:19 UTC |
| | **Status** | Active |
| | **Text** | Beefn with niggas 10 yrs older these niggas trying me  The city might be scared of you niggas but I'm a dying breed   . @officialboosieig  #5200FAM |

**Id** 1205044118272032385
**Taken** 2016-03-13 12:34:34 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-xta1.fbcdn.net/t50.2886-16/13477907_206041923128630_315213247_n.mp4
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip**
**Is Published** true
**Shared By** false
**Author**
**Location**

| | | |
|---|---|---|
| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| | **Id** | 17854844119012966 |
| | **Date Created** | 2016-03-13 20:34:35 UTC |
| | **Status** | Active |
| | **Text** | Trying to Smile to Keep from Crying      @officialboosieig |

**Id** 1202012036532747737
**Taken** 2016-03-09 08:10:22 UTC
**Status** 4 - Deleted by inactivation
**Url** https://igcdn-origincache-xta1.fbcdn.net/t50.2886-16/13455972_1737100883239342_1273906896_n.mp4
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip**
**Is Published** true
**Shared By** false
**Author**
**Location**

| | | |
|---|---|---|
| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| | **Id** | 17845241362128771 |
| | **Date Created** | 2016-03-09 16:10:23 UTC |
| | **Status** | Active |
| | **Text** | Go Against the MOBB GET MURDERED |

**Id** 1202010463157042626
**Taken** 2016-03-09 08:07:15 UTC
**Status** 1 - Deleted by user
**Source** iOS Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**JA6315**

**Author**
    nera.2times (46135575)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000540405826744564364999655424000
**Time**  2016-05-19 23:57:08 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  How old are you
**Author**  creams_dinero (2263084558)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000540281661710204226007728128000
**Time**  2016-05-19 23:57:01 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  Lol
**Author**  creams_dinero (2263084558)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000540236577867688079863578624000
**Time**  2016-05-19 23:56:59 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  Yea
**Author**  creams_dinero (2263084558)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000538460709815712061329506304000
**Time**  2016-05-19 23:55:22 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  Lol are you going send it this time
**Author**  nera.2times (46135575)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000538007454867076943936749568000
**Time**  2016-05-19 23:54:58 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  rwyatt817@gmail.com
**Author**  nera.2times (46135575)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000537785281469796446853866192896
**Time**  2016-05-19 23:54:46 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  2407130332
**Author**  creams_dinero (2263084558)
**Recipients**  nera.2times (46135575)
    creams_dinero (2263084558)
**Id**  27000537138127204839114030079541248
**Time**  2016-05-19 23:54:11 UTC
**Item-type**  text
**Thread-id**  340282366841710300949128127089000281537
**Text**  What's email
**Author**  creams_dinero (2263084558)

| | |
|---|---|
| **Thread-id** | 340282366841710300949128126143718313058 |
| **Text** | Wats good |
| **Author** | alipaidinfull (3036929180) |
| **Recipients** | creams_dinero (2263084558) |
| | alipaidinfull (3036929180) |
| **Id** | 269426982933209623882469418351984464 |
| **Time** | 2016-04-13 16:56:41 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128126143718313058 |
| **Text** | What's MOBBIN |
| **Author** | creams_dinero (2263084558) |
| **Recipients** | creams_dinero (2263084558) |
| | alipaidinfull (3036929180) |
| **Id** | 269813347073800571247405721190400000 |
| **Time** | 2016-05-07 22:44:45 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128116104779359472 |
| **Text** | Bro I'm in town |
| **Author** | coyote_1000 (33645798) |
| **Recipients** | coyote_1000 (33645798) |
| | creams_dinero (2263084558) |
| **Id** | 269791214441152373131904213319680000 |
| **Time** | 2016-05-06 13:25:04 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128116104779359472 |
| **Text** | After wed sometime waiting for this interview to pass then I'm coming down and Awwready |
| **Author** | coyote_1000 (33645798) |
| **Recipients** | coyote_1000 (33645798) |
| | creams_dinero (2263084558) |
| **Id** | 269790729354871099302783379046400000 |
| **Time** | 2016-05-06 12:41:14 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128116104779359472 |
| **Text** | Yea & thanks my nigga we gotta link up when you coming down |
| **Author** | creams_dinero (2263084558) |
| **Recipients** | coyote_1000 (33645798) |
| | creams_dinero (2263084558) |
| **Id** | 269790714110297329348472828067840000 |
| **Time** | 2016-05-06 12:39:51 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128116104779359472 |
| **Text** | Happy birthday to bro |
| **Author** | coyote_1000 (33645798) |
| **Recipients** | coyote_1000 (33645798) |
| | creams_dinero (2263084558) |
| **Id** | 269790708560778842213691319910400000 |
| **Time** | 2016-05-06 12:39:21 UTC |
| **Item-type** | text |
| **Thread-id** | 340282366841710300949128116104779359472 |
| **Text** | Forreal everything good tho? |
| **Author** | coyote_1000 (33645798) |
| **Recipients** | coyote_1000 (33645798) |
| | creams_dinero (2263084558) |
| **Id** | 269790655587448353182709039759360000 |
| **Time** | 2016-05-06 12:34:34 UTC |
| **Item-type** | text |



**Photo Id:** 1191512160225148181
**Id** 1191512160225148181
**Taken** 2016-02-23 20:28:59 UTC
**Status** 0 - Active
**Url** http://igcdn-photos-f-a.akamaihd.net/hphotos-ak-xfa1/t51.2885-15/sh0.08/e35/p750x
750/12724723_1674696519464677_387051804_n.jpg?ig_cache_key=MTE5MTUxMjE2

**JA6318**

MDIyNTE0ODE4MQ%3D%3D.2

**Source** Library
**Filter** 17 - Unknown
**Upload Ip** 172.56.3.93
**Is Published** true
**Shared By** false
**Author**

| | | |
|---|---|---|
| **Caption** | **Id** | 17853116443022702 |
| | **Date Created** | 2016-02-23 20:29:00 UTC |
| | **Status** | Active |
| | **Text** | 30 piece |
| **Location** | | |
| **Comments** | **User** | creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero] |
| | **Id** | 17853122728022702 |
| | **Date Created** | 2016-02-24 00:56:36 UTC |
| | **Status** | Active |
| | **Text** | #30 |
| | | |
| | **User** | •prettykeee_ (54780479) [•Growing and Learning] |
| | **Id** | 17853142033022702 |
| | **Date Created** | 2016-02-24 19:04:52 UTC |
| | **Status** | Active |
| | **Text** | Delete this. |

**Image**



**Photo Id:** 1186910713382649507

|  |  |
|---|---|
| **Id** | 1186910713382649507 |
| **Taken** | 2016-02-17 12:06:44 UTC |
| **Status** | 0 - Active |
| **Url** | http://igcdn-photos-e-a.akamaihd.net/hphotos-ak-xaf1/t51.2885-15/e35/12747829_454392904757076_1038775449_n.jpg?ig_cache_key=MTE4NjkxMDcxMzM4MjY0OTUwNw%3D%3D.2 |
| **Source** | Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.2.133 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Caption** | **Id** 17844471265102201 |

**JA6320**

**Date Created**
2016-02-17 12:06:44 UTC
**Status** Active
**Text** Can't sleep when You got     & Murder on Ya Mind  Refuse to let You Lame Duck Ass Niggas put me in Tht suit & Tie #streetnigga

**Location**
**Comments**          **User** 1aunzae (1139821194) [I_AM_AUNZAE™
                        **Id** 17844473371102201
            **Date Created** 2016-02-17 14:55:43 UTC
                   **Status** Active
                     **Text** text me 6783657474



                       **User** mr.calculatorshorty (405297642) [About A Dollar #Bite     ❤     ]
                        **Id** 17844579010102201
            **Date Created** 2016-02-21 16:37:17 UTC
                   **Status** Active
                     **Text** Wya dummie ?

                       **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]
                        **Id** 17844579430102201
            **Date Created** 2016-02-21 16:54:04 UTC
                   **Status** Active
                     **Text** Up the mall @mr.calculatorshorty

                       **User** mr.calculatorshorty (405297642) [About A Dollar #Bite     ❤     ]
                        **Id** 17844579439102201
            **Date Created** 2016-02-21 16:54:25 UTC
                   **Status** Active
                     **Text** Ain't find none yet ?

                       **User** creams_dinero (2263084558) [Young O.G Lor Cream$ Dinero]
                        **Id** 17844579787102201
            **Date Created** 2016-02-21 17:06:56 UTC
                   **Status** Active
                     **Text** I'm looking now @mr.calculatorshorty

          **Image**



**Service** Instagram
**Target** 3673860134
**Generated** 2017-03-31 18:17:50 UTC
**Date Range** 2016-09-22 00:00:00 UTC to 2017-03-21 23:59:59 UTC
**NCMEC**
**Cybertips**

| **Name** | **First** | MOBB[k] BOSS |
|----------|-----------|--------------|

**Registered** fhp.5200fam@gmail.com
**Email**
**Addresses**

**Vanity Name** fh_dinero

**Registration** 2016-08-17 14:06:19 UTC
**Date**

**Registration Ip** 107.77.202.124

**Account** **Account Still** true
**Closure Date** **Active**

**Phone**
**Numbers**

**Ip Addresses** **IP Address** 2601:144:c001:eef:28ce:3dca:2b03:e553
**Time** 2017-03-06 21:59:59 UTC

**IP Address** 2601:144:c001:eef:28ce:3dca:2b03:e553
**Time** 2017-03-06 21:54:55 UTC

**IP Address** 2601:144:c001:eef:9140:32d5:7739:777d
**Time** 2017-03-04 21:02:05 UTC

**IP Address** 2601:144:c001:eef:9140:32d5:7739:777d
**Time** 2017-03-04 20:59:46 UTC

**IP Address** 2601:144:c001:eef:9140:32d5:7739:777d
**Time** 2017-03-04 20:45:21 UTC

**IP Address** 2607:fb90:138e:14ab:f700:697f:a79c:4796
**Time** 2017-02-24 16:19:51 UTC

**IP Address** 2607:fb90:138e:14ab:f700:697f:a79c:4796
**Time** 2017-02-24 16:19:30 UTC

**IP Address** 172.56.3.95
**Time** 2017-02-24 01:23:30 UTC

GOVT. EXHIBIT NO. _____ SM13

CASE NO. _____ CCB-16-0267

IDENTIFICATION _____

ADMITTED _____

**JA6323**







**Comments**

|  |  |
|---|---|
| **User** | fh_dinero (3673860134) [MOBB[k] BOSS] |
| **Id** | 17871023824048909 |
| **Date Created** | 2017-01-27 02:04:47 UTC |
| **Text** | You wouldn't Understand        #LORBITCH #OmertaBoyz |

**Image**







**Photo Id:** 1427231422251250035

| | |
|---:|:---|
| **Id** | 1427231422251250035 |
| **Taken** | 2017-01-14 02:01:05 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/15877346_1624 87434239098_2784081132222676992_n.jpg |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.3.223 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | **Latitude** 0 |
| | **Longitude** 0 |









**Photo Id:** 1404399846940538068
**Id** 1404399846940538068
**Taken** 2016-12-13 13:58:49 UTC
**Status** 0 - Active
**Url** http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/15258588_4299
52310728170_5526348391291813888_n.jpg
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 172.56.2.3
**Is Published** true
**Shared By** false
**Author**
**Location** **Latitude** 0
**Longitude** 0

**Comments**

|  |  |
|---|---|
| **User** | fh_dinero (3673860134) [MOBB[k] BOSS] |
| **Id** | 17845414159176552 |
| **Date Created** | 2016-12-13 13:58:49 UTC |
| **Text** | Another throwback We been thuggn Round the Way Since Pre-K 5 2  #FAM  #FcktheFeds |

|  |  |
|---|---|
| **User** | fh_dinero (3673860134) [MOBB[k] BOSS] |
| **Id** | 17867077675045101 |
| **Date Created** | 2016-12-13 14:09:11 UTC |
| **Text** | @konandagreat already you know I come up under y'all Them Original FHP niggas |

|  |  |
|---|---|
| **User** | konandagreat (1441870377) [konan] |
| **Id** | 17858418799075554 |
| **Date Created** | 2016-12-13 14:12:55 UTC |
| **Text** | Already 1  0  0  0 |

|  |  |
|---|---|
| **User** | sssdot (2159293279) [.] |
| **Id** | 17860949962071102 |
| **Date Created** | 2016-12-13 14:23:19 UTC |
| **Text** | 2savages 1  0  0  0   dem my Nephew rite there |

|  |  |
|---|---|
| **User** | teamo_kisura (31842016) [ms.Johnson        ] |
| **Id** | 17858707372123632 |
| **Date Created** | 2017-01-17 20:20:06 UTC |
| **Text** | my 2 favs     ❣ |

**Image**





**Photo Id:** 1400944194613068046

| | |
|---|---|
| **Id** | 1400944194613068046 |
| **Taken** | 2016-12-08 19:33:03 UTC |
| **Status** | 0 - Active |
| **Url** | http://scontent.cdninstagram.com/t51.2885-15/s640x640/sh0.08/e35/14582263_1234 674216621705_6631274418049908736_n.jpg |
| **Source** | iOS Library |
| **Filter** | 0 - Normal |
| **Upload Ip** | 172.56.2.135 |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Location** | **Latitude** 0 |
| | **Longitude** 0 |



fh_dinero

Follow

15 posts    175 followers    154 following

**5Deuce BOSS** Death Bk4 Dishonor OMERTa Code / 52Hunnit F.A.M
[G] [M] [B] 410MurderLand - Forest Heights LOr Dinero

Done

GOVT. EXHIBIT NO. _____ SM13a _____
CASE NO. _____ CCB-16-0267 _____
IDENTIFICATION _____
ADMITTED _____

**JA6337**



GOVT. EXHIBIT NO. _____ SM13b

CASE NO. _____ CCB-16-0267

IDENTIFICATION _____

ADMITTED _____

JA6338

**PATisDOPE One On One Interview With Gutta Almighty**

*URL*:          https://www.youtube.com/watch?v=d32Tgxe-wZ0
*Published*:    August 10, 2015
*Featuring*:    Dante BAILEY, Melvin LASHLEY, William JONES, Jamal LOCKLEY, Dwight
                JENKINS, William BANKS

*BAILEY:*
Piru nigga alert.
I'm on Forest Park. I'm on Forest Park. I'm on Forest Park

*Chorus (x2):*
You can catch me right on Forest Park
Smack life, caine flippin, I'm on Forest Park
M's or nothin', set trippin', I'm on Forest Park
From Chelsea up to Windsor Mill and Forest Park

They said Im a flip the city, you know I'm a hitter
It's change on a nigga brain, you know I'm a killer.
There's snakes in the grass, the wet reveal 'em
Pussy nigga one yeast beast
What's happenin' nigga, I'm talkin' to all you rapper niggas
The back seat of the Lex can fit a mattress in it
Caine pussy drippin' Ow we the livest crew

BAILEY:        You can follow me on Instagram @2gmg, Facebook gmanalmighty. Get at me
               Twitter @guttaalmighty. You already know. Hit me up, baby.

PATisDOPE:     It's PATisDOPE, and I'm here with—

BAILEY:        Gutta Almighty man. 5200 boy.

PATisDOPE:     Let's talk about that Forest Park situation, the song, the single, the anthem,
               correct?

BAILEY:        Yeah, I mean, if you wanna call it that. It's just real talk. I mean, come holler at
               us.

PATisDOPE:     You gave me a little history behind Forest Park, but what's it all about around
               here? And, and, and, and how long you been around here? How long you been

GOVT. EXHIBIT NO. _____ YT14T
CASE NO. _____ CCB-16-0267
IDENTIFICATION _____
ADMITTED _____

**JA6339**

rappin'? You know, I see you got a few OG's, you know, good men with us. Let's talk about Forest Park.

BAILEY: I mean Forest Park basically, know what I mean, Get Money Boys. You already know. If you get out of line, though, you get ran over. I mean we got teams for money and murder—whatever you want to do. But at the end of the day, it's all about this money. We get money. If y'all ain't doin' it, you get lost.

PATisDOPE: Most def. Let's talk about the movement. You said you fuckin' clubs up. You got the music out. Let's talk about how you move, you know, and, and what you like to do.

BAILEY: All I like to do is, you know, get money. That's it. Know what I mean, fuck bitches, get money. Know what I mean, that's all we do. And throw money. We don't wanna talk about no guns, though. Naw, not that. [laughing]

PATisDOPE: For sure. What's out right now?

BAILEY: Uh, we got—you can check us out on Spinrilla. Know what I mean, we dropped a mixtape, tell 'em, we drop this mix—we drop mixtapes on Sprinrilla every Friday.

PATisDOPE: Every Friday.

BAILEY: For the summer. Like, you can go get, uh, Black Blood—we got a Black Blood movement goin' on. This the only motherfuckin' place that you'll see Blood niggas, Crip niggas, and BGF niggas together. Black Blood, that's the movement. Know what I mean, TCGMG, we the only motherfuckers doin' it in the City. Know what I mean, I'm talkin' about real prominent niggas in all those gangs. Know what I mean, we together, and pushin' that, that's how we doin' it. Know what I mean, and uh, but you can go get Mobbin on Beats, Black Blood, Black Blood 2, you can go get DJ—uh, you can go get my mixtape New World Order off of there, uh, uh, hosted by DJ Manny, on there. You go on YouTube, you'll see about ten videos: Smack Swag, you know, uh, White America, uh, Top Flight, you know, I'm everywhere. You know, I'm the type of nigga, I like to go, like, on your block, like on your block, on another dude's block. I go on your block and make a video.

PATisDOPE: Most def. What's the last block you went to?

BAILEY: I went to uh, Pennsylvania Avenue, I been there, did a video. I been to Monument and Bradford, I did a video. I been in every hitter block, like, that's in the music game, I did a video on their block. I been to Edmondson Avenue where the Teflon Don was at. You can catch me on Str8 Mobbin, Murdaland Mafia, YouTube, go check that out. I been everywhere. But I fuss with everybody. That just show you, know what I mean, real OG, real nigga shit. Ain't like, niggas bitches or nothin', just niggas fuck with niggas, like, know what I mean, I'm certified, you know. I got diplomatic immunity in every ghetto community.

LOCKLEY: [laughing] The whole team, yo.

PATisDOPE: Who you wanna work with that you didn't, you know, whose block you want to go to that you didn't, like, like, explain and why.

BAILEY: I would wanna go to all y'all blocks, man. You know, if you doin' something in this music game, I wanna support you as well as I want you to support me because I ain't your enemy. And the only way we can make it happen is if we come together.

PATisDOPE: You fly man, what you wearin' right now? When you done fuckin' with the bitches, when you done makin' music and you about to get fly to go fuck the club up, what you wearin'?

BAILEY: Robin's. They know me, they call me the Robin man. They think Batman with me. Sure enough, man. Robin. Robin's, Guiseppe's, you know, everything fly right now. You know, I got a lot of Jordan's. You know that's when I laid back, lay low in the hood. But you know, Robin's is my thing.

PATisDOPE: What you listenin' to right now—what's inspirin' you?

BAILEY: I ain't gonna lie. I'm listenin' to, uh, I got just put on with my little man, um, Skooly.

PATisDOPE: Skooly? SB? Most def. I just, you know—

BAILEY: Yeah, I gotta song with him. Like, I been in Atlanta, networking, and I, we got songs together. That's my man, and just him comin' back around in my life, like, and him doin' what he's doin' at the age that he doin' it, like, it was beautiful. I like his song—shout out to The Black John Gotti.

PATisDOPE: The Black John Gotti mixtape, mm-hmm.

BAILEY: I fuck with that dude, but that's who I'm listenin' to right now. Him, YRN Lucci, YFN Lucci. I like Future, I fuck with. But uh, we stuck on us for real right now. I got at least eight artists, you know, and that's a music build up. Shout out Julio, Trouble, shout out Montana Gold, Konan the Great, Young Charlie, know what I mean, we got hitters—

LOCKLEY: 5200 Creamy—

BAILEY: 5200 Creamy, Spotty Mo, we got hitters, Jack Boy, Tony.

PATisDOPE: Your goal is to get out the projects, though, we makin somethin, you know, wintertime comin', fall, spring, all that, you know, so what's some goals for you? You know, what's some things on your get-done list, you know, to broaden your fans, you know, and to get out of here?

BAILEY: Like I wanna take a, I wanna bring a show to the scene, to the music scene, so like phenomenal, they like, damn, we gotta go see him, it's like entertainment. I just don't wanna go on the stage and be like yeah, we from the streets, and we all on stage, naw I wanna bring the show, so a motherfucker can be like, yo yeah, they already made it! That's what I wanna bring, and that's what I'm bringin' to the table, September 18th, come to the show, and we gonna get it in. And ask about that, ask about that party—

LOCKLEY: We turn it all the way up.

BAILEY: This time, we try to do something different; we try to make something special happen.

PATisDOPE: Most def. We know about Forest Park, you know. What about Baltimore, you know, the artists come out of Baltimore, you know, maybe are getting overlooked, maybe not, you know, maybe they know about you in the streets, they need to know more about the music. How do you feel about the Baltimore scene right now?

BAILEY: I grew up here, you know. I'm ready to get blew up here. You know, I don't care. I'm ready to die with the city, whatever. But like, Baltimore's a dangerous place. You know, I remember back when I was younger, all the rappers, you know what I mean, used to come here and entertain and get shot or robbed and stuff like that.

Baltimore is a dangerous place, so it's, it's, it's like hard to accept us—'cause we talk about killin' like a lot. You know, that's how, that's the environment we grew up in. We talk about killin' a lot. So it's gonna take something else. But as long as this, like, we buildin' our own sound, and people don't—open their resources up with each other in the city, then we, the game don't have no other choice but to open up to us.

PATisDOPE: We right here, you know, let 'em know where we at, we at Forest Park. You know we gonna let you know the streets. This a real nigga right here, man. I appreciate you givin' me that pass, makin' sure I'm safe around here. And, hey—

BAILEY: Motherfuckers know, you know, y'all know where, y'all in the terror dome right now. Y'all know this. Y'all know where y'all at. Don't act stupid. But we just gonna lay back and chill. You know my man good. I mean, we gonna do this. You know, we around in the little circle, you know the horseshoe, what we call, you know Beechwood, Clifton Avenue. This where it started from, Clifton Avenue, right here. You know us from the gas station, though.

LOCKLEY: Pull up at your own risk.

BAILEY: The no play zone. 5200 Boys. Flat out, man.

PATisDOPE: Most def, man. Shout out man to Muddy District. And you know he just gave you all some facts about Baltimore. The music is there. Every week they droppin' a mixtape on Spinrilla, man, check it out.

BAILEY: TCGMG, baby, 5200 Boy, Get Money Boy. Get money or get lost.

LOCKLEY: Team Cash. GMG.

**Baltimore Police Department, Laboratory Section**
**601 E. Fayette Street, Baltimore, Maryland 21202**

| Submitted By | Dist./Div. | Seq. Number | Date 05/17/2016 | Time 06:00 | Complaint Number 1-160507271 |
|---|---|---|---|---|---|
| Ivo M. Louvado | VCID | G550 | Location of Recovery or Seizure 7607 Reserve Circle Apt 203 | | Property Number 16016955 |

| I T E M # | ☐ Seizure  ☐ Recovery  ☐ Purchase  ☒ Search Warrant | Analyst's Inventory | | LABORATORY REPORT |
|---|---|---|---|---|
| | | Gross Weight (Grams) | Used in Analysis (Grams) | RESULTS / SCHEDULE  ANAB ACCREDITED FORENSIC TESTING |
| 1 | 1 - BROWN PAPER BAG | | | Not Analyzed |
| 2 | 1 - FOLDED ALUMINUM FOIL WITH BROWN POWDER | 7.49 | 0.03 | Heroin / I Net Weight approximately 4.60g for unit(s) analyzed 1 of 1 Analyzed |
| 3 | 1 - CLEAR PLASTIC BAG CONTAINING BROWN POWDER | 43.67 | 0.03 | Heroin / I Net Weight approximately 42.67g for unit(s) analyzed 1 of 1 Analyzed |
| 4 | 1 - CLEAR PLASTIC BAG CONTAINING BROWN POWDER | 6.58 | 0.02 | Heroin / I Net Weight approximately 5.58g for unit(s) analyzed 1 of 1 Analyzed |
| 5 | 1 - CLEAR PLASTIC BAG CONTAINING BROWN POWDER | 43.09 | 0.03 | Heroin / I Net Weight approximately 42.07g for unit(s) analyzed 1 of 1 Analyzed |
| 6 | 1 - GREY CAPPED PLASTIC JAR CONTAINING GREEN PLANT MATERIAL | 14.63 | 0.05 | Marihuana / I Net Weight approximately 1.36g for unit(s) analyzed 1 of 1 Analyzed |

Date of Analysis from 05/23/2016 to 05/26/2016

I hereby certify that the above listed Controlled Dangerous Substance(s) was properly tested using analytical and quality control procedures that are approved by the State Department of Health and Mental Hygiene. This Report contains the opinions and interpretation of the author.

Analysts having an identification number beginning with "A", "CA" or "C" beneath their names are certified by the Baltimore Police Department as qualified under standards approved by the State Department of Health and Mental Hygiene.

E.Obot
C-251

Date/Time
05/26/2016 07:56 am

GOVT. EXHIBIT NO. _____ DL18
CASE NO. _____ CCB-16-0267
IDENTIFICATION _____
ADMITTED _____

**JA6344**

| | |
|---|---|
| CC #: | **1-160507271** |
| Gun #/Run #: | |
| Item #: | [x] **All Items** |

**Description of Item:**

The releasing person certifies that the evidence described above was retained in his/her custody and control until delivered to the recipient (" Received ") at the date and time stated; and that the evidence was delivered to the recipient in essentially the same condition as when it came into the releasing person's custody, except for any material or portion thereof which was consumed in analysis, retained for future analysis, and any associated markings made by the analyst.

| Received: | *ECU (Officer Ivo M. Louvado)* | | Date/Time | *05/17/2016 10:56 am* |
|---|---|---|---|---|
| Received: | *Angela Ellis* | | Date/Time | *05/18/2016 05:26 am* |
| Received: | *CDS Vault (Angela Ellis)* | | Date/Time | *05/18/2016 06:06 am* |
| Received: | *Emmanuel O. Obot* | | Date/Time | *05/23/2016 12:31 pm* |
| Received: | *CDS Vault (Emmanuel O. Obot)* | | Date/Time | *05/23/2016 01:53 pm* |
| Received: | | | Date/Time | |
| Received: | | | Date/Time | |
| Received: | | | Date/Time | |
| Received: | | | Date/Time | |
| Received: | | | Date/Time | |
| Received: | | | Date/Time | |

COPY

Revised 01/31/2012

**JA6345**

## Administrative Review

<u>Yes</u> Complaint Number and Property Number correctly entered in LIMS

<u>Yes</u> Reviewed for spelling errors, including controlled sub / Reviewed for grammatical errors

<u>Yes</u> Approved abbreviations used

<u>N/A</u> Appropriate forms included (Discrepancy, LIMS Correction, Seal Remediation, Communication log, error correction / officers request form, other)

<u>Yes</u> Reviewed chain of custody log

<u>Yes</u> Written or Label attached with Complaint Number, Property Number & initials with date on each page

<u>Yes</u> Review Complaint Number and Property Number on the Report

## Technical Review

<u>Yes</u> Correct schema conducted (Correct color tests, correct confirmation tests selected)

<u>Yes</u> Units Analyzed meet protocol

<u>Yes</u> All appropriate color tests and washes documented

<u>Yes</u> Correct barcode(s) on LD105

<u>Yes</u> Conclusion agrees with supporting documentation and DAQA-23 reflects findings

<u>Yes</u> Correct Schedule selected from LIMS drop down list

<u>Yes</u> Results documented for items analyzed / Preview DAQA-23.

<u>Yes</u> All instrumental documentation is attached (GC, GC/MS, IR, UV, and QUANT)

<u>Yes</u> Blanks correctly used and no bleed over or carry over observed.

<u>Yes</u> GC method correctly selected if applicable

<u>Yes</u> Performance check for Quality Control performed on GC if applicable

<u>Yes</u> GC/MS method correctly selected and documented if applicable

<u>Yes</u> Library Spectra referenced in case notes if applicable

<u>Yes</u> Net weight correctly calculated, verified, and reflected on DAQA-23

<u>N/A</u> Prescription drug reference source recorded if applicable

<u>N/A</u> Analytical balance/ large weight balance/ or another balance used referenced

<u>Yes</u> All Correction(s) verified

## Reviewer's Comments:

Review of relevant case file documentation performed prior to court testimony
(Initials/Date) _____

Signature  _~~~~_ Blair F Laughlin  _____     Date  05/26/2016  _____

PRINTERS NOTE

PAGES 6347 - 6352

INTENTIONALLY LEFT BLANK TO PRESERVE PAGINATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     :
                     :

       v.                  :      CRIMINAL NO. CCB-16-0267
                     :

CORLOYD ANDERSON,          :
                     :

     Defendant            :

                 ooOoo

## STIPULATION

It is agreed and stipulated by the parties that certified records of regularly conducted business activity of Maryland Live! Casino report Corloyd Anderson won $8,100.00 on September 25, 2016. The records also report Mr. Anderson won $70,000.00 on December 13, 2013, and that he won $1,420 (transaction 1715) and $1,420.00 (transaction 1716) on August 30, 2013.

 

*Christina Hoffman*
_____
Christina A. Hoffman
Lauren E. Perry
Assistant United States Attorneys

_____
Corloyd Anderson, Defendant

_____
Elita C. Amato, Counsel for the Defendant

DEFENDANT'S EXHIBIT NO. ___15___
CASE NO.: CCB-16-0267 (Anderson)
IDENTIFICATION: 4-22-2019
ADMITTED: 4-22-2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. CCB-16-0267 |
| RANDY BANKS, | : | |
| | : | |
| | : | |
| Defendant | : | |

ooOoo

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.     How do you find the defendant RANDY BANKS as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Not Guilty ⨯_____          Guilty_____

B.     If you have found the defendant RANDY BANKS not guilty of Count One, proceed to Count Two.  If you have found the defendant RANDY BANKS guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | |
| Distribution and Possession with the Intent to Distribute Controlled Substances | |
| Witness Tampering | |
| Witness Retaliation | |

1

**JA6354**

C.     If you have found RANDY BANKS guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | |
| Cocaine | |
| Cocaine base ("crack") | |
| Fentanyl | |
| Marijuana | |

D1.    As to Count One, if you have found RANDY BANKS guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | |
| Less than one kilogram | |

D2.    Finally, as to Count One, if you have found RANDY BANKS guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | |

2

**JA6355**

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.    How do you find the defendant RANDY BANKS as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty_____        Guilty X_____

B.    If you have found the defendant RANDY BANKS guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | |
| Cocaine | |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

C.    As to Count Two, if you have found RANDY BANKS guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | |
| Less than one kilogram | |

D.    Finally, as to Count Two, if you have found RANDY BANKS guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | X |

The foregoing constitutes the unanimous verdict of the jury.

4/30/2019
_____
DATE:


SIGNATURE REDACTED
_____
FOREPERSON

3

**JA6356**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JAMAL LOCKLEY, | : |
| | : |
| | : |
| Defendant | : |

CRIMINAL NO. CCB-16-0267

ooOoo

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.     How do you find the defendant JAMAL LOCKLEY as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Not Guilty_____          Guilty  X_____

B.     If you have found the defendant JAMAL LOCKLEY not guilty of Count One, proceed to Count Two.  If you have found the defendant JAMAL LOCKLEY guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | X |
| Witness Retaliation | X |

1

**JA6357**

C.   If you have found JAMAL LOCKLEY guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | X |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

D1.   As to Count One, if you have found JAMAL LOCKLEY guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D2.   Finally, as to Count One, if you have found JAMAL LOCKLEY guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

2

**JA6358**

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.     How do you find the defendant JAMAL LOCKLEY as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty_____          Guilty  X_____

B.     If you have found the defendant JAMAL LOCKLEY guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | X |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

C.     As to Count Two, if you have found JAMAL LOCKLEY guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.     Finally, as to Count Two, if you have found JAMAL LOCKLEY guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

3

**JA6359**

**Count Ten: Distribution of Cocaine Base**

A.      How do you find the defendant JAMAL LOCKLEY as to Count Ten of the indictment, distribution of cocaine base?

Not Guilty_____               Guilty ✗._____

The foregoing constitutes the unanimous verdict of the jury.

4/30/2019
DATE:

**SIGNATURE REDACTED**

FOREPERSON

4

**JA6360**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| | : | CRIMINAL NO. CCB-16-0267 |
| CORLOYD ANDERSON, | : | |
| | : | |
| Defendant | : | |

ooOoo

## VERDICT FORM

### Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise

A.      How do you find the defendant CORLOYD ANDERSON as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Not Guilty_____          Guilty___X_____

B.      If you have found the defendant CORLOYD ANDERSON not guilty of Count One, proceed to Count Two.  If you have found the defendant CORLOYD ANDERSON guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | |
| Witness Retaliation | |

1

**JA6361**

C.      If you have found CORLOYD ANDERSON guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | |
| Fentanyl | |
| Marijuana | |

D1.     As to Count One, if you have found CORLOYD ANDERSON guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D2.     Finally, as to Count One, if you have found CORLOYD ANDERSON guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | |

2

**JA6362**

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.     How do you find the defendant CORLOYD ANDERSON as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty_____     Guilty___X___

B.     If you have found the defendant CORLOYD ANDERSON guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | |
| Fentanyl | |
| Marijuana | |

C.     As to Count Two, if you have found CORLOYD ANDERSON guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.     Finally, as to Count Two, if you have found CORLOYD ANDERSON guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | |

3

**JA6363**

**Count Twenty-Four: Possession of a Firearm by a Felon**

A.      How do you find the defendant CORLOYD ANDERSON as to Count Twenty-Four of the indictment, possession of a firearm by a felon?

Not Guilty_____          Guilty  X_____

The foregoing constitutes the unanimous verdict of the jury.

4/30/ 2019
DATE:

**SIGNATURE REDACTED**

FOREPERSON

4

**JA6364**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. CCB-16-0267 |
| SHAKEEN DAVIS, | : | |
| | : | |
| | : | |
| Defendant | : | |
| | ooOoo | |

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.    How do you find the defendant SHAKEEN DAVIS as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Not Guilty_____          Guilty __X____

B.    If you have found the defendant SHAKEEN DAVIS not guilty of Count One, proceed to Count Two. If you have found the defendant SHAKEEN DAVIS guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | X |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | |
| Witness Retaliation | |

1

**JA6365**

C.     If you have found SHAKEEN DAVIS guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

D1.     As to Count One, if you have found SHAKEEN DAVIS guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D2.     Finally, as to Count One, if you have found SHAKEEN DAVIS guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

JA6366

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.      How do you find the defendant SHAKEEN DAVIS as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty_____          Guilty __X___

B.      If you have found the defendant SHAKEEN DAVIS guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

C.      As to Count Two, if you have found SHAKEEN DAVIS guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.      Finally, as to Count Two, if you have found SHAKEEN DAVIS guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

3

**JA6367**

**Count Sixteen: Possession of Firearms by a Felon**

A.    How do you find the defendant SHAKEEN DAVIS as to Count Sixteen of the indictment, possession of firearms by a felon?

Not Guilty_____          Guilty ___X___


**Count Thirty: Possession of a Firearm by a Felon**

B.    How do you find the defendant SHAKEEN DAVIS as to Count Thirty of the indictment, possession of a firearm by a felon?

Not Guilty_____          Guilty ___X___


**Count Thirty-One: Possession with Intent to Distribute Cocaine Base**

C.    How do you find the defendant SHAKEEN DAVIS as to Count Thirty-One of the indictment, possession with intent to distribute cocaine base?

Not Guilty_____          Guilty ___X___


**Count Thirty-Two: Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

D.    How do you find the defendant SHAKEEN DAVIS as to Count Thirty-Two of the indictment, possession of a firearm in furtherance of a drug trafficking crime?

Not Guilty_____          Guilty ___X___


The foregoing constitutes the unanimous verdict of the jury.


_4/30/ 2019_____

DATE:

**SIGNATURE REDACTED**

FOREPERSON

4

**JA6368**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| | : | **CRIMINAL NO. CCB-16-0267** |
| DANTE BAILEY, | : | |
| | : | |
| Defendant | : | |
| | ooOoo | |

**VERDICT FORM**

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.    How do you find the defendant DANTE BAILEY as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

    Not Guilty_____        Guilty____X____

B.    If you have found the defendant DANTE BAILEY not guilty of Count One, proceed to Count Two.  If you have found the defendant DANTE BAILEY guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | X |
| Extortion | X |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | X |
| Witness Retaliation | X |

1

**JA6369**

C.     If you have found DANTE BAILEY guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | X |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

D1.    As to Count One, if you have found DANTE BAILEY guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D2.    Finally, as to Count One, if you have found DANTE BAILEY guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

2

**JA6370**

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.    How do you find the defendant DANTE BAILEY as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

  Not Guilty _____     Guilty ___X___

B.    If you have found the defendant DANTE BAILEY guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | X |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

C.    As to Count Two, if you have found DANTE BAILEY guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.    Finally, as to Count Two, if you have found DANTE BAILEY guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

**JA6371**

**Count Three: Murder in Aid of Racketeering**

A.    How do you find the defendant DANTE BAILEY as to Count Three of the indictment, murder in aid of racketeering?

Not Guilty_____          Guilty ___X___

**Count Seventeen: Possession of Firearms by a Felon**

B.    How do you find the defendant DANTE BAILEY as to Count Seventeen of the indictment, possession of firearms by a felon?

Not Guilty_____          Guilty ___X___

**Count Eighteen: Possession with Intent to Distribute Heroin**

C.    How do you find the defendant DANTE BAILEY as to Count Eighteen of the indictment, possession with intent to distribute heroin?

Not Guilty_____          Guilty ___X___

The foregoing constitutes the unanimous verdict of the jury.

4/30/ 2019
DATE:

**SIGNATURE REDACTED**

FOREPERSON

4

**JA6372**

<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
            Plaintiff,            )
 4                                )
            vs.                   )  CRIMINAL CASE NO. CCB-16-0267
 5                                )
     RANDY BANKS,                 )
 6          Defendant.            )
     _____)
 7

 8

                         Monday, August 26, 2019
 9                          Courtroom 7D
                         Baltimore, Maryland
10

11        BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE

12

13                         SENTENCING

14   For the Plaintiff:

15   Christina Hoffman, Esquire
     Assistant United States Attorneys
16
     For the Defendant:
17
     Brian Sardelli, Esquire
18

19   Also Present:

20   Special Agent Timothy Moore, ATF
     Nikki Martin, U.S. Probation Officer
21   _____

22
                         Reported by:
23
                  Douglas J. Zweizig, RDR, CRR, FCRR
24                 Federal Official Court Reporter
                   101 W. Lombard Street, 4th Floor
25                    Baltimore, Maryland  21201
</pre>

```
 1                    P R O C E E D I N G S

 2        (2:05 p.m.)

 3            THE COURT:  Good afternoon, everyone.  You can be

 4     seated, please.

 5            Would you like to call the case, Ms. Hoffman.

 6            MS. HOFFMAN:  Yes.  This is United States versus

 7     Randy Banks.  I am Christina Hoffman on behalf of the

 8     United States.  I'm sorry, case number is CCB-16-0267.

 9            With me here at counsel table is Special Agent

10     Tim Moore from the ATF.

11            I don't have my co-counsel, Ms. Perry, with me today,

12     but it is for a good reason.  She gave birth to a healthy baby

13     boy last week.

14            THE COURT:  Oh, congratulations.  That's great.

15            MS. HOFFMAN:  Thank you.

16            THE COURT:  Mr. Sardelli.

17            MR. SARDELLI:  Good afternoon, Your Honor.

18     Brian Sardelli on behalf of Randy Banks.  My client, who is in

19     custody, is on my right, Your Honor.

20            THE COURT:  Okay.  All right.  Thank you.

21            We are here for sentencing for Mr. Banks following the

22     jury's verdict finding him guilty of Count 2, conspiracy to

23     distribute narcotics.

24            I am aware there are a number of issues that we'll

25     have to talk about.
```

1    I have the Government's sentencing memorandum.  I have

2    the presentence report, of course.  I have the updated

3    sentencing memorandum from Mr. Sardelli.

4    And just recently I was provided with some character

5    letters which I've read as well.

6    So I think I have all of that material.

7    And I guess we might as well go ahead with the various

8    guidelines issues.

9    The presentence report calculated the quantity of

10   drugs involved at an offense level of 16.  Obviously, the

11   Government disagrees with that.

12   The presentence report also assessed a four-level

13   upward adjustment for Mr. Banks being an organizer or leader of

14   a conspiracy that was extensive or involved five or more

15   participants.

16   And, anyway, there are a lot of disagreements about

17   the guidelines.

18   Other than the guidelines, is there anything specific

19   about the presentence report that the Government thinks should

20   be modified or corrected?

21   **MS. HOFFMAN:**  No.  Just the guidelines issues.

22   **THE COURT:**  Okay.  And, Mr. Sardelli, for the record,

23   I know you have obviously reviewed the presentence report.

24   Has Mr. Banks had the chance to review it with you?

25   **MR. SARDELLI:**  We have, Your Honor.

1          And then the original objections were filed July 15th;

2     that's ECF-1247.

3          So the Court's correct, most of our issues are with

4     the scoring of the guidelines, Your Honor.

5          **THE COURT:**  Okay.  All right.  Well, let me go ahead

6     and start in on that.

7          I will start with the Government.  And if you'd like

8     to tell me where you are on each guidelines issue, I'm happy to

9     hear from you.

10          **MS. HOFFMAN:**  Sure.  Thank you.

11          I'll start just with a little bit of background about

12     the law.  Obviously, Your Honor read the sentencing memo, but I

13     do think it's clear from Supreme Court and Fourth Circuit case

14     law that the standard of proof at sentencing, unlike the

15     standard of proof when the jury is making its determination, is

16     a preponderance of the evidence, and that the Court may

17     consider both uncharged but also acquitted conduct.  So conduct

18     that the jurors did not unanimously agree upon beyond a

19     reasonable doubt.

20          And, in fact, we did cite to a Fourth Circuit case

21     that actually reversed and remanded where the District Court

22     said, you know, I'm not going to invade the province of the

23     jury and declined to consider acquitted conduct.  And the

24     Fourth Circuit said no, the Court must consider acquitted

25     conduct as well, and obviously we think that's important.

1          We think the Supreme Court's decision in _Witte_ is

2    important too.  It's also cited in our memo.  That's

3    515 U.S. 389, and that's the case in which the Court approved

4    the District Court's consideration of other drug transactions

5    that the jury had not determined in making its verdict, and

6    that resulted in a guidelines range that was actually over 200

7    months higher than what it would have been otherwise.

8          And so I'll start -- with that background, I will

9    start with the drug-trafficking quantity, which I think is the

10   biggest issue in dispute.

11          We do think that a clear preponderance of the evidence

12   presented at trial established that Randy Banks was

13   responsible, he was part of a conspiracy that distributed

14   280 grams or more of crack cocaine, that the base offense level

15   should be set at a Level 30.

16          And we've included a lot of detail about the witness

17   testimony and exhibits in the sentencing memo, but I'll kind of

18   give an overview of it again here.

19          So five witnesses testified that Randy Banks -- who

20   also went by Dirt or Sand -- was a leader of

21   Murdaland Mafia Piru, or MMP, in the Gwynn Oak and

22   Liberty Heights area and that he supplied crack cocaine to the

23   members of the gang who operated there.

24          So members and associates of the gang, rivals of the

25   gang, they all agreed that Dirt oversaw that drug shop at

1    Liberty Heights and Gwynn Oak.

2           And the witnesses testified, we think, remarkably

3    consistently.

4           I referred to them by initials in the sentencing memo,

5    but I'll refer to them by their names here.  They did testify

6    in open court.

7           William Banks, Jay Greer, and Devin Ferguson all said

8    that the defendant had a house near Gwynn Oak and

9    Liberty Heights where his operation would sell crack cocaine

10   during the nighttime hours.  And they would sell -- they said

11   they would sell along the side and in back of the house.

12          And both Ferguson and Malcolm Lashley mentioned a

13   trap house near Gwynn Oak and Rogers.

14          And their testimony was corroborated by

15   Officer Jason DiPaola of the Baltimore Police Department who

16   arrested the defendant on May 12th of 2016, after watching him

17   direct drug customers at a house that was known for

18   drug-trafficking activity over the nighttime hours at

19   5509 Gwynn Oak Avenue, and that's right near the intersection

20   of Rogers Avenue, so consistent with both what Malcolm Lashley

21   and Devin Ferguson testified to.

22          On that occasion, Baltimore police officers stopped

23   three drug customers who were leaving the location, and all had

24   small baggies of crack cocaine on their persons.

25          The total volume of crack cocaine seized that day was

1    very small.  It was less than a gram.

2          But it is, nevertheless, highly corroborative of what

3    the witnesses all testified to.

4          Devin Ferguson testified that the individual

5    transactions on a day-to-day basis were typically small.  They

6    were often just a $10 bag of crack cocaine per transaction.

7          However, he testified that these transactions went on

8    at all hours of the day and night.  Sometimes as frequently as

9    every few minutes.

10          William Banks and Jay Greer both also mentioned

11    another trap house in the area where the defendant would cook

12    up and sell drugs.

13          Banks said he thought it was near Bowers and Norwood.

14          Greer wasn't sure exactly where it was but knew it was

15    near Liberty Heights and Gwynn Oak.

16          And both of them identified pictures from inside of

17    that trap house.

18          I did also want to note, the defendant's prior arrests

19    for distribution of crack cocaine in the Gwynn Oak and

20    Liberty Heights area I think are relevant here.

21          We didn't seek to introduce the facts pertaining to

22    those prior arrests as 404(b) evidence at trial, but I think it

23    is relevant that on three prior occasions, the defendant was

24    arrested in that area and police officers recovered

25    crack cocaine, drug paraphernalia, and in one instance a

```
 1   firearm and boxes of ammunition from him, and those arrests are
 2   outlined in the presentence report.
 3           THE COURT:  You're relying on the presentence report
 4   for that information; right?  That was not introduced at trial?
 5           MS. HOFFMAN:  It was not.  We didn't -- it would have
 6   had to be 404(b) because it preceded the date range of the
 7   conspiracy, and we didn't seek to introduce it under 404(b).
 8   In hindsight, maybe we should have tried to do that.
 9           But I, nevertheless, think it is -- it's relevant
10   information for the Court to consider at sentencing and
11   certainly also corroborates what the witnesses said, that on
12   three prior occasions, in the decade before the charged
13   conspiracy, the defendant was arrested for offenses involving
14   distribution of crack cocaine in that same area.
15           So that's the background kind of overview of what the
16   witnesses testified to.  That's before we even get to the
17   specific transactions that the witnesses testified to.
18           Of course, for purposes of a conspiracy, it's not
19   necessary that we prove that the defendant himself personally
20   distributed 280 grams or more of crack cocaine.
21           What is important is the quantity that was reasonably
22   foreseeable to him that members of the conspiracy would
23   distribute as a whole.
24           But here we actually have witnesses who testified to
25   specific transactions that the defendant himself engaged in.
```

1          So we have Malcolm Lashley, who testified that in 2010
2    or 2011, he drove his brother, Melvin Lashley, who was a member
3    of MMP, Murdaland Mafia Piru, to a house near Gwynn Oak and
4    Rogers, where his brother met with the defendant to purchase
5    crack cocaine.
6          And he said that he saw his brother go up to the
7    house, meet with the defendant on the porch of the house.  They
8    went inside the house together.  His brother came back out, got
9    in the car, and he saw the crack cocaine that his brother had
10   just purchased, and he said it was roughly a quarter of an
11   ounce, which is roughly 7 grams.
12         Jay Greer also gave very detailed testimony about an
13   incident in the summer of 2015, when he went with Dante Bailey
14   and the defendant to the defendant's trap house in the
15   Gwynn Oak and Liberty Heights area.  And the defendant cooked
16   500 grams of powder cocaine into crack cocaine on that
17   occasion, so that's 500 grams on a single occasion, which is
18   itself well over the 280-gram threshold.
19         And he gave a lot of specific details about what that
20   process entailed.  It entailed a stove, baking soda.
21         Now, the witnesses who testified at trial, of course
22   they did have baggage.  Most of them were testifying pursuant
23   to cooperation agreements.  They were facing sentences and they
24   were hoping for sentencing leniency, and that's certainly
25   something that the Court should consider.

But I think that they all testified extremely credibly and consistently.  And their testimony backed up -- they backed up one another, but it was also corroborated by law enforcement surveillance, of course, but also by photographs and documentary evidence.

And I did want to remind the Court about a couple of exhibits that came in at trial.

This was IC-52.  And this was a photograph that William Banks identified as the inside of one of the defendant's trap houses.  And you can see the defendant here on the left with Dante Bailey in the middle making -- and they're both making gang signs.

On the table in front of them, you can see there's a small digital scale with what looks like white powdery residue on top of it.  So completely consistent with the testimony of Jay Greer and William Banks about what went on in that trap house.

And this is a second photograph of the same trap house.  You can see the digital scale again.  And in this one, Dante Bailey is, of course, making that M sign for Murdaland Mafia Piru.

We also introduced at trial Government's Exhibit CELL-15A.  This was photographs and data extracted from a cell phone that was recovered from Dominick Wedlock on February 12th of 2015.  And Dominick Wedlock was identified by

numerous witnesses as another member of Murdaland Mafia Piru.

As Your Honor knows, he pleaded guilty prior to trial in this

case.

The phone contained a number of gang-related

photographs, and one of them -- and I'll show a better copy of

this photograph here, but it was this photograph from -- it

says it has a created date of November 2014.

And on the last page here is a kind of blow-up version

of that same photograph. And it's a little bit easier to see

if I move it up a little bit.

But that's the defendant on the right who's standing

next to Dominick Wedlock. The defendant is making an MMP gang

sign. It's hard to see in this picture, but this was a sign

that William Banks identified as an MMP gang sign.

And on the table in front of them, you can see a

sifter, newspaper, and what looks like baking soda in this box

over here (indicating).

So that is highly corroborative of what Jay Greer

testified to about the time when he went with Dante Bailey to

Randy Banks' trap house and watched the defendant cook

500 grams of powder cocaine into crack cocaine.

There's also a search warrant that was executed on

Dante Bailey's iCloud account in June 2015 and an O sheet, what

appears to be an O sheet, recovered from that account.

It's hard to tell what exactly these numbers refer to,

but we do think that this is a reference to either quantities or shorthand for money owed for drug transactions. And we have 10 Dirt listed here under quantities for Bo, Creams, and Fish, who the Court heard evidence were also members of the conspiracy.

So those are just a few of the pieces of evidence that corroborated the witness testimony on the drug quantity specifically.

I'm happy to move on to the other guidelines issues that are in dispute or I can give the defense a chance to respond on drug quantity. Whatever the Court prefers.

**THE COURT:** Why don't you move on to the other guidelines issues. I'll take them altogether.

**MS. HOFFMAN:** Okay. So the second issue in dispute is the four-level bump for leadership role. The presentence report does conclude that that four-level increase is warranted, and we agree.

Again, five witnesses testified that the defendant was a leader of Murdaland Mafia Piru; that specifically he was a boss of the Gwynn Oak and Liberty Heights area, he and Ayinde Deleon, who also went by Murda or Yin, were the two bosses in that area.

And their testimony was corroborated by all kinds of evidence.

I guess -- actually, I'm going to start by giving an

overview of the testimony regarding the number of people who

the defendant oversaw.

The guideline requires, for the leadership role bump,

that the defendant be an organizer or leader of criminal

activity involving five or more participants.

And these five witnesses, between them, identified

over five people who worked in Dirt's drug shop and were

overseen by them.

One of them was Devon Dent, also known as Tech, who

pleaded guilty prior to trial in this case.

Another was Delante Lee, who also pleaded guilty prior

to trial in this case.

The third was Dante Harris, also known as Eastside,

who was killed in the summer of 2016.

Another was Desean McCorkle, a/k/a Sheisty.

Another was Darius Stepney, also known as Conehead.

Another was Antonio Walker-Bey, also known as Tone.

And another was Maurice Braham, also known as Mookie,

who was also killed prior to trial in this case.

So the five witnesses identified more than five people

who sold crack cocaine that they had supplied to them by the

defendant and were overseen at that drug shop.

Their testimony was corroborated by gang paperwork.

We introduced at trial gang paperwork that was recovered from a

car operated by Devon Dent, also known as Tech, in November of

1    2012.  And it's a really lengthy piece of paperwork outlining

2    how Murdaland Mafia got started, what it's about, different

3    rules of conduct, including that retaliation is a must and

4    people who cooperate with authorities are punishable -- that's

5    an offense punishable by death.

6         And on one page of this gang paperwork, it lays out

7    some of the original leaders of the gang.  And it says here

8    [reading]:  The mob flourished in West Baltimore within the

9    Gwynn Oak area under the tutelage of Dirt, who was a reflection

10   of Murda.

11        So that is, again, consistent with what the witnesses

12   testified to about Dirt and Murda being the bosses of MMP in

13   that area.

14        We also introduced gang paperwork that was recovered

15   from Dante Bailey's residence at 3901 Princely Way on July 3rd

16   of 2015.  This was a handwritten document in Dante Bailey's

17   handwriting.

18        And on the second page of this document, there's a

19   list of certain positions in the gang and who is filling them

20   at that particular time.

21        And it says boss of finance, BOF, Sand, and it was --

22   the witnesses testified at trial that Sand was an alias of the

23   defendant (indicating).

24        Again, on the next page, boss of finance, roundtable.

25   There are certain positions listed here.  And it says, "Sand

must fill these spots."

Again, consistent with what the witnesses testified to.

There were pieces of evidence introduced from Dante Bailey's iCloud account in the form of slideshows. One of them identified the defendant Randy Banks here (indicating) as BOF, which we think stands for boss of finance.

Again, it also identifies Adrian Spence, a/k/a Spittle, as a boss (indicating).

Dante Bailey in the center, it says GF, which stands for godfather (indicating).

And this is all consistent, it says -- it's "LaEMMs for life," which stands for Murdaland Mafia. This is all consistent with what the witnesses testified to at trial.

At the very beginning of the trial, I think it was actually the defense that introduced a rap video called "Murdaland Mafia" that the defendant was featured in. I had hoped to play a short clip of it here, but we couldn't get the HDMI working.

But I will just remind the Court, this was a video in which the defendant was prominently featured.

At the very beginning -- it was published to YouTube in November of 2013. At the very beginning, you can see it actually says "Murdaland Mafia." This is the defendant here (indicating). He's standing next to Dante Bailey and

Dontray Johnson, a/k/a Bino, who pled guilty prior to trial in this case.

And I have a few screenshots from this video.

There is a video of the intersection at Gwynn Oak and Liberty Heights (indicating).

There are a number of clips of the defendant standing with other members of the gang making gang signs.

So here's one standing with Dontray Johnson over here (indicating); William Banks in the center (indicating); Dante Bailey is behind (indicating); and I believe that's Sydni Frazier over here (indicating).

And then, very significantly -- and this ties into the enhancement that we think should apply for the firearm as well -- but at the end of this video, there are two members of the gang who actually flash actual firearms in the video, and the defendant is standing right there amongst them making gang signs with them. And so we think that's highly relevant.

Even if the Court doesn't credit the testimony that I'll get to in a minute, I think this is concrete evidence that the defendant was part of a conspiracy that involved the use of firearms and knew that firearms were being used.

This is -- again, it would be better if I could play the actual video, but this is a screenshot that shows Dontray Johnson starting to pull a handgun out of his pocket here (indicating).

 1          Dontray Johnson, obviously a convicted felon at the
 2     time, not lawfully in possession of that firearm.
 3          And then the second screenshot here, again,
 4     Dontray Johnson is starting to pull his firearm out and this
 5     other individual, who there was, I think, some testimony about
 6     him at trial, that's Donte Blackston, also known as Chi-Chi, he
 7     also has an actual firearm here too.
 8          And then right here is a black Mercedes-Benz, which is
 9     significant, because this is the car that several witnesses
10     testified the defendant drove, that he drove a black
11     Mercedes-Benz.
12          And he is in this group of people when these firearms
13     are flashed.
14          Here's one final screenshot from the video of the
15     defendant making the M sign, clearly for "Murdaland Mafia"
16     (indicating), standing next to several other members and
17     leaders of the gang also making M signs.
18          We also introduced a whole bunch of photographs from
19     various sources -- from cell phones, from social media, from
20     Dante Bailey's iCloud account.  I won't go through all of them
21     now.  Your Honor sat through six weeks of trial.
22          But a lot of photographs where the defendant is
23     standing with other leaders of the gang making MMP gang signs,
24     which we think is very corroborative of what the witnesses
25     testified to.

1        This one actually is significant also to the firearms

2   issue because -- it may be not as clear-cut as the last series

3   of photos, but here Dante Bailey is wearing this red shirt and

4   these kind of multi-colored jeans (indicating).

5        And the next photo in the iCloud account is -- it

6   appears to be Dante Bailey wearing that same clothing with a

7   gun with an extended clip (indicating).  And that looks like a

8   bag of marijuana (indicating).

9        It doesn't show the defendant in the picture, but I

10  think it's still relevant to the issue of whether firearms --

11  whether it was perceivable to the defendant that firearms would

12  be used in furtherance of this conspiracy.

13       And I'll just put up here, just to make sure the

14  record is complete, a few additional photographs from the

15  defendant's iCloud.  This is MMP with the defendant and

16  Dante Bailey.

17       The defendant and Dante Bailey, "Shit I kill and die

18  about" (indicating).

19       Additional photographs of the defendant making gang

20  signs with other members of the gang.

21       There were quite a lot that were introduced at trial.

22       This one of the defendant making an MMP gang sign with

23  a whole number of people.

24       And then here's a photograph of the defendant in a --

25  what appears to be a black Mercedes-Benz that looks very

similar to the shot of the black Mercedes-Benz that we saw just
a moment ago from the video next to the people flashing
firearms.

So it all ties up and I think makes a compelling case
for all three of those enhancements.

And then, finally, on the firearms enhancement, there
was a witness, Devin Ferguson, who testified at trial about a
specific incident in the spring of 2016.  This was shortly
after Maurice Braham, a/k/a Mookie, was killed, who was a
member of MMP and also a close associate of the defendant's.

And Devin Ferguson testified that the defendant
confronted him.  He was at a candlelight vigil for someone from
his rival gang who had been killed.  The defendant confronted
him with a firearm, demanded to know who had killed Mookie, and
said something along the lines of "You'll all be dead by the
end of summer."

And we also presented some evidence at trial about one
murder, the murder of Dante Harris, a/k/a Eastside, which
happened that summer and we think was part of the fallout from
Mookie's murder.

And I did want to show -- this was introduced at
trial.  It was evidence from Desean McCorkle, a/k/a Sheisty's
Instagram account, who was one of the people who worked under
the defendant at Gwynn Oak and Liberty Heights.

This is at Mookie's funeral.  You can see the

defendant here in the center making an MMP gang sign standing

with McCorkle, Ayinde Deleon, and others (indicating).

        And this is the funeral where they draped the

MMP banner over Mookie's casket.  It says "MMP" down here

(indicating) and then "MIP," which I think means mobbin' peace.

        But in early July of 2016, Dante Harris,

a/k/a Eastside, who was identified as a member of

Murdaland Mafia Piru, was murdered.

        And William Banks testified at trial that he heard

from Ayinde Deleon, Murda, that Eastside had been killed

because he was associating with someone named Ro-Ro.  That's

the street name for someone who investigators have identified

as Rashard Pierce, who's another member of that rival gang, of

Devin Ferguson's rival gang.

        And so William Banks testified that Eastside was

allegedly affiliating with Ro-Ro, the person who was suspected

of having killed Mookie, and that it was actually members of

MMP from that Gwynn Oak and Liberty Heights area that killed

Eastside basically as retaliation for affiliating with the

enemy and for not giving up his whereabouts when they asked him

to do that.

        There was a wire call that was introduced at trial

that was consistent with that account in which Dante Bailey and

Jamal Lockley discussed -- Dante Bailey asked [reading]:

What's going with Sand and them? -- Sand being the defendant.

And Jamal Lockley said, [reading]:  Well, you heard Eastside got killed.  I heard he was playing the 50/50 -- which is sort of street terminology meaning that he was playing both sides of the fence.

And then Dante Bailey basically interjects and says [reading]:  Yeah, yeah, I heard about that.  I already knew that was supposed to happen when fat man came home.

So consistent, I think, with what William Banks testified to.

And then this was not introduced at trial, but we did reference it.  We discovered it shortly after trial and turned it over to Mr. Sardelli, the audio of the jail call.  And it's a jail call from another individual named Dante Yates, who's not someone who came up at trial, but they talk about the Eastside murder in this jail call.

And I would play a clip of it, but I can't get the HDMI to work.  But this is just a rough transcript which was also summarized in the sentencing memo.

Yates says [reading]:  They killed Eastside -- this is shortly after Eastside was killed -- Yates says [reading]:  They killed Eastside.

He again says [reading]:  I heard they killed Eastside the other day.

And then he says [reading]:  "N" words ain't playin'.  Them "N" words gonna get an indictment.

1    It says [reading]:  Everybody's gonna tell.  Somebody

2  gonna tell on, somebody going to tell.  Mark my word.  And "N"

3  word going to get an indictment.  They're going to go to

4  prison, I swear.

5    And then he says [reading]:  And Yin and Dirt, they

6  going down as the head ringleaders.  Them "N" words gonna tell

7  they gave the orders; know what I mean?

8    And then again down here he says [reading]:  "N" words

9  like that can't last.  Can't keep killin' everybody for no

10  reason just because you feel as though they ain't right.  They

11  killed Eastside because he was hangin' with Ro-Ro.

12    So, again, consistent with the testimony that came in

13  at trial and I think additional evidence that goes to that

14  firearms enhancement and corroborates Devin Ferguson and

15  William Banks.

16    And unless the Court has questions, that, I think,

17  covers all three proposed enhancements.

18    **THE COURT:**  Okay.  Thank you.  I appreciate that.

19    Mr. Sardelli.

20    **MR. SARDELLI:**  Thank you.

21    I guess to start working backwards, Your Honor, this

22  additional phone call that the Government gave to us after

23  trial, I think we put in our additional objections in the

24  sentencing memorandum that we're objecting to any new evidence,

25  Your Honor.

1          I think in the sentencing memorandum, they also

2   referenced that call talking about a fat man or a fatso.

3          Our position is that that's Dante Bailey, Your Honor.

4          In fact, you know, during the trial, I chastised my

5   client and other people for talking with each other during the

6   trial.  My client specifically referred to him as fat man or

7   fatso.

8          So I -- I'm not clear from that call at all whether or

9   not that's my client, Dante Bailey, or whoever else is going

10  on.

11         I think we got a lot of what I call street gossip and

12  street hearsay on wiretaps and various other evidence in this

13  case, Your Honor.

14         So we would object to the late disclosure of that

15  call, Your Honor.  We would object about what that call

16  actually means, Your Honor.

17         That call, I think, was from way back before the trial

18  ever started.  So we are still not clear why that wasn't

19  disclosed during trial, before trial at some point, Your Honor.

20  The Government did give us a copy after trial, that's correct,

21  Your Honor.

22         But we dispute that call.  And if that call has any

23  links at all to this case, which they do, it appears to the

24  defense that that is -- fat man or fatso would be Dante Bailey

25  they're talking about, not my client, Your Honor.

1    So going -- with that said, Your Honor, going back one

2    by one through each of the enhancements.

3    While we respectfully disagree with the probation

4    officer, their recommendations of 41 to 51 months, which is a

5    16-plus for leader/organizer, while we respectfully disagree

6    with that, that's within the realm of reason, Your Honor.

7    The idea of 20 years or 27 to 33 years but for the

8    statutory cap is highly unreasonable, Your Honor.

9    Specifically, the idea that the Government wants to

10   hold -- the Court to hold the defendant liable for actually

11   above the 280 grams, our position is that the Court cannot do

12   that, and here's why, Your Honor.

13   I reviewed the Government's sentencing memo which they

14   filed on Tuesday, Your Honor.  I think they've got some very

15   good points, but those cases are distinguishable.

16   Specifically, the 280 grams, Your Honor, it's -- we --

17   when we were back in chambers and during court -- the verdict

18   sheet is what I'm talking about now, Your Honor -- the verdict

19   sheet, we had specifically requested that it just be a line,

20   that the Court -- or the jury say if you're guilty of

21   crack cocaine, fill in the amount or whatever it was.

22   The Court created basically a structure to the amounts

23   in this case, and so they found my client not guilty of Count 1

24   but guilty of the drug count.

25   **THE COURT:**  Right.

          **MR. SARDELLI:**  And they said what was reasonably
foreseeable was less than 280 grams.

          And the cases the Court cites -- not the Court, but
the Government cites in their sentencing memorandum aren't on
point with that.  I did not see any case or any authority that
would allow the amounts of the drug in this case to go in
excess of what the jury actually found.

          If the jury had found in excess of 5 kilograms or
more, I think that would be a different case, Your Honor.

          But in this case they specifically found less than
280 grams.

          I think the Government's sentencing memo was on point
with some of the other things about -- there's two different
standards here.  There's beyond a reasonable doubt and
there's --

          **THE COURT:**  Well, let me ask, by preponderance of the
evidence, there are a lot of levels between 0 and 30.
Offense Level 28, for example --

          **MR. SARDELLI:**  Yes, Your Honor.

          **THE COURT:**  -- would fall below the 280 grams.
Obviously, it's significantly more than you're requesting.

          **MR. SARDELLI:**  Yes, ma'am.

          **THE COURT:**  But your legal objection would not apply
if I went no higher than an offense level 28?

          **MR. SARDELLI:**  Exactly, Your Honor.  The probation

1    officer, I think -- for my interpretation of the -- we're -- we

2    object to -- there's basically three drug incidents that

3    they're scoring or they want -- the Government wants the Court

4    to score to get to where they want to go.  The 500 grams for

5    Champagne about cutting up this -- that's number 1.

6         Number two is 2010-2011, Lashley, who claimed that 8,

7    9 years ago, my client was involved in I think it was 7 grams

8    of crack cocaine.

9         And then obviously the Officer DiPaola thing, which is

10   .77 grams or less than 1 gram.

11        What I believe Probation did was they said exactly

12   that, which is, all right, we're going to hit him with

13   .77 grams for DiPaola; with 7 grams for Lashley; but because

14   the 500 grams is above what the jury actually found, they

15   didn't hit him with that.  I can't speak for Probation, but

16   that's what seems like it makes sense to me, Your Honor.

17        Now, underlying that -- and I'll get more into that --

18   we contest whether or not the preponderance-of-the-evidence

19   standard has been met with anything beyond Officer DiPaola, and

20   I can explain that a little bit later.

21        But the Court is correct, I think the Court has wide

22   discretion with the enhancements and other things as well,

23   Your Honor.

24        But where I think the jury constricts or restricts

25   what the Court should do is based on that, because the Court

literally would be finding above 280 grams.

And it's not conjecture, guessing. Their verdict sheet specifically says less than 280 grams. And there aren't any cases that I've found on point that the Supreme Court or the Fourth Circuit said despite that, you still can go beyond the 280 grams. I did not find that.

An upward adjustment, something -- other reason possibly, Your Honor.

But specifically, I think that jury verdict sheet really ties the hands and the plain language of what the jury found ties the hands above that, and my guess is that's why Probation did not assess him or hit him for the 500 grams for a/k/a Champagne.

Going through those one by one, Your Honor, the jury obviously was not a runaway jury in this case, Your Honor. There's a reason why all the other defendants that went to trial pretty much were found guilty of everything and were found reasonably foreseeable for almost all of it. Unless -- a generality is not true for a point-by-point, but generally, the other defendants who went to trial were convicted of everything else and found reasonably foreseeable for everything else, and there's a good reason for that, because there was so much street gossip, street conjecture, Your Honor, I call it.

When you look at the hard facts and the evidence, it pretty much comes down to the following:

1          Champagne, the 500-gram incident.

2          Officer DiPaola, the .77-gram incident.

3          Lashley, from back in 2010-2011, according to him,

4     7 grams.

5          And then this alleged threat involving Mookie -- who,

6     by the way, Your Honor, is the defendant's cousin.

7          And I saw no -- even if you believe the testimony of

8     the one cooperator -- and the Government brought up all these

9     sources, Your Honor.  Our main contention with all of these

10    sources is that they're single-source.  Lashley is the only one

11    that testified about the 7 grams in 2010-2011.

12         Champagne is the only one that testified about the

13    500 grams, whatever the date of that was, Your Honor, between

14    the dates of the conspiracy.

15         DiPaola, we -- again, if you look at the Government's

16    objections or the defense objections and sentencing memorandum,

17    we believe, based on the note the jury sent to the judge and

18    also some of the other jury notes and instructions, they found

19    him guilty specifically of that.  Of all the evidence in this

20    case, although we disagree with it, Officer DiPaola's was

21    probably the most solid, on-point evidence.

22         And based on the jury's note to the Court, we believe

23    that's what they found him guilty of, the .77 grams, which is

24    why I wish -- and I understand the Court didn't agree with

25    us -- I wish they would have had a specific amount defined so

1   we wouldn't have to guess in this case, Your Honor.  So that

2   was solid evidence.

3        But the other sources, Lashley, Champagne, this

4   alleged threat at Mookie's memorial, funeral, whatever it was,

5   are all single-source, Your Honor.

6        **THE COURT:**  Let me disagree with you slightly on that

7   point.  I mean, I understand what you're saying, each

8   specific --

9        **MR. SARDELLI:**  I'm sorry, I'm just going to grab some

10  water, Your Honor.

11       **THE COURT:**  Sure.

12       For that specific incident, there was one witness.

13  But I don't think it's reasonable to ignore the other witnesses

14  who testified about Mr. Banks' involvement in drug dealing

15  generally.

16       There were a number of witnesses that testified to his

17  involvement generally in drug dealing in the Liberty Heights

18  and Gwynn Oak area.

19       **MR. SARDELLI:**  But the defense problem with that,

20  Your Honor, is a lack of specificity.  They are very --

21  generalities.  But when you come down -- you cut down to the

22  incident, you're talking about four incidents:  Champagne's

23  500 grams, the DiPaola incident, the Lashley incident, and the

24  incident regarding the threats surrounding Mookie's memorial,

25  Your Honor.  Four incidents that we're talking about that are

1  actual evidence against my client.  The rest of it is a lot of

2  rumor and conjecture, Your Honor.  So we would slightly

3  disagree with that.

4       **THE COURT:**  Okay.

5       **MR. SARDELLI:**  Only because the Court still has to

6  find -- I think the Court understands my objection to above the

7  280 grams.

8       **THE COURT:**  I do understand that.

9       **MR. SARDELLI:**  But even below it, Your Honor, you

10  still have to find by the preponderance of the evidence --

11       **THE COURT:**  Yes.  Right.

12       **MR. SARDELLI:**  -- that these things occurred.  And

13  we're just presenting these things that it's a sole source.

14  All right.

15       I know they've got -- the Government argues that you

16  can take them all together and perhaps they all mesh, but each

17  of those ones is a sole source.

18       It's not like -- for example, the memorial,

19  Your Honor, there were allegedly 30, 40 people who were present

20  when all this happened, yet the Government only produced one

21  witness to talk about this.

22       If there were 30 or 40 people there, why weren't there

23  additional witnesses to corroborate what this one witness said,

24  Your Honor?

25       So our position is that the Court needs to be very

suspicious of single-source evidence of witnesses, especially

if those witnesses have an obvious motive to reduce their

sentence or are cooperating defendants, I think that puts even

more -- makes their evidence even more suspect based on the

fact that they had a motivation as cooperating defendants in

this case, Your Honor.

Also, going back to the gun part of this, Your Honor,

I think they want a plus two for the gun and a plus two for the

threat, if I'm understanding their position correctly,

Your Honor.

**THE COURT:** Right.

**MR. SARDELLI:** It was -- I don't think that the

Government challenges this, Mookie is the defendant's cousin.

And for the plus two to apply, Your Honor, there would have to

be -- if this happened -- and we contest it, Your Honor -- but

if it happened, they have to prove that this isn't some type of

family beef or family issue based on the family relation that's

in furtherance of gang activity or drug-trafficking activity.

I didn't see any evidence during the trial or that the

Government talked about today that would differentiate what was

based on family ties and what was based on gang and family --

excuse me, gang and drug activity, Your Honor.

If this was done based solely on a family tie and a

family beef or anger about a family member being killed,

Your Honor, that would not get the plus two for the gun and it

1    wouldn't get the plus two for the threat, Your Honor.

2            Also, when you're talking about the leader/organizer

3    part of this, Your Honor, again, the other defense attorneys

4    did a very good job.  I was specifically impressed with

5    Teresa Whalen and Paul for Mr. Bailey and all the other defense

6    counsels.  They all did a very good job.

7            And what makes this case different, though, is that

8    the evidence against Randy Banks clearly was deficient in the

9    jury's mind.

10            And why I think the Court -- I don't want to limit the

11    Court's ability to consider things here besides the 280 grams

12    or above.

13            But I think the Court can consider the fact that the

14    note sent out right before the verdict said they were evenly

15    split.

16            I know the Court commented that it had instructed the

17    jury not to tell the Court that.

18            But I would ask the Court to consider the fact that

19    this wasn't just one holdout, two holdouts.  They were,

20    quote/unquote, evenly split.

21            Now, that note came before or after the note about

22    wanting additional evidence about the DiPaola incident.

23            Now, the DiPaola incident, I think, again, is the

24    strongest evidence the Government has in this case.

25            Even if we disagree and dispute that, Your Honor, that

```
1   is the strongest evidence that they have.  That's why we

2   believe the strength of that evidence, the notes sent out --

3   the two notes right before or around the time of the verdict

4   support the idea that the jury convicted him solely of that one

5   incident.

6           And we also believe, Your Honor, even by the

7   preponderance-of-the-evidence standard, the other incidents are

8   not supported because they're one source and not corroborated,

9   Your Honor.

10          THE COURT:  Okay.

11          MR. SARDELLI:  All right.  Thank you.

12          THE COURT:  All right.  Thank you.

13          I'll go back to the Government, and then, of course,

14  back to Mr. Sardelli, you had also, I think, advanced an

15  argument about criminal history.  I didn't know if you were

16  pressing that.

17          MS. HOFFMAN:  Yes.  Yes.

18          We are still moving -- I'm sorry, let me just -- that

19  was in a different place here.

20          We are moving for an upward departure under -- it's

21  Guideline 4A1.3(a)(1).

22          The PSR has the defendant in a Criminal History

23  Category III, and we believe that he's more appropriately

24  considered a Criminal History Category IV.

25          And the specific language of the guidelines says that
```

 1    there can be an upward departure under (a) --

 2    Section (a)(2)(8), if the defendant has more than one prior

 3    sentence of substantially more than one year imposed as a

 4    result of independent crimes committed on different occasions

 5    that did not score points.

 6         And in this case that's exactly what we have.  We have

 7    two felony drug convictions involving very similar conduct to

 8    the offense at issue in this case that didn't score points

 9    because of their age.

10         And I think Your Honor is probably also aware there

11    have been a number of defendants, 20 or so defendants, who pled

12    guilty prior to trial and had -- they qualified as career

13    offenders because of, in some cases, just two low-level recent

14    drug-trafficking offenses.

15         Here I think what we have is -- what the PSR indicates

16    is that this is a lifetime of criminal activity over many

17    decades, and it's -- we think it's important that these

18    criminal convictions are all for similar conduct.  They all

19    involve drug trafficking, specifically crack cocaine in the

20    same area.

21         One of them involves a loaded firearm and boxes of

22    ammunition.

23         And we think that -- we're not asking for an upward

24    departure to put the defendant in Criminal History Category V

25    or VI, but we do think an upward departure to put him in just

1    one level higher, Level IV, is appropriate in this case because

2    those convictions should be considered by the Court.

3    Notwithstanding their age, the fact that they're so similar

4    makes them highly relevant in this case.

5              THE COURT:  Okay.  Do you want to respond on that?

6              MR. SARDELLI:  Your Honor, that's actually going

7    against the wave of the current trend for being more reasonable

8    about sentencing, Your Honor.

9              I mean, he's clearly scored at a Criminal History

10   Category III.  We don't contest that, Your Honor.

11             Obviously, we object to however you want to phrase it,

12   Your Honor, upward departure, variance, however you want to

13   phrase it to the next category up.

14             Again, this is because I think the Government wants to

15   keep trying to find ways to tack on more time because they're

16   not satisfied with the verdict of the jury, Your Honor.

17             So we don't object to the Criminal History

18   Category III, but we would object to any type of attempt to

19   move him up to a further category, Your Honor.

20             THE COURT:  Okay.  All right.  Well, obviously, the

21   guidelines are just one factor, and I will give you rulings on

22   all of them.

23             But I'm also happy to go ahead and consider -- because

24   it is just one factor, regardless of what I find on the

25   guidelines -- what you all think is a reasonable sentence under

1    3553(a) and if there's any additional information you want me

2    to consider in that regard.

3         **MS. HOFFMAN:**  Thank you, Your Honor.

4         So the Government does believe that a sentence of 240

5    months, or 20 years, is sufficient but not greater than

6    necessary to comply with the purposes of sentencing set out in

7    18 United States Code, 3553.

8         This is an extremely serious offense.  It doesn't get

9    much more serious than this.

10        And Your Honor is, by this time, very familiar with

11   the facts of this case.  Your Honor sat through six weeks of

12   trial in which the Government presented evidence proving up --

13   proving that this gang, Murdaland Mafia Piru, was responsible

14   for at least five murders, six nonfatal shootings, multiple

15   additional conspiracies to commit murder, assaults,

16   robberies -- a couple of robberies, anyways -- and at least six

17   years of high-volume, street-level drug trafficking in heroin

18   and crack cocaine, among other drugs.

19        Through these activities, MMP devastated neighborhoods

20   in Northwest Baltimore.  They left grieving families and

21   wounded victims in their wake.  They intimidated witnesses and

22   they profited from the scourge of addiction.

23        The defendant personally ran MMP's second-busiest drug

24   shop, the drug shop at Liberty Heights and Gwynn Oak.  He

25   supervised at least seven other members of MMP.  He distributed

large volumes of crack cocaine over a period of many years.

And he embraced Murdaland Mafia Piru's fundamental goals: Using violence to eliminate or intimidate would-be rivals and witnesses and allowing its members to monopolize the drug market in their territories and turn a substantial profit.

Not only was the defendant personally involved in violence, but he knew that others in the gang were committing murders and witness retaliation and continued to support them and work in tandem with them to further the gang's interests.

And I wanted to come back to the attempted murder of Samartine Hill, which was in October of 2012. And the Court heard extensive testimony and evidence about this attempted murder at trial. In fact, the person who committed that attempted murder testified about it at trial.

This is highly significant. The high-definition surveillance camera footage shows the defendant and Devon Dent, also known as Tech, arriving at the nightclub shortly before the attempted murder was committed, with the shooter, William Banks, and also with the gang's leader, Dante Bailey, as well as other members of MMP.

So this is -- and, again, I wish I could get the actual video to play, but these are screenshots that came in at trial.

This is the defendant here (indicating). He's walking behind Devon Dent here (indicating).

1      And then just behind them -- again, here's Devon Dent

2  (indicating), the defendant (indicating).  Behind them,

3  William Banks, the shooter (indicating); Dante Bailey, the

4  leader of the gang (indicating).

5      And then, behind them, Dontray Johnson in the red

6  shirt here (indicating).  And Dontray Johnson's shirt actually

7  says on it "mob squad," which is a reference to

8  Murdaland Mafia Piru.

9      So they all show up at the club together.  They all

10  wait in line together.  And while they're standing there, the

11  video shows William Banks.  He leaves the scene briefly to get

12  a gun, he comes back, and he fires multiple rounds with a

13  .45 caliber firearm into Samartine Hill because he's rumored to

14  be a snitch and Dante Bailey has ordered it.

15      And then they all go out afterwards to a different

16  club, is what William Banks testified to at trial.

17      Now, of course, just the simple fact that the

18  defendant is standing there at the time this happens doesn't,

19  by itself, mean that he knew it was going to happen.

20      But, in connection with the other evidence that was

21  presented at trial -- specifically the excerpts from

22  Dante Bailey's semi-autobiographical screenplay, we think that

23  that other evidence indicates that the defendant did know that

24  it was going to happen, that he knew this attempted murder was

25  going to happen.

1          And specifically this is an exhibit that came in at

2     trial in which the defendant, Dante Bailey, talks about -- he

3     talks about the Mirage nightclub.  Nooks gets hit.

4     Samartine Hill's street alias was Snook, which I think was

5     changed slightly here to say Nooks.  The attempted murder, of

6     course, happened at the Mirage nightclub.

7          And then there's the scene at the Mirage where Nooks

8     is standing in line and Gutta and his entourage walk through 20

9     deep, which is exactly what we saw on the video, and then Gutta

10    says and, "The shit gonna be live.  Take some pictures for

11    Instagram."  He calls Spittle and asks where he is.  That's

12    corroborative of William Banks' testimony that it was Spittle

13    who put up the money for the hit.

14         And then Dirt is here saying, "Let's shut this bitch

15    down.  I'm trying to make it look like 4th of July here."

16         And we think this indicates -- this is Gutta retelling

17    the story.  Of course, it's a screenplay, so not everything in

18    it is literally true.

19         But given how much it matches up with the specific

20    details that we see in the surveillance footage and the

21    testimony of William Banks at trial, we think it indicates that

22    the defendant knew that this attempted murder was going to

23    happen.

24         But even if the Court doesn't find by a preponderance

25    of the evidence that the defendant knew that attempted murder

was going to happen, it still shows that he -- at least after
that point, he certainly had to be aware that members of the
gang were using murder and witness retaliation in furtherance
of the gang.

        And he didn't withdraw from the gang.  There's no
evidence of that.

        In fact, to the contrary, we see the very next year,
in 2013, he is featured in this Murdaland Mafia rap video in
which he's making gang signs with the gang's leaders, talking
about the gang, and two of them flash actual firearms.

        The witness testimony indicates he, of course,
continues to run that drug shop.  He continues to deal large
volumes of crack cocaine and supply other members of the gang.
And all the while knowing that this is what the gang does, that
murder, shootings, witness retaliation, witness tampering,
that's what the gang does.  And so we think that's very
significant.

        There was other evidence that we've highlighted in our
sentencing memo that the defendant was, at the very least,
aware that other members of the gang were committing murder and
witness retaliation.

        There is the phone call that -- or I guess it's a
recorded jail visit that Dontray Johnson makes to Dante Bailey
right after he's killed Nutty B in which Dante Bailey says --
he tells Dontray Johnson -- he basically approves the murder

and then tells Dontray Johnson to reach out to Randy, who we think is the defendant, and he says, "We're raising the fourth generation." Basically saying we're raising the fourth generation of Murdaland Mafia Piru members.

There are a number of jail calls that came in at trial in which the defendant is not actually a participant, but other members of the gang are talking about him and they're referring to him as somebody who supplies money to members of the gang when they're incarcerated.

And there's also quite a bit of evidence that he's a savvy criminal. He knows how to avoid detection by law enforcement. And one of the ways in which he does that is by staying off the phone.

So we saw a number of jail calls in which other members of the gang talk about how the defendant switches his phones up and doesn't give his number out to many people, as a way to avoid detection by law enforcement.

So although the defendant wasn't front and center in wire calls and jail calls, which is something that I think the defense seized on at trial, he was still extremely influential.

When Dante Bailey wanted to raise that fourth generation of MMP members, he looks to the defendant.

Then Dontray Johnson, when he wanted money after he was incarcerated for killing Brian Johnson, Nutty B, he sought help from the defendant. He reaches out to a female on the

1    streets and asks her to collect money from Dirt on Gwynn Oak.

2         When Dominick Wedlock wanted a place to come home on

3    pretrial release after he got locked up with guns and drugs, he

4    looks to the defendant.  He wants to know if he can come and

5    stay in one of Dirt's houses.

6         And then when Eastside is murdered in the summer of

7    2016, the evidence that came in at trial, and this additional

8    jail call which we've highlighted for the Court at sentencing,

9    indicates that those with knowledge of the gang knew that the

10   defendant was behind it, that he was pulling the strings.

11        Turning to the history and characteristics of the

12   defendant, we think the defendant's criminal record shows a

13   virtually uninterrupted pattern of criminal activity since he

14   was 20 years old.

15        So this isn't just a case of a single indiscretion or

16   a handful of misguided decisions by an irresponsible young man.

17   It's a lifetime of criminality by a longstanding member of one

18   of the city's most violent gangs.

19        Turning to deterrence, we think obviously there's a

20   very compelling need for deterrence in this case.  Baltimore is

21   overwhelmed by violent gangs like MMP that kill people and

22   churn out deadly drugs.

23        And the defendant's criminal history is that of an

24   influential recidivist gang member, so there's an urgent need

25   to protect the public from future crimes by him.

1          And then, finally, another point that we touched on in

2     our sentencing memo that I think is very important is the need

3     to avoid unwanted sentencing disparities.

4          As Your Honor knows, there were roughly 20 other

5     members and associates of the gang who pleaded guilty prior to

6     trial and admitted to their involvement in this conspiracy and

7     their wrongdoing in this case, and many of them received very

8     lengthy prison sentences.

9          And we think that the defendant, although the jury did

10    not unanimously agree beyond a reasonable doubt that he was a

11    leader of this gang, we think the evidence, by a clear

12    preponderance of the evidence, shows that he was.  He was a

13    leader of this gang.  And he was more culpable than these other

14    members of the gang who pleaded guilty and received 14, 15, and

15    in one case 20 years, pleading guilty prior to trial.

16         So we've pointed to William Jones, who was -- the

17    evidence indicates he was a low-ranking mobster.  He had no

18    rank in the gang.  He had no history of firearms possession or

19    violence.  His involvement was really limited to drug

20    trafficking.  He was sentenced to 14 years.

21         Devon Dent and Ayinde Deleon were sentenced to 14 and

22    15 years, despite no finding that they engaged in violence as

23    part of the racketeering conspiracy.

24         And then Delante Lee is a little different because he

25    did admit to shooting a rival in the arm in furtherance of the

1    gang, but he was, nonetheless, a low-ranking mobster who worked

2    under the defendant.  And there was testimony by Devin Ferguson

3    at trial about Delante Lee and the fact that he was required to

4    pay a 10 percent tax to the defendant as part of working under

5    him in this drug operation.  And Delante Lee was sentenced to

6    20 years.

7            And these defendants accepted responsibility for their

8    crimes.

9            And we think that another important reason why 20

10   years is an appropriate sentence in this case is to avoid

11   unwarranted disparities.

12           And I think, unless the Court has further questions,

13   that's it.

14           **THE COURT:**  All right.  I forget, is there any issue

15   of forfeiture?

16           **MS. HOFFMAN:**  No, no issue with forfeiture.

17           **THE COURT:**  Okay.  Thank you.

18           Yes, Mr. Sardelli.

19           **MR. SARDELLI:**  Thank you, Your Honor.

20           And I think the Court already knows this, Your Honor.

21   But at the end of this, I would like the opportunity for the

22   sister and the daughter to speak to the Court once I'm done,

23   please.

24           **THE COURT:**  Either once you're done or now, whichever

25   you would prefer.

1          MR. SARDELLI:  I would prefer after, Your Honor, if

2    that would be okay.

3          THE COURT:  Sure.

4          MR. SARDELLI:  Thank you.

5          So what the Government wants the Court to do is

6    actually to create a sentencing disparity.  All the cases

7    they've been talking about were people who pled guilty or were

8    found guilty of both RICO and a drug conspiracy for amounts far

9    above what the jury found the defendant guilty for.

10         The reason why we're asking for time served, whether

11   or not the Court gives us a minor role adjustment or not, he's

12   already served about 27 months already, Your Honor.

13         So under our scoring of this, he already is below

14   that, whether or not you give him a role adjustment downwards

15   or not.

16         THE COURT:  I'm sorry, you may have mentioned that in

17   your sentencing memo.

18         MR. SARDELLI:  Sure.

19         THE COURT:  I didn't hear you argue that.  You think

20   he's entitled to a minor role adjustment?

21         MR. SARDELLI:  We do, Your Honor.  That's based on

22   Officer DiPaola, Your Honor, and his testimony.  'Cause at the

23   heart of our argument is the evidence that's credible, whether

24   it's beyond a reasonable doubt or a preponderance of the

25   evidence, is the DiPaola incident from May of 2016, Your Honor.

1      In that incident, there was a seizure of three baggies

2  of crack that totaled .77 grams of crack cocaine, less than a

3  gram.

4      The evidence, even if you believe that evidence, is

5  that the defendant was a lookout, point people in the direction

6  or whatever.  He didn't touch the drugs.  He didn't handle the

7  drugs, Your Honor.

8      And if that's the evidence the Court's going on, that

9  would, to the defense, support a minor role adjustment.

10      The reason why I didn't spend a lot of time on that,

11  whether or not he gets one or not, if he's held responsible for

12  the .77 grams, that already is less than the time served or 27

13  months that he's already served, Your Honor.

14      Your Honor, again, the idea of 20 years -- actually,

15  they would ask for 27 to 33 years but for the statutory cap of

16  20.

17      The reason why we want time served in this case,

18  Your Honor, 27 months, is not to create a sentencing disparity,

19  but to eliminate one, Your Honor.

20      Unless I've missed something, Your Honor, he's the

21  only defendant in this case that was found guilty of what he

22  was found guilty of, less than 280 grams, Your Honor.

23      Everyone else either pled to or were found guilty of

24  both RICO and drug trafficking far in excess of the less than

25  280 grams, Your Honor.

1    Again, I heard a lot of "we think," Your Honor, when
2    the Government was talking about the evidence in this case.

3    I saw no evidence linking the defendant to a murder.
4    I didn't, Your Honor.

5    I think that one of the reasons why the Government is
6    where they are today is that they've consistently overreached
7    and overstretched in this case, Your Honor.

8    Even the one incident with Mookie at the memorial is
9    about a gun and threats.  It's not about murder, Your Honor.
10   And they continue to allege or to basically say that somehow he
11   was involved in a murder.

12   I saw no concrete evidence, whether it's preponderance
13   of the evidence or beyond a reasonable doubt, linking him to
14   any murders.

15   He was present at the shooting at the Mirage club.
16   But being present during the shooting is not the same as being
17   involved in it.

18   They're relying, again, on Dante Bailey's screenplay.
19   And no offense against Dante Bailey, that is a highly
20   unreliable source, whether or not you're talking about beyond a
21   reasonable doubt or some lower standards, Your Honor.

22   Your Honor, what this case is really about is respect
23   for the work the jury did in this case, Your Honor.

24   And you can see a lot of members of his family and
25   friends are here, Your Honor (indicating).  And they're

1    watching, Your Honor.  And I think it's just as important for

2    them to feel that this defendant and their community gets a

3    fair shot, Your Honor.

4          The Government wants you basically to ignore the

5    jury's finding in this case, Your Honor.

6          27 to 33 years is something he should have gotten if

7    he was convicted on RICO, on the higher amount of drugs, and

8    all the other things, Your Honor.

9          They're asking you to go well above what the facts and

10   the evidence actually support in this case, Your Honor.

11         I think it's important that the Court treat the

12   defendant fairly in this case, and I'm confident the Court's

13   going to do that, Your Honor.

14         Specifically, we wish -- I think when the jury notes

15   and the verdict form and other issues came up, Your Honor, we

16   were hopeful that perhaps there would be an acquittal in this

17   case.

18         But we have to acknowledge that there wasn't,

19   Your Honor.  He was found guilty, and he's going to be

20   sentenced, Your Honor.  We don't dispute that, Your Honor.

21         But the idea of hammering him with 20 years -- or, if

22   it wasn't for the statutory maximum, 27 to 33 years --

23   continues a pattern of excessive stretching the facts beyond

24   the breaking point, Your Honor.

25         We believe that a sentence of time served in this case

1    would be reasonable, Your Honor.

2          And even if we disagree with Probation, Your Honor, we

3    respectfully disagree, but we understand that's within the

4    realm of reason, the 41 to 51 months, Your Honor.  We disagree

5    with that, but we understand where Probation is coming from.

6          The idea of 20 years or 27 to 33 years is just --

7    Your Honor, again, it has to do with the Government being angry

8    or disagreeing with the verdict of the jury, Your Honor.

9          I think it's important to show the community in this

10   case that Randy Banks will be punished.  He deserves to be

11   punished for what he was found guilty of, Your Honor.  We

12   believe that's based on what Officer DiPaola testified about on

13   May 27th, 2016, Your Honor.  However, that incident is less

14   than 1 gram of crack cocaine.

15         And the idea of sentencing someone to 20 years for

16   that rather than 27 months or 41 to 51 months, Your Honor, is

17   excessive in the extreme, Your Honor.

18         We ask that the Court be reasonable in this case,

19   provide a just sentence.

20         And that's all I have at this point, Your Honor.

21         I would ask for the opportunity for the sister and the

22   daughter to speak to the Court, Your Honor.

23         **THE COURT:**  Sure.  That would be fine.

24         **MR. SARDELLI:**  Thank you.

25         I'll start with his sister, Your Honor, if that's

1    okay.

2            **THE COURT:**  Certainly.

3            If you could give us your name and spell your name,

4    please.

5            **TANGIER FLOYD:**  My name is Tangier Floyd.  You want me

6    to spell it too?

7            **THE COURT:**  Yes, please.

8            **TANGIER FLOYD:**  Tango, Al -- I'm sorry, T-A-N-G-I-E-R;

9    Floyd, F-L-O-Y-D.

10           **THE COURT:**  Thank you.  Go ahead.

11           **TANGIER FLOYD:**  I just want to say, I know -- I know

12   y'all had numerous -- numerous -- excuse me, Your Honor.

13           I know y'all had numerous conversations and jury and,

14   you know, witnesses against my brother as far as what he

15   supposed to have done out on the streets.

16           I just want to tell y'all what he have done for our

17   family.

18           For years, Your Honor, we -- we don't know -- we don't

19   always get the easy -- easier out.  We don't.

20           But every last one of us have fought through some

21   trying times.

22           We lost our mother, grandmother, and aunt back to back

23   without time to grieve.

24           And we didn't have numerous houses growing up.  This

25   was only one house that we lived in where we all -- half of us,

 1    not family, lived in this one house, Your Honor.

 2         My brother been -- he been my father since I can

 3    remember.

 4         My mom got sick when she was 26 years old, from her

 5    boyfriend.

 6         My brother stepped up and took and held me and my

 7    sisters and my grandmother and my uncle and them down to the

 8    point of beyond.  All we know is each other, Your Honor.

 9         There's times that he been gone -- and Mookie got

10    killed was probably the worst time of our lives.

11         And I need some help, Your Honor.  Like, I'm trying

12    to -- I'm trying to hold this down the best way I can, but

13    Randy always done it.  Randy was my go-to for understanding

14    anything.  And I can't do it but so much 'cause, you know, when

15    he got to call home and I'm not around.

16         But if it weren't for him, I wouldn't be who I am

17    today, Your Honor.  I promise you.  I'm 38, maybe 37.  But I

18    still want to, you know what I mean, dispute -- I own a whole

19    Comcast company, ma'am, a whole company that I've been doing so

20    with my partner and everybody else for years.  I've been held

21    our family down without him for years.

22         When -- when we lost our mother and our grandmother

23    and our aunt back to back, the moment I got each news, I needed

24    him.

25         I understand what y'all heard about him.  I can't

1   confirm nor deny none of that.

2        But I can say this about him:  He's a smart man.

3   Might have made some bad decisions.  I'm not -- but he's a

4   smart man.

5        Every chance I get, I just want to run to him and tell

6   him what's going on.

7        When Mookie died, I -- I thought it was over for me.

8   I didn't know if I was going to be able to go on.

9        I -- I went to my brother and I asked him what we was

10  supposed to do.

11       There's nobody else, Your Honor.  I'm 38.  And it's no

12  grandmother, there's no older people to run to and say "I need

13  help" or fix a Sunday meal.  We are all we got.

14       My brother has 14, 9, 8, we don't really know the

15  definite count of his kids yet, but I been doing the best I can

16  to help the kids along while he's gone.

17       I mean, I just -- I just want you to just -- just

18  think about it, please, Your Honor.

19       Like, I -- I need him.  I know we all need him, but

20  I -- I really need him now.

21       It's like, I truthfully don't know how much more I got

22  in me.  And it's a fight every day.

23       I understand -- I know people -- I know everybody got

24  their stories.  I know everybody got their ups and downs.  I

25  do.  I do.  I know that, ma'am.

1     But we lived in 3404 Woodbine our whole life until we

2     all moved away.  He -- he been that person for me since I can

3     remember, since I can remember.

4     I -- I don't even know what to tell you if they even

5     reach or if you even reach for such -- I mean, I just -- I -- I

6     need help, Your Honor.  I need him.  I promise you, I do.

7     I mean, and I will do everything in my power -- he --

8     he can't be a cable tech, though, ma'am.  But I would do

9     everything in my power to make sure that he comes and do

10    something, whether he's sweeping up the sidewalk or cleaning

11    out vans for detailing or I don't know, walking the kids to

12    school or something, ma'am, I will figure out a way to make

13    sure that what society see of him, they going to see what I see

14    of him.

15    That's -- that's all.  That's all.

16    **THE COURT:**  Thank you.  Thank you.

17    **MR. SARDELLI:**  His daughter would like to speak.

18    **THE COURT:**  Certainly.

19    And, again, if you could just please give us your name

20    and spell your name.

21    **NA'TASSIJA BANKS:**  Yes.  My name Na'Tassija Banks.  My

22    first name is N-A, apostrophe, capital T, A-S-S-I-J-A; and my

23    last name, B-A-N-K-S.

24    **THE COURT:**  Thank you.

25    **NA'TASSIJA BANKS:**  Okay.  All right, Your Honor.  You

1　already know, this is my father.  This is -- you get born to

2　two parents.  I was blessed with only just one for the past two

3　years.

4　　　　　I walked across that stage, I graduated from college

5　in May, my father was not there.

6　　　　　I'm the first girl graduated from college.  He has

7　another son who graduated from college.  We both graduated from

8　college because -- because of this man (indicating).

9　　　　　Sometimes I get a little weak, but just talking to my

10　father, it -- it puts me through.  That's the only man I know.

11　They say your father is your first love.  It's the only father

12　I got.

13　　　　　My father has 11 kids.  It's eight of us here today.

14　If you can't tell, we all look alike.

15　　　　　If my father go, I don't know what I'm supposed to do.

16　It's -- it's a lot of us.  I'm only 21 years old.  That's a big

17　responsibility to carry, and I will have to do it.  They're my

18　siblings.  We're family.  We tight-knit.  That's all I got.

19　　　　　So if I just ask, could you please -- I don't know

20　about nobody else.  I need my father.  I can't do nothin' else

21　without him.  I'm 21 years old.  That's all I know.

22　　　　　I know, you know, this was a big case and a lot of

23　stuff, but at the end of the day, he's a father.  He's been a

24　brother.  He's been a father to his sisters.  He's been an

25　uncle, a big cousin.  He's a man.  He's a family man.  That's

1    all we got.

2          We already lost one.  We already lost Mookie.  I can't

3    go through that again, losing another person.  Because despite

4    everything, I believe that my father is a good man.  If it

5    wasn't for him, I wouldn't have made it as far as I've made it

6    at 21 years old.

7          People don't go straight to college after high school

8    and make it out, you know, to see a better life.

9          But if it wasn't for that man right there, I couldn't

10   have done it.

11         Thank you.

12         **THE COURT:**  Thank you.  Appreciate it.

13         **MR. SARDELLI:**  Your Honor, I just wanted to confirm

14   that you did receive the three letters.

15         **THE COURT:**  Yes.  Thank you.

16         **MR. SARDELLI:**  We also want you to consider that as

17   well, Your Honor.

18         And then when you get a chance, Your Honor, Mr. Banks

19   would like to make a short statement.

20         **THE COURT:**  Certainly.

21         Ms. Hoffman.

22         **MS. HOFFMAN:**  I did just have one thing to add, and I

23   don't know if I should do it now or after Mr. Banks speaks.

24         **THE COURT:**  Go ahead.

25         **MS. HOFFMAN:**  I just want to push back really strongly

1  on the notion that the Government is seeking a 20-year sentence

2  because of anger about the jury's verdict.

3          The Government is seeking a sentence of 20 years of

4  imprisonment to reflect the extremely serious nature of this

5  offense.

6          The defendant held a leadership role in a

7  drug-trafficking conspiracy and a racketeering conspiracy that

8  involved numerous murders and the distribution of deadly drugs.

9          We're seeking a 20-year sentence because we think that

10 that is necessary to afford adequate deterrence for criminal

11 activity that has a really, really devastating impact on the

12 community.

13         We're seeking a 20-year sentence because we think that

14 the community needs to be protected from the defendant, who has

15 a very significant criminal history and a high likelihood of

16 re-offending.

17         And we're seeking a 20-year sentence to avoid

18 unwarranted sentencing disparities between the defendant and

19 his co-defendants in the same case.

20         So I just wanted to respond to that and explain why we

21 are seeking a 20-year sentence here.

22         **THE COURT:**  Okay.  All right.  Thank you.

23         Mr. Banks, if there's anything you'd like to say

24 before I make a final decision, you have the right to do that.

25 You don't have to.  I won't hold it against you if you don't,

1    but --

2       **MR. SARDELLI:**  Do you want him to stand, Your Honor,

3   or do you want him to --

4       **THE COURT:**  If you'd like to speak, yes, if he could

5   stand and just be near the mic.  He doesn't have to lean -- I

6   think if he keeps his voice up, that will be good enough.

7       **THE DEFENDANT:**  I just -- I just want to . . .

8       I just want to tell my family I love 'em and thank you

9   for coming.

10       You know, we all support each other.

11       And I'm always going to be there for y'all,

12   regardless.

13       That's all I have to say.

14       **THE COURT:**  All right.  Thank you, sir.

15       Anything else anybody needs to say?

16    (No response.)

17       **THE COURT:**  All right.  I'm going to take about a

18   20-minute recess and then I'll give you my rulings.

19    (3:21 p.m.)

20    (Recess taken.)

21    (3:51 p.m.)

22       **THE COURT:**  All right.  You can be seated, please.

23             Conference at the bench.

24    (It is the policy of this court that every guilty plea and

25   sentencing proceeding include a bench conference concerning

1    whether the defendant is or is not cooperating.)

2          **THE COURT:**  Well, first, let me start by thanking

3    counsel on both sides, as well as the probation officer, for

4    all the information and advocacy that you have provided.

5    Sentencings, obviously, are difficult, and obviously difficult,

6    as we saw for Mr. Banks' family.

7          And I see folks coming in.

8       (Pause.)

9          **THE COURT:**  So I'm saying that obviously sentencings

10   are very difficult for all people involved, including

11   particularly -- present in the courtroom, of course, would be

12   Mr. Banks' family.

13         And I want to be clear, human beings are complicated,

14   and nobody is all bad and nobody is all good.  I'm quite sure

15   that Mr. Banks has done good things for his family.  That's

16   obvious.  And I'm sure he appreciates the support of all the

17   family.

18         There are, of course, a lot of other issues that I

19   have to consider in deciding on a reasonable sentence in this

20   case.

21         I'm going to start by going through the guidelines

22   issues.

23         And, of course, I'm aware that the standard for me to

24   make findings that can affect the guidelines -- so long as it

25   doesn't increase the statutory maximum -- is a preponderance of

the evidence and that I'm permitted to consider acquitted
conduct under appropriate circumstances.  I'm aware of all
that.

In this case the jury found that Mr. Banks was
responsible for less than 280 grams of crack cocaine.

I'd note that they found that unanimously beyond a
reasonable doubt, so I think it's a little bit different than
the circumstance of considering acquitted conduct.

But, in any event, I don't think that's a necessary
issue to create because there is certainly no doubt, by more
than a preponderance of the evidence, that Mr. Banks is
responsible for at least 196 grams of crack cocaine, which is
an offense level of 28.

And to make that finding, I'm relying on, of course,
all the evidence that was introduced at trial and cited by the
Government in its memorandum.

It certainly includes the three specific instances,
the observations of Officer DiPaola in May of 2012, which
showed Mr. Banks I would say not necessarily as a lookout, but
directing customers where to get crack cocaine.  Of course,
that was a very small amount, but that is a single day's
observation, which corroborates a course of conduct over a lot
of years.

We have Mr. Lashley's purchase of 7 grams of
crack cocaine in 2010 or 2011.

And we have the evidence of the cooperator from the summer of 2015 taking Mr. Banks and Mr. Bailey to what's called a trap house where powder is cooked into crack cocaine. And the quantity there was approximately 500 grams.

And even allowing for some error or that being an estimate, you'd think we've reached the 196 grams just on those three instances. That's corroborated not only specifically by the picture of Mr. Banks with Mr. Bailey in the trap house that was recovered from another person's cell phone, but it's not realistic to consider those three instances in isolation and imagine that over the course of the 2010- to 2015-or-so time period that those were isolated instances.

Rather, they corroborate the testimony of at least five witnesses, William Banks and others, that Mr. Randy Banks, the defendant, was overseeing a drug shop for a number of years at the Liberty Heights and Gwynn Oak area with at least seven people, as identified by the Government's evidence, under his supervision.

So what this shows us is a consistent pattern of specific sales of crack cocaine. And the instances that were specifically testified to just corroborate the overall testimony.

So I'm going to find that there was at least 196 grams of crack cocaine for which Mr. Banks is responsible in the course of this conspiracy. So I think we start at an offense

1  level of 28.

2        In terms of the role adjustment, I believe the

3  evidence there certainly supports, by at least a preponderance

4  of the evidence, at least a three-level upward adjustment,

5  which is what I am going to do for being a manager and

6  supervisor of an organization with at least five participants,

7  and I've referred to the seven that he was directly

8  supervising, or is otherwise extensive.  This certainly both

9  involved more than five participants and was otherwise

10 extensive.

11       I think his role, again, based on the specific

12 testimony of the directing customers and supplying drugs and

13 collecting money and generally telling people what to do in the

14 Liberty Heights and Gwynn Oak area certainly at least rises to

15 a manager/supervisor role, even if he was not at the level of

16 some people that I would categorize more as the leader of the

17 entire organization.

18       So I think a three-level upward adjustment for role is

19 warranted.

20       I certainly do not think there is any minor role

21 adjustment that would be warranted in this case.

22       Regarding the firearms, there are two separate upward

23 adjustments that have been requested.

24       The first one, under 2D1.1(b)(1), is for possession of

25 a firearm in connection with the drug-trafficking offense; and

on this one I agree with the Government.  It's certainly

reasonably foreseeable to Mr. Banks that weapons would be used

in furtherance of this drug organization's activity and

possessed in connection with that.

And I think the Government's point there is that at

least from his being present and aware of the attempt to kill

Samartine Hill at the club Mirage, if nothing else, that made

it foreseeable to him, and it's certainly corroborated by

testimony and pictures, but that incident alone would make it

foreseeable that at least other members of the conspiracy are

possessing and using guns in furtherance of the conspiracy.

And I'm speaking of the drug conspiracy of which he was

convicted.

On the other hand, the two-level upward adjustment for

credible threat of violence I believe requires something more

specific in terms of a guideline adjustment as to Mr. Banks.

What is particularly attributed to Mr. Banks is the

threat relating to the death of his cousin, Mookie.  And I

believe that the threat happened.

I'm not clear from the evidence that it is in

connection with the drug offense or part of the drug offense in

the same way as the general possession of firearms and other

threats of violence were.

I think, frankly, it's something that can be

considered under 3553(a), but I'm not going to impose an

1  additional two-level upward adjustment under the guidelines.

2  And I'm not considering the later jail call. I don't

3  think there's sufficient evidence to find Mr. Banks personally

4  responsible for the murder of Dante Harris.

5  I'm not considering the gang paperwork as evidence of

6  that.

7  On the other hand, I'm also not considering the jury

8  notes. I think it would be entirely speculative as to what was

9  going on with the jury when they asked the questions that they

10  did.

11  So those are things that I am not considering in this

12  regard.

13  So that, I believe -- counsel will correct me if my

14  math is wrong -- but I believe we are at an offense level of

15  33.

16  I will grant a one-level upward adjustment under 4A1

17  for the criminal history.

18  I do agree with the Government that in looking at

19  Mr. Banks' criminal record, which starts back in 1998, when he

20  was aged 20, that it is -- first of all, that does have two

21  prior separate convictions that don't count, weren't scored.

22  The ones that are within the more recent time period

23  involve both a firearm and distribution of cocaine, so it's

24  quite serious.

25  And it is all consistent with the activity that the

evidence shows he was involved in in connection with this
particular prosecution.

So I agree that an Offense Level 3 doesn't adequately
address the risk of recidivism with the seriousness of the past
criminal conduct, and he should be at an offense level of 4,
which, I believe, means we are at a guideline range of 188 to
235 months.

I'm not asking for agreement on the substance of that,
but do counsel agree with my math?

**MS. HOFFMAN:**  Yes.

**MR. SARDELLI:**  Yes, Your Honor.

**THE COURT:**  Okay.  So the guideline range is, of
course, one thing I have to consider.  There are a lot of other
factors.

This is a very serious offense.  Even at the level of
drugs that were found by the jury and which I have found here,
it's a very significant amount of drugs, and it was distributed
over a lengthy period of time.  And it devastates people's
families.

I certainly believe and accept and appreciate that
Mr. Banks has been concerned for his family and done good
things for his family.

It ought to be clear that you cannot support your own
family by selling poison to other people's families or by
threatening other people's families with this kind of drug and

1    gun behavior and conduct that Mr. Banks, unfortunately, has

2    been involved with for a long time.

3         I do have to consider relative culpability as well,

4    based on what the evidence has proved, not on any question of a

5    jury verdict.

6         I've gone through what I think the evidence shows, and

7    it is supported.  And the sentence for Mr. Banks needs to be

8    comparable to other people that are at or below his level of

9    involvement, particularly considering a lot of other people did

10   accept responsibility.

11        And, as I say, I don't set aside his personal

12   characteristics and his willingness to help his family, and

13   that is all important as well.

14        Where I come out with that at the guideline level,

15   considering that, considering all the other factors that I have

16   just addressed, and considering comparable sentences for other

17   co-defendants who have already been sentenced, I am going to

18   impose a sentence, and this is on Count 2, of 18 years in the

19   custody of the Bureau of Prisons.  That is 216 months.  It is

20   within what I believe is the correct advisory guideline range.

21   And that is on Count 2.

22        The sentence of incarceration is going to be followed

23   by a period of three years of supervised release, which is also

24   going to be very important.

25        Special conditions of supervised release are any

1  substance abuse testing or treatment that the probation officer

2  recommends, any vocational or educational programs the

3  probation officer recommends so that when Mr. Banks is

4  released, he'll be able to support his family in a law-abiding

5  way.  We can all hope for that.

6         There's not going to be any fine.  His financial

7  circumstances don't permit a fine.

8         There is a required $100 special assessment on Count 2

9  that I am imposing.

10        Have I left anything out?  Anything I have not

11  addressed in that sentence?

12        **MS. HOFFMAN:**  No.  Thank you.

13        **MR. SARDELLI:**  Your Honor, he would recommend the BOP

14  facility at Petersburg, Virginia.

15        If that's not available, as close to the Baltimore

16  area as possible to facilitate family visits.

17        **THE COURT:**  Any other recommendation?

18        **MR. SARDELLI:**  No, Your Honor.

19        **THE COURT:**  Okay.

20        **MS. HOFFMAN:**  No.

21        **THE COURT:**  All right.  Let me also be clear.  I did

22  calculate the guidelines.  That's only one factor.

23        The sentence that I have announced is the sentence

24  that I believe is reasonable, regardless of any error that I

25  may have made in calculating the guidelines.

1         Mr. Banks, you obviously have the right to appeal,

2    both from this sentence and from the judgment of conviction.

3    Your appeal needs to be noted within 14 days.

4         Mr. Sardelli, I assume you'll be assisting him with

5    that?

6         **MR. SARDELLI:**  Yes, Your Honor, I will be filing a

7    Notice of Appeal, Your Honor.

8         **THE COURT:**  Okay.  Thank you, all.

9         (Court adjourned at 4:06 p.m.)

10    I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify

11   that the foregoing is a correct transcript from the

12   stenographic record of proceedings in the above-entitled

13   matter.

14

15                    _____/s/_____

16                    Douglas J. Zweizig, RDR, CRR, FCRR
                        Registered Diplomate Reporter
                         Certified Realtime Reporter
17                      Federal Official Court Reporter
                         DATE:  December 16, 2019

18

19

20

21

22

23

24

25

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

**JA6439**

MR. SARDELLI: [29]   2/17 3/25
22/20 25/1 25/19 25/22 25/25
29/9 29/19 30/5 30/9 30/12
31/12 33/11 35/6 44/19 45/1
45/4 45/18 45/21 49/24 53/17
55/13 55/16 57/2 64/11 66/13
66/18 67/6
MS. HOFFMAN: [14]   2/6 2/15
3/21 4/10 8/5 12/14 33/17
36/3 44/16 55/22 55/25 64/10
66/12 66/20
NA'TASSIJA BANKS: [2]   53/21
53/25
TANGIER FLOYD: [3]   50/5 50/8
50/11
THE COURT: [52]   2/3 2/14
2/16 2/20 3/22 4/5 8/3 12/12
22/18 24/25 25/16 25/20 25/23
29/6 29/11 30/4 30/8 30/11
31/11 33/10 33/12 35/5 35/20
44/14 44/17 44/24 45/3 45/16
45/19 49/23 50/2 50/7 50/10
53/16 53/18 53/24 55/12 55/15
55/20 55/24 56/22 57/4 57/14
57/17 57/22 58/2 58/9 64/12
66/7 66/19 66/21 67/8
THE DEFENDANT: [1]   57/7

$
$10 [1]   7/6
$100 [1]   66/8

'
'Cause [2]   45/22 51/14
'em [1]   57/8

.
.45 [1]   38/13
.45 caliber [1]   38/13
.77 [6]   26/10 26/13 28/2
28/23 46/2 46/12
.77 grams [5]   26/10 26/13
28/23 46/2 46/12
.77-gram [1]   28/2

/
/s [1]   67/14

0
0267 [2]   1/4 2/8

1
1 gram [1]   26/10
10 [1]   12/3
10 percent [1]   44/4
101 [1]   1/24
11 [1]   54/13
1247 [1]   4/2
12th [2]   6/16 10/25
14 [5]   43/14 43/20 43/21
52/14 67/3
15 [2]   43/14 43/22
15A [1]   10/23
15th [1]   4/1
16 [2]   3/10 67/17
16-plus [1]   24/5
18 [1]   65/18

18 United States Code [1]
36/7
188 [1]   64/6
196 grams [3]   59/12 60/6
60/23
1998 [1]   63/19

2
20 [16]   24/7 34/11 36/5 39/8
42/14 43/4 43/15 44/6 44/9
46/14 46/16 48/21 49/6 49/15
56/3 63/20
20-minute [1]   57/18
20-year [5]   56/1 56/9 56/13
56/17 56/21
200 [1]   5/6
2010 [3]   9/1 59/25 60/11
2010-2011 [3]   26/6 28/3 28/11
2011 [5]   9/2 26/6 28/3 28/11
59/25
2012 [3]   14/1 37/11 59/18
2013 [2]   15/23 40/8
2014 [1]   11/7
2015 [5]   9/13 10/25 11/23
14/16 60/2
2016 [7]   6/16 13/14 19/8 20/6
42/7 45/25 49/13
2019 [2]   1/8 67/17
21 [3]   54/16 54/21 55/6
21201 [1]   1/25
216 [1]   65/19
235 [1]   64/7
240 [1]   36/4
26 [2]   1/8 51/4
27 [9]   24/7 45/12 46/12 46/15
46/18 48/6 48/22 49/6 49/16
27th [1]   49/13
28 [4]   25/18 25/24 59/13 61/1
280 grams [15]   5/14 8/20
24/11 24/16 25/2 25/11 25/20
27/1 27/3 27/6 30/7 32/11
46/22 46/25 59/5
280-gram [1]   9/18
2:05 p.m [1]   2/2
2D1.1 [1]   61/24

3
30 [4]   5/15 25/17 30/19 30/22
33 [6]   24/7 46/15 48/6 48/22
49/6 63/15
3404 Woodbine [1]   53/1
3553 [3]   36/1 36/7 62/25
37 [1]   51/17
38 [2]   51/17 52/11
389 [1]   5/3
3901 Princely Way [1]   14/15
3:21 p.m [1]   57/19
3:51 p.m [1]   57/21
3rd [1]   14/15

4
40 [2]   30/19 30/22
404 [3]   7/22 8/6 8/7
41 [3]   24/4 49/4 49/16
4:06 p.m [1]   67/9
4A1 [1]   63/16
4A1.3 [1]   33/21
4th [1]   1/24

5
5 kilograms [1]   25/8
50 [1]   21/2
50/50 [1]   21/2
500 grams [9]   9/16 9/17 11/21
26/4 26/14 27/12 28/13 29/23
60/4
500-gram [1]   28/1
51 [3]   24/4 49/4 49/16
515 U.S. 389 [1]   5/3
52 [1]   10/8
5509 Gwynn Oak Avenue [1]
6/19

7
7 grams [6]   9/11 26/7 26/13
28/4 28/11 59/24
7D [1]   1/9

A
abiding [1]   66/4
ability [1]   32/11
able [2]   52/8 66/4
about [59]   2/25 3/16 3/19
4/11 5/16 9/12 9/19 10/6
10/16 11/19 14/2 14/12 17/5
18/18 19/7 19/17 21/6 21/14
23/2 23/15 23/25 24/18 25/13
26/5 28/11 28/12 29/14 29/22
29/25 30/21 31/20 31/24 32/2
32/21 32/22 33/15 35/8 37/12
37/14 39/2 39/3 40/10 41/7
41/15 44/3 45/7 45/12 47/2
47/9 47/9 47/20 47/22 49/12
51/25 52/2 52/18 54/20 56/2
57/17
above [9]   24/11 26/14 27/1
27/11 30/6 32/12 45/9 48/9
67/12
above-entitled [1]   67/12
abuse [1]   66/1
accept [2]   64/20 65/10
accepted [1]   44/7
according [2]   28/3
account [7]   11/23 11/24 15/5
17/20 18/5 19/23 20/23
acknowledge [1]   48/18
acquittal [1]   48/16
acquitted [5]   4/17 4/23 4/24
59/1 59/8
across [1]   54/4
activities [1]   36/19
activity [10]   6/18 13/5 31/18
31/18 31/22 34/16 42/13 56/11
62/3 63/25
actual [6]   16/15 16/23 17/7
30/1 37/22 40/10
actually [19]   4/21 5/6 8/24
12/25 15/16 15/24 16/15 18/1
20/17 23/16 24/10 25/7 26/14
35/6 38/6 41/6 45/6 46/14
48/10
add [1]   55/22
addiction [1]   36/22
additional [11]   18/14 18/19
22/13 22/22 22/23 30/23 32/22
36/1 36/15 42/7 63/1
address [1]   64/4

**A**

addressed [2]   65/16 66/11
adequate [1]   56/10
adequately [1]   64/3
adjourned [1]   67/9
adjustment [14]   3/13 27/7
  45/11 45/14 45/20 46/9 61/2
  61/4 61/18 61/21 62/14 62/16
  63/1 63/16
adjustments [1]   61/23
admit [1]   43/25
admitted [1]   43/6
Adrian [1]   15/8
Adrian Spence [1]   15/8
advanced [1]   33/14
advisory [1]   65/20
advocacy [1]   58/4
affect [1]   58/24
affiliating [2]   20/16 20/19
afford [1]   15/8
after [14]   6/16 19/9 21/11
  21/20 22/22 23/20 32/21 40/1
  40/24 41/23 42/3 45/1 55/7
  55/23
afternoon [2]   2/3 2/17
afterwards [1]   38/15
again [47]   5/18 10/19 12/18
  14/11 14/24 15/2 15/8 16/22
  17/3 21/22 22/8 22/12 28/15
  32/3 32/23 35/14 37/21 38/1
  46/14 47/1 47/18 49/7 53/19
  55/3 61/11
against [6]   30/1 32/8 35/7
  47/19 50/14 56/25
age [2]   34/9 35/3
aged [1]   63/20
Agent [2]   1/20 2/9
ago [2]   19/2 26/7
agree [8]   4/18 12/17 28/24
  43/10 62/1 63/18 64/3 64/9
agreed [1]   5/25
agreement [1]   64/8
agreements [1]   9/23
ahead [5]   3/7 4/5 35/23 50/10
  55/24
ain't [2]   21/24 22/10
Al [1]   50/8
alias [2]   14/22 39/4
alike [1]   54/14
all [79]
allege [1]   47/10
alleged [2]   28/5 29/4
allegedly [2]   20/16 30/19
allow [1]   25/6
allowing [1]   37/4 60/5
almost [1]   27/18
alone [1]   62/9
along [3]   6/11 19/15 52/16
already [11]   21/6 44/20 45/12
  45/12 45/13 46/12 46/13 54/1
  55/2 55/2 65/17
also [48]   1/19 3/12 4/17 5/2
  5/20 7/10 7/18 8/11 9/12 10/3
  10/4 10/22 11/22 12/4 12/21
  13/9 13/11 13/13 13/16 13/17
  13/18 13/19 13/25 14/14 15/8
  17/6 17/7 17/17 17/18 18/1
  19/10 19/17 21/18 23/1 28/18
  31/7 32/2 33/6 33/14 34/10
  35/23 37/17 37/19 41/10 55/16
  63/7 65/23 66/21
although [3]   28/20 41/18 43/9
altogether [1]   12/13
always [3]   50/19 51/13 57/11
am [7]   2/7 2/24 51/16 61/5
  63/11 65/17 66/9
AMERICA [1]   1/3
ammunition [2]   8/1 34/22
among [1]   36/18
amongst [1]   16/16
amount [5]   24/21 28/25 48/7
  59/21 64/17
amounts [3]   24/22 25/6 45/8
anger [2]   31/24 56/2
angry [1]   49/7
announced [1]   66/23
another [15]   7/11 10/3 11/1
  13/11 13/15 13/16 13/17 13/18
  20/13 21/13 43/1 44/9 54/7
  55/3 60/9
Antonio [1]   13/17
Antonio Walker-Bey [1]   13/17
any [18]   22/24 23/22 25/5
  25/5 27/4 31/19 35/18 36/1
  44/14 47/14 59/9 61/20 65/4
  65/25 66/2 66/6 66/17 66/24
anybody [1]   57/15
anything [7]   3/18 26/19 51/14
  56/23 57/15 66/10 66/10
anyway [1]   3/16
anyways [1]   36/16
apostrophe [1]   53/22
appeal [3]   67/1 67/3 67/7
appears [4]   11/24 18/6 18/25
  23/23
apply [3]   16/13 25/23 31/14
appreciate [3]   22/18 55/12
  64/20
appreciates [1]   58/16
appropriate [3]   35/1 44/10
  59/2
appropriately [1]   33/23
approved [1]   5/3
approves [1]   40/25
approximately [1]   60/4
are [46]   2/21 2/24 3/16 4/3
  4/8 7/20 8/1 12/6 12/10 14/4
  14/25 16/6 16/14 17/13 23/18
  24/15 25/17 29/5 29/20 29/25
  31/3 33/7 33/18 33/20 34/18
  35/21 37/22 41/5 41/7 47/6
  47/25 52/13 56/21 58/5 58/10
  58/13 58/18 61/22 62/10 63/11
  63/14 63/22 64/6 64/13 65/8
  65/25
area [16]   5/22 7/11 7/20 7/24
  8/14 9/15 12/20 12/22 14/9
  14/13 20/18 29/18 34/20 60/16
  61/14 66/16
aren't [2]   25/4 27/3
argue [1]   45/19
argues [1]   30/15
argument [2]   33/15 45/23
arm [1]   43/25
around [2]   33/3 51/15
arrested [3]   6/16 7/24 8/13
arrests [3]   7/18 7/22 8/1
arriving [1]   37/17
as [64]   3/5 3/7 4/25 7/8 7/8
  7/22 8/23 10/9 11/1 11/2
  11/14 13/9 13/13 13/16 13/17
  13/18 13/25 15/7 15/9 16/13
  17/6 18/2 18/2 20/7 20/13
  20/19 22/6 22/10 23/6 26/22
  31/5 34/3 34/12 37/17 37/20
  37/20 41/8 41/16 43/4 43/22
  44/4 47/16 48/1 50/14 50/14
  55/5 55/5 55/16 58/3 58/3
  58/6 58/24 59/19 60/17 61/16
  62/16 62/22 63/5 65/8 65/3
  65/11 65/13 66/15 66/16
aside [1]   65/11
ask [6]   25/16 32/18 46/15
  49/18 49/21 54/19
asked [4]   20/20 20/24 52/9
  63/9
asking [4]   34/23 45/10 48/9
  64/8
asks [2]   39/11 42/1
assaults [1]   36/15
assess [1]   27/12
assessed [1]   3/12
assessment [1]   66/8
Assistant [1]   1/15
assisting [1]   67/4
associate [1]   19/10
associates [2]   5/24 43/5
associating [1]   20/11
assume [1]   67/4
ATF [2]   1/20 2/10
attempt [2]   35/18 62/6
attempted [8]   37/10 37/12
  37/14 37/18 38/24 39/5 39/22
  39/25
attorneys [2]   1/15 32/3
attributed [1]   62/17
audio [1]   21/12
August [1]   1/8
aunt [2]   50/22 51/23
authorities [1]   14/4
authority [1]   25/5
autobiographical [1]   38/22
available [1]   66/15
Avenue [2]   6/19 6/20
avoid [5]   41/11 41/17 43/3
  44/10 56/17
aware [7]   2/24 34/10 40/2
  40/20 58/23 59/2 62/6
away [1]   53/2
Ayinde [4]   12/21 20/2 20/10
  43/21
Ayinde Deleon [4]   12/21 20/2
  20/10 43/21

**B**

B-A-N-K-S [1]   53/23
baby [1]   2/12
back [17]   6/11 9/8 23/17 24/1
  24/17 28/3 31/7 33/13 33/14
  37/10 38/12 50/22 50/22 51/23
  51/23 55/25 63/19
backed [1]   10/2 10/2
background [3]   4/11 5/8 8/15
backwards [1]   22/21
bad [2]   52/3 58/14
bag [2]   7/6 18/8

**B**

baggage [1]   9/22
baggies [2]   6/24 46/1
Bailey [28]   9/13 10/11 10/20
  11/19 15/10 15/25 16/10 18/3
  18/6 18/16 18/17 20/23 20/24
  21/5 23/3 23/9 23/24 32/5
  37/19 38/3 38/14 39/2 40/23
  40/24 41/21 47/19 60/2 60/8
Bailey's [7]   11/23 14/15
  14/16 15/5 17/20 38/22 47/18
baking [2]   9/20 11/16
Baltimore [8]   1/9 1/25 6/15
  6/22 14/8 36/20 42/20 66/15
BANKS [49]   1/5 2/7 2/18 2/21
  3/13 3/24 5/12 5/19 6/7 7/10
  7/13 10/9 10/16 11/14 15/6
  16/9 20/9 20/15 21/8 22/15
  32/8 37/19 38/3 38/11 38/16
  39/21 49/10 53/21 55/18 55/23
  56/23 58/15 59/4 59/11 59/19
  60/2 60/8 60/14 60/14 60/24
  62/2 62/16 62/17 63/3 64/21
  65/1 65/7 66/3 67/1
Banks' [6]   11/20 29/14 39/12
  58/6 58/12 63/19
banner [1]   20/4
base [1]   5/14
based [12]   26/25 28/17 28/22
  31/4 31/17 31/21 31/21 31/23
  45/21 49/12 61/11 65/4
basically [8]   20/19 21/5
  24/22 26/2 40/25 41/3 47/10
  48/4
basis [1]   7/5
be [57]   2/3 3/20 5/15 8/6
  11/24 13/4 16/22 18/2 18/6
  18/12 18/25 19/15 23/24 24/19
  25/9 27/1 30/25 31/15 34/1
  35/2 37/3 38/14 39/10 40/2
  45/2 48/16 48/19 49/1 49/10
  49/10 49/18 49/23 51/16 52/8
  53/8 56/14 57/5 57/6 57/11
  57/22 58/11 58/13 61/21 62/2
  62/24 63/8 64/5 64/23 65/7
  65/22 65/24 66/4 66/6 66/21
  67/3 67/4 67/6
because [26]   8/6 17/9 18/2
  20/11 22/10 22/11 26/13 26/25
  27/22 30/5 33/8 34/9 34/13
  35/1 35/15 35/15 35/23 38/13
  43/24 54/8 54/8 55/3 56/2
  56/9 56/13 59/10
beef [2]   31/17 31/24
been [20]   5/7 19/13 20/10
  26/19 34/11 45/7 51/2 51/2
  51/9 51/19 51/20 52/15 53/2
  54/23 54/24 54/24 61/23 64/21
  65/2 65/17
before [10]   1/11 8/12 8/16
  23/17 23/19 32/14 32/21 33/3
  37/17 56/24
beginning [3]   15/15 15/22
  15/23
behalf [2]   2/7 2/18
behavior [1]   65/1
behind [6]   16/10 37/25 38/1
  38/2 38/5 42/10

being [12]   3/13 14/12 16/21
  20/25 31/24 35/7 47/16 47/16
  49/7 60/5 61/5 62/6
beings [1]   58/13
believe [22]   16/10 26/11 28/7
  28/17 28/22 33/2 33/6 33/23
  36/4 46/4 48/25 49/12 55/4
  61/2 62/15 62/19 63/13 63/14
  64/6 64/20 65/20 66/24
below [4]   25/20 30/9 45/13
  65/8
bench [2]   57/23 57/25
Benz [4]   17/8 17/11 18/25
  19/1
besides [1]   32/11
best [2]   51/12 52/15
better [3]   11/5 16/22 55/8
between [4]   13/6 25/17 28/13
  56/18
Bey [1]   13/17
beyond [11]   4/18 25/14 26/19
  27/5 43/10 45/24 47/13 47/20
  48/23 51/8 59/6
big [3]   54/16 54/22 54/25
biggest [1]   5/10
Bino [1]   16/1
birth [1]   2/12
bit [6]   4/11 11/9 11/10 26/20
  41/10 59/7
bitch [1]   39/14
black [4]   17/8 17/10 18/25
  19/1
Blackston [1]   17/6
BLAKE [1]   1/11
blessed [1]   54/2
blow [1]   11/8
blow-up [1]   11/8
Bo [1]   12/3
BOF [2]   14/21 15/7
BOP [1]   66/13
born [1]   54/1
boss [5]   12/20 14/21 14/24
  15/7 15/9
bosses [2]   12/22 14/12
both [14]   4/17 6/12 6/20 7/10
  7/16 10/12 21/3 45/8 46/24
  54/7 58/3 61/8 63/23 67/2
Bowers [1]   7/13
box [1]   11/16
boxes [2]   8/1 34/21
boy [1]   2/13
boyfriend [1]   51/5
Braham [2]   13/18 19/9
breaking [1]   48/24
Brian [3]   1/17 2/18 41/24
Brian Johnson [1]   41/24
Brian Sardelli [2]   1/17 2/18
briefly [1]   38/11
brother [11]   9/2 9/4 9/6 9/8
  9/9 50/14 51/2 51/6 52/9
  52/14 54/24
brought [1]   28/8
bump [2]   12/15 13/3
bunch [1]   17/18
Bureau [1]   65/19
busiest [1]   36/23

**C**

cable [1]   53/8

calculate [1]   66/22
calculated [1]   3/9
calculating [1]   66/25
caliber [1]   38/13
call [19]   2/5 20/22 21/12
  21/13 21/15 22/22 23/2 23/8
  23/11 23/15 23/15 23/17 23/22
  23/22 27/23 40/22 42/8 51/15
  63/2
called [2]   15/16 60/2
calls [5]   39/11 41/5 41/14
  41/19 41/19
came [11]   9/8 10/7 21/7 21/14
  22/12 32/21 37/22 39/1 41/5
  42/7 48/15
camera [1]   37/16
can [25]   2/3 10/10 10/13
  10/19 11/5 12/10 15/23 19/25
  26/20 27/5 30/16 32/13 34/1
  42/4 47/24 51/2 51/12 52/2
  52/15 53/2 53/3 57/22 58/24
  62/24 66/5
can't [10]   21/16 22/9 22/9
  26/15 51/14 51/25 53/8 54/14
  54/20 55/2
candlelight [1]   19/12
cannot [2]   24/11 64/23
cap [2]   24/8 46/15
capital [1]   53/22
car [3]   9/9 13/25 17/9
career [1]   34/12
carry [1]   54/17
case [53]   1/4 2/5 2/8 4/13
  4/20 5/3 11/3 13/10 13/12
  13/19 16/2 19/4 23/13 23/23
  24/23 25/5 25/6 25/9 25/10
  27/15 28/20 29/1 31/6 32/7
  32/24 34/6 34/8 35/1 35/4
  36/11 42/15 42/20 43/7 43/15
  44/10 46/17 46/21 47/2 47/7
  47/22 47/23 48/5 48/10 48/12
  48/17 48/25 49/10 49/18 54/22
  56/19 58/20 59/4 61/21
cases [5]   24/15 25/3 27/4
  34/13 45/6
casket [1]   20/4
categorize [1]   61/16
category [7]   33/23 33/24
  34/24 35/10 35/13 35/18 35/19
Category III [3]   33/23 35/10
  35/18
Category IV [1]   33/24
Category V [1]   34/24
CATHERINE [1]   1/11
CCB [2]   1/4 2/8
CCB-16-0267 [2]   1/4 2/8
cell [4]   10/23 10/24 17/19
  60/9
cell phone [2]   10/24 60/9
cell phones [1]   17/19
CELL-15A [1]   10/23
center [4]   15/10 16/9 20/1
  41/18
certain [2]   14/19 14/25
certainly [15]   8/11 9/24 40/2
  50/2 53/18 55/20 59/10 59/17
  61/3 61/8 61/14 61/20 62/1
  62/8 64/20
Certified [1]   67/16

**C**

certify [1]   67/10
challenges [1]   31/13
chambers [1]   24/17
Champagne [5]   26/5 27/13 28/1 28/12 29/3
Champagne's [1]   29/22
chance [4]   3/24 12/10 52/5 55/18
changed [1]   39/5
character [1]   3/4
characteristics [2]   42/11 65/12
charged [1]   8/12
chastised [1]   23/4
Chi [2]   17/6 17/6
Chi-Chi [1]   17/6
Christina [2]   1/15 2/7
Christina Hoffman [2]   1/15 2/7
churn [1]   42/22
Circuit [4]   4/13 4/20 4/24 27/5
circumstance [1]   59/8
circumstances [2]   59/2 66/7
cite [1]   4/20
cited [2]   5/2 59/15
cites [2]   25/3 25/4
city's [1]   42/18
claimed [1]   26/6
cleaning [1]   53/10
clear [10]   4/13 5/11 18/2 23/8 23/18 43/11 58/13 62/20 64/23 66/21
clear-cut [1]   18/2
clearly [3]   17/15 32/8 35/9
client [8]   2/18 23/5 23/6 23/9 23/25 24/23 26/7 30/1
clip [3]   15/18 18/7 21/16
clips [1]   16/6
close [2]   19/10 66/15
clothing [1]   18/6
club [4]   38/9 38/16 47/15 62/7
co [3]   2/11 56/19 65/17
co-counsel [1]   2/11
co-defendants [2]   56/19 65/17
cocaine [33]   5/14 5/22 6/9 6/24 6/25 7/6 7/19 7/25 8/14 8/20 9/5 9/9 9/16 9/16 11/21 11/21 13/21 24/21 26/8 34/19 36/18 37/1 40/13 46/2 49/14 59/5 59/12 59/20 59/25 60/3 60/20 60/24 63/23
Code [1]   36/7
collect [1]   42/1
collecting [1]   61/13
college [5]   54/4 54/6 54/7 54/8 55/7
colored [1]   18/4
Comcast [1]   51/19
come [5]   29/21 37/10 42/2 42/4 65/14
comes [3]   27/25 38/12 53/9
coming [3]   49/5 57/9 58/7
commented [1]   32/16
commit [1]   36/15
committed [3]   34/4 37/13

37/18
committing [2]   37/7 40/20
community [4]   48/2 49/9 56/12 56/14
company [2]   51/19 51/19
comparable [2]   65/8 65/16
compelling [1]   19/4 42/20
complete [1]   18/14
completely [1]   10/15
complicated [1]   58/13
comply [1]   36/6
concerned [1]   64/21
concerning [1]   57/25
conclude [1]   12/16
concrete [2]   16/19 47/12
conditions [1]   65/25
conduct [12]   4/17 4/17 4/23 4/25 14/3 34/7 34/18 59/2 59/8 59/22 64/5 65/1
Conehead [1]   13/16
conference [1]   57/23 57/25
confident [1]   48/12
confirm [2]   52/1 55/13
confronted [1]   19/12 19/13
congratulations [1]   2/14
conjecture [3]   27/2 27/23 30/2
connection [5]   38/20 61/25 62/4 62/21 64/1
consider [16]   4/17 4/23 4/24 8/10 9/25 32/11 32/13 32/18 35/23 36/2 55/16 58/19 59/1 60/10 64/13 65/3
consideration [1]   5/4
considered [3]   33/24 35/2 62/25
considering [9]   59/8 63/2 63/5 63/7 63/11 65/9 65/15 65/15 65/16
consistent [11]   6/20 10/15 14/11 15/2 15/12 15/14 20/23 21/8 22/12 60/19 63/25
consistently [3]   6/3 10/2 47/6
conspiracies [1]   36/15
conspiracy [20]   2/22 3/14 5/13 8/7 8/13 8/18 8/22 12/5 16/20 18/12 28/14 43/6 43/23 45/8 56/7 56/7 60/25 62/10 62/11 62/12
constricts [1]   26/24
contained [1]   11/4
contention [1]   28/9
contest [3]   26/18 31/15 35/10
continue [1]   47/10
continued [1]   37/8
continues [3]   40/12 40/12 48/23
contrary [1]   40/7
conversations [1]   50/13
convicted [5]   17/1 27/20 33/4 48/7 62/13
conviction [1]   67/2
convictions [4]   34/7 34/18 35/2 63/21
cook [2]   7/11 11/20
cooked [2]   9/15 60/3
cooperate [1]   14/4
cooperating [3]   31/3 31/5

58/1
cooperation [1]   9/23
cooperator [2]   28/8 60/1
copy [2]   11/5 23/20
correct [6]   4/3 23/20 26/21 63/13 65/20 67/11
corrected [1]   3/20
correctly [1]   31/9
corroborate [3]   30/23 60/13 60/21
corroborated [8]   6/14 10/3 12/7 12/23 13/23 33/8 60/7 62/8
corroborates [3]   8/11 22/14 59/22
corroborative [4]   7/2 11/18 17/24 39/12
could [6]   16/22 37/21 50/3 53/19 54/19 57/4
couldn't [2]   15/18 55/9
counsel [5]   2/9 2/11 58/3 63/13 64/9
counsels [1]   32/6
count [8]   2/22 24/23 24/24 52/15 63/21 65/18 65/21 66/8
Count 1 [1]   24/23
Count 2 [4]   2/22 65/18 65/21 66/8
couple [2]   10/6 36/16
course [19]   3/2 8/18 9/21 10/4 10/20 33/13 38/17 39/6 39/17 40/11 58/11 58/18 58/23 59/14 59/20 59/22 60/11 60/25 64/13
court [54]   1/1 1/24 4/13 4/16 4/21 4/24 5/3 6/6 8/10 9/25 10/6 12/4 12/11 15/20 16/18 22/16 24/10 24/11 24/17 24/20 24/22 25/3 25/3 26/3 26/21 26/21 26/25 26/25 27/4 28/22 28/24 30/5 30/6 30/25 32/10 32/13 32/16 32/17 32/18 35/2 37/11 39/24 42/8 44/12 44/20 44/22 45/5 45/11 48/11 49/18 49/22 57/24 67/9 67/17
Court's [6]   4/3 5/1 5/4 32/11 46/8 48/12
courtroom [2]   1/9 58/11
cousin [4]   28/6 31/13 54/25 62/18
covers [1]   22/17
crack [31]   5/14 5/22 6/9 6/24 6/25 7/6 7/19 7/25 8/14 8/20 9/5 9/9 9/16 11/21 13/21 24/21 26/8 34/19 36/18 37/1 40/13 46/2 46/2 49/14 59/5 59/12 59/20 59/25 60/3 60/20 60/24
crack cocaine [30]   5/14 5/22 6/9 6/24 6/25 7/6 7/19 7/25 8/14 8/20 9/5 9/9 9/16 11/21 13/21 24/21 26/8 34/19 36/18 37/1 40/13 46/2 49/14 59/5 59/12 59/20 59/25 60/3 60/20 60/24
Creams [1]   12/3
create [3]   45/6 46/18 59/10
created [2]   11/7 24/22
credible [2]   45/23 62/15

**C**

credibly [1]  10/1
credit [1]  16/18
crimes [3]  34/4 42/25 44/8
criminal [19]  1/4 13/4 33/15
  33/22 33/24 34/16 34/18 34/24
  35/9 35/17 41/11 42/12 42/13
  42/23 56/10 56/15 63/17 63/19
  64/5
criminality [1]  42/17
CRR [3]  1/23 67/10 67/15
culpability [1]  65/3
culpable [1]  43/13
current [1]  35/7
custody [2]  2/19 65/19
customers [4]  6/17 6/23 59/20
  61/12
cut [2]  18/2 29/21
cutting [1]  26/5

**D**

Dante [37]  9/13 10/11 10/20
  11/19 11/23 13/13 14/15 14/16
  15/5 15/10 15/25 16/10 17/20
  18/3 18/6 18/16 18/17 19/18
  20/6 20/23 20/24 21/5 21/13
  23/3 23/9 23/24 37/19 38/3
  38/14 38/22 39/2 40/23 40/24
  41/21 47/18 47/19 63/4
Dante Bailey [25]  9/13 10/11
  10/20 11/19 15/10 15/25 16/10
  18/3 18/6 18/16 18/17 20/23
  20/24 21/5 23/3 23/9 23/24
  37/19 38/3 38/14 39/2 40/23
  40/24 41/21 47/19
Dante Bailey's [7]  11/23
  14/15 14/16 15/5 17/20 38/22
  47/18
Dante Harris [4]  13/13 19/18
  20/6 63/4
Dante Yates [1]  21/13
Darius [1]  13/16
Darius Stepney [1]  13/16
data [1]  10/23
date [4]  8/6 11/7 28/13 67/17
dates [1]  28/14
daughter [3]  44/22 49/22
  53/17
day [7]  6/25 7/5 7/5 7/8
  21/23 52/22 54/23
day's [1]  59/21
days [1]  67/3
dead [1]  19/15
deadly [2]  42/22 56/8
deal [1]  40/12
dealing [2]  29/14 29/17
death [2]  14/5 62/18
decade [1]  8/12
decades [1]  34/17
December [1]  67/17
deciding [1]  58/19
decision [2]  5/1 56/24
decisions [2]  42/16 52/3
declined [1]  4/23
deep [1]  39/9
defendant [82]
defendant's [9]  7/18 9/14
  10/10 18/15 19/10 28/6 31/13

42/12 42/23
defendants [9]  27/16 27/20
  31/3 31/5 34/11 34/11 44/7
  56/19 65/17
defense [9]  12/10 15/16 23/24
  28/16 29/19 32/3 32/5 41/20
  46/9
deficient [1]  32/8
defined [1]  28/25
definite [1]  52/15
definition [1]  37/15
Delante [4]  13/11 43/24 44/3
  44/5
Delante Lee [4]  13/11 43/24
  44/3 44/5
Deleon [4]  12/21 20/2 20/10
  43/21
demanded [1]  19/14
Dent [6]  13/9 13/25 37/16
  37/25 38/1 43/21
deny [1]  52/1
Department [1]  6/15
departure [5]  33/20 34/1
  34/24 34/25 35/12
Desean [2]  13/15 19/22
Desean McCorkle [2]  13/15
  19/22
deserves [1]  49/10
despite [3]  27/5 43/22 55/3
detail [1]  5/16
detailed [1]  9/12
detailing [1]  53/11
details [2]  9/19 39/20
detection [2]  41/11 41/17
determination [1]  4/15
determined [1]  5/5
deterrence [3]  42/19 42/20
  56/10
devastated [1]  36/19
devastates [1]  64/18
devastating [1]  56/11
Devin [8]  6/7 6/21 7/4 19/7
  19/11 20/14 22/14 44/2
Devin Ferguson [7]  6/7 6/21
  7/4 19/7 19/11 22/14 44/2
Devin Ferguson's [1]  20/14
Devon [6]  13/9 13/25 37/16
  37/25 38/1 43/21
Devon Dent [6]  13/9 13/25
  37/16 37/25 38/1 43/21
did [25]  4/18 4/20 6/5 7/18
  9/22 10/6 19/21 21/23 20/20
  25/5 26/11 27/6 27/12 32/4
  32/6 34/5 38/23 43/9 43/25
  47/23 55/14 55/22 63/10 65/9
  66/21
didn't [16]  7/21 8/5 8/7
  26/15 28/24 31/19 33/15 34/8
  40/5 45/19 46/6 46/6 46/10
  47/4 50/24 52/8
die [1]  18/17
died [1]  52/7
different [9]  14/2 25/9 25/13
  32/7 33/19 34/4 38/15 43/24
  59/7
differentiate [1]  31/20
difficult [3]  58/5 58/5 58/10
digital [2]  10/14 10/19
digital scale [2]  10/14 10/19

DiPaola [13]  6/15 26/9 26/13
  26/19 28/2 28/15 29/23 32/22
  32/23 45/22 45/25 49/12 59/18
DiPaola's [1]  28/20
Diplomate [1]  67/16
direct [1]  6/17
directing [2]  59/20 61/12
direction [1]  46/5
directly [1]  61/7
Dirt [8]  5/20 5/25 12/3 14/9
  14/12 22/5 39/14 42/1
Dirt's [2]  13/7 42/5
disagree [9]  24/3 24/5 28/20
  29/6 30/3 32/25 49/2 49/3
  49/4
disagreeing [1]  49/8
disagreements [1]  3/16
disagrees [1]  3/11
disclosed [1]  23/19
disclosure [1]  23/14
discovered [1]  21/11
discretion [1]  26/22
discussed [1]  20/24
disparities [3]  43/3 44/11
  56/18
disparity [2]  45/6 46/18
dispute [7]  5/10 12/10 12/14
  23/22 32/25 48/20 51/18
distinguishable [1]  24/15
distribute [2]  2/23 8/23
distributed [4]  5/13 8/20
  36/25 64/17
distribution [4]  7/19 8/14
  56/8 63/23
DISTRICT [4]  1/1 1/1 4/21 5/4
District Court [1]  4/21
DIVISION [1]  1/2
do [37]  4/13 5/11 8/8 12/1
  20/21 23/23 24/11 26/25 30/8
  34/25 35/5 45/5 45/21 48/13
  49/7 51/14 52/10 52/25 52/25
  53/6 53/7 53/8 53/9 54/15
  54/17 54/20 55/23 56/24 57/2
  57/3 61/5 61/13 61/20 63/18
  64/9 65/3 67/10
document [2]  14/16 14/18
documentary [1]  10/5
does [6]  12/16 36/4 40/14
  40/16 41/12 63/20
doesn't [9]  16/18 18/9 36/8
  38/18 39/24 41/16 57/5 58/25
  64/3
doing [2]  51/19 52/15
Dominick [4]  10/24 10/25
  11/12 42/2
Dominick Wedlock [4]  10/24
  10/25 11/12 42/2
don't [26]  2/11 12/12 29/13
  31/12 32/10 35/10 35/17 48/20
  50/18 50/18 50/19 52/14 52/21
  53/4 53/11 54/15 54/19 55/7
  55/23 56/25 56/25 59/9 63/2
  63/21 65/11 66/7
done [9]  31/23 44/22 44/24
  50/15 50/16 51/13 55/10 58/15
  64/21
Donte [1]  17/6
Donte Blackston [1]  17/6
Dontray [11]  16/1 16/8 16/24

**D**

Dontray... [8]  17/1 17/4 38/5
  38/6 40/23 40/25 41/1 41/23
Dontray Johnson [10]  16/1
  16/8 16/24 17/1 17/4 38/5
  40/23 40/25 41/1 41/23
Dontray Johnson's [1]  38/6
doubt [8]  4/19 25/14 43/10
  45/24 47/13 47/21 59/7 59/10
Douglas [3]  1/23 67/10 67/15
down [10]  20/4 22/6 22/8
  27/25 29/21 29/21 39/15 51/7
  51/12 51/21
downs [1]  52/24
downwards [1]  45/14
draped [1]  20/3
drove [3]  9/2 17/10 17/10
drug [39]  5/4 5/9 5/25 6/17
  6/18 6/23 7/25 12/2 12/7
  12/11 13/7 13/22 24/24 25/6
  26/2 29/14 29/17 31/18 31/22
  34/7 34/14 34/19 36/17 36/23
  36/24 37/5 40/12 43/19 44/5
  45/8 46/24 56/7 60/15 61/25
  62/3 62/12 62/21 62/21 64/25
drug-trafficking [6]  5/9 6/18
  31/18 34/14 56/7 61/25
drugs [12]  3/10 7/12 36/18
  42/3 42/22 46/6 46/7 48/7
  56/8 61/12 64/16 64/17
during [7]  6/10 23/4 23/5
  23/19 24/17 31/19 47/16

**E**

each [8]  4/8 23/5 24/2 29/7
  30/16 51/8 51/23 57/10
early [1]  20/6
easier [2]  11/9 50/19
Eastside [14]  13/13 19/18
  20/7 20/10 20/15 20/19 21/2
  21/15 21/19 21/20 21/21 21/22
  22/11 42/6
easy [1]  50/19
ECF [1]  4/2
ECF-1247 [1]  4/2
educational [1]  66/2
eight [1]  54/13
either [3]  12/1 44/24 46/23
eliminate [2]  37/3 46/19
else [10]  23/9 27/21 27/21
  46/23 51/20 52/11 54/20 54/20
  57/15 62/7
embraced [1]  37/2
end [4]  16/14 19/16 44/21
  54/23
enemy [1]  20/20
enforcement [3]  10/3 41/12
  41/17
engaged [2]  8/25 43/22
enhancement [3]  16/13 19/6
  22/14
enhancements [4]  19/5 22/17
  24/2 26/22
enough [1]  57/6
entailed [2]  9/20 9/20
entire [1]  61/17
entirely [1]  63/8
entitled [2]  45/20 67/12

entourage [1]  39/8
error [2]  60/5 66/24
especially [1]  31/1
Esquire [2]  1/15 1/17
established [1]  5/12
estimate [1]  60/6
even [18]  8/16 16/18 28/7
  30/9 31/3 31/4 32/25 33/6
  39/24 46/4 47/8 49/2 53/4
  53/4 53/5 60/5 61/15 64/15
evenly [2]  32/14 32/20
event [1]  59/9
ever [1]  23/18
every [5]  7/9 50/20 52/5
  52/22 57/24
everybody [4]  22/9 51/20
  52/23 52/24
Everybody's [1]  22/1
everyone [2]  2/3 46/23
everything [7]  27/17 27/20
  27/21 39/17 53/7 53/9 55/4
evidence [66]  4/16 5/11 7/22
  10/5 12/4 12/6 12/24 15/4
  16/19 19/17 19/22 22/13 22/24
  23/12 25/17 26/18 27/24 28/19
  28/21 29/2 30/1 30/10 31/1
  31/4 31/19 32/8 32/22 32/24
  33/1 33/2 33/7 36/12 37/12
  38/20 38/23 39/25 40/6 40/18
  41/10 42/7 43/11 43/12 43/17
  45/23 45/25 46/4 46/4 46/8
  47/2 47/3 47/12 47/13 48/10
  59/1 59/11 59/15 60/1 60/17
  61/3 61/4 62/20 63/3 63/5
  64/1 65/4 65/6
exactly [6]  7/14 11/25 25/25
  26/11 34/6 39/9
example [2]  25/18 30/18
excerpts [1]  38/21
excess [3]  25/7 25/8 46/24
excessive [2]  48/23 49/17
excuse [2]  31/22 50/12
executed [1]  11/22
exhibit [2]  10/22 39/1
exhibits [2]  5/17 10/7
explain [2]  26/20 56/20
extended [1]  18/7
extensive [4]  3/14 37/12 61/8
  61/10
extracted [1]  10/23
extreme [1]  49/17
extremely [4]  10/1 36/8 41/20
  56/4

**F**

F-L-O-Y-D [1]  50/9
facilitate [1]  66/16
facility [1]  66/14
facing [1]  9/23
fact [10]  4/20 23/4 31/5
  32/13 32/18 35/3 37/13 38/17
  40/7 44/3
factor [3]  35/21 35/24 66/22
factors [2]  64/14 65/15
facts [5]  7/21 27/24 36/11
  48/9 48/23
fair [1]  48/3
fairly [1]  48/12
fall [1]  25/20

fallout [1]  19/19
familiar [1]  36/10
families [1]  36/20 64/19
  64/24 64/25
family [25]  31/17 31/17 31/17
  31/21 31/21 31/23 31/24 31/24
  47/24 50/17 51/1 51/21 54/18
  54/25 57/8 58/6 58/12 58/15
  58/17 64/21 64/22 64/24 65/12
  66/4 66/16
far [4]  45/8 46/24 50/14 55/5
fat [4]  21/7 23/2 23/6 23/24
father [12]  51/2 54/1 54/5
  54/10 54/11 54/11 54/13 54/15
  54/20 54/23 54/24 55/4
fatso [3]  23/2 23/7 23/24
FCRR [3]  1/23 67/10 67/15
featured [3]  15/17 15/21 40/8
February [1]  10/25
February 12th [1]  10/25
Federal [1]  1/24 67/11
feel [2]  22/10 48/2
felon [1]  17/1
felony [1]  34/7
female [1]  41/25
fence [1]  21/4
Ferguson [8]  6/7 6/12 6/21
  7/4 19/7 19/11 22/14 44/2
Ferguson's [1]  20/14
few [4]  7/9 12/6 16/3 18/14
fight [1]  52/22
figure [1]  53/12
filed [2]  4/1 24/14
filing [1]  67/6
fill [2]  15/1 24/21
filling [1]  14/19
final [2]  17/14 56/24
finally [2]  19/6 43/1
finance [3]  14/21 14/24 15/7
financial [1]  66/6
find [8]  27/6 30/6 30/10
  35/15 35/24 39/24 60/23 63/3
finding [5]  2/22 27/1 43/22
  48/5 59/14
findings [1]  58/24
fine [3]  49/23 66/6 66/7
firearm [10]  8/1 16/13 17/2
  17/4 17/7 19/14 34/21 38/13
  61/25 63/23
firearms [14]  16/15 16/21
  16/21 17/12 18/1 18/10 18/11
  19/3 19/6 22/14 40/10 43/18
  61/22 62/22
fires [1]  38/12
first [6]  53/22 54/6 54/11
  58/2 61/24 63/20
Fish [1]  12/3
five [12]  3/14 5/19 12/18
  13/5 13/6 13/7 13/20 13/20
  36/14 60/14 61/6 61/9
fix [1]  52/13
flash [2]  16/15 40/10
flashed [1]  17/13
flashing [1]  19/2
Floor [1]  1/24
flourished [1]  14/8
Floyd [2]  50/5 50/9
folks [1]  58/7
followed [1]  65/22

**F**

following [2]   2/21 27/25
footage [2]   37/16 39/20
foregoing [1]   67/11
foreseeable [7]   8/22 25/2
 27/18 27/21 62/2 62/8 62/10
forfeiture [2]   44/15 44/16
forget [1]   44/14
form [2]   15/5 48/15
fought [1]   50/20
found [23]   24/23 25/7 25/8
 25/10 26/14 27/4 27/11 27/17
 27/18 27/21 28/18 28/23 45/8
 45/9 46/21 46/22 46/23 48/19
 49/11 59/4 59/6 64/16 64/16
four [5]   3/12 12/15 12/16
 29/22 29/25
four-level [3]   3/12 12/15
 12/16
fourth [7]   4/13 4/20 4/24
 27/5 41/2 41/3 41/21
Fourth Circuit [4]   4/13 4/20
 4/24 27/5
frankly [1]   62/24
Frazier [1]   16/11
frequently [1]   7/8
friends [1]   47/25
front [3]   10/13 11/15 41/18
fundamental [1]   37/2
funeral [3]   19/25 20/3 29/4
further [3]   35/19 37/9 44/12
furtherance [6]   18/12 31/18
 40/3 43/25 62/3 62/11
future [1]   42/25

**G**

gang [54]   5/23 5/24 5/25
 10/12 11/4 11/12 11/14 13/23
 13/24 14/6 14/7 14/14 14/19
 16/7 16/7 16/15 16/16 17/17
 17/23 17/23 18/19 18/20 18/22
 19/13 20/1 20/13 20/14 31/18
 31/21 31/22 36/13 37/7 38/4
 40/3 40/4 40/5 40/9 40/10
 40/13 40/14 40/16 40/20 41/7
 41/8 41/15 42/9 42/24 43/5
 43/11 43/13 43/14 43/18 44/1
 63/5
gang's [3]   37/9 37/19 40/9
gang-related [1]   11/4
gangs [2]   42/18 42/21
gave [5]   2/12 9/12 9/19 22/7
 22/22
general [1]   62/22
generalities [1]   29/21
generality [1]   27/19
generally [4]   27/19 29/15
 29/17 61/13
generation [3]   41/3 41/4
 41/22
get [19]   8/16 15/18 16/19
 21/16 21/25 22/3 26/4 26/17
 31/25 32/1 36/8 37/21 38/11
 50/19 52/5 54/1 54/9 55/18
 59/20
gets [3]   39/3 46/11 48/2
GF [1]   15/10
girl [1]   54/6

give [9]   5/18 12/10 23/20
 35/21 41/16 45/14 50/3 53/19
 57/18
given [1]   39/19
gives [1]   45/11
giving [2]   12/25 20/20
go [19]   3/7 4/5 9/6 17/20
 22/3 25/6 26/4 27/5 33/13
 35/23 38/15 48/9 50/10 51/3
 52/8 54/15 55/3 55/7 55/24
go-to [1]   51/13
goals [1]   37/3
godfather [1]   15/11
goes [1]   22/13
going [38]   4/22 12/25 20/25
 22/2 22/3 22/3 22/6 23/9 24/1
 24/1 26/12 27/14 29/9 31/7
 35/6 38/19 38/24 38/25 39/22
 40/1 46/8 48/13 48/19 52/6
 52/8 53/13 57/11 57/17 58/21
 58/21 60/23 61/5 62/25 63/9
 65/17 65/22 65/24 66/6
gone [3]   51/9 52/16 65/6
gonna [5]   21/25 22/1 22/2
 22/6 39/10
good [12]   2/3 2/12 2/17 24/15
 27/22 32/4 32/6 55/4 57/6
 58/14 58/15 64/21
gossip [2]   23/11 27/23
got [18]   9/8 14/2 21/2 23/11
 24/14 30/15 42/3 51/4 51/9
 51/15 51/23 52/13 52/21 52/23
 52/24 54/12 54/18 55/1
gotten [1]   48/6
Government [28]   3/11 3/19 4/7
 22/22 23/20 24/9 25/4 26/3
 28/8 30/15 30/20 31/13 31/20
 32/24 33/13 35/14 36/4 36/12
 45/5 47/2 47/5 48/4 49/7 56/1
 56/3 59/16 62/1 63/18
Government's [7]   3/1 10/22
 24/13 25/12 28/15 60/17 62/5
Government's Exhibit [1]
 10/22
grab [1]   29/9
graduated [4]   54/4 54/6 54/7
 54/7
gram [7]   7/1 9/18 26/10 28/1
 28/2 46/3 49/14
grams [38]   5/14 8/20 9/11
 9/16 9/17 11/21 24/11 24/16
 25/2 25/11 25/20 26/4 26/7
 26/10 26/13 26/13 26/14 27/1
 27/3 27/6 27/12 28/4 28/11
 28/13 28/23 29/23 30/7 32/11
 46/2 46/12 46/22 46/25 59/5
 59/12 59/24 60/4 60/6 60/23
grandmother [4]   50/22 51/7
 51/22 52/12
grant [1]   63/16
great [1]   2/14
greater [1]   36/5
Greer [6]   6/7 7/10 7/14 9/12
 10/16 11/18
grieve [1]   50/23
grieving [1]   36/20
group [1]   17/12
growing [1]   50/24
guess [6]   3/7 12/25 22/21

 27/11 29/1 40/22
guessing [1]   27/2
guideline [7]   13/3 33/21
 62/16 64/6 64/12 65/14 65/20
guidelines [17]   3/8 3/17 3/18
 3/21 4/4 4/8 5/6 12/9 12/13
 33/25 35/21 35/25 58/21 58/24
 63/1 66/22 66/25
guilty [24]   2/22 11/2 13/10
 13/11 16/1 24/20 24/23 24/24
 27/17 28/19 28/23 34/12 43/5
 43/14 43/15 45/7 45/8 45/9
 46/21 46/22 46/23 48/19 49/11
 57/24
gun [7]   18/7 31/7 31/8 31/25
 38/12 47/9 65/1
guns [2]   42/3 62/11
Gutta [3]   39/8 39/9 39/16
Gwynn [19]   5/21 6/1 6/8 6/13
 6/19 7/15 7/19 9/3 9/15 12/20
 14/9 16/4 19/24 20/18 29/18
 36/24 42/1 60/16 61/14
Gwynn Oak [18]   5/21 6/1 6/8
 6/13 7/15 7/19 9/3 9/15 12/20
 14/9 16/4 19/24 20/18 29/18
 36/24 42/1 60/16 61/14

**H**

had [23]   3/24 5/5 6/8 6/23
 8/6 9/9 13/21 15/17 19/13
 19/14 20/10 24/19 25/8 28/25
 31/5 32/16 33/14 34/12 40/2
 43/17 43/18 50/12 50/13
half [1]   50/25
hammering [1]   48/21
hand [2]   62/14 63/7
handful [1]   42/16
handgun [1]   16/24
handle [1]   46/6
hands [2]   27/10 27/11
handwriting [1]   14/17
handwritten [1]   14/16
hangin' [1]   22/11
happen [6]   21/7 38/19 38/24
 38/25 39/23 40/1
happened [6]   19/19 30/20
 31/15 31/16 39/6 62/19
happens [1]   38/18
happy [3]   4/8 12/9 35/23
hard [3]   11/13 11/25 27/24
Harris [4]   13/13 19/18 20/6
 63/4
has [23]   3/24 11/7 17/7 22/16
 23/22 26/19 26/21 30/5 32/24
 33/22 34/2 38/14 44/12 49/7
 52/14 54/6 54/13 56/11 56/14
 58/15 64/21 65/1 65/4
have [61]   2/11 2/25 3/1 3/1
 3/2 3/6 3/23 3/25 5/7 8/5 8/8
 8/24 9/1 9/22 12/2 16/3 20/12
 28/25 29/1 30/10 31/2 31/14
 31/16 33/1 34/6 34/6 34/11
 34/15 45/16 48/6 48/18 49/20
 50/15 50/16 50/20 52/4 52/23
 54/17 55/5 55/10 55/22 56/24
 56/25 57/5 57/13 58/4 58/19
 59/24 60/1 61/23 63/20 64/13
 64/16 65/3 65/15 65/17 66/10
 66/10 66/23 66/25 67/1

**H**

having [1]  20/17
HDMI [2]  15/19 21/17
he [107]
he'll [1]  66/4
he's [24]  15/25 33/23 35/9
 37/24 38/13 40/9 40/24 41/10
 45/11 45/20 46/11 46/13 46/20
 48/19 52/2 52/3 52/16 53/10
 54/23 54/23 54/24 54/24 54/25
 54/25
head [1]  22/6
healthy [1]  2/12
hear [2]  4/9 45/19
heard [9]  12/4 20/9 21/1 21/2
 21/6 21/22 37/12 47/1 51/25
hearsay [1]  23/12
heart [1]  45/23
Heights [14]  5/22 6/1 6/9
 7/15 7/20 9/15 12/20 16/5
 19/24 20/18 29/17 36/24 60/16
 61/14
held [4]  46/11 51/6 51/20
 56/6
help [6]  41/25 51/11 52/13
 52/16 53/6 65/12
her [2]  42/1 51/4
here [41]  2/9 2/21 5/18 6/5
 7/20 8/24 10/10 11/6 11/8
 11/17 12/3 14/7 14/25 15/6
 15/18 15/24 16/8 16/11 16/25
 17/3 17/7 17/8 18/3 18/13
 20/1 20/4 22/8 25/14 32/11
 33/19 34/15 37/24 37/25 38/6
 39/5 39/14 39/15 47/25 54/13
 56/21 64/16
here's [5]  16/8 17/14 18/24
 24/12 38/1
hereby [1]  67/10
heroin [1]  36/17
high [4]  36/17 37/15 55/7
 56/15
high-definition [1]  37/15
high-volume [1]  36/17
higher [4]  5/7 25/24 35/1
 48/7
highlighted [2]  40/18 42/8
highly [7]  7/2 11/18 16/17
 24/8 35/4 37/15 47/19
Hill [3]  37/11 38/13 62/7
Hill's [1]  39/4
him [46]  2/22 6/16 8/1 8/22
 17/6 19/12 19/14 20/20 23/6
 26/12 26/15 27/12 27/12 28/3
 28/19 28/23 33/4 34/25 35/19
 41/7 41/8 42/25 44/5 45/14
 47/13 48/21 51/16 51/21 51/24
 51/25 52/2 52/5 52/6 52/9
 52/19 52/19 52/20 53/6 53/13
 53/14 54/21 54/25 55/5 57/2 57/3
 62/8 67/4
himself [2]  8/19 8/25
hindsight [1]  8/8
his [36]  6/9 9/2 9/4 9/6 9/8
 9/9 16/24 17/4 19/13 20/20
 29/16 39/8 41/15 41/16 43/19
 45/22 47/24 49/25 52/15 53/17
 54/24 56/19 57/6 58/15 60/17

 61/11 62/6 62/18 64/21 64/22
 65/8 65/11 65/12 65/12 66/4
 66/6
history [11]  33/15 33/22
 33/24 34/24 35/9 35/17 42/11
 42/23 43/18 56/15 63/17
hit [5]  26/12 26/15 27/12
 39/3 39/13
Hoffman [4]  1/15 2/5 2/7
 55/21
hold [4]  24/10 24/10 51/12
 56/25
holdout [1]  32/19
holdouts [1]  32/19
home [3]  21/7 42/2 51/15
Honor [132]
HONORABLE [1]  1/11
hope [1]  66/5
hoped [1]  15/18
hopeful [1]  48/16
hoping [1]  9/24
hours [3]  6/10 6/18 7/8
house [18]  6/8 6/11 6/13 6/17
 7/11 7/17 9/3 9/7 9/7 9/8
 9/14 10/17 10/19 11/20 50/25
 51/1 60/3 60/8
houses [3]  10/10 42/5 50/24
how [5]  14/2 39/19 41/11
 41/15 52/21
however [4]  7/7 35/11 35/12
 49/13
human [1]  58/13

**I**

I'd [1]  59/6
I'll [12]  4/11 5/8 5/17 6/5
 11/5 12/13 16/19 18/13 26/17
 33/13 49/25 57/18
I'm [45]  2/8 4/8 4/22 12/9
 12/25 23/8 24/18 29/9 29/9
 31/9 33/18 35/23 39/15 44/22
 45/16 48/12 50/8 51/11 51/12
 51/15 51/17 52/3 52/11 54/6
 54/15 54/16 54/21 57/11 57/17
 58/9 58/14 58/16 58/21 58/23
 59/1 59/2 59/14 60/23 62/12
 62/20 62/25 63/2 63/5 63/7
 64/8
I've [8]  3/5 27/4 46/20 51/19
 51/20 55/5 61/7 65/6
IC [1]  10/8
IC-52 [1]  10/8
iCloud [5]  11/23 15/5 17/20
 18/5 18/15
iCloud account [4]  11/23 15/5
 17/20 18/5
idea [7]  24/7 24/9 33/4 46/14
 48/21 49/6 49/15
identified [10]  7/16 10/9
 10/25 11/14 13/6 13/20 15/6
 20/7 20/12 60/17
identifies [1]  15/8
ignore [2]  29/13 48/4
III [3]  33/23 35/10 35/18
imagine [1]  60/11
impact [1]  56/11
important [11]  4/25 5/2 8/21
 34/17 43/2 44/9 48/1 48/11
 49/9 65/13 65/24

impose [2]  62/25 65/18
imposed [1]  34/3
imposing [1]  66/9
impressed [1]  32/4
imprisonment [1]  56/4
incarcerated [2]  41/9 41/24
incarceration [1]  65/22
incident [17]  9/13 19/8 28/1
 28/2 29/12 29/22 29/23 29/23
 29/24 32/22 32/23 33/5 45/25
 46/1 47/8 49/13 62/9
incidents [4]  26/2 29/22
 29/25 33/7
include [1]  57/25
included [1]  5/16
includes [1]  59/17
including [3]  14/3 58/10
increase [2]  12/16 58/25
independent [1]  34/4
indicates [7]  34/15 38/23
 39/16 39/21 40/11 42/9 43/17
indicating [28]  11/17 14/23
 15/6 15/9 15/11 15/25 16/5
 16/9 16/9 16/10 16/11 16/25
 17/16 18/4 18/7 18/8 18/18
 20/2 20/5 37/24 37/25 38/2
 38/2 38/3 38/4 38/4 47/25
 54/8
indictment [2]  21/25 22/3
indiscretion [1]  42/15
individual [3]  7/4 17/5 21/13
influential [2]  41/20 42/24
information [4]  8/4 8/10 36/1
 58/4
initials [1]  6/4
inside [3]  7/16 9/8 10/9
Instagram [2]  19/23 39/11
instance [1]  7/25
instances [5]  59/17 60/7
 60/10 60/12 60/20
instructed [1]  32/16
instructions [1]  28/18
interests [1]  37/9
interjects [1]  21/5
interpretation [1]  26/1
intersection [2]  6/19 16/4
intimidate [1]  37/3
intimidated [1]  36/21
introduce [2]  7/21 8/7
introduced [12]  8/4 10/22
 13/24 14/14 15/4 15/16 17/18
 18/21 19/21 20/22 21/10 59/15
invade [1]  4/22
investigators [1]  20/12
involve [2]  34/19 63/23
involved [12]  3/10 3/14 16/20
 26/7 37/6 47/11 47/17 56/8
 58/10 61/9 64/1 65/2
involvement [5]  29/14 29/17
 43/6 43/19 65/9
involves [1]  34/21
involving [4]  8/13 13/5 28/5
 34/7
irresponsible [1]  42/16
is [193]
isn't [2]  31/16 42/15
isolated [1]  60/12
isolation [1]  60/10
issue [10]  4/8 5/10 12/14

**I**

issue... [7]  18/2 18/10 31/17
 34/8 44/14 44/16 59/10
issues [9]  2/24 3/8 3/21 4/3
 12/9 12/13 48/15 58/18 58/22
it [118]
it's [44]  4/13 5/2 8/9 8/18
 11/9 11/13 11/25 14/1 14/2
 15/12 18/10 21/12 24/16 25/21
 27/2 29/13 30/13 30/18 33/20
 34/17 34/17 39/17 40/22 42/17
 45/24 47/9 47/12 48/1 48/11
 49/9 52/11 52/21 52/22 54/11
 54/13 54/16 54/16 59/7 60/9
 62/1 62/8 62/24 63/23 64/17
its [4]  4/15 5/5 37/4 59/16
itself [2]  9/18 38/19
IV [2]  33/24 35/1

**J**

jail [9]  21/12 21/13 21/15
 40/23 41/5 41/14 41/19 42/8
 63/2
jail call [5]  21/12 21/13
 21/15 42/8 63/2
jail calls [3]  41/5 41/14
 41/19
Jamal [2]  20/24 21/1
Jamal Lockley [2]  20/24 21/1
Jason [1]  6/15
Jay [5]  6/7 7/10 9/12 10/16
 11/18
Jay Greer [5]  6/7 7/10 9/12
 10/16 11/18
jeans [1]  18/4
job [2]  32/4 32/6
Johnson [11]  16/1 16/8 16/24
 17/1 17/4 38/5 40/23 40/25
 41/1 41/23 41/24
Johnson's [1]  38/6
Jones [1]  43/16
judge [2]  1/11 28/17
judgment [1]  67/2
July [4]  4/1 14/15 20/6 39/15
July 15th [1]  4/1
July 3rd [1]  14/15
June [1]  11/23
June 2015 [1]  11/23
jurors [1]  4/18
jury [28]  4/15 4/23 5/5 24/20
 25/7 25/8 26/14 26/24 27/9
 27/10 27/14 27/15 28/17 28/18
 32/17 33/4 35/16 43/9 45/9
 47/23 48/14 49/8 50/13 59/4
 63/7 63/9 64/16 65/5
jury's [5]  2/22 28/22 32/9
 48/5 56/2
just [50]  3/4 3/21 4/11 7/6
 9/10 12/6 15/20 18/13 18/13
 19/1 21/17 22/10 24/19 29/9
 30/13 32/19 33/18 34/13 34/25
 35/21 35/24 38/1 38/17 42/15
 48/1 49/6 49/19 50/11 50/16
 52/5 52/17 52/17 52/17 52/17
 53/5 53/19 54/2 54/9 54/19
 55/13 55/22 55/25 56/20 57/5
 57/7 57/7 57/8 60/6 60/21
 65/16

**K**

keep [2]  22/9 35/15
keeps [1]  57/6
kids [4]  52/15 52/16 53/11
 54/13
kill [3]  18/17 42/21 62/6
killed [17]  13/14 13/19 19/9
 19/13 19/14 20/10 20/17 20/18
 21/2 21/19 21/20 21/21 21/22
 22/11 31/24 40/24 51/10
killin' [1]  22/9
killing [1]  41/24
kilograms [1]  25/8
kind [5]  5/17 8/15 11/8 18/4
 64/25
kinds [1]  12/23
knew [9]  7/14 16/21 21/6 37/7
 38/19 38/24 39/22 39/25 42/9
knit [1]  54/18
know [38]  3/23 4/22 19/14
 22/7 23/4 30/15 32/16 33/15
 38/23 42/4 50/11 50/11 50/13
 50/14 50/18 51/8 51/14 51/18
 52/8 52/14 52/19 52/21 52/23
 52/23 52/24 52/25 53/4 53/11
 54/1 54/10 54/15 54/19 54/21
 54/22 54/22 55/8 55/23 57/10
knowing [1]  40/14
knowledge [1]  42/9
known [9]  6/17 13/9 13/13
 13/16 13/17 13/18 13/25 17/6
 37/17
knows [4]  11/2 41/11 43/4
 44/20

**L**

lack [1]  29/20
LaEMMs [1]  15/12
language [2]  27/10 33/25
large [2]  37/1 40/12
Lashley [10]  6/12 6/20 9/1
 9/2 26/6 26/13 28/3 28/10
 29/3 29/23
Lashley's [1]  59/24
last [6]  2/13 11/8 18/2 22/9
 50/20 53/23
late [1]  23/14
later [2]  26/20 63/2
law [6]  4/12 4/14 10/3 41/12
 41/17 66/4
law enforcement [3]  10/3
 41/12 41/17
law-abiding [1]  66/4
lawfully [1]  17/2
lays [1]  14/6
leader [11]  3/13 5/20 12/19
 13/4 24/5 32/2 37/19 38/4
 43/11 43/13 61/16
leader/organizer [2]  24/5
 32/2
leaders [4]  14/7 17/17 17/23
 40/9
leadership [3]  12/15 13/3
 56/6
lean [1]  57/5
least [15]  36/14 36/16 36/25
 40/1 40/19 59/12 60/13 60/16
 60/23 61/3 61/4 61/6 61/14

62/6 62/10
leaves [1]  38/11
leaving [1]  6/23
Lee [4]  13/11 43/24 44/3 44/5
left [3]  10/11 36/20 66/10
legal [1]  25/23
lengthy [3]  14/1 43/8 64/18
leniency [1]  9/24
less [11]  7/1 25/2 25/10
 26/10 27/3 46/2 46/12 46/22
 46/24 49/13 59/5
let [6]  4/5 25/16 29/6 33/18
 58/2 66/21
Let's [1]  39/14
letters [2]  3/5 55/14
level [26]  3/10 3/12 5/14
 5/15 12/15 12/16 25/18 25/24
 34/13 35/1 35/1 36/17 59/13
 61/1 61/4 61/15 61/18 62/14
 63/1 63/14 63/16 64/3 64/5
 64/15 65/8 65/14
Level 30 [1]  5/15
Level IV [1]  35/1
levels [1]  25/17
liable [1]  24/10
Liberty [14]  5/22 6/1 6/9
 7/15 7/20 9/15 12/20 16/5
 19/24 20/18 29/17 36/24 60/16
 61/14
Liberty Heights [14]  5/22 6/1
 6/9 7/15 7/20 9/15 12/20 16/5
 19/24 20/18 29/17 36/24 60/16
 61/14
life [3]  15/13 53/1 55/8
lifetime [2]  34/16 42/17
like [18]  2/5 4/7 10/14 11/16
 18/7 22/9 26/16 30/18 39/15
 42/21 44/21 51/11 52/19 52/21
 53/17 55/19 56/23 57/4
likelihood [1]  56/15
limit [1]  32/10
limited [1]  43/19
line [3]  24/19 38/10 39/8
lines [1]  19/15
linking [2]  47/3 47/13
links [1]  23/23
list [1]  14/19
listed [2]  12/3 14/25
literally [2]  27/1 39/18
little [7]  4/11 11/9 11/10
 26/20 43/24 54/9 59/7
live [1]  39/10
lived [3]  50/25 51/1 53/1
lives [1]  51/10
loaded [1]  34/21
location [1]  6/23
locked [1]  42/3
Lockley [2]  20/24 21/1
Lombard [1]  1/24
long [2]  58/24 65/2
longstanding [1]  42/17
look [4]  27/24 28/15 39/15
 54/14
looking [1]  63/18
lookout [2]  46/5 59/19
looks [6]  10/14 11/16 18/7
 18/25 41/22 42/4
losing [1]  55/3
lost [4]  50/22 51/22 55/2

**L**

lost... [1]  55/2
lot [17]  3/16 5/16 9/19 17/22
  18/21 23/11 25/17 30/1 46/10
  47/1 47/24 54/16 54/22 58/18
  59/22 64/13 65/9
love [2]  54/11 57/8
low [3]  34/13 43/17 44/1
low-level [1]  34/13
low-ranking [2]  43/17 44/1
lower [1]  47/21

**M**

ma'am [5]  25/22 51/19 52/25
  53/8 53/12
made [5]  52/3 55/5 55/5 62/7
  66/25
Mafia [16]  5/21 9/3 10/21
  11/1 12/19 14/2 15/13 15/17
  15/24 17/15 20/8 36/13 37/2
  38/8 40/8 41/4
main [1]  28/9
make [10]  18/13 39/15 53/9
  53/12 55/8 55/19 56/24 58/24
  59/14 62/9
makes [6]  19/4 26/16 31/4
  32/7 35/4 40/23
making [15]  4/15 5/5 10/11
  10/12 10/20 11/12 16/7 16/16
  17/15 17/17 17/23 18/19 18/22
  20/1 40/9
Malcolm [3]  6/12 6/20 9/1
Malcolm Lashley [3]  6/12 6/20
  9/1
man [13]  21/7 23/2 23/6 23/24
  42/16 52/2 52/4 54/8 54/10
  54/25 54/25 55/4 55/9
manager [2]  61/5 61/15
manager/supervisor [1]  61/15
many [4]  34/16 37/1 41/16
  43/7
marijuana [1]  18/8
Mark [1]  22/2
market [1]  37/5
Martin [1]  1/20
MARYLAND [3]  1/1 1/9 1/25
matches [1]  39/19
material [1]  3/6
math [2]  63/14 64/9
matter [1]  67/13
Maurice [2]  13/18 19/9
Maurice Braham [2]  13/18 19/9
maximum [2]  48/22 58/25
may [9]  4/16 6/16 18/2 45/16
  45/25 49/13 54/5 59/18 66/25
May 12th [1]  6/16
May 27th [1]  49/13
maybe [2]  8/8 51/17
McCorkle [3]  13/15 19/22 20/2
me [21]  2/9 2/11 4/5 4/8
  25/16 26/16 29/6 31/22 33/18
  36/1 50/5 50/12 51/6 52/7
  52/22 53/2 54/10 58/2 58/23
  63/13 66/21
meal [1]  52/13
mean [8]  22/7 29/7 35/9 38/19
  51/18 52/17 53/5 53/7
meaning [1]  21/3

means [3]  20/5 23/16 64/6
media [1]  17/19
meet [1]  9/7
Melvin [1]  9/2
Melvin Lashley [1]  9/2
member [8]  9/2 11/1 19/10
  20/7 20/13 31/24 42/17 42/24
members [24]  5/23 5/24 8/22
  12/4 16/7 16/14 17/16 18/20
  20/17 36/25 37/4 37/20 40/2
  40/13 40/20 41/4 41/7 41/8
  41/15 41/22 43/5 43/14 47/24
  62/10
memo [10]  4/12 5/2 5/17 6/4
  21/18 24/13 25/12 40/19 43/2
  45/17
memorandum [7]  3/1 3/3 22/24
  23/1 25/4 28/16 59/16
memorial [4]  29/4 29/24 30/18
  47/8
mentioned [3]  6/12 7/10 45/16
Mercedes [4]  17/8 17/11 18/25
  19/1
Mercedes-Benz [4]  17/8 17/11
  18/25 19/1
mesh [1]  30/16
met [2]  9/4 26/19
mic [1]  57/5
middle [1]  10/11
might [2]  3/7 52/3
mind [1]  32/9
minor [4]  45/11 45/20 46/9
  61/20
minute [2]  16/19 57/18
minutes [1]  7/9
MIP [1]  20/5
Mirage [5]  39/3 39/6 39/7
  47/15 62/7
misguided [1]  42/16
missed [1]  46/20
MMP [18]  5/21 9/3 11/12 11/14
  14/12 17/23 18/15 18/22 19/10
  20/1 20/4 20/4 20/18 36/19
  36/25 37/20 41/22 42/21
MMP banner [1]  20/4
MMP's [1]  36/23
mob [2]  14/8 38/7
mobbin' [1]  20/5
mobster [2]  43/17 44/1
modified [1]  3/20
mom [1]  51/4
moment [2]  19/2 51/23
Monday [1]  1/8
money [6]  12/2 39/13 41/8
  41/23 42/1 61/13
monopolize [1]  37/4
months [11]  5/7 24/4 36/5
  45/12 46/13 46/18 49/4 49/16
  49/16 64/7 65/19
Mookie [11]  13/18 19/9 19/14
  20/17 28/5 31/13 47/8 51/9
  52/7 55/2 62/18
Mookie's [5]  19/20 19/25 20/4
  29/4 29/24
Moore [2]  1/20 2/10
more [23]  3/14 5/14 8/20 13/5
  13/20 25/9 25/21 26/17 31/4
  31/4 33/23 34/2 34/3 35/7
  35/15 36/9 43/13 52/21 59/10

61/9 61/16 62/15 63/22
most [4]  4/3 9/22 28/21 42/18
mother [2]  50/22 51/22
motivation [1]  31/5
motive [1]  31/2
move [4]  11/10 12/9 12/12
  35/19
moved [1]  53/2
moving [2]  33/18 33/20
Mr. [39]  2/16 2/21 3/3 3/13
  3/22 3/24 21/12 22/19 29/14
  32/5 33/14 44/18 55/18 55/23
  56/23 58/6 58/12 58/15 59/4
  59/11 59/19 59/24 60/2 60/2
  60/8 60/8 60/14 60/24 62/2
  62/16 62/17 63/3 63/19 64/21
  65/1 65/7 66/3 67/1 67/4
Mr. Bailey [3]  32/5 60/2 60/8
Mr. Banks [22]  2/21 3/13 3/24
  55/18 55/23 56/23 58/15 59/4
  59/11 59/19 60/2 60/8 60/24
  62/2 62/16 62/17 63/3 64/21
  65/1 65/7 66/3 67/1
Mr. Banks' [4]  29/14 58/6
  58/12 63/19
Mr. Lashley's [1]  59/24
Mr. Randy Banks [1]  60/14
Mr. Sardelli [8]  2/16 3/3
  3/22 21/12 22/19 33/14 44/18
  67/4
Ms. [3]  2/5 2/11 55/21
Ms. Hoffman [2]  2/5 55/21
Ms. Perry [1]  2/11
much [7]  27/17 27/22 27/25
  36/9 39/19 51/14 52/21
multi [1]  18/4
multi-colored [1]  18/4
multiple [2]  36/14 38/12
Murda [4]  12/21 14/10 14/12
  20/10
Murdaland [16]  5/21 9/3 10/21
  11/1 12/19 14/2 15/13 15/17
  15/24 17/15 20/8 36/13 37/2
  38/8 40/8 41/4
Murdaland Mafia [6]  14/2
  15/13 15/17 15/24 17/15 40/8
Murdaland Mafia Piru [9]  5/21
  9/3 10/21 11/1 12/19 20/8
  36/13 38/8 41/4
Murdaland Mafia Piru's [1]
  37/2
murder [21]  19/18 19/18 19/20
  21/15 36/15 37/10 37/13 37/14
  37/18 38/24 39/5 39/22 39/25
  40/3 40/15 40/20 40/25 47/3
  47/9 47/11 63/4
murdered [2]  20/8 42/6
murders [4]  36/14 37/8 47/14
  56/8
must [3]  4/24 14/3 15/1
my [44]  2/11 2/18 2/19 22/2
  23/4 23/6 23/9 23/25 24/23
  26/1 26/7 27/11 30/1 30/6
  50/5 50/14 51/2 51/2 51/4
  51/6 51/6 51/7 51/7 51/13
  51/20 52/9 52/14 53/7 53/9
  53/21 53/21 53/22 54/1 54/5
  54/9 54/13 54/15 54/17 54/20
  55/4 57/8 57/18 63/13 64/9

**N**

N-A [1]   53/22
Na'Tassija [1]   53/21
Na'Tassija Banks [1]   53/21
name [9]   20/12 50/3 50/3 50/5
  53/19 53/20 53/21 53/22 53/23
named [2]   20/11 21/13
names [1]   6/5
narcotics [1]   2/23
nature [1]   56/4
near [7]   6/8 6/13 6/19 7/13
  7/15 9/3 57/5
necessarily [1]   59/19
necessary [4]   8/19 36/6 56/10
  59/9
need [11]   42/20 42/24 43/2
  51/11 52/12 52/19 52/19 52/20
  53/6 53/6 54/20
needed [1]   51/23
needs [5]   30/25 56/14 57/15
  65/7 67/3
neighborhoods [1]   36/19
nevertheless [2]   7/2 8/9
new [1]   22/24
news [1]   51/23
newspaper [1]   11/16
next [8]   11/12 14/24 15/25
  17/16 18/5 19/2 35/13 40/7
night [1]   7/8
nightclub [3]   37/17 39/3 39/6
nighttime [2]   6/10 6/18
Nikki [1]   1/20
Nikki Martin [1]   1/20
no [22]   1/4 3/21 4/24 22/9
  25/24 28/7 40/5 43/17 43/18
  43/22 44/16 44/16 47/3 47/12
  47/19 52/11 52/12 57/16 59/10
  66/12 66/18 66/20
nobody [4]   52/11 54/20 58/14
  58/14
none [1]   52/1
nonetheless [1]   44/1
nonfatal [1]   36/14
Nooks [3]   39/3 39/5 39/7
NORTHERN [1]   1/2
Northwest [1]   36/20
Northwest Baltimore [1]   36/20
Norwood [1]   7/13
not [69]
note [7]   7/18 28/17 28/22
  32/14 32/21 32/21 59/6
noted [1]   67/3
notes [5]   28/18 33/2 33/3
  48/14 63/8
nothin' [1]   54/20
nothing [1]   62/7
Notice [1]   67/7
notion [1]   56/1
Notwithstanding [1]   35/3
November [3]   11/7 13/25 15/23
November 2014 [1]   11/7
now [10]   9/21 17/21 24/18
  26/17 32/21 32/23 38/17 44/24
  52/20 55/23
number [14]   2/8 2/24 11/4
  13/1 16/6 18/23 26/5 26/6
  29/16 34/11 41/5 41/14 41/16
  60/15

numbers [1]   11/25
numerous [6]   11/1 50/12 50/12
  50/13 50/24 56/8
Nutty [2]   40/24 41/24
Nutty B [2]   40/24 41/24

**O**

O sheet [2]   11/23 11/24
Oak [19]   5/21 6/1 6/8 6/13
  6/19 7/15 7/19 9/3 9/15 12/20
  14/9 16/4 19/24 20/18 29/18
  36/24 42/1 60/16 61/14
object [6]   23/14 23/15 26/2
  35/11 35/17 35/18
objecting [1]   22/24
objection [2]   25/23 30/6
objections [4]   4/1 22/23
  28/16 28/16
observation [1]   59/22
observations [1]   59/18
obvious [2]   31/2 58/16
obviously [15]   3/10 3/23 4/12
  4/25 17/1 25/21 26/9 27/15
  35/11 35/20 42/19 58/5 58/5
  58/9 67/1
occasion [3]   6/22 9/17 9/17
occasions [3]   7/23 8/12 34/4
occurred [1]   30/12
October [1]   37/11
off [1]   41/13
offenders [1]   34/13
offending [1]   56/16
offense [18]   3/10 5/14 14/5
  25/18 25/24 34/8 36/8 47/19
  56/5 59/13 60/25 61/25 62/21
  62/21 63/14 64/3 64/5 64/15
Offense Level 28 [1]   25/18
Offense Level 3 [1]   64/3
offenses [2]   8/13 34/14
officer [14]   1/20 6/15 24/4
  26/1 26/9 26/19 28/2 28/20
  45/22 49/12 58/3 59/18 66/1
  66/3
Officer DiPaola [6]   26/9
  26/19 28/2 45/22 49/12 59/18
Officer DiPaola's [1]   28/20
Officer Jason DiPaola [1]
  6/15
officers [2]   6/22 7/24
Official [2]   1/24 67/17
often [1]   7/6
Oh [1]   2/14
okay [17]   2/20 3/22 4/5 12/14
  22/18 30/4 33/10 35/5 35/20
  44/17 45/2 50/1 53/25 56/22
  64/12 66/19 67/8
old [5]   42/14 51/4 54/16
  54/21 55/6
older [1]   52/12
once [2]   44/22 44/24
one [52]   7/25 10/3 10/9 10/20
  11/5 13/9 14/6 15/5 16/8
  17/14 18/1 18/22 19/17 19/23
  24/1 24/2 27/14 27/14 28/8
  28/10 28/12 29/12 30/20 30/23
  32/19 33/4 33/8 34/2 34/3
  34/21 35/1 35/21 35/24 41/12
  42/5 42/17 43/15 46/11 46/19
  47/5 47/8 50/20 50/25 51/1

  54/2 55/2 55/22 61/24 62/1
  63/16 64/13 66/22
one-level [1]   63/16
ones [2]   30/17 63/22
only [13]   28/10 28/12 30/5
  30/20 37/6 46/21 50/25 54/2
  54/10 54/11 54/16 60/7 66/22
open [1]   6/6
operated [2]   5/23 13/25
operation [2]   6/9 44/5
opportunity [2]   44/21 49/21
ordered [1]   38/14
orders [1]   22/7
organization [2]   61/6 61/17
organization's [1]   62/3
organizer [4]   3/13 13/4 24/5
  32/2
original [2]   4/1 14/7
other [53]   3/18 5/4 12/9
  12/12 16/7 17/5 17/16 17/23
  18/20 21/23 23/5 23/5 23/12
  25/13 26/22 27/7 27/16 27/20
  28/18 29/3 29/13 32/3 32/5
  33/7 36/18 36/25 37/20 38/20
  38/23 40/13 40/18 40/20 41/6
  41/14 43/4 43/13 48/8 48/15
  51/8 51/10 58/18 62/10 62/14
  62/22 63/7 64/13 64/24 64/25
  65/8 65/9 65/15 65/16 66/17
others [3]   20/2 37/7 60/14
otherwise [3]   5/7 61/8 61/9
ought [1]   64/23
ounce [1]   9/11
our [19]   4/3 5/2 22/23 23/3
  24/11 28/9 30/25 40/18 43/2
  45/13 45/23 50/16 50/22 51/10
  51/21 51/22 51/22 51/23 53/1
out [19]   9/8 14/6 16/24 17/4
  32/14 33/2 36/6 38/15 41/1
  41/16 41/25 42/22 50/15 50/19
  53/11 53/12 55/8 65/14 66/10
outlined [1]   8/2
outlining [1]   14/1
over [15]   5/6 6/18 9/18 11/17
  13/7 16/8 16/11 20/4 21/12
  34/16 37/1 52/7 59/22 60/11
  64/18
overall [1]   60/21
overreached [1]   47/6
oversaw [2]   5/25 13/2
overseeing [1]   60/15
overseen [2]   13/8 13/22
overstretched [1]   47/7
overview [3]   5/18 8/15 13/1
overwhelmed [1]   42/21
owed [1]   12/2
own [2]   51/18 64/23

**P**

p.m [4]   2/2 57/19 57/21 67/9
page [4]   11/8 14/6 14/18
  14/24
paperwork [6]   13/23 13/24
  14/1 14/6 14/14 63/5
paraphernalia [1]   7/25
parents [1]   54/2
part [8]   5/13 16/20 19/19
  31/7 32/3 43/23 44/4 62/21
participant [1]   41/6

**P**

participants [4]  3/15 13/5 61/6 61/9
particular [2]  14/20 64/2
particularly [3]  58/11 62/17 65/9
partner [1]  51/20
past [2]  54/2 64/4
pattern [3]  42/13 48/23 60/19
Paul [1]  32/5
Pause [1]  58/8
pay [1]  44/4
peace [1]  20/5
people [24]  13/1 13/7 13/20 14/4 17/12 18/23 19/2 19/23 23/5 30/19 30/22 41/16 42/21 45/7 46/5 52/12 52/23 55/7 58/10 60/17 61/13 61/16 65/8 65/9
people's [3]  64/18 64/24 64/25
per [1]  7/6
perceivable [1]  18/11
percent [1]  44/4
perhaps [2]  30/16 48/16
period [5]  37/1 60/12 63/22 64/18 65/23
permit [1]  66/7
permitted [1]  59/1
Perry [1]  2/11
person [4]  20/16 37/13 53/2 55/3
person's [1]  60/9
personal [1]  65/11
personally [4]  8/19 36/23 37/6 63/3
persons [1]  6/24
pertaining [1]  7/21
Petersburg [1]  66/14
phone [6]  10/24 11/4 22/22 40/22 41/13 60/9
phones [2]  17/19 41/16
photo [1]  18/5
photograph [6]  10/8 10/18 11/6 11/6 11/9 18/24
photographs [7]  10/4 10/23 11/5 17/18 17/22 18/14 18/19
photos [1]  18/3
phrase [2]  35/11 35/13
picture [3]  11/13 18/9 60/8
pictures [3]  7/16 39/10 62/9
piece [1]  14/1
pieces [2]  12/6 15/4
Pierce [1]  20/13
Piru [9]  5/21 9/3 10/21 11/1 12/19 20/8 36/13 38/8 41/4
Piru's [1]  37/2
place [2]  33/19 42/2
plain [1]  27/10
Plaintiff [2]  1/3 1/14
play [4]  15/18 16/22 21/16 37/22
playin' [1]  21/24
playing [2]  21/2 21/3
plea [1]  57/24
pleaded [5]  11/2 13/10 13/11 43/5 43/14
pleading [1]  43/15

please [8]  2/4 44/23 50/4 50/7 52/18 53/19 54/19 57/22
pled [4]  16/1 34/11 45/7 46/23
plus [6]  24/5 31/8 31/8 31/14 31/25 32/1
pocket [1]  16/24
point [15]  23/19 25/5 25/12 27/4 27/19 27/19 28/21 29/7 40/2 43/1 46/5 48/24 49/20 51/8 62/5
pointed [1]  43/16
points [3]  24/15 34/5 34/8
poison [1]  64/24
police [3]  6/15 6/22 7/24
policy [1]  57/24
porch [1]  9/7
position [4]  23/3 24/11 30/25 31/9
positions [2]  14/19 14/25
possessed [1]  62/4
possessing [1]  62/11
possession [4]  17/2 43/18 61/24 62/22
possible [1]  66/16
possibly [1]  27/8
powder [6]  9/16 11/21 60/3
powder cocaine [2]  9/16 11/21
powdery [1]  10/14
power [2]  53/7 53/9
preceded [1]  8/6
prefer [2]  44/25 45/1
prefers [1]  12/11
preponderance [13]  4/16 5/11 25/16 26/18 30/10 33/7 39/24 43/12 45/24 47/12 58/25 59/11 61/3
present [6]  1/19 30/19 47/15 47/16 58/11 62/6
presented [4]  5/12 19/17 36/12 38/21
presentence [8]  3/2 3/9 3/12 3/19 3/23 8/2 8/3 12/15
presenting [1]  30/13
pressing [1]  33/16
pretrial [1]  42/3
pretty [2]  27/17 27/25
Princely [1]  14/15
prior [14]  7/18 7/22 7/23 8/12 11/2 13/10 13/11 13/19 16/1 34/2 34/12 43/5 43/15 63/21
prison [2]  22/4 43/8
Prisons [1]  65/19
probably [3]  28/21 34/10 51/10
probation [11]  1/20 24/3 25/25 26/11 26/15 27/12 49/2 49/5 58/3 66/1 66/3
Probation Officer [1]  1/20
problem [1]  29/19
proceeding [1]  57/25
proceedings [1]  67/12
process [1]  9/20
produced [1]  30/20
profit [1]  37/5
profited [1]  36/22
programs [1]  66/2
prominently [1]  15/21

promise [2]  51/17 53/6
proof [2]  4/14 4/15
proposed [1]  22/17
prosecution [1]  64/2
protect [1]  42/25
protected [1]  56/14
prove [2]  8/19 31/16
proved [1]  65/4
provide [1]  49/19
provided [2]  3/4 58/4
province [1]  4/22
proving [2]  36/12 36/13
PSR [2]  33/22 34/15
public [1]  42/25
published [1]  15/22
pull [2]  16/24 17/4
pulling [1]  42/10
punishable [2]  14/4 14/5
punished [2]  49/10 49/11
purchase [2]  9/4 59/24
purchased [1]  9/10
purposes [2]  8/18 36/6
pursuant [1]  9/22
push [1]  55/25
put [5]  18/13 22/23 34/24 34/25 39/13
puts [2]  31/3 54/10

**Q**

qualified [1]  34/12
quantities [2]  12/1 12/3
quantity [6]  3/9 5/9 8/21 12/7 12/11 60/4
quarter [1]  9/10
question [1]  65/4
questions [3]  22/16 44/12 63/9
quite [4]  18/21 41/10 58/14 63/24
quote [1]  32/20
quote/unquote [1]  32/20

**R**

racketeering [2]  43/23 56/7
raise [1]  41/21
raising [2]  41/2 41/3
ran [1]  36/23
RANDY [13]  1/5 2/7 2/18 5/12 5/19 11/20 15/6 32/8 41/1 49/10 51/13 51/13 60/14
RANDY BANKS [8]  1/5 2/7 2/18 5/12 5/19 15/6 32/8 49/10
Randy Banks' [1]  11/20
range [5]  5/6 8/6 64/6 64/12 65/20
rank [1]  43/18
ranking [2]  43/17 44/1
rap [2]  15/16 40/8
Rashard [1]  20/13
Rashard Pierce [1]  20/13
rather [2]  49/16 60/13
RDR [3]  1/23 67/10 67/15
re [1]  56/16
re-offending [1]  56/16
reach [3]  41/1 53/5 53/5
reached [1]  60/6
reaches [1]  41/25
read [2]  3/5 4/12
reading [11]  14/8 20/24 21/1

**R**

reading... [8]  21/6 21/19
 21/20 21/22 21/24 22/1 22/5
 22/8
realistic [1]  60/10
really [9]  14/1 27/10 43/19
 47/22 52/14 52/20 55/25 56/11
 56/11
realm [2]  24/6 49/4
Realtime [1]  67/16
reason [11]  2/12 22/10 24/6
 27/7 27/16 27/22 44/9 45/10
 46/10 46/17 49/4
reasonable [14]  4/19 25/14
 29/13 35/7 35/25 43/10 45/24
 47/13 47/21 49/1 49/18 58/19
 59/7 66/24
reasonably [5]  8/21 25/1
 27/18 27/21 62/2
reasons [1]  47/5
receive [1]  55/14
received [2]  43/7 43/14
recent [2]  34/13 63/22
recently [1]  3/4
recess [2]  57/18 57/20
recidivism [1]  64/4
recidivist [1]  42/24
recommend [1]  66/13
recommendation [1]  66/17
recommendations [1]  24/4
recommends [2]  66/2 66/3
record [5]  3/22 18/14 42/12
 63/19 67/12
recorded [1]  40/23
recovered [6]  7/24 10/24
 11/24 13/24 14/14 60/9
red [2]  18/3 38/5
reduce [1]  31/2
refer [2]  6/5 11/25
reference [3]  12/1 21/11 38/7
referenced [1]  23/2
referred [3]  6/4 23/6 61/7
referring [1]  41/7
reflect [1]  56/4
reflection [1]  14/9
regard [2]  36/2 63/12
regarding [3]  13/1 29/24
 61/22
regardless [3]  35/24 57/12
 66/24
Registered [1]  67/16
related [1]  11/4
relating [1]  62/18
relation [1]  31/17
relative [1]  65/3
release [3]  42/3 65/23 65/25
released [1]  42/22
relevant [6]  7/20 7/23 8/9
 16/17 18/10 35/4
relying [3]  8/3 47/18 59/14
remanded [1]  4/21
remarkably [1]  6/2
remember [3]  51/3 53/3 53/3
remind [2]  10/6 15/20
report [8]  3/2 3/9 3/12 3/19
 3/23 8/2 8/3 12/16
Reported [1]  1/22
Reporter [4]  1/24 67/16 67/16

67/17
requested [2]  24/19 61/23
requesting [1]  25/21
required [2]  44/3 66/8
requires [2]  13/3 62/15
residence [1]  14/15
residue [1]  10/14
respect [1]  47/22
respectfully [3]  24/3 24/5
 49/3
respond [3]  12/11 35/5 56/20
response [1]  57/16
responsibility [3]  44/7 54/17
 65/10
responsible [7]  5/13 36/13
 46/11 59/5 59/12 60/24 63/4
rest [1]  30/1
restricts [1]  26/24
result [1]  34/4
resulted [1]  5/6
retaliation [6]  14/3 20/19
 37/8 40/3 40/15 40/21
retelling [1]  39/16
reversed [1]  4/21
review [1]  3/24
reviewed [2]  3/23 24/13
RICO [3]  45/8 46/24 48/7
right [30]  2/19 2/20 4/5 6/19
 8/4 11/11 16/16 17/8 22/10
 24/25 26/12 30/11 30/14 31/11
 32/14 33/3 33/11 33/12 35/20
 40/24 44/14 53/25 55/9 56/22
 56/24 57/14 57/17 57/22 66/21
 67/1
ringleaders [1]  22/6
rises [1]  61/14
risk [1]  64/4
rival [4]  19/3 20/13 20/14
 43/25
rivals [2]  5/24 37/4
Ro [6]  20/11 20/11 20/16
 20/16 22/11 22/11
Ro-Ro [3]  20/11 20/16 22/11
robberies [2]  36/16 36/16
Rogers [3]  6/13 6/20 9/4
Rogers Avenue [1]  6/20
role [12]  12/15 13/3 45/11
 45/14 45/20 46/9 56/6 61/2
 61/11 61/15 61/18 61/20
rough [1]  21/17
roughly [3]  9/10 9/11 43/4
rounds [1]  38/12
roundtable [1]  14/24
rules [1]  14/3
rulings [2]  35/21 57/18
rumor [1]  30/2
rumored [1]  38/13
run [3]  40/12 52/5 52/12
runaway [1]  27/15

**S**

said [16]  4/22 4/24 6/7 6/10
 7/13 8/11 9/6 9/10 19/15 21/1
 24/1 25/1 26/11 27/5 30/23
 32/14
sales [1]  60/20
Samartine [4]  37/11 38/13
 39/4 62/7
Samartine Hill [3]  37/11

38/13 62/7
Samartine Hill's [1]  39/4
same [8]  8/14 10/18 11/9 18/6
 34/20 47/16 56/19 62/22
Sand [6]  5/20 14/21 14/22
 14/25 20/25 20/25
Sardelli [10]  1/17 2/16 2/18
 3/3 3/22 21/12 22/19 33/14
 44/18 67/4
sat [2]  17/21 36/11
satisfied [1]  35/16
savvy [1]  41/11
saw [9]  9/6 9/9 19/1 28/7
 39/9 41/14 47/3 47/12 58/6
say [12]  24/20 39/5 47/10
 50/11 52/2 52/12 54/11 56/23
 57/13 57/15 59/19 65/11
saying [4]  29/7 39/14 41/3
 58/9
says [22]  11/7 14/7 14/21
 14/25 15/10 15/12 15/24 20/4
 21/5 21/19 21/20 21/22 21/24
 22/1 22/5 22/8 27/3 33/25
 38/7 39/10 40/24 41/2
scale [2]  10/14 10/19
scene [2]  38/11 39/7
school [2]  13/2 15/13
score [3]  26/4 34/5 34/8
scored [2]  35/9 63/21
scoring [3]  4/4 26/3 45/13
scourge [1]  36/22
screenplay [3]  38/22 39/17
 47/18
screenshot [3]  16/23 17/3
 17/14
screenshots [2]  16/3 37/22
search [1]  11/22
search warrant [1]  11/22
seated [2]  2/4 57/22
second [5]  10/18 12/14 14/18
 17/3 36/23
second-busiest [1]  36/23
Section [1]  34/2
see [18]  10/10 10/13 10/19
 11/9 11/13 11/15 15/23 19/25
 25/5 31/19 39/20 40/7 47/24
 53/13 53/13 53/13 55/8 58/7
seek [2]  7/21 8/7
seeking [6]  56/1 56/3 56/9
 56/13 56/17 56/21
seems [1]  26/16
seized [2]  6/25 41/20
seizure [1]  46/1
sell [4]  6/9 6/10 6/11 7/12
selling [1]  64/24
semi [1]  38/22
semi-autobiographical [1]
 38/22
sense [1]  26/16
sent [3]  28/17 32/14 33/2
sentence [21]  31/3 34/3 35/25
 36/4 44/10 48/25 49/19 56/1
 56/3 56/9 56/13 56/17 56/21
 58/19 65/7 65/18 65/22 66/11
 66/23 66/23 67/2
sentenced [5]  43/20 43/21
 44/5 48/20 65/17
sentences [3]  9/23 43/8 65/16
sentencing [29]  1/13 2/21 3/1

**S**

sentencing... [26] 3/3 4/12 4/14 5/17 6/4 8/10 9/24 21/18 22/24 23/1 24/13 25/4 25/12 28/16 35/8 36/6 40/19 42/8 43/2 43/3 45/6 45/17 46/18 49/15 56/18 57/25
sentencings [2] 58/5 58/9
separate [2] 61/22 63/21
series [1] 18/2
serious [5] 36/8 36/9 56/4 63/24 64/15
seriousness [1] 64/4
served [6] 45/10 45/12 46/12 46/13 46/17 48/25
set [3] 5/15 36/6 65/11
seven [3] 36/25 60/16 61/7
several [2] 17/9 17/16
she [2] 2/12 51/4
sheet [6] 11/23 11/24 24/18 24/19 27/3 27/9
Sheisty [1] 13/15
Sheisty's [1] 19/22
shirt [3] 18/3 38/6 38/6
shit [2] 18/17 39/10
shooter [2] 37/18 38/3
shooting [3] 43/25 47/15 47/16
shootings [2] 36/14 40/15
shop [2] 5/25 13/7 13/22 36/24 36/24 40/12 60/15
short [2] 15/18 55/19
shorthand [1] 12/2
shortly [4] 19/8 21/11 21/20 37/17
shot [2] 19/1 48/3
should [10] 3/19 5/15 8/8 9/25 16/13 26/25 35/2 48/6 55/23 64/5
show [5] 11/5 18/9 19/21 38/9 49/9
showed [1] 59/19
shows [9] 16/23 37/16 38/11 40/1 42/12 43/12 60/19 64/1 65/6
shut [1] 39/14
siblings [1] 54/18
sick [1] 51/4
side [1] 6/11
sides [2] 21/4 58/3
sidewalk [1] 53/10
sifter [1] 11/16
sign [7] 10/20 11/13 11/13 11/14 17/15 18/22 20/1
significant [6] 17/9 18/1 37/15 40/17 56/15 64/17
significantly [2] 16/12 25/21
signs [7] 10/12 16/7 16/17 17/17 17/23 18/20 40/9
similar [4] 19/1 34/7 34/18 35/3
simple [1] 38/17
since [4] 42/13 51/2 53/2 53/3
single [6] 9/17 28/10 29/5 31/1 42/15 59/21
single-source [3] 28/10 29/5 31/1

sir [1] 57/14
sister [3] 44/22 49/21 49/25
sisters [2] 51/7 54/24
six [4] 17/21 36/11 36/14 36/16
slideshows [1] 15/5
slightly [3] 29/6 30/2 39/5
small [5] 6/24 7/1 7/5 10/14 59/21
smart [2] 52/2 52/4
snitch [1] 38/14
Snook [1] 39/4
so [65] 3/6 4/3 4/17 5/8 5/19 5/24 6/20 8/15 9/1 9/17 10/15 11/18 12/6 12/14 13/20 14/11 16/8 16/17 19/4 20/15 21/8 22/12 23/8 23/14 23/18 24/1 24/23 27/22 28/25 29/1 30/2 30/25 34/11 35/3 35/17 36/4 37/21 38/9 39/17 40/16 41/14 41/18 42/15 42/24 43/16 45/5 45/13 51/14 51/19 54/19 56/20 58/9 58/24 59/7 60/11 60/19 60/23 60/25 61/18 63/11 63/13 63/23 64/3 64/12 66/3
social [1] 17/19
society [1] 53/13
soda [2] 9/20 11/16
sold [1] 13/21
sole [2] 30/13 30/17
solely [2] 31/23 33/4
solid [2] 28/21 29/2
some [18] 3/4 14/7 17/5 19/17 23/19 24/14 25/13 28/18 29/9 31/16 34/13 39/10 47/21 50/20 51/11 52/3 60/5 61/16
somebody [3] 22/1 22/2 41/8
somehow [1] 47/10
someone [5] 19/12 20/11 20/12 21/14 49/15
something [10] 9/25 19/15 27/7 41/19 46/20 48/6 53/10 53/12 62/15 62/24
Sometimes [2] 7/8 54/9
son [1] 54/7
sorry [5] 2/8 29/9 33/18 45/16 50/8
sort [1] 21/3
sought [1] 41/24
source [7] 28/10 29/5 30/13 30/17 31/1 33/8 47/20
sources [4] 17/19 28/9 28/10 29/3
speak [5] 26/15 44/22 49/22 53/17 57/4
speaking [1] 62/12
speaks [1] 55/23
special [4] 1/20 2/9 65/25 66/8
Special Agent [2] 1/20 2/9
specific [14] 3/18 8/17 8/25 9/19 19/8 28/25 29/8 29/12 33/25 39/19 59/17 60/20 61/11 62/16
specifically [17] 12/8 12/19 23/6 24/9 24/16 24/19 25/10 27/3 27/9 28/19 32/4 34/19 38/21 39/1 48/14 60/7 60/21
specificity [1] 29/20

speculative [1] 63/8
spell [3] 50/3 50/6 53/20
Spence [1] 15/8
spend [1] 46/10
Spittle [3] 15/9 39/11 39/12
split [2] 32/15 32/20
spots [1] 15/1
spring [1] 19/8
squad [1] 38/7
stage [1] 54/4
stand [2] 57/2 57/5
standard [5] 4/14 4/15 26/19 33/7 58/23
standards [2] 25/14 47/21
standing [11] 11/11 15/25 16/6 16/8 16/16 17/16 17/23 20/1 38/10 38/18 39/8
stands [3] 15/7 15/10 15/13
start [11] 4/6 4/7 4/11 5/8 5/9 12/25 22/21 49/25 58/2 58/21 60/25
started [2] 14/2 23/18
starting [2] 16/24 17/4
starts [1] 63/19
statement [1] 55/19
STATES [6] 1/1 1/3 1/15 2/6 2/8 36/7
statutory [4] 24/8 46/15 48/22 58/25
stay [1] 42/5
staying [1] 41/13
stenographic [1] 67/12
Stepney [1] 13/16
stepped [1] 51/6
still [9] 18/10 23/18 27/5 30/5 30/10 33/18 40/1 41/20 51/18
stopped [1] 6/22
stories [1] 52/24
story [1] 39/17
stove [1] 9/20
straight [1] 55/7
street [9] 1/24 20/12 21/3 23/11 23/12 27/23 27/23 36/17 39/4
street-level [1] 36/17
streets [2] 42/1 50/15
strength [1] 33/2
stretching [1] 48/23
strings [1] 42/10
strongest [2] 32/24 33/1
strongly [1] 55/25
structure [1] 24/22
stuff [1] 54/23
substance [2] 64/8 66/1
substantial [1] 37/5
substantially [1] 34/3
such [1] 53/5
sufficient [2] 36/5 63/3
summarized [1] 21/18
summer [6] 9/13 13/14 19/16 19/19 42/6 60/2
Sunday [1] 52/13
supervised [3] 36/25 65/23 65/25
supervising [1] 61/8
supervision [1] 60/18
supervisor [2] 61/6 61/15
supplied [2] 5/22 13/21

**S**

supplies [1]  41/8
supply [1]  40/13
supplying [1]  61/12
support [8]  33/4 37/8 46/9
 48/10 57/10 58/16 64/23 66/4
supported [2]  33/8 65/7
supports [1]  61/3
supposed [4]  21/7 50/15 52/10
 54/15
Supreme [3]  4/13 5/1 27/4
Supreme Court [2]  4/13 27/4
Supreme Court's [1]  5/1
sure [11]  4/10 7/14 18/13
 29/11 45/3 45/18 49/23 53/9
 53/13 58/14 58/16
surrounding [1]  29/24
surveillance [3]  10/4 37/16
 39/20
suspect [1]  31/4
suspected [1]  20/16
suspicious [1]  31/1
swear [1]  22/4
sweeping [1]  53/10
switches [1]  41/15
Sydni [1]  16/11
Sydni Frazier [1]  16/11

**T**

T-A-N-G-I-E-R [1]  50/8
table [3]  2/9 10/13 11/15
tack [1]  35/15
take [4]  12/13 30/16 39/10
 57/17
taken [1]  57/20
taking [1]  60/2
talk [4]  2/25 21/14 30/21
 41/15
talked [1]  31/20
talking [13]  23/2 23/5 23/25
 24/18 29/22 29/25 32/2 40/9
 41/7 45/7 47/2 47/20 54/9
talks [2]  39/2 39/3
tampering [1]  40/15
tandem [1]  37/9
Tangier [1]  50/5
Tangier Floyd [1]  50/5
Tango [1]  50/8
tax [1]  44/4
tech [4]  13/9 13/25 37/17
 53/8
tell [12]  4/8 11/25 22/1 22/2
 22/2 22/6 32/17 50/16 52/5
 53/4 54/14 57/8
telling [1]  61/13
tells [2]  40/25 41/1
Teresa [1]  32/5
Teresa Whalen [1]  32/5
terminology [1]  21/3
terms [2]  61/2 62/16
territories [1]  37/5
testified [33]  5/19 6/2 6/21
 7/3 7/4 7/7 8/16 8/17 8/24
 9/1 9/21 10/1 11/19 12/18
 14/12 14/22 15/2 15/14 17/10
 17/25 19/7 19/11 20/9 20/15
 21/9 28/11 28/12 29/14 29/16
 37/14 38/16 49/12 60/21

testify [1]  6/5
testifying [1]  9/22
testimony [23]  5/17 6/14 9/12
 10/2 10/15 12/7 12/23 13/1
 13/23 16/18 17/5 22/12 28/7
 37/12 39/12 39/21 40/11 44/2
 45/22 60/13 60/22 61/12 62/9
testing [1]  66/1
than [25]  3/18 5/7 7/1 13/20
 25/2 25/10 25/21 25/24 26/10
 27/3 34/2 34/3 36/5 36/9
 43/13 46/2 46/12 46/22 46/24
 49/14 49/16 59/5 59/7 59/11
 61/9
thank [24]  2/15 2/20 4/10
 22/18 22/20 33/11 33/12 36/3
 44/17 44/19 45/4 49/24 50/10
 53/16 53/16 53/24 55/11 55/12
 55/15 56/22 57/8 57/14 66/12
 67/8
thanking [1]  58/2
that [379]
that's [53]  2/14 4/2 4/25 5/2
 5/3 6/19 8/15 8/16 9/17 9/24
 11/11 14/4 16/10 16/17 17/6
 20/11 23/3 23/9 23/20 24/6
 26/5 26/16 27/11 28/23 31/17
 33/1 34/6 35/6 39/11 40/16
 40/16 44/13 45/21 45/23 46/8
 49/3 49/12 49/20 49/25 53/15
 53/15 53/15 54/10 54/16 54/18
 54/21 54/25 57/13 58/15 59/9
 60/7 66/15 66/22
their [22]  6/5 6/14 6/24 10/2
 12/23 13/23 24/4 25/4 27/2
 31/2 31/4 31/9 34/9 35/3
 36/21 37/5 43/6 43/7 44/7
 48/2 52/24 52/24
them [33]  6/4 6/5 7/16 9/22
 10/13 11/5 11/15 12/13 13/6
 13/8 13/9 13/21 14/19 15/6
 16/16 16/17 17/20 20/25 21/25
 22/6 30/16 34/21 35/4 35/22
 37/8 37/9 38/1 38/2 38/5
 40/10 43/7 48/2 51/7
then [28]  4/1 16/12 17/3 17/8
 18/24 19/6 20/5 21/5 21/10
 21/24 22/5 22/8 26/9 28/5
 33/13 38/1 38/5 38/15 39/7
 39/9 39/14 41/1 41/23 42/6
 43/1 43/24 55/18 57/18
there [50]  2/24 3/16 3/18
 5/23 14/25 15/4 16/4 16/6
 16/14 16/16 17/5 18/21 19/6
 20/22 25/17 27/3 27/22 29/12
 29/16 30/19 30/22 30/22 30/22
 31/14 34/1 34/10 38/10 38/18
 40/18 40/22 41/5 43/4 44/2
 44/14 46/1 48/16 48/18 54/5
 55/9 57/11 58/18 59/10 60/4
 60/23 61/3 61/20 61/22 62/5
 64/13 66/8
there's [21]  10/13 11/22
 14/18 25/13 25/14 25/15 26/2
 27/16 27/22 36/1 39/7 40/5
 41/10 42/19 42/24 51/9 52/11
 52/12 56/23 63/3 66/6
these [15]  7/7 11/25 13/6
 15/1 17/12 18/4 28/8 28/9

30/12 30/13 34/17 36/19 37/22
 43/13 44/7
they [64]  5/25 6/5 6/10 6/10
 6/11 7/5 9/7 9/22 9/23 9/23
 10/1 10/2 13/21 20/3 20/20
 21/14 21/19 21/21 21/22 22/5
 22/7 22/10 22/10 23/1 23/23
 24/13 24/23 25/1 25/10 26/3
 26/4 26/11 26/14 28/18 28/23
 28/25 29/20 30/16 31/5 31/8
 31/16 32/6 32/14 32/19 33/1
 34/12 34/18 36/20 36/21 36/22
 38/9 38/9 38/15 43/22 46/15
 47/6 47/10 53/4 53/13 54/11
 59/6 60/13 63/9 63/9
they're [15]  10/11 22/3 23/25
 26/3 28/10 33/8 35/3 35/15
 38/10 41/7 41/9 47/18 47/25
 48/9 54/17
they've [4]  24/14 30/15 45/7
 47/6
thing [3]  26/9 55/22 64/13
things [9]  25/13 26/22 30/12
 30/13 32/11 48/8 58/15 63/11
 64/22
think [92]
thinks [1]  3/19
third [1]  13/13
this [146]
those [14]  7/22 8/1 12/6 19/5
 24/15 27/14 30/17 31/2 35/2
 42/9 60/6 60/10 60/12 63/11
though [3]  22/10 32/7 53/8
thought [2]  7/13 52/7
threat [7]  28/5 29/4 31/9
 32/1 62/15 62/18 62/19
threatening [1]  64/25
threats [3]  29/24 47/9 62/23
three [14]  6/23 7/23 8/12
 19/5 22/17 26/2 46/1 55/14
 59/17 60/7 60/10 61/4 61/18
 65/23
three-level [2]  61/4 61/18
threshold [1]  9/18
through [12]  17/20 17/21 24/2
 27/14 36/11 36/19 39/8 50/20
 54/10 55/3 58/21 65/6
tie [1]  31/23
ties [5]  16/12 19/4 27/10
 27/11 31/21
tight [1]  54/18
tight-knit [1]  54/18
Tim [1]  2/10
Tim Moore [1]  2/10
time [18]  11/19 14/20 17/2
 33/3 35/15 36/10 38/18 45/10
 46/10 46/12 46/17 48/25 50/23
 51/10 60/11 63/22 64/18 65/2
time served [4]  45/10 46/12
 46/17 48/25
times [2]  50/21 51/9
Timothy [1]  1/20
Timothy Moore [1]  1/20
today [5]  2/11 31/20 47/6
 51/17 54/13
together [4]  9/8 30/16 38/9
 38/10
Tone [1]  13/17
too [3]  5/2 17/7 50/6

**T**

took [1]   51/6
top [1]   10/15
total [1]   6/25
totaled [1]   46/2
touch [1]   46/6
touched [1]   43/1
trafficking [10]   5/9 6/18
  31/18 34/14 34/19 36/17 43/20
  46/24 56/7 61/25
transaction [1]   7/6
transactions [6]   5/4 7/5 7/7
  8/17 8/25 12/2
transcript [2]   21/17 67/11
trap [10]   6/13 7/11 7/17 9/14
  10/10 10/17 10/19 11/20 60/3
  60/8
trap house [9]   6/13 7/11 7/17
  9/14 10/17 10/19 11/20 60/3
  60/8
trap houses [1]   10/10
treat [1]   48/11
treatment [1]   66/1
trend [1]   35/7
trial [53]   5/12 7/22 8/4 9/21
  10/7 10/22 11/2 13/10 13/12
  13/19 13/24 14/22 15/14 15/15
  16/1 17/6 17/21 18/21 19/7
  19/17 19/22 20/9 20/22 21/10
  21/11 21/14 22/13 22/23 23/4
  23/6 23/17 23/19 23/19 23/20
  27/17 27/20 31/19 34/12 36/12
  37/13 37/14 37/23 38/16 38/21
  39/2 39/21 41/5 41/20 42/7
  43/6 43/15 44/3 59/15
tried [1]   8/8
true [2]   27/19 39/18
truthfully [1]   52/21
trying [5]   35/15 39/15 50/21
  51/11 51/12
Tuesday [1]   24/14
turn [1]   37/5
turned [1]   21/11
Turning [2]   42/11 42/19
tutelage [1]   14/9
two [20]   12/21 16/14 25/13
  26/6 31/8 31/8 31/14 31/25
  32/1 32/19 33/3 34/7 34/13
  40/10 54/2 54/2 61/22 62/14
  63/1 63/20
two-level [2]   62/14 63/1
type [2]   31/16 35/18
typically [1]   7/5

**U**

U.S [1]   1/20
U.S. [1]   5/3
unanimously [3]   4/18 43/10
  59/6
uncharged [1]   4/17
uncle [2]   51/7 54/25
under [16]   8/7 12/13 14/9
  19/23 33/20 34/1 35/25 44/2
  44/4 45/13 59/2 60/17 61/24
  62/25 63/1 63/16
underlying [1]   26/17
understand [7]   28/24 29/7
  30/8 49/3 49/5 51/25 52/23

understanding [2]   31/9 51/13
understands [1]   30/6
unfortunately [1]   65/1
uninterrupted [1]   42/13
UNITED [6]   1/1 1/3 1/15 2/6
  2/8 36/7
United States [2]   2/6 2/8
unless [4]   22/16 27/18 44/12
  46/20
unlike [1]   4/14
unquote [1]   32/20
unreasonable [1]   24/8
unreliable [1]   47/20
until [1]   53/1
unwanted [1]   43/3
unwarranted [2]   44/11 56/18
up [25]   7/12 9/6 10/2 10/3
  11/8 11/10 18/13 19/4 20/20
  21/14 26/5 28/8 35/13 35/19
  36/12 38/9 39/13 39/19 41/16
  42/3 48/15 50/24 51/6 53/10
  57/6
updated [1]   3/2
upon [1]   4/18
ups [1]   52/24
upward [13]   3/13 27/7 33/20
  34/1 34/23 34/25 61/4
  61/18 61/22 62/14 63/1 63/16
urgent [1]   42/24
us [11]   22/22 23/20 28/25
  45/11 50/3 50/20 50/25 53/19
  54/13 54/16 60/19
use [1]   16/20
used [3]   16/21 18/12 62/2
using [3]   37/3 40/3 62/11

**V**

vans [1]   53/11
variance [1]   35/12
various [3]   3/7 17/19 23/12
verdict [13]   2/22 5/5 24/17
  24/18 27/2 27/9 32/14 33/3
  35/16 48/15 49/8 56/2 65/5
version [1]   11/8
versus [1]   2/6
very [27]   7/1 9/12 15/15
  15/22 15/23 16/12 17/24 18/25
  24/14 29/20 30/25 32/4 32/6
  34/7 36/10 40/7 40/16 40/19
  42/20 43/2 43/7 56/15 58/10
  59/21 64/15 64/17 65/24
VI [1]   34/25
victims [1]   36/21
video [13]   15/16 15/20 16/3
  16/4 16/14 16/15 16/23 17/14
  19/2 37/22 38/11 39/9 40/8
vigil [1]   19/12
violence [6]   37/3 37/7 43/19
  43/22 62/15 62/23
violent [2]   42/18 42/21
Virginia [1]   66/14
virtually [1]   42/13
visit [1]   40/23
visits [1]   66/16
vocational [1]   66/2
voice [1]   57/6
volume [2]   6/25 36/17
volumes [2]   37/1 40/13
vs [1]   1/4

**W**

wait [1]   38/10
wake [1]   36/21
walk [1]   39/8
walked [1]   54/4
Walker [1]   13/17
walking [2]   37/24 53/11
want [25]   7/18 10/6 19/21
  26/3 26/4 31/8 32/10 35/5
  35/11 35/12 36/1 46/17 50/5
  50/11 50/16 51/18 52/5 52/17
  55/16 55/25 57/2 57/3 57/7
  57/8 58/13
wanted [6]   37/10 41/21 41/23
  42/2 55/13 56/20
wanting [1]   32/22
wants [6]   24/9 26/3 35/14
  42/4 45/5 48/4
warrant [1]   11/22
warranted [3]   12/17 61/19
  61/21
was [170]
wasn't [8]   7/14 23/18 32/19
  41/18 48/18 48/22 55/5 55/9
watched [1]   11/20
watching [2]   6/16 48/1
water [1]   29/10
wave [1]   35/7
way [8]   14/15 23/17 28/6
  41/17 51/12 53/12 62/22 66/5
ways [2]   35/15 41/12
we [135]
we'll [1]   2/24
we're [13]   22/24 26/1 26/12
  29/25 30/13 34/23 41/2 41/3
  45/10 54/18 56/9 56/13 56/17
we've [5]   5/16 40/18 42/8
  43/16 60/6
weak [1]   54/9
weapons [1]   62/2
wearing [2]   18/3 18/6
Wedlock [4]   10/24 10/25 11/12
  42/2
week [1]   2/13
weeks [2]   17/21 36/11
well [17]   3/5 3/7 4/5 4/25
  9/18 16/14 21/1 25/16 26/22
  35/20 37/20 48/9 55/17 58/2
  58/3 65/3 65/13
went [11]   5/20 7/7 9/8 9/13
  10/16 11/19 12/21 25/24 27/16
  27/20 52/9
were [39]   4/1 6/23 7/5 7/6
  9/22 9/23 9/24 12/4 12/21
  13/7 13/22 15/14 16/21 18/21
  18/21 24/17 27/17 27/17 27/20
  29/16 30/19 30/19 30/22 32/14
  32/19 33/15 37/7 40/3 40/20
  43/4 43/21 45/7 45/7 46/23
  48/16 60/12 60/20 62/23 64/16
weren't [3]   30/22 51/16 63/21
West [1]   14/8
West Baltimore [1]   14/8
Whalen [1]   32/5
what [70]
what's [3]   20/25 52/6 60/2
whatever [5]   12/11 24/21
  28/13 29/4 46/6

## W

when [27]   4/15 9/13 11/19
17/12 20/20 21/7 24/17 27/24
29/21 30/20 32/2 41/9 41/21
41/23 42/2 42/6 47/1 48/14
51/4 51/14 51/22 52/12 52/7
55/18 63/9 63/19 66/3
where [18]   4/8 4/21 6/9 7/11
7/14 9/4 17/22 20/3 26/4
26/24 39/7 39/11 47/6 49/5
50/25 59/20 60/3 65/14
whereabouts [1]   20/20
whether [12]   18/10 18/11 23/8
26/18 45/10 45/14 45/23 46/11
47/12 47/20 53/10 58/1
which [45]   3/5 5/3 5/9 9/11
9/17 15/7 15/10 15/13 15/21
17/8 17/24 19/18 20/5 20/23
21/2 21/17 23/23 24/4 24/13
26/9 26/12 28/23 36/12 37/11
38/7 39/2 39/4 39/9 40/9
40/24 41/6 41/12 41/14 41/19
42/8 59/12 59/18 59/22 60/24
61/5 62/12 63/19 64/6 64/16
65/23
whichever [1]   44/24
while [5]   24/3 24/5 38/10
40/14 52/16
white [1]   10/14
who [53]   2/18 5/19 5/23 6/15
6/23 8/24 9/1 9/2 9/21 12/4
12/21 13/1 13/7 13/9 13/11
13/14 13/19 13/21 14/4 14/9
14/19 16/1 16/15 17/5 19/7
19/9 19/13 19/14 19/23 19/23
20/7 20/12 20/16 21/14 26/6
27/20 28/5 29/14 30/19 34/11
37/13 39/13 41/1 41/8 43/5
43/14 43/16 44/1 45/7 51/16
54/7 56/14 65/17
who's [3]   11/11 20/13 21/13
whoever [1]   23/9
whole [6]   8/23 17/18 18/23
51/18 51/19 53/1
why [15]   12/12 23/18 24/12
27/11 27/16 28/24 30/22 32/10
33/1 44/9 45/10 46/10 46/17
47/5 56/20
wide [1]   26/21
will [12]   4/7 5/8 15/20 35/21
49/10 53/7 53/12 54/17 57/6
63/13 63/16 67/6
William [18]   6/7 7/10 10/9
10/16 11/14 16/9 20/9 20/15
21/8 22/15 37/19 38/3 38/11
38/16 39/12 39/21 43/16 60/14
William Banks [16]   6/7 7/10
10/9 10/16 11/14 16/9 20/9
20/15 21/8 22/15 37/19 38/3
38/11 38/16 39/21 60/14
William Banks' [1]   39/12
William Jones [1]   43/16
willingness [1]   65/12
wire [2]   20/22 41/19
wiretaps [1]   23/12
wish [4]   28/24 28/25 37/21
48/14
withdraw [1]   40/5

within [6]   14/8 24/6 49/3
63/22 65/20 67/3
without [3]   50/23 51/21 54/21
witness [12]   5/16 12/7 19/7
29/12 30/21 30/23 37/8 40/3
40/11 40/15 40/15 40/21
witnesses [27]   5/19 6/2 7/3
8/11 8/16 8/17 8/24 9/21 11/1
12/18 13/6 13/20 14/11 14/22
15/2 15/14 17/9 17/24 29/13
29/16 30/23 31/1 31/2 36/21
37/4 50/14 60/14
Witte [1]   5/1
won't [2]   17/20 56/25
Woodbine [1]   53/1
word [2]   22/2 22/3
words [4]   21/24 21/25 22/6
22/8
work [3]   21/17 37/9 47/23
worked [3]   13/7 19/23 44/1
working [3]   15/19 22/21 44/4
worst [1]   51/10
would [48]   2/5 5/7 6/9 6/10
6/11 7/11 8/5 8/22 16/22
18/11 21/16 23/14 23/15 23/24
25/6 25/9 25/20 25/23 27/1
28/25 30/2 31/14 31/20 31/25
32/18 35/18 37/3 44/21 44/25
45/1 45/2 46/9 46/15 48/16
49/1 49/21 49/23 53/8 53/17
55/19 58/11 59/19 61/16 61/21
62/2 62/9 63/8 66/13
would-be [1]   37/3
wouldn't [4]   29/1 32/1 51/16
55/5
wounded [1]   36/21
wrong [1]   63/14
wrongdoing [1]   43/7

## Y

y'all [5]   50/12 50/13 50/16
51/25 57/11
Yates [3]   21/13 21/19 21/20
yeah [2]   21/6 21/6
year [7]   34/3 40/7 56/1 56/9
56/13 56/17 56/21
years [33]   24/7 24/7 26/7
36/5 36/17 37/1 42/14 43/15
43/20 43/22 44/6 44/10 46/14
46/15 48/6 48/21 48/22 49/6
49/6 49/15 50/18 51/4 51/20
51/21 54/3 54/16 54/21 55/6
56/3 59/23 60/15 65/18 65/23
yes [14]   2/6 25/19 25/22
30/11 33/17 33/17 44/18 50/7
53/21 55/15 57/4 64/10 64/11
67/6
yet [2]   30/20 52/15
Yin [2]   12/21 22/5
you [99]
you'd [4]   4/7 56/23 57/4 60/6
you'll [2]   19/15 67/4
you're [8]   8/3 24/20 25/21
29/7 29/22 32/2 44/24 47/20
young [1]   42/16
your [142]
Your Honor [132]
YouTube [1]   15/22

## Z

Zweizig [3]   1/23 67/10 67/15

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO: 16-CR-267-5** |
| **RANDY BANKS,** | * | |
| **Defendant** | * | |
| | * | |

### <u>NOTICE OF APPEAL</u>

COMES NOW, Attorney Brian Sardelli, on behalf of the Defendant RANDY BANKS, and respectfully files this Notice of Appeal. Mr. Banks appeals to the United States Court of Appeals for the Fourth Circuit the entire case and judgment announced in open Court on 8-26-19. Mr. Banks has further instructed Attorney Sardelli that he wishes to file as broad of an appeal as possible and reserves the right to challenge any and all aspects of this case under the law.

As stated previously to the Court and opposing counsel, Attorney Sardelli will not be available for the appeal. Therefore, since Mr. Banks is unable to afford appellate counsel, he respectfully requests that the new appellate counsel be appointed in this case at no cost to Mr. Banks. Mr. Banks requests that newly appointed appellate counsel contact and coordinate with Mr. Banks at the earliest possible date.

**JA6457**

DATED: August 28, 2019.

Respectfully submitted,

By:    /s/ Brian Sardelli_____
       BRIAN SARDELLI-ATTORNEY AT LAW
       Website: www.sardellilaw.com
       Email: brian.sardelli@outlook.com
       Cell Number: 202-904-6287
       Maryland Federal Bar# 19873

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2019, I filed this document via ECF with the Clerk of the Court and therefore caused a copy to be served on probation and all counsel of record in this case.

Respectfully submitted,

By:    /s/ Brian Sardelli_____
       BRIAN SARDELLI-ATTORNEY AT LAW
       Website: www.sardellilaw.com
       Email: brian.sardelli@outlook.com
       Cell Number: 202-904-6287
       Maryland Federal Bar# 19873

       MN Office Address-
       BRIAN SARDELLI-ATTORNEY AT LAW
       3800 American Boulevard West, Suite 1500
       Bloomington, MN 55431
       Tel: 952-921-5875
       MN Bar# 030542X

Confidentiality Note: This e-mail or document may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please notify me immediately at the above address.

**JA6458**

Sheet 1 - Judgment in a Criminal Case with Supervised Release (Rev. 04/2018)                                    Judgment Page 1 of 6

# United States District Court
## District of Maryland

KMT — FILED — ENTERED
— LOGGED — RECEIVED

AUG 2 8 2019

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

DEPUTY

UNITED STATES OF AMERICA

v.

**RANDY BANKS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

Case Number: CCB-1-16-CR-00267-005

Defendant's Attorney: Brian George Sardelli, CJA
Assistant U.S. Attorney: Christina A Hoffman

**THE DEFENDANT:**
☐ pleaded guilty to count(s) ___
☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.
☒ was found guilty on count(s) _2s of the Second Superseding Indictment_ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy To Distribute Controlled Substances | 06/01/2017 | 2s |

The defendant is adjudged guilty of the offenses listed above and sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 543 U.S. 220 (2005).

☒ The defendant has been found not guilty on count(s) _1s of the Second Superseding Indictment_
☒ The Superseding Indictment is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 26, 2019
Date of Imposition of Judgment

Catherine C. Blake                8/28/19
Catherine C. Blake            Date
United States District Judge

Name of Court Reporter: Douglas Zweizig

**DEFENDANT: Randy Banks**                                    CASE NUMBER: CCB-1-16-CR-00267-005

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **216 months as to count 2s of the Second Superseding Indictment**.

☒  The court makes the following recommendations to the Bureau of Prisons:
- That the defendant participate in any substance abuse program for which he may be eligible.
- That the defendant be designated to the __FCI__ at __Petersburg, VA or another facility close to Baltimore, MD__ for service of his sentence.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./p.m. on _____.
    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

    ☐  before 2pm on _____

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
DEPUTY U.S. MARSHAL

**JA6460**

**DEFENDANT: Randy Banks**        CASE NUMBER: CCB-1-16-CR-00267-005

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years</u>.

**The defendant shall comply with all of the following conditions:**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## A.   MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance.
3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4) ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5) You must cooperate in the collection of DNA as directed by the probation officer.
6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

## B.   STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must answer truthfully the questions asked by your probation officer.
5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

Sheet 4 - Judgment in a Criminal Case with Supervised Release (Rev. 04/2018)                    Judgment Page 4 of  6

**DEFENDANT: Randy Banks**                                    CASE NUMBER: CCB-1-16-CR-00267-005

9)  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that
    was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or
    tasers).
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without
    first getting the permission of the court.
12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may
    require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the
    person and confirm that you have notified the person about the risk.
13) You must follow the instructions of the probation officer related to the conditions of supervision.

# C.   SUPERVISED RELEASE
## ADDITIONAL CONDITIONS

- You must participate in a substance abuse treatment program and follow the rules and regulations of that
  program. The probation officer will supervise your participation in the program (provider, location,
  modality, duration, intensity, etc.).
- You must submit to substance abuse testing to determine if you have used a prohibited substance. You
  must not attempt to obstruct or tamper with the testing methods.
- You must participate in an educational services program and follow the rules and regulations of that
  program. Such programs may include high school equivalency preparation, English as a Second
  Language classes, and other classes designed to improve your proficiency in skills such as reading,
  writing, mathematics, or computer use.
- You must participate in a vocational services program and follow the rules and regulations of that
  program. Such a program may include job readiness training and skills development training.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this
judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised
Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____          Date _____

**JA6462**

**DEFENDANT: Randy Banks**                                        CASE NUMBER: CCB-1-16-CR-00267-005

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 5B.

| | **Assessment** | **JVTA Assessment\*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $100.00 | $ | $.00 | $.00 |

☐ CVB Processing Fee $30.00

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | $.00 | |

| | | | |
|---|---|---|---|
| **TOTALS** | $_____ | $ _____$0.00 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

**DEFENDANT: Randy Banks**                                    CASE NUMBER: CCB-1-16-CR-00267-005

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  Special Assessment shall be paid in full immediately

B  ☐  $_____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  Not later than _____; or

D  ☐  Installments to commence _____ day(s) after the date of this judgment.

E  ☐  In _____ (*e.g. equal weekly, monthly, quarterly*) installments of $_____ over a period of _____ year(s) to commence when the defendant is placed on supervised release.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the Clerk of the Court.

☐  **NO RESTITUTION OR OTHER FINANCIAL PENALTY SHALL BE COLLECTED THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.**

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

☐  in equal monthly installments during the term of supervision; or

☐  on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

**JA6464**

```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
           Plaintiff,             )
 4                                )
           vs.                    ) CRIMINAL CASE NO. CCB-16-0267
 5                                )
     SHAKEEN DAVIS,               )
 6         Defendant.             )
     _____)
 7

 8
                        Friday, October 11, 2019
 9                         Courtroom 7D
                         Baltimore, Maryland
10

11          BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE

12
                             SENTENCING
13

14   For the Plaintiff:

15   Christina Hoffman, Esquire
     Lauren Perry, Esquire
16   Assistant United States Attorneys

17   For the Defendant:

18   Paul Hazlehurst, Esquire

19   Also Present:

20   Special Agent Christian Aanonsen, ATF
     Manisha Garner, U.S. Probation Officer
21   _____

22
                           Reported by:
23
                    Douglas J. Zweizig, RDR, CRR, FCRR
24                   Federal Official Court Reporter
                     101 W. Lombard Street, 4th Floor
25                      Baltimore, Maryland  21201
```

```
 1              P R O C E E D I N G S

 2       (2:23 p.m.)

 3            THE COURT:  Good afternoon, everyone.  You can be

 4   seated, please.

 5            Do you want to call the case.

 6            MS. HOFFMAN:  This is United States versus

 7   Shakeen Davis, Case Number CCB-16-0267.

 8            I'm Christina Hoffman on behalf of the United States.

 9            With me here at counsel table is AUSA Lauren Perry and

10   Special Agent Christian Aanonsen of the ATF.  And we're here

11   for Mr. Davis's sentencing.

12            THE COURT:  All right.  Thank you.

13            Good afternoon.

14            MR. HAZLEHURST:  Good afternoon, Your Honor.

15   Paul Hazlehurst on behalf of Mr. Davis, who is standing to my

16   right at the trial table.

17            THE COURT:  Okay.  All right.  Thank you.  You can be

18   seated.

19            MR. HAZLEHURST:  Thank you, Your Honor.

20            THE COURT:  All right.  Well, obviously we are here

21   for sentencing for Mr. Davis, although we have a motion for new

22   trial to deal with first.

23            But there was a jury verdict returned against him on a

24   number of counts.

25            The consolidated motion for judgment of acquittal or
```

1  new trial is one I am aware of.  It's Document 1202.

2       And is there anything you'd like to add to that,

3  Mr. Hazlehurst?

4       **MR. HAZLEHURST:**  Your Honor, I believe, quite frankly,

5  the sentencing letter I submitted to the Court incorporates

6  many of the sufficiency-of-the-evidence arguments that I would

7  be making.

8       But otherwise, I should submit on that record.

9       And obviously it's a -- we did make a motion for

10  judgment of acquittal at the close of the Government's evidence

11  and at the end of the trial.  And, again, I think I can submit

12  on the record at this point.

13       **THE COURT:**  All right.  Thank you.

14       Is there anything the Government wants to say?

15       **MS. HOFFMAN:**  No.  I think we'll rest on our papers.

16  I think there's obviously been a general argument about

17  sufficiency of the evidence, but no specific bases put forward

18  for overturning the jury's verdict.

19       And, of course, Your Honor sat through six weeks of

20  trial.  We believe that the verdict should stand.

21       **THE COURT:**  Okay.  All right.  Well, yes, I'm aware

22  there are various issues, and that may relate to some of the

23  guidelines issues in terms of what the evidence actually

24  showed.

25       But I have no doubt that there was more than

1   sufficient evidence to support the jury's verdict beyond a

2   reasonable doubt, based on my observation of the evidence and

3   all the witnesses.

4          So I would deny the motion for new trial, motion for

5   judgment of acquittal.

6          As I say, on sentencing, let me tell you, I have, of

7   course, the presentence report.  I have the Government's

8   sentencing memorandum.  I have the defense sentencing

9   memorandum and a number of letters, including some received

10  today.  So I have reviewed all of those.

11         I thought we might sort of start with these -- well,

12  I'll start by saying, aside from the guidelines issues, are

13  there any issues/concerns/objections to the presentence report

14  from the Government?

15         **MS. HOFFMAN:**  No, I don't think so.

16         **THE COURT:**  Okay.  And, Mr. Hazlehurst, obviously, for

17  the record, you've read it.

18         Has your client had the chance to review the

19  presentence report with you?

20         **MR. HAZLEHURST:**  Yes, Your Honor.

21         **THE COURT:**  Okay.  And other than the guidelines

22  issues and the fact that you naturally do not agree with the

23  statement of facts, are there any specific issues?

24         **MR. HAZLEHURST:**  No, Your Honor.  I believe they are

25  set forth in the letter that was submitted to the probation

 1    officer, but also obviously in the sentencing letter that was

 2    submitted to the Court.

 3          **THE COURT:**  Okay.

 4          **MR. HAZLEHURST:**  Thank you.

 5          **THE COURT:**  All right.  Well, let's see.  Again, the

 6    convictions that we are discussing, for the record, we have

 7    Count 1, being a RICO conspiracy; Count 2, narcotics

 8    conspiracy; Count 16, which is unlawful possession of a

 9    firearm; and Count 30, also unlawful possession of a firearm;

10    Count 31, possession with intent to distribute crack cocaine;

11    and Count 32, which is a 924(c) possession of a gun in

12    furtherance of a drug-trafficking crime.  That was Count 32.

13          So in calculating the guidelines, I think everyone

14    agreed, essentially, that Counts 1 -- the first five counts of

15    conviction do group.

16          The first dispute is the assignment of an

17    Offense Level 43.  And I'm looking at Paragraph 42 of the

18    presentence report.  That's assigning Level 43 by a

19    cross-reference, essentially, holding Mr. Davis responsible for

20    the murder of Ricardo Johnson.

21          And I think that I'll just say preliminarily -- and

22    counsel can argue further, if you like -- but I certainly

23    believe that that murder was foreseeable to Mr. Davis.

24          I'm not clear that there is sufficient evidence for me

25    to assign that Level 43 for a first-degree murder on

1   Mr. Davis's part.

2           But if the Government wants to persuade me I'm wrong.

3           **MS. HOFFMAN:** Well, Your Honor, we do believe that,

4   based on the way the RICO conspiracy statute is set up and the

5   case law interpreting it, that we do apply a Guideline 43

6   because the jury found that murder was reasonably foreseeable.

7   And I believe they found that that Ricardo Johnson murder was

8   reasonably foreseeable.

9           I did try doing some research on this point.  I did

10  not find any Fourth Circuit cases that directly address this

11  issue of whether a murder guideline of 43 applies if the jury

12  found that murder was reasonably foreseeable but the Government

13  did not prove beyond a reasonable doubt that the defendant was

14  guilty as a principal for a specific murder.

15          There are two recent RICO conspiracy cases in this

16  district that may serve as useful comparison points.

17          The first one is United States versus Timothy Hurtt,

18  and this was in front of Judge Bredar.  It was JKB-14-0479.

19          And in that case, the jury found that murder was

20  reasonably foreseeable to the defendant in furtherance of the

21  charged racketeering conspiracy, even though, like here, the

22  Government did not present evidence that Timothy Hurtt

23  participated in any actual completed murder.

24          In fact, in that case, there was no evidence that

25  Timothy Hurtt participated in any attempted murder or

successful murder plot.

And at sentencing, in response to defense counsel's argument that, quote, "There was no evidence that Hurtt was connected with any of the other murders that happened," Judge Bredar ruled, quote, "No such finding is a necessary predicate to sentencing your client. He faces the range that he faces; i.e., life, under the statute by virtue of the conduct on which he was clearly convicted, which may fall short of concrete proof of his participation in a concrete murder plot."

So Judge Bredar did address it in his ruling. He did apply a guideline of 43 there on basically the same facts.

Now, I should point out that he did not sentence Timothy Hurtt to life.

In Hurtt's case, though, there were a number of mitigating circumstances that are not present here that led the Government to recommend a sentence of between 25 and 30 years. And in line with that recommendation, Judge Bredar sentenced the defendant to 27 years.

As I mentioned, the defendant -- there was no proof that the defendant participated in any murder, but also no attempted murders, shootings, really no violence at all. He was just part of this bigger BGF conspiracy that did these things.

On the other hand -- this is not quite as on point --

but in another recent RICO conspiracy case in front of

Judge Bredar, <u>United States versus Marquise McCants</u>, this is

Case Number JKB-16-0363, the jury checked the box next to

"attempted murder" but did not check the box next to "murder,"

and Judge Bredar did sentence that defendant to life.

However, at sentencing, Judge Bredar found that he

was, by a preponderance of the evidence, guilty of an

additional uncharged murder.

So neither case is quite squarely on point.

But we do think that Judge Bredar's ruling in

<u>United States versus Timothy Hurtt</u> is persuasive in that the

guideline of 43 should apply in the situation where the jury

checks "murder" because it found that murder was reasonably

foreseeable and that that's the way that the statute is

basically set up.

**THE COURT:**  Okay.

Mr. Hazlehurst.

**MR. HAZLEHURST:**  Your Honor, I am not familiar with

either the case of Mr. Hurtt or Mr. McCants.

I do know that in prior RICO conspiracy cases where

murder has been an issue as to foreseeability, at least in

regard to the jury's indication as to what it found, there has

always been a check box, as it were, that said either

"premeditation" or "first-degree murder," gave the option for

second degree.  And so there was a gradation of the potential

1    states of homicide.

2         I would cite to Your Honor, there is JKB-14-0479,

3    which is U.S. versus Mark Bazemore, B-A-Z-E-M-O-R-E.  In that

4    case the jury actually did mark the box "first-degree murder"

5    in terms of "foreseeable racketeering activity."  Did not mark

6    the box as to second-degree murder.

7         In United States versus Gerald Johnson, I believe

8    JKB-16 -- appears to be 01 -- 363, Your Honor, the same thing,

9    there are the potential for the jury to find the fact there was

10   first-degree murder, second-degree murder.

11        And, Your Honor, I believe in a case before this

12   court, in the Barronette trial, there was also the ability for

13   the jury to indicate that there was evidence of foreseeability

14   of first-degree murder, second-degree murder.  And, again,

15   there is no such possibility in this case.

16        And it's almost -- in essence, Your Honor, I'd say

17   it's almost a Rule of Lenity argument because, essentially,

18   without that specific finding, it cannot be that it should be

19   43.

20        And, Your Honor, again, I also believe that just as a

21   general evidentiary argument that there was not evidence

22   that -- again, Mr. -- I don't believe there was evidence that

23   Mr. Davis participated.

24        And also as to the foreseeability of the homicide, the

25   only homicide I believe there was any evidence alluding to him

 1  with regard to -- was the Ricardo Johnson homicide.  And,

 2  again, I just don't believe that standard has been carried even

 3  by a preponderance.

 4      **THE COURT:**  Okay.  All right.  Well, of course, it's

 5  interesting to hear what Judge Bredar has done in other cases.

 6  I don't know that I can give it a great deal of weight without

 7  having a chance to look into the circumstances more carefully

 8  myself and see what he may have relied on.  And apparently

 9  there is not case law at this point that would answer the

10  question.

11      I tend to -- whether it's Rule of Lenity or just a

12  matter of proof, but I think, unless there is something that

13  clearly shows the appropriateness of assigning an

14  Offense Level 43 when the most that the jury has done is say

15  that a murder was reasonably foreseeable, and the only one that

16  I am aware of in terms of an actual murder that Mr. Davis was

17  sufficiently connected to or was connected to by the evidence,

18  it is the Ricardo Johnson one.

19      And I can't find, based on the evidence -- and I don't

20  think I can interpret the jury's verdict as finding -- that he

21  participated in a first-degree murder as to Mr. Johnson such as

22  to make that Offense Level 43 appropriate.

23      So I think -- on the other hand, there are two groups,

24  Groups 2 and 3, that relate to the attempted murder of D.J. and

25  D.G.

It would appear to me on those groups that there --
again, I'll listen to what you say, but tentatively, that is --
this relates to the incident on May 30th of 2015 when,
according to certain testimony, Mr. Davis shot out of the car
at these individuals.

They were, in fact, severely -- seriously, at least,
injured, although fortunately not killed.

It would seem to me that the offense level of 33, as
noted in Paragraph 48 of the presentence report, would apply.

If I am interpreting this correctly, the Government is
not asking for an obstruction of justice enhancement but is
asking for an additional two levels for serious bodily injury;
is that right?

**MS. HOFFMAN:**  That is right, Your Honor.

And that is a little different from what we had put in
our initial memo to Probation, so I apologize for the change.

But, yes, we are not asking for an obstruction
enhancement based on the razor blade incident.

I will want to touch upon that later, but we are
asking for an additional two levels.  I think just under the
plain language of the guideline, there's a two-level upward
adjustment because the victim sustained serious bodily injury,
which the application note says "includes injury requiring
medical intervention, such as hospitalization."

And here the victims, although luckily they suffered

graze wounds and cuts to their hands and arms, they did require
medical intervention at the hospital.  And we, in fact, put in
photos of their injuries during the trial.

        **THE COURT:**  Okay.  Mr. Hazlehurst.

        **MR. HAZLEHURST:**  Your Honor, I'm not going to offer
any argument in that regard.  Again, obviously, I think that
Mr. Davis does submit that there was insufficient evidence to
show that he was responsible for that shooting.  Obviously,
it's an argument we've made before and we made in our papers
today, Your Honor.

        As to bodily injury, I don't think there's any
reasonable argument to make that the two people who were in the
car suffered bodily injury.  So we'll submit on that.

        **THE COURT:**  Okay.  Recognizing that you disagree, your
client does, as a matter of the evidence, I think on this
instance, there was sufficient evidence, as I've said, to
support finding that Mr. Davis did attempt to kill these two
individuals, which would be the Offense Level 33.  And then, in
fact, serious bodily injury requiring medical intervention,
hospitalization did result.

        So Groups 2 and 3, it seems to me, would remain in
place as Offense Level 35 in total, but not for obstruction.
That will be taken out.

        On Group 4, relating to the drug conspiracy, again, I
think counsel are in agreement, based on the jury's verdict,

1    that the offense level would start at a 30 for the quantity of

2    drugs.

3         It seems to me that there would likely be an increase

4    of two because of the conspiracy involving firearms and another

5    increase of two because Mr. Davis individually either used

6    violence or directed the use of violence, but that would be a

7    total of 34.

8         In that regard, again, we are not putting in

9    obstruction of justice.

10        I understand the Government wants to make an argument

11   about injury resulting from the drugs.

12        But let me just start with where we are, from the

13   Government's point of view, with the offense level of 30 and

14   then the two increases related to gun and violence.

15        **MS. HOFFMAN:**  We agree that that is correctly

16   calculated and the base offense level should be 30.  I think

17   the converted drug weight was incorrectly calculated in the

18   PSR.

19        **THE COURT:**  Okay.  Do you want to comment on that

20   aspect of the guidelines, Mr. Hazlehurst?

21        **MR. HAZLEHURST:**  Your Honor, as to the -- certainly we

22   agree that -- as to the 30.

23        I will submit as to the additional -- the firearms and

24   the use of violence -- and, obviously, if it comes up again, we

25   do object to the obstruction of justice enhancement.  We are

1   not there now.

2           **THE COURT:**  Sure.  Sure.  Okay.

3           All right.  Do you want to be heard on this 5K2.2,

4   Ms. Hoffman?

5           **MS. HOFFMAN:**  Yes.  We are requesting an additional

6   two-level upward adjustment under 5K2.2, and that's based on

7   the evidence of an overdose.

8           Guideline 5K2.2 is applied if significant physical

9   injury resulted from the offense.

10          And as discussed in our sentencing memo, there was a

11  cell phone that was seized from Mr. Davis on April 26th of

12  2016, and it contained pages and pages of text messages with

13  drug customers over a long period of time.

14          But there was one particular drug customer who they

15  had repeated -- he had repeated transactions with.

16          And on a particular day -- and I have just lost my

17  place -- but this particular drug customer texted Mr. Davis to

18  say that he had wound up in the hospital.  And I just found it.

19  On April --

20          **THE COURT:**  Where is it?  Okay.  I'm looking -- I'm at

21  Page 19 of your memo.

22          **MS. HOFFMAN:**  So Page 19 deals with the guideline and

23  then Page 10 has the relevant facts.

24          **THE COURT:**  Okay.

25          **MS. HOFFMAN:**  So on Page 10, Mr. Davis had texted the

customer on April 4th of 2016 that he had "fire," which is a
commonly used term for "very potent drugs."

And the customer had replied "okay," and then they had
made plans to meet for this customer to purchase drugs on
April 6th of 2016.

Then three days later, Mr. Davis gets a text message
from this drug customer, who's clearly just purchased drugs,
recently purchased drugs from Davis, and the customer says,
"Made it through detox. Ended up in the hospital, but I'm
better now. I'll send people your way if they are looking."

And this was in Government's Exhibit CELL-2A, which
was introduced at trial.

And I do have it here, although I was informed that
the document camera is not working.

But if Your Honor would like to see the actual
text messages, I can pass those up.

**THE COURT:** Sure. I assume they're accurately quoted
in your memo, but I'm happy to look at them.

(Counsel conferred.)

**MS. HOFFMAN:** (Handing.)

**THE COURT:** Okay.

**MS. HOFFMAN:** The text messages leading up to the
transaction are on Page 9.

And then Page 11 is the text message that says, "Made
it through detox. Ended up in the hospital, but I'm better

1  now," and they're with the same phone number, which is how we

2  know that it's the same drug customer.

3      **THE COURT:**  Okay.  Thank you.

4      So you've got sender phone number ending in 6230 and

5  then -- all right.

6      So the messages on Page 9 -- correct me if I'm

7  wrong -- from that phone number back and forth, "We've got you

8  around."

9      Answer, "Yeah."

10      "20 minutes out."

11      Answer, "Okay.

12      Phone number, "I'm here."

13      Phone number, "I'll take a dub of green, if you have

14  it."

15      And those are on April 6th?  Is that what you're

16  talking about?

17      **MS. HOFFMAN:**  That exchange is on April 6th.

18      Two days before that, on April 4th, with that same

19  phone number, Davis texts that customer and says that he has

20  fire, and the customer replies, "Okay."

21      "Fire" is usually a term used for very potent heroin.

22      And I apologize that this is more complicated than it

23  would be with the document camera, but there are earlier text

24  exchanges with this customer in which they talk about "boy," so

25  this is a customer who, based on the text messages, routinely

1   purchased both heroin and marijuana from Mr. Davis.

2           I believe "green" is a reference to marijuana and

3   "boy" is a reference to heroin.  And "fire" I believe is a

4   reference to heroin.

5                   **THE COURT:**  Okay.  Mr. Hazlehurst.

6                   **MR. HAZLEHURST:**  Thank you, Your Honor.

7           Your Honor, understanding two things:  One, we are in

8   a sentencing hearing where hearsay is admissible.

9           Two, that we are operating under a

10  preponderance-of-the-evidence standard, I still believe that

11  the evidence that has been put forth by the Government is

12  insufficient to warrant a departure in this case for serious

13  bodily injury, and I do that on two grounds, Your Honor.

14          One, there is ultimately no indicia of reliability

15  that comes with a blank statement contained in the text message

16  when we don't have the ability to see or hear from this

17  particular person.

18          I would venture that the Government has the

19  opportunity -- it's had the opportunity to subpoena this person

20  into court to make them subject to examination and also

21  cross-examination.

22          So, one, I think we lack a proper and solid foundation

23  for the Court to make the finding the Government's asking for.

24          But the second thing, Your Honor, is causation,

25  because, quite frankly, Your Honor, I would say -- I was going

```
 1   to say that drug users, at least in my experience, having
 2   represented people who use drugs in my life, in my career, are
 3   not monogamous.  In fact, they are at the other end of the
 4   spectrum.  They are often promiscuous in terms of buying drugs
 5   from different sources.
 6          And the text message does not attribute -- if we even
 7   believe that this person ended up in rehab or ended up
 8   basically having to go through detox and overdosed -- that the
 9   drugs they're talking about are attributable to Mr. Davis.
10          And the only way we can ultimately find out would be
11   if they were in court and testified to that, but we don't have
12   that.
13          So, again, on those two grounds, Your Honor, I would
14   suggest to the Court there is insufficient evidence to make
15   that finding.
16          THE COURT:  Well, I agree with Mr. Hazlehurst.  I
17   don't think I can make that departure finding based on these
18   text messages.
19          I haven't obviously seen the person, and that's not
20   always necessary.  But we don't have that here.
21          I don't have anything to evaluate, as he said,
22   causation in the sense of being sufficiently sure that whatever
23   put this individual into detox, somewhere between possibly
24   between the 6th and 9th, is Mr. Davis's drugs.
25          And, frankly, I can't really tell from this, unless
```

1  one assumes that any hospitalization is the equivalent of

2  significant physical injury.  And the guideline tells me to

3  evaluate the extent of the injury, whether it's permanent --

4  whether it was intended or knowingly risked we might have some

5  evidence about.  But the extent of the injury and the

6  permanence I certainly have no information about.

7          So I would not think it is appropriate to depart

8  upward based on 5K2.2, physical injury.

9          Thank you.

10          Okay.  Let's see.  Do we have other -- before we get

11  to criminal history, do we have other guideline issues?

12          I think what I am finding so far is on RICO, what's

13  now identified as Group 2 and Group 3 would both be a total

14  offense level of 35 based, as I said, on the attempted murder

15  and on the serious or significant bodily injury.

16          And then in Group 4, I believe I'm at a 34 with the 30

17  plus two, plus two.

18          Are there any other guideline offense-level related

19  disputes?

20          **MS. HOFFMAN:**  No, I don't think so.

21          **MR. HAZLEHURST:**  None on behalf of Mr. Davis,

22  Your Honor.  Thank you.

23          **THE COURT:**  Okay.  All right.  In terms of the

24  criminal history, so a little bit of back-and-forth here.

25          I think there is -- well, there's a point that is

1  assessed for the juvenile finding in Paragraph 74, appears to

2  have involved robbery, assault, and a handgun.

3          And there is a point assessed -- this is in the

4  current PSR -- Paragraph 78, the possession of paraphernalia,

5  marijuana.

6          There has been some disagreement about what's in

7  Paragraph 76, which is the gun, gun-related conviction.  I'm

8  sorry, 77.  Handgun on person from September of 2012.

9          The Government has indicated -- and it seems to me

10 correctly -- that the way these RICO guidelines work -- and I

11 think you were relying on 2E1.1, Application Note 4 -- that in

12 the RICO context, certain previous conduct, even if it might,

13 on its face, seem related, is still counted under certain

14 circumstances, which would apply here, conviction prior to the

15 last overt act and of the instant offense.

16         And if the Government is correct about that, I guess I

17 would sort -- I can check in with the probation officer, but I

18 think there would at least be a point for the handgun

19 conviction and an additional two for his being on probation,

20 which would mean that he would have a total of five points and

21 be a Criminal History Category III rather than a II.

22         So, Mr. Hazlehurst, do you want to be heard on that?

23         **MR. HAZLEHURST:**  Your Honor, I hate to give up a

24 victory, at least a temporary victory with Ms. Garner.  I

25 credit her for her hard work on that.  And taking into account

my argument, I do think the Court may be correct.

I would note, Your Honor, that Mr. Davis, again, does not acknowledge that conviction, does not believe he had that conviction. Obviously, he didn't stipulate to that conviction.

So in making this argument, I make this, I guess, in a legal hypothetical way, but, again, I understand the Government's argument.

I don't believe that further argument from me is necessary. I think I stated our position in regard to the letter and also the letter to the Court and the letter to Ms. Garner.

**THE COURT:** Okay. On that point, perhaps, then, we should supplement the record. I'm assuming that the Probation Office and/or the Government has some record of this conviction in Paragraph 77. And we could supplement the record with that.

**MS. HOFFMAN:** I do have the actual true test for that conviction, and it was actually entered as Exhibit CR-2 at trial.

**THE COURT:** Oh, okay.

(Counsel conferred.)

**THE COURT:** All right. If it's already in the record as an exhibit, then I assume that's fine.

All right. If everyone can, again, help me out here -- and correct me if I'm wrong -- but the way the grouping

1  then works on the offense level, I think with the 35 and the 35

2  and the 34 being the relevant offense levels, it may be that we

3  take the 35 and add three points and come up with a 38 under

4  the grouping rules.

5       I see the probation officer is nodding.

6       **THE PROBATION OFFICER:**  Correct, Your Honor.

7       **MS. HOFFMAN:**  And we believe that's correct as well.

8       **THE COURT:**  All right.  Then we have an offense level,

9  finally, after all of this, we have an offense level of 38 and

10  a criminal history category of III, which would give us a range

11  of 292 to 365 months.

12       Okay.  And I'll ask the probation officer to revise

13  the presentence report later, in accordance with these

14  findings.

15       **THE PROBATION OFFICER:**  Yes, Your Honor.

16       **THE COURT:**  Okay.  All right.  Obviously, the advisory

17  guideline range is just one factor that I have to consider.

18       And I'm happy to hear whatever both sides would like

19  to say under 3553(a).  Obviously, I'm aware of the positions

20  you've taken in your memos.

21       **MS. HOFFMAN:**  And, Your Honor, before we get to that,

22  just one more point on the guidelines.

23       **THE COURT:**  Oh, okay.

24       **MS. HOFFMAN:**  Count-- we agree with that guidelines

25  calculation as to Count 1, which groups with Count 2.

1          Count 32, though, is a 924(c), as Your Honor

2   mentioned, and so the guidelines provide that there is a

3   consecutive five years.  So you actually end up adding 60

4   months on both -- to the low end and the high end of that

5   range.

6          **THE COURT:**  Okay.  Yes, I apologize for not mentioning

7   that.

8          There is, obviously, as you've indicated, a required

9   60 months consecutive on Count 32.

10         And you are saying, Ms. Hoffman, that the guideline

11  adds 60 months on both?

12         **MS. HOFFMAN:**  Well, maybe that's not quite right,

13  actually.  It's just a mandatory consecutive 60 months on

14  Count 32 that will run --

15         **THE COURT:**  Yes.  Okay.  Absolutely.

16         All right.  And if you would like to proceed with your

17  argument.

18         **MS. HOFFMAN:**  Thank you, Your Honor.

19         I'm not going to spend much time going over the facts

20  of the case.  Your Honor did sit through six weeks of trial.

21  And, as you mentioned, you've read the sentencing memos.

22         I'd like to focus on the 3553(a) factors and also

23  address some of the arguments in Mr. Hazlehurst's memo.

24         Your Honor, we do believe that the just sentence in

25  this case is a sentence of life imprisonment.  We believe it's

1  what the guidelines call for.

2        Obviously, Your Honor has calculated them differently.

3  We do believe it's what the guidelines call for.  We believe

4  it's what the jury's verdict called for.

5        But, more importantly, we believe it's what 3553(a)

6  calls for.

7        The defendant's offense conduct is about as serious as

8  it gets.

9        I want to talk first about the attempted murder of

10  D.J. and D.G.

11        Putting the guidelines aside, for purposes of 3553,

12  there really isn't any difference between the defendant's

13  conduct and murder.

14        In terms of the defendant's mental state, his intent,

15  and his conduct, the defendant is every bit as culpable as

16  someone who commits murder.

17        We know that he formed the intent to kill the victims

18  because they had allegedly pulled a gun on or tried to rob his

19  fellow gang member, Nutty B.

20        We know that he went to his car and got an assault

21  rifle.

22        We know that he fired at least nine rounds at the

23  victims as they sat in their car at a busy intersection in

24  broad daylight.

25        And we know that two of his bullets grazed D.J. in the

1    back.

2            So we think it was complete dumb luck that he did not

3    kill those two individuals.  It was literally a matter of

4    inches.

5            I don't think there can be any doubt that he intended

6    to kill his victims.  And his conduct was the type that can

7    ordinarily be expected to result in death.

8            And he also recklessly endangered the lives of the

9    other people sitting in their cars at that intersection.  It

10   was a busy intersection.

11           And I think it must have been a very traumatic

12   experience for the people sitting in their cars to watch the

13   defendant hanging out the passenger side window of a car

14   unloading an assault rifle at the car ahead of them.

15           I also want to address some of the arguments made in

16   Mr. Hazlehurst's memo, that the defendant didn't really commit

17   the attempted murder.  And I know Your Honor has already found

18   that he did commit these attempted murders.

19           But, nonetheless, to the extent it bears on 3553, I

20   wanted to address some of those arguments.

21           Mr. Hazlehurst says that Mr. Lashley couldn't --

22   Mr. Hazlehurst essentially argues that the witnesses can't be

23   believed.  He says that Mr. Lashley couldn't possibly have seen

24   the shooting from his vantage point at the baseball field.

25           First of all, my recollection is that Mr. Lashley did

1  not say with any specificity where exactly he was standing.

2  When he was asked on direct, he said he was sitting across the

3  street from the BP and he said he was near the ball fields.

4       But he never said he was on the baseball field, he was

5  on first base, he was on second base.  He didn't say that.

6       Furthermore, I think Mr. Hazlehurst is just wrong, as

7  a factual matter, about what you can see from that area.  And

8  we played video of the Antoine Ellis murder from the gas

9  station showing that you could, in fact, see very clearly from

10  the gas station across the street to that field as the subjects

11  on that video were walking to the baseball fields.

12       So there's not heavy vegetation obstructing the view,

13  as Mr. Hazlehurst alleges.

14       And I think that's probably why Mr. Hazlehurst didn't

15  actually cross-examine Mr. Lashley on that point at trial.  He

16  never asked him about his vantage point.  He never said, "Isn't

17  it true that you can't see the intersection from where you were

18  standing?"

19       I think if he had asked him that, Mr. Lashley would

20  have said, "No, you very clearly can see from where I was

21  standing."

22       He also generally tries to poke holes in the witness's

23  credibility.

24       But I think it's very clear there are two different

25  witnesses who corroborate each other in very important ways.

1   They both tell the same story.

2           Mr. Lashley didn't know what Mr. Banks is going to

3   testify to.  Mr. Banks didn't know what Mr. Lashley was going

4   to testify to.  They corroborate one another.

5           But they're also corroborated by this jail call, which

6   is very important.

7           Mr. Banks says that he recalled the defendant changing

8   the color of his car, an Infiniti, shortly after the shooting.

9   And then, lo and behold, we have this jail call in which the

10  defendant tells Sydni Frazier that he had to repaint his car, a

11  G35 coupe, which is an Infiniti, because he, quote, "Did some

12  dumb shit out of there."

13          So that's highly corroborative.  Obviously, Mr. Banks

14  couldn't have known that that jail call existed and couldn't

15  have made that up.

16          And then, finally, I think that Mr. Hazlehurst also

17  ignores or gives short shrift to the abundant evidence tying

18  this defendant to AR-15s, to assault rifles, around the time of

19  the shooting.  He's caught riding around with one in his trunk.

20  His friends are on jail calls talking about how he's riding

21  around with a shoulder strap.

22          He's posting on social media about having a chopper.

23  He's texting a friend that he wants to get a logo of an AR-15

24  on his bag.

25          That's obviously not a coincidence.  It corroborates

the witness's testimony and it also independently is evidence

of this defendant's proclivity or affinity for firearms and the

proclivity to use them.

I also want to talk about the Ricardo Johnson murder.

And I understand the Court's reluctance to find by a

preponderance of the evidence that the defendant was involved

in this murder as a principal.

But I think it is beyond a reasonable doubt that the

murder was reasonably foreseeable to him in furtherance of the

RICO conspiracy, and I think that that is very important for

3553(a) purposes.  And I wanted to recap some of that evidence.

First, we have Mr. Lashley's testimony at trial.  He

testified that a few days before the murder, he overheard a

conversation between the defendant, Mr. Davis, Melvin Lashley,

and Sydni Frazier.

And Sydni Frazier was talking about how he was

planning to kidnap and rob Ricardo Johnson, Uncle Rick, because

he believed Ricardo Johnson had a lot of drugs.  He had a big

stash of drugs somewhere.

So Mr. Davis is there for that conversation.  We think

that's reasonable foreseeability right there.

But then we have the text messages and calls between

Sydni Frazier and Shakeen Davis's 4194 phone number.  There are

texts and calls in both of Frazier's cell phones that were

recovered on August 10th of 2016.  So there are two different

cell phones, if Your Honor recalls, that were recovered from the bag with the murder weapons in it.

And first we have on August 5th, Shakeen Davis texts Frazier and he asked, "What happened?"

And Frazier responds, he says, "I'm on my way. Had to take care of my family. Grab three black Jimmy Macks."

And we know that Jimmy Macks are guns. They're talking about guns.

And Mr. Hazlehurst argued in his memo that, well, Shakeen Davis doesn't directly respond to that message. And that's true, he doesn't directly respond to that message, but it ignores the fact that there are text messages going back and forth between them over the course of many days.

So it's not as though Mr. Frazier is simply texting Mr. Davis and it's falling on deaf ears. They are texting back and forth over the course of many days. They have a pattern of communicating. He's clearly getting these messages. He doesn't say, "No, I'm not going to grab the guns."

And then on August 9th, Mr. Frazier and Mr. Davis exchanged 12 phone calls throughout the course of that day.

And taking a step back, this is a murder that obviously involved quite a bit of planning and quite a bit of help. It wasn't Frazier acting alone.

They steal a car. The victim's found in a stolen car.

They abduct Ricardo Johnson outside his home at 2:30

in the morning.  They tie him up.  They blindfold him.  And

he's a pretty big man, so that's takes multiple people.

Based on the cell site information for Sydni Frazier's

phone, they drive around with the victim for some period of

time, presumably trying to get him to tell them where his drug

stash is.

Then ultimately he's shot over 20 times, he's left in

that stolen van by the Light Rail, and they try to set the car

on fire.

So given what an elaborate plot this is and the fact

that we think Frazier was planning this out for some time and

clearly other people are involved, the fact that they're

exchanging 12 phone calls the day leading up to this murder we

think is significant.

There are also texts between Sydni Frazier and

Shakeen Davis the day before the murder too.  And this was all

part of Government's Exhibit CELL-5A, which came in at trial.

It wasn't in the sentencing memo.

But on August 9th of 2016, the day before the murder,

Davis texts Frazier and he says, "You good?"  Question mark.

And Frazier responds, "Hell, yeah, bro.  I gotta holla

at you.  O just left GGs and Q.  What you doing, though?"

And a couple text messages down, Mr. Frazier texts

Mr. Davis and says, "All ready.  We got to get the papers,

bro."

 1              Now, I'll hand this up to Your Honor in a second.

 2              But "papers" is usually a reference to money.  So

 3     Frazier is telling Mr. Davis, "We got to get the papers, bro,"

 4     which we think is a reference to money.

 5              And Davis replies with "FR," which is short for

 6     "for real."

 7              Frazier then texts -- or, I'm sorry, Davis then texts,

 8     "Shit ain't lookin' too good."

 9              And Frazier replies, "I know, bro.  FRL" -- for

10     real -- "so wrong.  Got to give like yesterday."

11              So it's vague.  It's unclear exactly what they're

12     talking about.

13              But there is a reference to getting the papers, which

14     we think is getting the money, and this is also the day before

15     the murder.

16              Then, significantly, Mr. Frazier places a call to

17     Mr. Davis's 4194 number at 3:07 in the morning, which is

18     roughly half an hour after Ricardo Johnson was abducted.

19              And we do think that the timing of that call is

20     significant.  And it's an outgoing call.  It's Frazier calling

21     Davis.  So this is the crucial period when Frazier has

22     Ricardo Johnson tied up in a van and he's calling Mr. Davis.

23              You know, I don't think he's casually calling

24     acquaintances at 3:07 in the morning to talk about something

25     else.

If he's calling Mr. Davis, I think presumably he's calling Mr. Davis to talk about what's going on at that moment, which is that he's just abducted a drug dealer, they're trying to rob his stash, and ultimately they kill him.

After -- well, we also know, based on other evidence, that this is the type of relationship that Mr. Frazier and Mr. Davis have.

When Frazier once helped robbing a drug dealer, he talks to Davis.

We know that because we played a jail call at trial -- this was Call J5 -- in which Mr. Frazier called Davis from jail. This was in August of 2014, he calls Davis from jail and he uses coded language to tell Davis about a drug stash spot that he wants to rob when he gets out.

Then after the murder, in a cell phone that's seized from Mr. Davis, there are rap lyrics in his phone in which he brags about robbing drug dealers with Syd.

So he says, "Me and Syd kickin' doors. Trying to make some shake. Laying N words on the floor. What's the code to the safe?"

So we think all this adds up to clear evidence that the Ricardo Johnson murder was reasonably foreseeable to Davis.

We think it adds up to more than that. We think it points to his actual involvement. But it's clearly reasonably foreseeable.

1          And that alone I think is really important under
2     3553(a).
3          Even if the Court doesn't think it matters under the
4     guidelines, it goes to Davis's mental state and his culpability
5     in participating in this gang.
6          He participated in this gang knowing that its members
7     would commit murder and knowing that they would commit this
8     specific murder, which was an incredibly heinous and brutal
9     murder.
10         There are, of course, a lot of other ways that we know
11    murder was foreseeable to Shakeen Davis.
12         We know it based on the gang's rules of conduct, the
13    rule that snitching is punishable by death.
14         We know it by the things he posted on his Instagram,
15    flaunting firearms, bragging that anyone who goes against the
16    mob gets murdered.
17         We know it from his text messages.  In some of them
18    he's talking about hunting people down who he's in a beef with.
19         So we know it in a lot of different ways, that this
20    defendant participated in this gang knowing that its members
21    were committing murders, knowing that that was a part of the
22    conspiracy that he was involved in.
23         And, of course, he himself attempted to murder two
24    individuals in furtherance of the gang.
25         I also want to talk about the need to protect the

1    public.

2           This is a defendant who, I think, is not going to be

3    deterred.  And so I do think it is extremely important that the

4    Court protect the public from him for as long as it can.

5           First, his behavior while he was a fugitive is very

6    significant.

7           So the case was indicted in September of 2016.

8    Mr. Davis fled the indictment.  He fled prosecution.  He knew

9    he was a fugitive.  There are messages in his phone or notes in

10   his phone talking about how he's a fugitive from the feds.

11   He's on the run.

12          He knew he was a fugitive.  And he didn't stop his

13   criminal activity.  It didn't deter him.  He knew he was facing

14   very serious charges.  He continued to deal drugs.  He

15   continued to carry weapons.

16          And, in fact, when he was arrested, finally, in

17   February of 2017, he had a loaded pistol in his waist.  He was

18   in a crowded shopping mall with a loaded pistol in his waist

19   and distribution quantities of crack cocaine on his person.

20          And it wasn't elicited in testimony at trial because

21   there was an objection about prejudicing the jury, but the

22   marshals did -- the members of the marshal's task force who

23   arrested him did say that when they went -- they came up behind

24   him and when they went to arrest him, he immediately reached

25   for his gun, which I think is significant.  I mean, it's

1 additional evidence that this defendant poses a real danger to

2 the public.

3       It's bad behavior as it is, but when you're a

4 fugitive, I think it's even worse and it shows that he's not

5 deterred.

6       It's also why the razor blade incident is so

7 important.

8       And I agree with Mr. Hazlehurst that a guideline

9 enhancement is not appropriate for obstruction of justice on

10 these facts.

11       Unfortunately, we did what we could to investigate the

12 incident, were not able to come up with jail calls in which it

13 was explicitly -- any kind of plot was explicitly discussed.

14       My belief is that it must have been discussed in

15 face-to-face meetings.

16       So we don't have the evidence of obstruction of

17 justice, and we're not asking for that.

18       But I think it is clear evidence that the defendant,

19 again, presents a clear and present danger.

20       Even after the full weight of the federal justice

21 system came down on him, even when he's facing the most serious

22 possible charges, he doesn't stop trying to hurt people.

23       He attempts to smuggle in razor blades in his shoes on

24 the final day of trial, and I just don't think that there is

25 any plausible reason why he would have done that unless he was

1    trying to hurt someone.  I think any argument to the contrary

2    just isn't believable.

3          So we think, obviously, the offense conduct is

4    extremely serious.  It's about as serious as it gets.

5          This was a very violent gang that over many years was

6    responsible for five murders that were proved up at trial;

7    multiple shootings; two attempted murders for which the

8    defendant himself was responsible; the trafficking of deadly

9    drugs over a period of many years.

10          It's a very serious offense.  But it's also, we

11   think -- one of the factors that was perhaps of overriding

12   importance in this case is the need to protect the public under

13   3553(a), and we think that that really has to carry a lot of

14   weight in this case given that the defendant has demonstrated

15   that he just will not be deterred.

16          And so we ask the Court to protect the public from him

17   for as long as the law allows, and that is by imposing a life

18   sentence.

19          **THE COURT:**  All right.  Thank you, Ms. Hoffman.

20          Mr. Hazlehurst.

21          **MR. HAZLEHURST:**  Thank you, Your Honor.

22          Your Honor, as the Court knows, we are asking the

23   Court to impose a sentence on all counts, other than Count 32,

24   of ten years and then a five-year consecutive sentence, as

25   mandated by statute, for a total sentence of 15 years.

1          Before I get to why we believe that is appropriate, I
2     would like to respond just briefly to some of the points the
3     Government has made.
4          And, Your Honor, I am not going to rehash the evidence
5     because it's very clear that we've staked out our particular
6     grounds in regard to what the evidence shows.
7          But there are some points that were made that I do
8     think are important.
9          One, Your Honor, in regard to Mr. Malcolm Lashley's
10    evidence, I was paying absolute attention when Ms. Perry was
11    examining Mr. Lashley.
12         And Ms. Perry asked Mr. Lashley, looking at the aerial
13    map that was on the screen, point to where you were when you
14    saw this, and he pointed and put his finger down right at
15    second base (indicating).
16         And I honestly think, quite frankly, that it startled
17    Ms. Perry a little bit.  She didn't expect that answer.  She
18    appeared to be a little startled.  But that was what he
19    indicated.
20         And, Your Honor, quite frankly, as I think I stated
21    during closing argument on behalf of Mr. Davis, one of the
22    maxims that we all follow as trial attorneys is you never ask a
23    question when you've already gotten the answer that you want.
24         And, quite frankly, the answer that I think was
25    correct and true -- but it was also an answer I wanted -- was

1    that Mr. Lashley couldn't have seen what he saw -- said he saw.

2    And I think we demonstrated that during closing argument.

3            But that's why I didn't cross-examine on that point

4    because he already said this is where I was.

5            Now, I think that Ms. Hoffman makes several leaps in

6    regard to her argument in terms of assessing the evidence that

7    she believes was advanced by the Government in support of the

8    verdicts.

9            And one of the things that she says also is a matter

10   of pure argument, there's no difference between conduct that

11   entails shooting a car and murder.

12           And obviously, Your Honor, I would argue strenuously,

13   but I'm not going to do it again, that Mr. Davis was not

14   responsible for that shooting.

15           But there is a huge difference between that conduct

16   and murder, and that huge difference is that no one died.

17           And, again, what the Government is putting forth is

18   that this was a point-blank shooting with an automatic weapon.

19           Now, again, we know there's no forensic evidence that

20   links that weapon to Mr. Davis.  There may have been other

21   weapons of a like nature that Mr. Davis may have been found in

22   possession of, but there's no forensic evidence there.

23           But, again, if, in fact, Mr. Davis had been of a mind

24   to kill either one or both of these people, if he, in fact, was

25   the person who did it, it was an easy thing to do, and that

1    didn't occur.

2          So there is a significant difference between what

3    occurred and murder.

4          Your Honor, it is very clear that Mr. Davis and

5    Mr. Frazier are friends, but I don't think the evidence that

6    was advanced in this case goes beyond that.

7          Specifically in regards to the Ricardo Johnson

8    homicide, Your Honor, it was a very distinct feeling in that

9    courtroom, with all the elders of MMP sitting in front -- quite

10   frankly, what we referred to as "the kiddie table" in the

11   trial -- that we had two people that were in many respects not

12   alike and not part of that group.  They were much younger.

13   They clearly grew up in the same neighborhood.  They were

14   friends.

15         To the extent that we're talking about proof of being

16   involved in a homicide, the mere fact that one person,

17   Mr. Frazier, sends text messages that are unanswered to another

18   person doesn't indicate that Mr. Davis was involved in that

19   homicide.

20         Foreseeability, the jury found that.  But involvement

21   is a different story.  And, quite frankly, Your Honor, that

22   doesn't cut it.

23         The telephone call, August 10th, 3:07 in the morning,

24   again, we have no idea what was in that telephone call.  We

25   don't know whether it went to voicemail, whether it was ever

1    received.  It went to a number associated with Mr. Davis.  We

2    don't know if he even had that phone.

3          So, again, there is -- it's not enough there, but --

4    and that -- as I pointed out in my sentencing submission,

5    Your Honor, those things are obviously very troubling

6    allegations.

7          But in terms of making that leap and bridging that gap

8    between one and the other, it isn't there.

9          Your Honor, I think Ms. Hoffman also places great

10   emphasis on the fact that Mr. Davis was engaged in similar

11   conduct when he was a fugitive, per se, after the indictment

12   came out.

13         And, Your Honor, to the extent that someone becomes

14   aware that they are under a federal charge, if, in fact -- and

15   we made no bones about this.  This was something that we talked

16   about in closing and we admitted, that Mr. Davis sells drugs.

17         Unfortunately, part of selling drugs in this day and

18   age involves sometimes the possession of weapons.  It's not a

19   good thing.  It's not a positive thing.

20         But, again, I don't think that that goes to doing

21   anything other than what a drug dealer does.  It doesn't

22   indicate involvement with a gang.  It just indicates that this

23   is someone who sells drugs.

24         And, Your Honor, as to the razor blade, again, I think

25   there's another leap of faith that's asked for from the Court.

We don't have any evidence on the record as to ultimately what was found.

But assuming what was put forth in the Government's sentencing memorandum is a proffer, and accepting that as a proffer, we don't know when those razor blades -- they were found in the shoes -- when they got there, who the shoes belonged to, what -- how long they had been there. We just don't know those things.

And presuming that someone with a three-quarter-inch razor blade, the type that are found in a disposable razor, were there for the purposes of inflicting harm on anybody is a huge leap of faith.

And, again, Your Honor, as it is today, the security in that courtroom ringed the defendants (indicating). Any attempt -- if Mr. Davis had known something was in his shoes, was attempting to go into his shoes, there was absolutely no ability for him to do that, and I think he knew that, because that marshal was always seated right behind him.

So, again, I don't think that that is -- we don't have enough at this point on the record to say that is evidence that he is a danger. That is an open question.

Your Honor, in its sentencing submission, the Government labeled Mr. Davis as a hardened, recidivist criminal.

And as I noted, Mr. Davis is now 25 years old. When

this conspiracy is alleged to have began, it was 2011, he was 17 years old.

When he was arrested, that was February 24th, I believe, of 2017, he was 23.

I would submit to the Court there is no such thing -- but certainly not in this case -- as a 23-year-old hardened, recidivist criminal.

His record, even taking it as a Criminal History Category III, doesn't support that.

What we have is, again, someone who grew up in a neighborhood -- and this is Forest Park Avenue and Windsor Mill Road, that intersection that we all heard volumes about during this trial -- who lived in that neighborhood. And that neighborhood, quite frankly, was invaded. There is absolutely no doubt about that. It was invaded.

Whether you consider it as a part of MMP or say, listen, this is just a group of older people who, again, I think I used the word "annexed" in my sentencing letter, to make this part of their territory, you've got those people sitting right on top of Mr. Davis.

And, again, the Government's theory has always been that you were in that neighborhood and you engaged in any sort of criminal conduct -- and certainly drug dealing is criminal conduct -- you had to do it as either part of the gang or being approved by the gang.

1          And we don't have any evidence, again, that Mr. Davis

2     was ever jumped in, there was an initiation ritual.  We don't

3     have any evidence that people actually suffered sanctions

4     because of this if they were trying to commit criminal acts in

5     this particular neighborhood.

6          But, again, this is Mr. Davis's neighborhood.  This is

7     where he grew up.  This is Mr. Frazier's neighborhood.  This is

8     where he grew up.

9          Now, the Government is seeking a life sentence in this

10    case.  And the guidelines are not what I believe -- obviously

11    what the Government believed they would be as the Court

12    calculated them.

13         Just in regards to the proportionality within the

14    context of this case, what that does is it places Mr. Davis on

15    the same plane as Dante Bailey.

16         And I don't mean to tar Mr. Bailey unnecessarily, but

17    a huge amount of the evidence in this case went directly to

18    Mr. Bailey:  A number of homicides, a number of attempted

19    homicides, one where Mr. Bailey himself pulled the trigger on

20    someone who was apparently an innocent victim, mistaken

21    identity.

22         And so we're talking about this 25-year-old man being

23    placed at the same level as Dante Bailey, and that just doesn't

24    make it -- it's not correct.

25         But it's also just talking about people like

Dontray Johnson.  Dontray Johnson pleaded guilty in this case, as the Court knows.  The Court took the guilty plea.

He didn't cooperate.  At least to my knowledge, he didn't cooperate.  Certainly didn't appear at trial.

But he pled guilty to an agreed-upon sentence of 30 years.  This is a man who admitted himself shooting two people -- and I think one of them we have on video, if not both.

So, again, it just -- that places Mr. Davis in the upper echelons of this group.

And, again, it just seems to be a disproportionate sentence.

Seeking a life sentence for Mr. Davis, I believe, is a gross miscalculation.  It does ignore his youth.  It does ignore the circumstances of his upbringing.  Ignores, again, the fact that MMP, or whatever you want to call it, came in and squatted on his neighborhood.  And in many respects, whatever he did, he was going to have to be a part of it, especially given under the Government's theory.

But this also, Your Honor, I think it goes beyond that.  It's -- we saw tons of social media in this case.  And I remarked in the sentencing letter that a lot of what the Court saw -- and I think during examination, at the very least, even if you didn't believe, as I did, that it showed MMP activity, it certainly showed an influence on Mr. Davis.  And it was

1   inescapable to him.

2          Your Honor, I also would note, in regard to the

3   proportionality of the plea -- or the propriety of the request

4   of the Government in terms of sentencing, the Court knows,

5   because we had to place on the record at the beginning of the

6   case under Lafler and Frye, what offer had been made to

7   Mr. Davis.

8          And the Government -- and I will absolutely agree with

9   this, it was a January 31st e-mail, at my request, because I

10  was the third counsel in this case and I wanted to see was

11  there any ability to resolve this case.

12         And I asked Ms. Hoffman to provide me essentially

13  numbers, and she said this is not an offer, but we would be

14  looking at essentially a range of 18 to 22 or a (C) plea to 20

15  years.

16         And, quite honestly, Your Honor, it strikes me as

17  wrong somehow the idea that merely for putting the Government

18  to its evidence that we make that leap, because he didn't

19  change in terms -- the Government had the evidence that it had.

20  It hasn't changed.  It knew what it thought Mr. Davis was, and

21  yet we go from that to a potential life sentence.

22         The last part, Your Honor, of this presentation -- and

23  I apologize for going on so long -- and I note that Mr. Davis

24  has family in the courtroom.  His mother is present today.  The

25  people who wrote those letters are here today (indicating).

1    I spent -- Mr. Davis probably doesn't want to remember

2    this, but I spent hours and hours and hours with him.

3    And, honestly, he is a young man of actual, I think,

4    substantial intelligence, substantial ability, substantial

5    potential.

6    He got maybe -- maybe someone in his situation has an

7    incredible ability to resist, to avoid the things he saw around

8    him, to evade that lifestyle.  I think that that's probably a

9    superhuman effort given the level of power that that group

10   exerted on that neighborhood.

11   So he was inculcated in that and he rose into that.

12   Didn't have a father.  His mother's working like crazy to try

13   and raise the family.  He sees the need to be able to try and

14   support the family as best he can, to contribute to that

15   welfare of the family, and he's doing what he knows can help

16   with that.

17   To put him in jail for the rest of his life, again, I

18   think is a huge, huge waste of that potential.

19   The Court has the ability to impose a sentence, the

20   sentence that we've requested, that will keep him away from the

21   public for a substantial period of time.  15 years is an

22   extremely long sentence.

23   But it also gives the ability to get treatment for his

24   bipolar disorder.  I thought it was a remarkable thing that

25   Mr. Davis, when being treated for it and given medication for

1    the bipolar disorder, didn't take it because of the cross-issue

2    with marijuana.  He chose the marijuana.

3          That's unfortunate because I think it would have

4    helped him a great deal.  And he still has the ability to get

5    treatment.  He has the ability to get treatment for that drug

6    issue.

7          But he also has the ability to put that mind to use to

8    get an education, get training, to get a job.

9          And ultimately, the biggest thing, the prize for him

10   and the goal for him is to be back into the community at some

11   point to do for his daughter what his father never did for him.

12         And it's an argument and it's a statement that I've

13   made too many times in this courthouse, and I see it all the

14   time, and I wish it weren't so.  If I could go and roll back

15   time in any of these cases, I would absolutely do it.

16         But this is a man who wants to be there for his

17   daughter.

18         So, Your Honor, I would ask the Court to impose the

19   sentence that Mr. Davis has requested.

20         Again, if he, in fact, poses a danger, that danger can

21   be accounted for.

22         But what certainly is not being accounted for in the

23   sentence that the Government is asking for is the tremendous

24   waste of this person and all that potential that he has to

25   bring.

1          Thank you, Your Honor.

2          **THE COURT:**  Thank you, Mr. Hazlehurst.

3          And before I turn to your client, let me just ask, are

4    there any particular recommendations?

5          **MR. HAZLEHURST:**  Your Honor, Mr. Davis is asking, in

6    particular, to be imprisoned, if possible, in Schuylkill, one

7    of the facilities there.

8          He is interested in trying to get either a commercial

9    driver's license or some electrical -- basically, an

10   electrician's training.

11         But I think, quite honestly, his desire is to do

12   whatever he can, in terms of wherever he goes, to get a trade

13   that will enable him to make a living once he is released,

14   hopefully, from prison.

15         **THE COURT:**  Okay.

16         **MR. HAZLEHURST:**  And, Your Honor, obviously drug

17   counseling and treatment.  And, if possible, RDAP, because I do

18   think that that is a good program.  And if he is given that

19   recommendation, hopefully he will be able to get into that

20   program.

21         **THE COURT:**  Okay.  Ms. Hoffman?

22         **MS. HOFFMAN:**  There are a few points I just wanted to

23   respond to very briefly.

24         One is the argument that Mr. Davis was somehow an

25   unwilling participant in MMP, that, you know, if he was in the

gang, it was only because elders in the neighborhood took over

the neighborhood and he was roped into it by necessity because

he was dealing drugs there.

I think the evidence presented at trial shows that

that is absolutely not the case. I mean, we put on photo after

photo of Mr. Davis on his Instagram page, happily throwing up

M signs, bragging about "Murdaland Mafia, the world is ours."

Talking about mob meetings with mob bosses, jail calls

in which he greeted others with, "What's mobbing?"

I just don't think it's a fair characterization to say

that he was an unwilling participant. I think it was quite the

contrary.

The argument about sentencing disparities, I did want

to just address that very briefly.

Of course, Dante Bailey is worse than Shakeen Davis.

I think that that is indisputable. Mr. Bailey, as proved at

trial, was responsible for either himself committing or

ordering five murders.

However, I don't think that -- Dante Bailey can't

serve, you know, 13 life sentences. He can only serve one life

sentence, and so I don't think it's really a fair comparison.

I do think that Dante Bailey is worse than

Shakeen Davis, but I do also think that a life sentence is

warranted in this case based on the facts of the case and the

danger that the defendant poses.

1          Dontray Johnson, it is true, did plead guilty to 30

2     years.  Obviously, there is a significant benefit that a

3     defendant receives by virtue of pleading guilty.

4          But there are also some special factors.  As

5     Your Honor knows, Mr. Johnson is charged in a separate

6     witness-retaliation case.  The Government plans to seek

7     additional time in that case.

8          And so I don't think that that's a completely fair

9     comparison point either.

10          And then I just would ask Your Honor to disregard the

11     information about plea negotiations.  I don't think it's

12     appropriate to bring up plea negotiations in the course of

13     sentencing.

14          It deters the Government from engaging in any kind of

15     negotiations.  I don't believe that the negotiations were

16     accurately reflected, and so I just would ask Your Honor to

17     disregard that.

18          **THE COURT:**  Mr. Hazlehurst?

19          **MR. HAZLEHURST:**  Your Honor, just in regard to that, I

20     do have the e-mail that states -- and so that is verbatim from

21     the e-mail.

22          And I don't do it -- it's certainly not admissible at

23     trial and it's not something -- but, again, I do think in terms

24     of where we are, vis-à-vis where we were before the trial, it

25     is important and relevant.

           Your Honor, Mr. Davis has asked me specifically also

to just cover the fact that he has been in the

Chesapeake Detention Facility since February 24th of 2017, and

that is a -- is certainly not an easy place to be, because

among other things, in terms of just the normal conditions,

there is a lack of ability to get any sort of educational

opportunities.  There's a lack of the ability to hold a job and

to receive any sort of pay.

           Your Honor, the last thing I would say is, again, I

think that the Government has commented just on the photographs

of Mr. Davis and what he was doing in regard to the throwing up

M's.

           To me, Your Honor, quite frankly, that is evidence of

the sway that that group had over the neighborhood and the

inculcation of that culture, which is something that, again, he

couldn't drive into another neighborhood.  He can't --

couldn't relocate his family.  That's where he lived.

           **THE COURT:**  Sure.  And I did not understand you,

Mr. Hazlehurst, to be suggesting that he was forced into

association with the gang.

           **MR. HAZLEHURST:**  No, Your Honor.  No, no, absolutely

not.  It was simply -- again, I think it was a matter of

culture, but also just the fact that it really was -- there

was -- they held sort of, you know, sway over the neighborhood.

           **THE COURT:**  All right.  Mr. Davis, if there is

1   anything you would like to say before I make a final decision

2   about the sentence, you have the right to do that.  You don't

3   have to.  I assume you're going to appeal in this case, and I

4   won't hold it against you if you don't have anything you want

5   to say.

6           But if you'd like to speak, you have the right to do

7   that.

8           **THE DEFENDANT:**  Of course.  Thank you for this

9   opportunity to speak.

10          And, Your Honor, I would like to start by introducing

11  myself in the proper manner.

12          So good afternoon, Chief Judge Catherine Blake.  My

13  name is Shakeen Davis.

14          As of today, I'm 25 years of age, a proud father of

15  one beautiful 6-year-old daughter.

16          I'm a lifetime resident in Baltimore City in which --

17  where I received my high school diploma.

18          I'm the youngest child of Mrs. Davis, who has raised

19  me alone my entire life.

20          I was born and raised in the area of Forest Park and

21  Windsor Mill in which I resided for two decades.

22          And I just want to thank you for your time and

23  cooperation during the course of our eight-week trial.  And I

24  see you're a very patient individual.  So I promise to keep

25  this as brief as possible.

1          With that being said, let me begin.

2          The Government painted a picture of me at trial with a

3     numerous number of false allegations and assumptions.  The

4     assumptions made against me would make any human being look

5     like an ungodly criminal or Public Enemy Number 1.

6          I state this because not one of the case agents,

7     U.S. State's Attorney's, prosecutors, detectives, or et cetera

8     personally know me or even held a conversation with me to make

9     any judgment of my character whatsoever.

10          The Government portrayed to you and the jurors that

11     I'm a menace to society, which would be wrong and highly

12     prejudiced.

13          Insufficient evidence, untruthful witness testimony,

14     contradicting statements that altered the theory of the

15     Government and so on had a major effect on the outcome of the

16     case against me.  Absolutely no proof beyond a reasonable

17     doubt.

18          Not one storeowner, employee, or civilian citizen

19     testified during the course of this trial.  Only individuals

20     who wanted some type of leniency towards their own sentence.

21          To be completely honest, I feel as though having a

22     jury trial in a conspiracy case makes it merely [sic]

23     impossible to receive a fair trial due to the lack of

24     knowledge -- their lack of knowledge of federal law.

25          Don't get me wrong, I fully understand that I'm far

1   from perfect.  And me being human, I made bad decisions

2   throughout my life.  But none of the decisions I made should

3   have me incarcerated for a decade or decades of my life.

4          Before I went to trial, my lawyer told me it was not

5   on me to prove my innocence, the reason why I didn't take the

6   stand in my own behalf.  But it was on the burden of the

7   Government to prove my guilt in which, in my eyes, they have

8   failed to do on the counts held against me.

9          I don't mean to sound repetitive, but the time I'm

10  receiving today is from assumptions and opinions made by the

11  Government.  Basically, what they think, thought, or believed,

12  not what they know or can prove, which is the utmost unfair,

13  not just to me, but my family and loved ones.

14        These past three years that I've been incarcerated, I

15  missed a large portion of my daughter's life that I can't make

16  up to her.  I sincerely don't want her mother to have to raise

17  her alone.

18        That is why I need to get home to protect and provide

19  for her as a father should.  She doesn't deserve to go through

20  what I had to go through as a child, which Mr. Hazlehurst has

21  stated already.

22        I really want to better myself as a person, but it

23  isn't any programs or trades where I'm currently housed at, so

24  it's been rather difficult to do so.

25        That's the reason why I wish to go to a facility that

1     can help me retain some type of trade or HVAC and/or

2     electrician.

3            And that's all, ma'am.

4            **THE COURT:**  Okay.  Thank you, Mr. Davis.

5            Anything else anybody needs to say at this point?

6            **MR. HAZLEHURST:**  No, Your Honor.  Thank you.

7            **THE COURT:**  All right.  Thank you.

8            I'm going to take a 15-minute recess and I'll come

9     back and give you the sentence.

10     (3:39 p.m.)

11     (Recess taken.)

12     (4:05 p.m.)

13            **THE COURT:**  You can all be seated, please.

14                    Conference at the bench.

15     (It is the policy of this court that every guilty plea and

16     sentencing proceeding include a bench conference concerning

17     whether the defendant is or is not cooperating.)

18            **THE COURT:**  All right.  Well, thank you, all, counsel

19     and the probation officer.

20            As I've said before, sentencing is very difficult.

21     There are a lot of things to consider.  It brings very

22     obviously serious consequences, but it has to recognize very

23     serious behavior.

24            I'm going to explain my reasons and do my best to

25     address the arguments that you all have made.

1      We know what the guidelines are to begin with, from

2  the 292 to the 365 months, plus the additional 60 months on

3  Count 32.

4      That's just one factor.  But I am taking that into

5  account.  I do believe that's a correct calculation.

6      This is an extremely serious set of offenses by

7  Mr. Davis.  There's just no question about that.

8      First of all, as far as Count 1, the RICO, which is

9  obviously related to Count 2, the drug conspiracy, whether

10 Mr. Davis was a completely voluntary, free-choice participant

11 in MMP; whether there were some aspects of that that he

12 couldn't avoid because it was in his neighborhood, frankly, I

13 think it's a little bit beside the point.  I agree with the

14 jury's verdict in this case.

15     But the point that's more important to me is the

16 conduct that he was involved in very clearly, I believe, and

17 the jury found, that he involved himself in selling drugs -- to

18 some extent, that's not disputed -- and the possession of guns,

19 which always creates a risk of violence and in actual violence

20 in furtherance of the drug trafficking and the MMP organization

21 generally.

22     It's clear that, unfortunately, Mr. Davis was doing,

23 as has been said, essentially sort of what he knew how to do,

24 sell drugs and use weapons.

25     The quantity of drugs here, alone, would make this an

extremely serious case.  The jury found -- I believe

correctly -- at least a kilo of heroin and 280 grams of crack

were foreseeable to Mr. Davis.  And we all know that drugs kill

people and destroy people's families.

The second extremely important factor regarding the

seriousness of the offense is both the violence and the risk of

violence that Mr. Davis engaged in.

It's quite clear that he, at various times, carried or

possessed/used a number of loaded weapons, including an AR-15

assault rifle.

I believe it was April 26th of 2016 when he was found

in the car with the stolen Glock and also with the AR-15 and

with a mask.

As the Government indicated earlier, there were also a

number of references in the evidence to Mr. Davis's possession

of that sort of weapon.

We have -- again, I understand Mr. Davis disagrees --

but what I believe was proved, the attempted murder of the two

individuals.

Now, I will agree with Mr. Hazlehurst, there is a

difference between attempted murder and murder.  We can never

know exactly what was in Mr. Davis's mind when he was shooting

at those folks.

But he did not kill anyone; and I think for good

reason, the law treats that differently from a proven

1   first-degree, premeditated murder that has actually taken

2   someone's life.

3           On the other hand, of course, it's extremely violent

4   and risky behavior.  And whatever his intent, it easily could

5   have killed someone in the car or injured a bystander, so it's

6   certainly very serious.

7           I do think that there is a significance -- not

8   amounting, for various reasons, to obstruction of justice --

9   but there's certainly a significance for 3553(a) matters of his

10  being found to have essentially razor blades in his shoes on

11  April 29th of 2019, as he was preparing to be brought into the

12  courthouse.

13          I would certainly find that, at least by a

14  preponderance of the evidence, it would be extremely surprising

15  to me if he did not know that those blades were in the shoes

16  that he was wearing.

17          Precisely what the purpose was in court, in the

18  lockup, or at CDF, or as some sort of protection, I don't know.

19  But it is relevant that he was carrying that kind of contraband

20  in his shoes as late as April of 2019.

21          And that, I think, goes to the real need in this case

22  to deter Mr. Davis specifically.

23          Now, I do understand and agree with Mr. Hazlehurst's

24  point, he's still relatively young.  I don't think it's at a

25  point where one can say that he would never change or he is a

completely hardened criminal.

On the other hand, I have to look at what is the record in front of me so far.

And in 2011, he has a juvenile offense involving a gun.  And we know he had a gun in 2012 and at various points during this case.  I've mentioned the AR-15 in 2016 while he was a fugitive in this case.  He was arrested with a loaded, stolen gun and drugs.  Obviously hadn't been deterred.  And then had the razor blades in 2019.

So I hope he may be able to mature and learn some better judgment, but the record so far is not encouraging.

Now, this is a tragedy for Mr. Davis's family.  And I do consider that obviously he had a hard time growing up.  And he grew up in a neighborhood where his choices were limited and his family circumstances were not what he might have wanted.

And I'm sure he has done good things for his family and his friends and that he cares about his family.  I don't doubt that at all.  And I'm sure he has the intelligence to do something better than what he has been doing.

But I need to balance all that against protecting the public and recognizing the seriousness of this crime and deterring Mr. Davis.

A couple of other points that I don't want to ignore.

Yes, he's been at Chesapeake Detention Facility for a period of time.  That, as I've said before -- because it's

brought up by virtually every defendant -- I understand, the
Court understands that there are problems at CDF, and we have
been trying to do what we can, on an institutional basis, to
address that.

But I don't think it's an appropriate factor to take
into account specifically in terms of a sentence or lowering a
sentence for that reason.

I will also say that I think it is important for a
court to consider relative culpability in sentences that have
been issued to other people and what their conduct represents.
It's a little hard to do here.

Mr. Bailey is in a different category.

Mr. Johnson is in a different category for a number of
reasons, and he did accept responsibility.

I'm not going to specifically address the question of
plea negotiations. I always believe that the Government -- as
well as, of course, the defense counsel -- should be
negotiating in good faith and should have good reasons for
whatever their recommendations are, whether it is before or
after trial.

I believe that a very significant sentence, consistent
with the guidelines, is warranted in this case.

I do not agree with the Government that a life
sentence would be appropriate or proportional to what has been
proved as to Mr. Davis and taking into account his individual

circumstances.

I think the sentence I'm about to announce is lengthy and sufficient without being greater than necessary. And, again, the guidelines are not controlling, but they are one factor that I may consider. And this is a within-guideline sentence.

And that sentence, Mr. Davis, on Count 1 is going to be 25 years in the custody of the Bureau of Prisons. That is 300 months on Count 1.

The same sentence I believe is warranted on Count 2, the drug conspiracy, 25 years, 300 months.

On the other two firearms charges, that's 16 and 30, the maximum is 10 years. That will be a 10-year sentence. This is all concurrent.

On Count Number 31, that is, again, a 25-year sentence, concurrent.

And on Count 32, there will be the required consecutive 60-month sentence.

There is a $100 special assessment on each count that I am imposing.

Mr. Davis's financial circumstances do not permit a fine.

And, of course, I will recommend that he be designated to the facility at Schuylkill and receive some vocational training, as well as participate in any substance abuse

1    treatment program he might be eligible for.

2         That's going to be up to the Bureau of Prisons exactly

3    where he is designated.

4         And tell me what I have left out or the legal

5    objection to the sentence.

6         **MS. HOFFMAN:**  Count 31, Your Honor, I believe the max

7    is 20 years on that count, based on the quantity of drugs.

8         **THE COURT:**  I'm sorry, the max is how much?

9         **MS. HOFFMAN:**  20 years.

10        **THE COURT:**  All right.  I believe it was reflected

11   differently on the presentence report, but I did not --

12        **MS. HOFFMAN:**  I think I failed to catch that in the

13   PSR.

14        It does say "life" in the PSR, but the quantity is --

15   it was just a detectable quantity.

16        **THE COURT:**  You're correct.  Thank you.

17        Then that's 20.  20 years on Count 31.

18        Anything else?

19        **MS. HOFFMAN:**  Just one final note.

20        In light of the Supreme Court's recent decision in

21   Rehaif regarding what's necessary for the Government to prove

22   on 922(g) convictions, I think that the Government will be okay

23   on an appeal.

24        But in case there are any appellate issues, I would

25   ask that the Court find explicitly that the sentence that the

1    Court is imposing on Counts 1 and -- Counts 1, 2, and 32 would

2    be imposed independent of whether the Fourth Circuit determined

3    that the defendant was entitled to a new trial on the 922(g)

4    convictions.

5            **THE COURT:**  I should also make it clear, if I have

6    miscalculated the guidelines, again, they are only one factor,

7    and that would not change my sentence.

8            And absolutely, Counts 16 and 30, if for some reason

9    those 10-year sentences had to be vacated, I would still

10   believe that the 25 years on the other counts, followed by the

11   five years on Count 32, would be reasonable and sufficient

12   without being greater than necessary.

13           Anything else?

14           **MS. HOFFMAN:**  We are moving to dismiss the

15   superseding indictment against Mr. Davis.  He was convicted on

16   the second superseding indictment.

17           **THE COURT:**  Second superseding indictment.  All right.

18   So the superseding would be dismissed.

19           And other than appeal rights, of course, anything,

20   Mr. Hazlehurst?

21           **MR. HAZLEHURST:**  No, Your Honor.  Thank you.

22           **THE COURT:**  All right.  Mr. Davis, as I mentioned, you

23   are aware, you have the right to appeal your convictions and

24   also this sentence.

25           I'm sure Mr. Hazlehurst will assist you in filing that

1    appeal.  It needs to be within 14 days.

2            Do you understand that, sir?

3            **THE DEFENDANT:**  Yes.

4            How do I file a actual appeal?

5            **THE COURT:**  Mr. Hazlehurst will assist you in filing

6    that appeal.

7            You just need to file it in court, state that you're

8    filing an appeal, within 14 days, and your right to appeal will

9    be preserved.

10           **THE DEFENDANT:**  Yes.

11           **THE COURT:**  Okay.  All right.

12           Thank you, all.

13       (Court adjourned at 4:19 p.m.)

14       I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify

15   that the foregoing is a correct transcript from the

16   stenographic record of proceedings in the above-entitled

17   matter.

18                          _____/s/_____

19
                          Douglas J. Zweizig, RDR, CRR, FCRR
20                           Registered Diplomate Reporter
                             Certified Realtime Reporter
21                          Federal Official Court Reporter
                                DATE:  May 18, 2020
22

23

24

25

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

MR. HAZLEHURST: [19]  2/14
2/19 3/4 4/20 4/24 5/4 8/18
12/5 13/21 17/6 19/21 20/23
36/21 48/5 48/16 50/19 51/21
55/6 63/21
MS. HOFFMAN: [25]  2/6 3/15
4/15 6/3 11/14 13/15 14/5
14/22 14/25 15/20 15/22 16/17
19/20 21/17 22/7 22/21 22/24
23/12 23/18 48/22 62/6 62/9
62/12 62/19 63/14
THE COURT: [51]  2/3 2/12
2/17 2/20 3/13 3/21 4/16 4/21
5/3 5/5 8/16 10/4 12/4 12/14
13/19 14/2 14/20 14/24 15/17
15/21 16/3 17/5 18/16 19/23
21/12 21/20 21/22 22/8 22/16
22/23 23/6 23/15 36/19 48/2
48/15 48/21 50/18 51/18 51/25
55/4 55/7 55/13 55/18 62/8
62/10 62/16 63/5 63/17 63/22
64/5 64/11
THE DEFENDANT: [3]  52/8 64/3
64/10
THE PROBATION OFFICER: [2]
22/6 22/15

$
$100 [1]  61/19

/
/s [1]  64/18

0
01 [1]  9/8
0267 [2]  1/4 2/7
0363 [1]  8/3
0479 [2]  6/18 9/2

1
10 [3]  14/23 14/25 61/13
10-year [2]  61/13 63/9
101 [1]  1/24
10th [2]  28/25 39/23
11 [2]  1/8 15/24
12 [2]  29/20 30/13
1202 [1]  3/1
13 [1]  49/20
14 [2]  64/1 64/8
15 [6]  27/23 36/25 46/21 57/9
 57/12 59/6
15-minute [1]  55/8
15s [1]  27/18
16 [4]  5/8 9/8 61/12 63/8
17 [1]  42/2
18 [2]  45/14 64/21
19 [2]  14/21 14/22

2
20 [7]  16/10 30/7 45/14 62/7
 62/9 62/17 62/17
2011 [2]  42/1 59/4
2012 [2]  20/8 59/5
2014 [1]  32/12
2015 [1]  11/3
2016 [8]  14/12 15/1 15/5
 28/25 30/19 34/7 57/11 59/6

2017 [3]  34/17 42/4 51/3
2019 [4]  1/8 58/11 58/20 59/9
2020 [1]  64/21
21201 [1]  1/25
22 [1]  45/14
23 [1]  42/4
23-year-old [1]  42/6
24th [2]  42/3 51/3
25 [6]  7/17 41/25 52/14 61/8
 61/11 63/10
25-year [1]  61/15
25-year-old [1]  43/22
26th [2]  14/11 57/11
27 [1]  7/19
280 grams [1]  57/2
292 [2]  22/11 56/2
29th [1]  58/11
2:23 p.m [1]  2/2
2:30 [1]  29/25
2A [1]  15/11
2E1.1 [1]  20/11

3
30 [11]  5/9 7/17 13/1 13/13
 13/16 13/22 19/16 44/5 50/1
 61/12 63/8
300 [2]  61/9 61/11
30th [1]  11/3
31 [4]  5/10 61/15 62/6 62/17
31st [1]  45/9
32 [10]  5/11 5/12 23/1 23/9
 23/14 36/23 56/3 61/17 63/1
 63/11
33 [2]  11/8 12/18
34 [3]  13/7 19/16 22/2
35 [5]  12/22 19/14 22/1 22/1
 22/3
3553 [9]  22/19 23/22 24/5
 24/11 25/19 28/11 33/2 36/13
 58/9
363 [1]  9/8
365 [2]  22/11 56/2
38 [2]  22/3 22/9
3:07 [3]  31/17 31/24 39/23
3:39 p.m [1]  55/10

4
4194 [2]  28/23 31/17
42 [1]  5/17
43 [10]  5/17 5/18 5/25 6/5
 6/11 7/12 8/12 9/19 10/14
 10/22
48 [1]  11/9
4:05 p.m [1]  55/12
4:19 p.m [1]  64/13
4th [3]  1/24 15/1 16/18

5
5A [1]  30/17
5K2.2 [4]  14/3 14/6 14/8 19/8
5th [1]  29/3

6
6-year-old [1]  52/15
60 [5]  23/3 23/9 23/11 23/13
 56/2
60-month [1]  61/18
6230 [1]  16/4
6th [4]  15/5 16/15 16/17

18/24

7
74 [1]  20/1
76 [1]  20/7
77 [2]  20/8 21/15
78 [1]  20/4
7D [1]  1/9

9
922 [2]  62/22 63/3
924 [2]  5/11 23/1
9th [3]  18/24 29/19 30/19

A
Aanonsen [2]  1/20 2/10
abduct [1]  29/25
abducted [2]  31/18 32/3
ability [13]  9/12 17/16 41/17
 45/11 46/4 46/7 46/19 46/23
 47/4 47/5 47/7 51/6 51/7
able [4]  35/12 46/13 48/19
 59/10
about [8]  3/16 13/11 16/16
 16/24 18/9 19/5 19/6 20/6
 20/16 24/7 24/9 26/7 26/16
 27/20 27/22 28/4 28/16 29/8
 31/12 31/24 32/2 32/13 32/17
 33/18 33/25 34/10 34/21 36/4
 39/15 40/15 40/16 42/13 42/15
 43/22 43/25 49/7 49/8 49/13
 50/11 52/2 56/7 59/17 61/2
above [1]  64/16
above-entitled [1]  64/16
absolute [1]  37/10
absolutely [9]  23/15 41/16
 42/15 45/8 47/15 49/5 51/21
 53/16 63/8
abundant [1]  27/17
abuse [1]  61/25
accept [1]  60/14
accepting [1]  41/4
accordance [2]  22/13
according [1]  11/4
account [4]  20/25 56/5 60/6
 60/25
accounted [2]  47/21 47/22
accurately [2]  15/17 50/16
acknowledge [1]  21/3
acquaintances [1]  31/24
acquittal [3]  2/25 3/10 4/5
across [2]  26/2 26/10
act [1]  20/15
acting [1]  29/23
activity [3]  9/5 34/13 44/24
acts [1]  43/4
actual [8]  6/23 10/16 15/15
 21/17 32/24 46/3 56/19 64/4
actually [8]  3/23 9/4 21/18
 23/3 23/13 26/15 43/3 58/1
add [2]  3/2 22/3
adding [1]  23/3
additional [9]  8/8 11/12
 11/20 13/23 14/5 20/19 35/1
 50/7 56/2
address [9]  6/10 7/11 23/23
 25/15 25/20 49/14 55/25 60/4
 60/15
adds [3]  23/11 32/21 32/23

**A**

adjourned [1]   64/13
adjustment [2]   11/22 14/6
admissible [2]   17/8 50/22
admitted [2]   40/16 44/6
advanced [2]   38/7 39/6
advisory [1]   22/16
aerial [1]   37/12
affinity [1]   28/2
after [9]   22/9 27/8 31/18
  32/5 32/15 35/20 40/11 49/5
  60/20
afternoon [4]   2/3 2/13 2/14
  52/12
again [44]   3/11 5/5 9/14 9/20
  9/22 10/2 11/2 12/6 12/24
  13/8 13/24 18/13 21/2 21/6
  21/24 35/19 38/13 38/17 38/19
  38/23 39/24 40/3 40/20 40/24
  41/13 41/19 42/10 42/17 42/21
  43/1 43/6 44/9 44/11 44/15
  46/17 47/20 50/23 51/9 51/15
  51/22 57/17 61/4 61/15 63/6
against [8]   2/23 33/15 52/4
  53/4 53/16 54/8 59/20 63/15
age [2]   40/18 52/14
Agent [2]   1/20 2/10
agents [1]   53/6
agree [11]   4/22 13/15 13/22
  18/16 22/24 35/8 45/8 56/13
  57/20 58/23 60/23
agreed [2]   5/14 44/5
agreed-upon [1]   44/5
agreement [1]   12/25
ahead [1]   25/14
ain't [1]   31/8
alike [1]   39/12
all [47]   2/12 2/17 2/20 3/13
  3/21 4/3 4/10 5/5 7/22 10/4
  14/3 16/5 19/23 21/22 21/24
  22/8 22/9 22/16 23/16 25/25
  30/16 30/24 32/21 36/19 36/23
  37/22 39/9 42/12 47/13 47/24
  51/25 55/3 55/7 55/13 55/18
  55/18 55/25 56/8 57/3 59/18
  59/20 61/14 62/10 63/17 63/22
  64/11 64/12
allegations [2]   40/6 53/3
alleged [1]   42/1
allegedly [1]   24/18
alleges [1]   26/13
allows [1]   36/17
alluding [1]   9/25
almost [2]   9/16 9/17
alone [5]   29/23 33/1 52/19
  54/17 56/25
already [5]   21/22 25/17 37/23
  38/4 54/21
also [40]   1/19 5/1 5/9 7/21
  9/12 9/20 9/24 17/20 21/10
  23/22 25/8 25/15 26/22 27/5
  27/16 28/1 28/4 30/15 31/14
  32/5 33/25 35/6 36/10 37/25
  38/9 40/9 43/25 44/20 45/2
  46/23 47/7 49/23 50/4 51/1
  51/23 57/12 57/14 60/8 63/5
  63/24
altered [1]   53/14

although [4]   2/21 11/7 11/25
  15/13
always [6]   8/23 18/20 41/18
  42/21 56/19 60/16
am [8]   3/1 8/18 10/16 11/10
  19/12 37/4 56/4 61/20
AMERICA [1]   1/3
among [1]   51/5
amount [1]   43/17
amounting [1]   58/8
annexed [1]   42/18
announce [1]   61/2
another [6]   8/1 13/4 27/4
  39/17 40/25 51/16
answer [7]   10/9 16/9 16/11
  37/17 37/23 37/24 37/25
Antoine [1]   26/8
Antoine Ellis [1]   26/8
any [34]   4/13 4/23 6/10 6/23
  6/25 7/4 7/21 9/25 12/6 12/11
  19/1 19/18 24/12 25/5 26/1
  35/13 35/25 36/1 41/1 41/14
  42/22 43/1 43/3 45/11 47/15
  48/4 50/14 51/6 51/8 53/4
  53/9 54/23 61/25 62/24
anybody [2]   41/11 55/5
anyone [2]   33/15 57/24
anything [10]   3/2 3/14 18/21
  40/21 52/1 52/4 55/5 62/18
  63/13 63/19
apologize [4]   11/16 16/22
  23/6 45/23
apparently [2]   10/8 43/20
appeal [9]   52/3 62/23 63/19
  63/23 64/1 64/4 64/6 64/8
  64/8
appear [2]   11/1 44/4
appeared [1]   37/18
appears [2]   9/8 20/1
appellate [1]   62/24
application [2]   11/23 20/11
applied [1]   14/8
applies [1]   6/11
apply [5]   6/5 7/12 8/12 11/9
  20/14
appropriate [7]   10/22 19/7
  35/9 37/1 50/12 60/5 60/24
appropriateness [1]   10/13
approved [1]   42/25
April [10]   14/11 14/19 15/1
  15/5 16/15 16/17 16/18 57/11
  58/11 58/20
April 26th [2]   14/11 57/11
April 29th [1]   58/11
April 4th [2]   15/1 16/18
April 6th [3]   15/5 16/15
  16/17
AR [5]   27/18 27/23 57/9 57/12
  59/6
AR-15 [4]   27/23 57/9 57/12
  59/6
AR-15s [1]   27/18
are [65]   2/20 3/22 4/12 4/23
  4/24 5/6 6/15 7/16 9/9 10/23
  11/17 11/19 12/25 13/8 13/12
  13/25 14/5 15/10 15/23 16/15
  16/23 17/7 17/9 18/2 18/3
  18/4 18/9 19/18 23/10 26/24
  27/20 28/23 28/25 29/7 29/12

29/15 30/12 30/15 32/16 33/10
  34/9 36/22 37/7 37/8 39/5
  39/17 40/5 40/14 41/10 43/10
  45/25 48/3 48/22 50/4 50/24
  55/21 56/1 60/2 60/19 61/4
  61/4 62/24 63/6 63/14 63/23
area [2]   26/7 52/20
argue [2]   5/22 38/12
argued [1]   29/9
argues [1]   25/22
argument [21]   3/16 7/3 9/17
  9/21 12/6 12/9 12/12 13/10
  21/1 21/5 21/7 21/8 23/17
  36/1 37/21 38/2 38/6 38/10
  47/12 48/24 49/13
arguments [5]   3/6 23/23 25/15
  25/20 55/25
arms [1]   12/1
around [6]   16/8 27/18 27/19
  27/21 30/4 46/7
arrest [1]   34/24
arrested [4]   34/16 34/23 42/3
  59/7
as [99]   4/6 6/14 6/16 7/20
  7/25 8/21 8/22 8/23 9/6 9/20
  9/24 10/20 10/21 10/21 11/8
  11/24 12/11 12/15 12/16 12/22
  13/21 13/22 13/23 14/10 18/21
  19/13 19/14 21/18 21/23 22/7
  22/25 23/1 23/8 23/21 24/7
  24/7 24/15 24/15 24/23 26/6
  26/10 26/13 28/7 29/14 34/4
  34/4 35/3 36/4 36/4 36/17
  36/17 36/22 36/24 37/20 37/22
  39/10 40/4 40/24 41/1 41/4
  41/13 41/23 41/25 42/6 42/8
  42/16 42/24 43/11 43/15 43/23
  44/2 44/24 45/16 46/14 49/16
  50/4 52/14 52/25 52/25 53/21
  54/19 54/20 54/22 55/20 56/8
  56/8 56/23 57/14 58/11 58/18
  58/20 58/20 59/25 60/16 60/17
  60/25 61/25 61/25 63/22
aside [2]   4/12 24/11
ask [8]   22/12 36/16 37/22
  47/18 48/3 50/10 50/16 62/25
asked [8]   26/2 26/16 26/19
  29/4 37/12 40/25 45/12 51/1
asking [9]   11/11 11/12 11/17
  11/20 17/23 35/17 36/22 47/23
  48/5
aspect [1]   13/20
aspects [1]   56/11
assault [5]   20/2 24/20 25/14
  27/18 57/10
assault rifle [1]   57/10
assault rifles [1]   27/18
assessed [2]   20/1 20/3
assessing [1]   38/6
assessment [1]   61/19
assign [1]   5/25
assigning [2]   5/18 10/13
assignment [1]   5/16
assist [2]   63/25 64/5
Assistant [1]   1/16
associated [1]   40/1
association [1]   51/20
assume [3]   15/17 21/23 52/3
assumes [1]   19/1

**A**

assuming [2]   21/13 41/3
assumptions [3]   53/3 53/4
  54/10
ATF [2]   1/20 2/10
attempt [2]   12/17 41/15
attempted [13]   6/25 7/22 8/4
  10/24 19/14 24/9 25/17 25/18
  33/23 36/7 43/18 57/18 57/21
attempting [1]   41/16
attempts [1]   35/23
attention [1]   37/10
Attorney's [1]   53/7
attorneys [2]   1/16 37/22
attributable [1]   18/9
attribute [1]   18/6
August [6]   28/25 29/3 29/19
  30/19 32/12 39/23
August 10th [2]   28/25 39/23
August 5th [1]   29/3
August 9th [2]   29/19 30/19
AUSA [1]   2/9
automatic [1]   38/18
Avenue [1]   42/11
avoid [2]   46/7 56/12
aware [6]   3/1 3/21 10/16
  22/19 40/14 63/23
away [1]   46/20

**B**

B-A-Z-E-M-O-R-E [1]   9/3
back [9]   16/7 19/24 25/1
  29/12 29/15 29/21 47/10 47/14
  55/9
bad [2]   35/3 54/1
bag [2]   27/24 29/2
Bailey [10]   43/15 43/16 43/18
  43/19 43/23 49/15 49/16 49/19
  49/22 60/12
balance [1]   59/20
ball [1]   26/3
Baltimore [3]   1/9 1/25 52/16
Baltimore City [1]   52/16
Banks [4]   27/2 27/3 27/7
  27/13
Barronette [1]   9/12
base [4]   13/16 26/5 26/5
  37/15
baseball [3]   25/24 26/4 26/11
based [15]   4/2 6/4 10/19
  11/18 12/25 14/6 16/25 18/17
  19/8 19/14 30/3 32/5 33/12
  49/24 62/7
bases [1]   3/17
basically [5]   7/12 8/15 18/8
  48/9 54/11
basis [1]   60/3
Bazemore [1]   9/3
be [59]   2/3 2/17 3/7 9/8 9/18
  9/18 12/18 12/23 13/3 13/6
  13/16 14/3 16/23 18/10 19/13
  20/18 20/21 20/22 21/1 22/2
  22/5 25/7 25/22 34/2 36/15
  37/18 43/11 44/11 44/18 45/13
  46/13 47/10 47/16 47/21 48/6
  48/19 51/4 51/19 53/11 53/21
  55/13 58/11 58/14 59/10 60/17
  60/24 61/8 61/13 61/17 61/23

62/1 62/2 62/22 63/2 63/9
  63/11 63/18 64/1 64/9
bears [1]   25/19
beautiful [1]   52/15
because [28]   6/6 8/13 9/17
  11/22 13/4 13/5 17/25 24/18
  27/11 28/17 32/10 34/20 37/5
  38/4 41/17 43/4 45/5 45/9
  45/18 47/1 47/3 48/17 49/1
  49/2 51/4 53/6 56/12 59/25
becomes [1]   40/13
beef [1]   33/18
been [24]   3/16 8/21 8/23 10/2
  17/11 20/6 25/11 35/14 38/20
  38/21 38/23 41/7 42/21 45/6
  51/2 54/14 54/24 56/23 59/8
  59/19 59/24 60/3 60/10 60/24
before [18]   1/11 9/11 12/9
  16/18 19/10 22/21 28/13 30/16
  30/19 31/14 37/1 48/3 50/24
  52/1 54/4 55/20 59/25 60/19
began [1]   42/1
begin [2]   53/1 56/1
beginning [1]   45/5
behalf [5]   2/8 2/15 19/21
  37/21 54/6
behavior [4]   34/5 35/3 55/23
  58/4
behind [2]   34/23 41/18
behold [1]   27/9
being [5]   5/7 18/22 20/19
  22/2 39/15 42/24 43/22 46/25
  47/22 53/1 53/4 54/1 58/10
  61/3 63/12
belief [1]   35/14
believable [1]   36/2
believe [42]   3/4 3/20 4/24
  5/23 6/3 6/7 9/7 9/11 9/20
  9/22 9/25 10/2 17/2 17/3
  17/10 18/7 19/16 21/3 21/8
  22/7 23/24 23/25 24/3 24/3
  24/5 37/1 42/4 43/10 44/13
  44/24 50/15 56/5 56/15 57/1
  57/11 57/18 60/16 60/21 61/10
  62/6 62/10 63/10
believed [4]   25/23 28/18
  43/11 54/11
believes [1]   38/7
belonged [1]   41/7
bench [2]   55/14 55/16
benefit [1]   50/2
beside [1]   56/13
best [2]   46/14 55/24
better [5]   15/10 15/25 54/22
  59/11 59/19
between [13]   7/17 18/23 18/24
  24/12 28/14 28/22 29/13 30/15
  38/10 38/15 39/2 40/8 57/21
beyond [6]   4/1 6/13 28/8 39/6
  44/20 53/16
BGF [1]   7/23
big [2]   28/18 30/2
bigger [1]   7/23
biggest [1]   44/9
bipolar [2]   46/24 47/1
bipolar disorder [2]   46/24
  47/1
bit [6]   19/24 24/15 29/22
  29/22 37/17 56/13

black [1]   29/6
blade [4]   11/18 35/6 40/24
  41/10
blades [5]   35/23 41/5 58/10
  58/15 59/9
BLAKE [1]   1/11 52/12
blank [2]   17/15 38/18
blindfold [1]   30/1
bodily [7]   11/12 11/22 12/11
  12/13 12/19 17/13 19/15
bones [1]   40/15
born [1]   52/20
bosses [1]   49/8
both [10]   17/1 19/13 22/18
  23/4 23/11 27/1 28/24 38/24
  44/8 57/6
box [5]   8/3 8/4 8/23 9/4 9/6
boy [2]   16/24 17/3
BP [1]   26/3
bragging [2]   33/15 49/7
brags [1]   32/17
Bredar [8]   6/18 7/5 7/11 7/18
  8/2 8/5 8/6 10/5
Bredar's [1]   8/10
bridging [1]   40/7
brief [1]   52/25
briefly [3]   37/2 48/23 49/14
bring [2]   47/25 50/12
brings [1]   55/21
bro [4]   30/21 30/25 31/3 31/9
broad [1]   24/24
brought [2]   58/11 60/1
brutal [1]   33/8
bullets [1]   24/25
burden [1]   54/6
Bureau [2]   61/8 62/2
busy [2]   24/23 25/10
buying [1]   18/4
bystander [1]   58/5

**C**

calculated [4]   13/16 13/17
  24/2 43/12
calculating [1]   5/13
calculation [2]   22/25 56/5
call [14]   2/5 24/1 24/3 27/5
  27/9 27/14 31/16 31/19 31/20
  32/10 32/11 39/23 39/24 44/16
Call J5 [1]   32/11
called [2]   24/4 32/11
calling [5]   31/20 31/22 31/23
  32/1 32/2
calls [9]   24/6 27/20 28/22
  28/24 29/20 30/13 32/12 35/12
  49/8
came [5]   30/17 34/23 35/21
  40/12 44/16
camera [2]   15/14 16/23
can [27]   2/3 2/17 3/11 5/22
  10/6 10/20 15/16 18/10 18/17
  20/17 21/24 25/5 25/6 26/7
  26/20 34/4 46/14 46/15 47/20
  48/12 49/20 54/12 55/1 55/13
  57/21 58/20 60/3
can't [7]   10/19 18/25 25/22
  26/17 49/19 51/16 54/15
cannot [1]   9/18
car [14]   11/4 12/13 24/20
  24/23 25/13 25/14 27/8 27/10

**C**

car... [6]  29/24 29/24 30/8 38/11 57/12 58/5
care [1]  29/6
career [1]  18/2
carefully [1]  10/7
cares [1]  59/17
carried [2]  10/2 57/8
carry [2]  34/15 36/13
carrying [1]  58/19
cars [2]  25/9 25/12
case [47]  1/4 2/5 2/7 6/5 6/19 6/24 7/15 8/1 8/3 8/9 8/19 9/4 9/11 9/15 10/9 17/12 23/20 23/25 34/7 36/12 36/14 39/6 42/6 43/10 43/14 43/17 44/1 44/21 45/6 45/10 45/11 49/5 49/24 49/24 50/6 50/7 52/3 53/6 53/16 53/22 56/14 57/1 58/21 59/6 59/7 60/22 62/24
cases [5]  6/10 6/15 8/20 10/5 47/15
casually [1]  31/23
catch [1]  62/12
category [5]  20/21 22/10 42/9 60/12 60/13
Category III [2]  20/21 42/9
CATHERINE [2]  1/11 52/12
Catherine Blake [1]  52/12
caught [1]  27/19
causation [2]  17/24 18/22
CCB [2]  1/4 2/7
CCB-16-0267 [2]  1/4 2/7
CDF [2]  58/18 60/2
cell [7]  14/11 15/11 28/24 29/1 30/3 30/17 32/15
cell phone [2]  14/11 32/15
cell phones [2]  28/24 29/1
cell site [1]  30/3
CELL-2A [1]  15/11
CELL-5A [1]  30/17
certain [3]  11/4 20/12 20/13
certainly [13]  5/22 13/21 19/6 42/6 42/23 44/4 44/25 47/22 50/22 51/4 58/6 58/9 58/13
Certified [1]  64/20
certify [1]  64/14
cetera [1]  53/7
chance [2]  4/18 10/7
change [4]  11/16 45/19 58/25 63/7
changed [1]  45/20
changing [1]  27/7
character [1]  53/9
characterization [1]  49/10
charge [1]  40/14
charged [2]  6/21 50/5
charges [3]  34/14 35/22 61/12
check [3]  8/4 8/23 20/17
checked [1]  8/3
checks [1]  8/13
Chesapeake [2]  51/3 59/24
Chesapeake Detention [2]  51/3 59/24
Chief [1]  52/12
Chief Judge [1]  52/12

child [2]  52/18 54/20
choice [1]  56/10
choices [1]  59/14
chopper [1]  27/22
chose [1]  47/2
Christian [2]  1/20 2/10
Christian Aanonsen [2]  1/20 2/10
Christina [2]  1/15 2/8
Christina Hoffman [2]  1/15 2/8
Circuit [2]  6/10 63/2
circumstances [7]  7/16 10/7 20/14 44/15 59/15 61/1 61/21
cite [1]  9/2
citizen [1]  53/18
City [1]  52/16
civilian [1]  53/18
clear [10]  5/24 26/24 32/21 35/18 35/19 37/5 39/4 56/22 57/8 63/5
clearly [10]  7/8 10/13 15/7 26/9 26/20 29/17 30/12 32/24 39/13 56/16
client [4]  4/18 7/6 12/15 48/3
close [1]  3/10
closing [3]  37/21 38/2 40/16
cocaine [2]  5/10 34/19
code [1]  32/19
coded [1]  32/13
coincidence [1]  27/25
color [1]  27/8
come [3]  22/3 35/12 55/8
comes [2]  13/24 17/15
comment [1]  13/19
commented [1]  51/10
commercial [1]  48/8
commit [5]  25/16 25/18 33/7 33/7 43/4
commits [1]  24/16
committing [2]  33/21 49/17
commonly [1]  15/2
communicating [1]  29/17
community [1]  47/10
comparison [3]  6/16 49/21 50/9
complete [1]  25/2
completed [1]  6/23
completely [4]  50/8 53/21 56/10 59/1
complicated [1]  16/22
concerning [1]  55/16
concerns [1]  4/13
concrete [2]  7/9 7/9
concurrent [2]  61/14 61/16
conditions [1]  51/5
conduct [15]  7/8 20/12 24/7 24/13 24/15 25/6 33/12 36/3 38/10 38/15 40/11 42/23 42/24 56/16 60/10
conference [2]  55/14 55/16
conferred [2]  15/19 21/21
connected [3]  7/4 10/17 10/17
consecutive [5]  23/3 23/9 23/13 36/24 61/18
consequences [1]  55/22
consider [6]  22/17 42/16 55/21 59/13 60/9 61/5

consistent [1]  60/21
consolidated [1]  2/25
conspiracy [16]  5/7 5/8 6/4 6/15 6/21 7/23 8/1 8/20 12/24 13/4 28/10 33/22 42/1 53/22 56/9 61/11
contained [2]  14/12 17/15
context [2]  20/12 43/14
continued [2]  34/14 34/15
contraband [1]  58/19
contradicting [1]  53/14
contrary [2]  36/1 49/12
contribute [1]  46/14
controlling [1]  61/4
conversation [3]  28/14 28/20 53/8
converted [1]  13/17
convicted [2]  7/8 63/15
conviction [9]  5/15 20/7 20/14 20/19 21/3 21/4 21/4 21/15 21/18
convictions [4]  5/6 62/22 63/4 63/23
cooperate [2]  44/3 44/4
cooperating [1]  55/17
cooperation [1]  52/23
correct [11]  16/6 20/16 21/1 21/25 22/6 22/7 37/25 43/24 56/5 62/16 64/15
correctly [4]  11/10 13/15 20/10 57/2
corroborate [2]  26/25 27/4
corroborated [1]  27/5
corroborates [1]  27/25
corroborative [1]  27/13
could [5]  21/15 26/9 35/11 47/14 58/4
couldn't [8]  25/21 25/23 27/14 27/14 38/1 51/16 51/17 56/12
counsel [8]  2/9 5/22 12/25 15/19 21/21 45/10 55/18 60/17
counsel's [1]  7/2
counseling [1]  48/17
count [27]  5/7 5/7 5/8 5/9 5/10 5/11 5/12 22/24 22/25 22/25 23/1 23/9 23/14 36/23 56/3 56/8 56/9 61/7 61/9 61/10 61/15 61/17 61/19 62/6 62/7 62/17 63/11
Count 1 [5]  5/7 22/25 56/8 61/7 61/9
Count 16 [1]  5/8
Count 2 [4]  5/7 22/25 56/9 61/10
Count 30 [1]  5/9
Count 31 [3]  5/10 62/6 62/17
Count 32 [9]  5/11 5/12 23/1 23/9 23/14 36/23 56/3 61/17 63/11
Count Number 31 [1]  61/15
counted [1]  20/13
counts [9]  2/24 5/14 5/14 36/23 54/8 63/1 63/1 63/8 63/10
Counts 1 [3]  5/14 63/1 63/1
Counts 16 [1]  63/8
coupe [1]  27/11
couple [2]  30/23 59/23

**C**

course [17]   3/19 4/7 10/4
 29/13 29/16 29/20 33/10 33/23
 49/15 50/12 52/8 52/23 53/19
 58/3 60/17 61/23 63/19
court [34]   1/1 1/24 3/5 5/2
 9/12 17/20 17/23 18/11 18/14
 21/1 21/10 33/3 34/4 36/16
 36/22 36/23 40/25 42/5 43/11
 44/2 44/2 44/22 45/4 46/19
 47/18 55/15 58/17 60/2 60/9
 62/25 63/1 64/7 64/13 64/21
Court's [2]   28/5 62/20
courthouse [2]   47/13 58/12
courtroom [4]   1/9 39/9 41/14
 45/24
cover [1]   51/2
CR [1]   21/18
crack [2]   5/10 34/19 57/2
crack cocaine [2]   5/10 34/19
crazy [1]   46/12
creates [1]   56/19
credibility [1]   26/23
credit [1]   20/25
crime [2]   5/12 59/21
criminal [14]   1/4 19/11 19/24
 20/21 22/10 34/13 41/24 42/7
 42/8 42/23 42/23 43/4 53/5
 59/1
cross [5]   5/19 17/21 26/15
 38/3 47/1
cross-examination [1]   17/21
cross-examine [2]   26/15 38/3
cross-issue [1]   47/1
cross-reference [1]   5/19
crowded [1]   34/18
CRR [3]   1/23 64/14 64/19
crucial [1]   31/21
culpability [2]   33/4 60/9
culpable [1]   24/15
culture [2]   51/15 51/23
current [1]   20/4
currently [1]   54/23
custody [1]   61/8
customer [12]   14/14 14/17
 15/1 15/3 15/4 15/7 15/8 16/2
 16/19 16/20 16/24 16/25
customers [1]   14/13
cut [1]   39/22
cuts [1]   12/1

**D**

D.G [2]   10/25 24/10
D.J [3]   10/24 24/10 24/25
danger [6]   35/1 35/19 41/21
 47/20 47/20 49/25
Dante [5]   43/15 43/23 49/15
 49/19 49/22
Dante Bailey [5]   43/15 43/23
 49/15 49/19 49/22
DATE [1]   64/21
daughter [3]   47/11 47/17
 52/15
daughter's [1]   54/15
DAVIS [95]   1/5 2/7 2/15 2/21
 5/19 5/23 9/23 10/16 11/4
 12/7 12/17 13/5 14/11 14/17
 14/25 15/6 15/8 16/19 17/1

 18/9 19/21 21/2 28/14 28/20
 29/3 29/10 29/15 29/19 30/16
 30/20 30/24 31/3 31/5 31/7
 31/21 31/22 32/1 32/2 32/7
 32/9 32/11 32/12 32/13 32/16
 32/22 33/11 34/8 37/21 38/13
 38/20 38/21 38/23 39/4 39/18
 40/1 40/10 40/16 41/15 41/23
 41/25 42/20 43/1 43/14 44/9
 44/13 44/25 45/7 45/20 45/23
 46/1 46/25 47/19 48/5 48/24
 49/6 49/15 49/23 51/1 51/11
 51/25 52/13 52/18 55/4 56/7
 56/10 56/22 57/3 57/7 57/17
 58/22 59/22 60/25 61/7 63/15
 63/22
Davis's [11]   2/11 6/1 18/24
 28/23 31/17 33/4 43/6 57/15
 57/22 59/12 61/21
day [8]   14/16 29/20 30/13
 30/16 30/19 31/14 35/24 40/17
daylight [1]   24/24
days [7]   15/6 16/18 28/13
 29/13 29/16 64/1 64/8
deadly [1]   36/8
deaf [1]   29/15
deal [4]   2/22 10/6 34/14 47/4
dealer [3]   32/3 32/8 40/21
dealers [1]   32/17
dealing [2]   42/23 49/3
deals [1]   14/22
death [2]   25/7 33/13
decade [1]   54/3
decades [2]   52/21 54/3
decision [2]   52/1 62/20
decisions [2]   54/1 54/2
defendant [27]   1/6 1/17 6/13
 6/20 7/19 7/20 7/21 8/5 24/15
 25/13 25/16 27/7 27/10 27/18
 28/6 28/14 33/20 34/2 35/1
 35/18 36/8 36/14 49/25 50/3
 55/17 60/1 63/3
defendant's [4]   24/7 24/12
 24/14 28/2
defendants [1]   41/14
defense [3]   4/8 7/2 60/17
degree [11]   5/25 8/24 8/25
 9/4 9/6 9/10 9/10 9/14 9/14
 10/21 58/1
demonstrated [2]   36/14 38/2
deny [1]   4/4
depart [1]   19/7
departure [2]   17/12 18/17
deserve [1]   54/19
designated [2]   61/23 62/3
desire [1]   48/11
destroy [1]   57/4
detectable [1]   62/15
detectives [1]   53/7
Detention [2]   51/3 59/24
deter [2]   34/13 58/22
determined [1]   63/2
deterred [4]   34/3 35/5 36/15
 59/8
deterring [1]   59/22
deters [1]   50/14
detox [4]   15/9 15/25 18/8
 18/23
did [35]   3/9 6/9 6/9 6/13

 6/22 7/11 7/11 7/13 7/23 8/4
 8/5 9/4 9/5 12/1 12/17 12/20
 23/20 25/2 25/18 25/25 27/11
 34/22 34/23 35/11 38/25 44/18
 44/24 47/11 49/13 50/1 51/18
 57/24 58/15 60/14 62/11
didn't [19]   21/4 25/16 26/5
 26/14 27/2 27/3 34/12 34/13
 37/17 38/3 39/1 44/3 44/4
 44/4 44/24 45/18 46/12 47/1
 54/5
died [1]   38/16
difference [6]   24/12 38/10
 38/15 38/16 39/2 57/21
different [8]   11/15 18/5
 26/24 28/25 33/19 39/21 60/12
 60/13
differently [3]   24/2 57/25
 62/11
difficult [2]   54/24 55/20
diploma [1]   52/17
Diplomate [1]   64/20
direct [1]   26/2
directed [1]   13/6
directly [4]   6/10 29/10 29/11
 43/17
disagree [1]   12/14
disagreement [1]   20/6
disagrees [1]   12/14
discussed [3]   14/10 35/13
 35/14
discussing [1]   5/6
dismiss [1]   63/14
dismissed [1]   63/18
disorder [2]   46/24 47/1
disparities [1]   49/13
disposable [1]   41/10
disposable razor [1]   41/10
disproportionate [1]   44/11
dispute [1]   5/16
disputed [1]   56/18
disputes [1]   19/19
disregard [2]   50/10 50/17
distinct [1]   39/8
distribute [1]   5/10
distribution [1]   34/19
district [3]   1/1 1/1 6/16
DIVISION [1]   1/2
do [53]   2/5 4/22 5/15 6/3 6/5
 8/10 8/20 13/19 13/25 14/3
 15/13 17/13 19/10 19/11 20/22
 21/1 21/17 23/24 24/3 31/19
 34/3 37/7 38/13 38/25 41/17
 42/24 47/11 47/15 48/11 48/17
 49/22 49/23 50/20 50/22 50/23
 52/2 52/6 54/8 54/24 55/24
 56/5 56/23 58/7 58/23 59/13
 59/18 60/3 60/11 60/23 61/21
 64/2 64/4 64/14
document [3]   3/1 15/14 16/23
Document 1202 [1]   3/1
does [10]   12/7 12/15 18/6
 21/2 21/3 40/21 43/14 44/14
 44/14 62/14
doesn't [12]   29/10 29/11
 29/18 33/3 35/22 39/18 39/22
 40/21 42/9 43/23 46/1 54/19
doing [7]   6/9 30/22 40/20
 46/15 51/11 56/22 59/19

**D**

don't [46]   4/15 9/22 10/2
  10/6 10/19 12/11 17/16 18/11
  18/17 18/20 18/21 19/20 21/8
  25/5 31/23 35/16 35/24 39/5
  39/25 40/2 40/20 42/24 41/1 41/5
  41/8 41/19 41/19 41/23 43/2
  43/16 49/10 49/19 49/21 50/8
  50/11 50/15 50/22 52/2 52/4
  53/25 54/9 54/16 58/18 58/24
  59/17 59/23 60/5
done [4]   10/5 10/14 35/25
  59/16
Dontray [3]   44/1 44/1 50/1
Dontray Johnson [3]   44/1 44/1
  50/1
doors [1]   32/18
doubt [8]   3/25 4/2 6/13 25/5
  28/8 42/15 53/17 59/18
Douglas [3]   1/23 64/14 64/19
down [4]   30/23 33/18 35/21
  37/14
drive [2]   30/4 51/16
driver's [1]   48/9
drug [21]   5/12 12/24 13/17
  14/13 14/14 14/17 15/7 16/2
  18/1 30/5 32/3 32/8 32/13
  32/17 40/21 42/23 47/5 48/16
  56/9 56/20 61/11
drug-trafficking [1]   5/12
drugs [24]   13/2 13/11 15/2
  15/4 15/7 15/8 18/2 18/4 18/9
  18/24 28/18 28/19 34/14 36/9
  40/16 40/17 40/23 49/3 56/17
  56/24 56/25 57/3 59/8 62/7
dub [1]   16/13
due [1]   53/23
dumb [2]   25/2 27/12
during [8]   12/3 37/21 38/2
  42/13 44/23 52/23 53/19 59/6

**E**

e-mail [3]   45/9 50/20 50/21
each [2]   26/25 61/19
earlier [2]   16/23 57/14
ears [1]   29/15
easily [1]   58/4
easy [2]   38/25 51/4
echelons [1]   44/10
education [1]   47/8
educational [1]   51/6
effect [1]   53/15
effort [1]   46/9
eight [1]   52/23
eight-week [1]   52/23
either [8]   8/19 8/23 13/5
  38/24 42/24 48/8 49/17 50/9
elaborate [1]   30/10
elders [2]   39/9 49/1
electrical [1]   48/9
electrician [1]   55/2
electrician's [1]   48/10
elicited [1]   34/20
eligible [1]   62/1
Ellis [1]   26/8
else [4]   31/25 55/5 62/18
  63/13
emphasis [1]   40/10

employee [1]   53/18
enable [1]   48/13
encouraging [1]   59/11
end [5]   3/11 18/3 23/3 23/4
  23/4
endangered [1]   25/8
ended [4]   15/9 15/25 18/7
  18/7
ending [1]   16/4
Enemy [1]   53/5
engaged [3]   40/10 42/22 57/7
engaging [1]   50/14
enhancement [4]   11/11 11/18
  13/25 35/9
enough [2]   40/3 41/20
entails [1]   38/11
entered [1]   21/18
entire [1]   52/19
entitled [2]   63/3 64/16
equivalent [1]   19/1
especially [1]   44/18
Esquire [3]   1/15 1/15 1/18
essence [1]   9/16
essentially [8]   5/14 5/19
  9/17 25/22 45/12 45/14 56/23
  58/10
et [1]   53/7
et cetera [1]   53/7
evade [1]   46/8
evaluate [2]   18/21 19/3
even [12]   6/21 10/2 18/6
  20/12 33/3 35/4 35/20 35/21
  40/2 42/8 44/23 53/8
ever [2]   39/25 43/2
every [3]   24/15 55/15 60/1
everyone [2]   2/3 5/13 21/24
evidence [53]   3/6 3/10 3/17
  3/23 4/1 4/2 5/24 6/22 6/24
  7/3 8/7 9/13 9/21 9/22 9/25
  10/17 10/19 12/7 12/15 12/16
  14/7 17/10 17/11 18/14 19/5
  27/17 28/1 28/6 28/11 32/5
  32/21 35/1 35/16 35/18 37/4
  37/6 37/10 38/6 38/19 38/22
  39/5 41/1 41/20 43/1 43/3
  43/17 45/18 45/19 49/4 51/13
  53/13 57/15 58/14
evidentiary [1]   9/21
exactly [4]   26/1 31/11 57/22
  62/2
examination [3]   17/20 17/21
  44/23
examine [2]   26/15 38/3
examining [1]   37/11
exchange [1]   16/17
exchanged [1]   29/20
exchanges [1]   16/24
exchanging [1]   30/13
exerted [1]   46/10
exhibit [4]   15/11 21/18 21/23
  30/17
Exhibit CR-2 [1]   21/18
existed [1]   27/14
expect [1]   37/17
expected [1]   25/7
experience [2]   18/1 25/12
explain [1]   55/24
explicitly [3]   35/13 35/13
  62/25

extent [6]   19/3 19/5 25/19
  39/15 40/13 56/18
extremely [8]   34/3 36/4 46/22
  56/6 57/1 57/5 58/3 58/14
eyes [1]   54/7

**F**

face [3]   20/13 35/15 35/15
faces [2]   7/6 7/7
facilities [1]   48/7
facility [4]   51/3 54/25 59/24
  61/24
facing [2]   34/13 35/21
fact [21]   4/22 6/24 9/9 11/6
  12/2 12/19 18/3 26/9 29/12
  30/10 30/12 34/16 38/23 38/24
  39/16 40/10 40/14 44/16 47/20
  51/2 51/23
factor [6]   22/17 56/4 57/5
  60/5 61/5 63/6
factors [3]   23/22 36/11 50/4
facts [6]   4/23 7/12 14/23
  23/19 35/10 49/24
factual [1]   24/7
failed [2]   54/8 62/12
fair [4]   49/10 49/21 50/8
  53/23
faith [3]   40/25 41/12 60/18
fall [1]   7/8
falling [1]   29/15
false [1]   60/1
familiar [1]   8/18
families [1]   57/4
family [11]   29/6 45/24 46/13
  46/14 46/15 51/17 54/13 59/12
  59/15 59/16 59/17
far [5]   19/12 53/25 56/8 59/3
  59/11
father [4]   46/12 47/11 52/14
  54/19
FCRR [3]   1/23 64/14 64/19
February [3]   34/17 42/3 51/3
February 24th [2]   42/3 51/3
federal [5]   1/24 35/20 40/14
  53/24 64/21
feds [1]   34/10
feel [1]   53/21
feeling [1]   39/8
fellow [1]   24/19
few [2]   28/13 48/22
field [3]   25/24 26/4 26/10
fields [2]   26/3 26/11
file [2]   64/4 64/7
filing [3]   63/25 64/5 64/8
final [1]   35/24 52/1 62/19
finally [3]   22/9 27/16 34/16
financial [1]   61/21
find [7]   6/10 9/9 10/19 18/10
  28/5 58/13 62/25
finding [9]   7/5 9/18 10/20
  12/17 17/23 18/15 18/17 19/12
  20/1
findings [1]   22/14
fine [2]   21/23 61/22
finger [1]   37/14
fire [5]   15/1 16/20 16/21
  17/3 30/9
firearm [2]   5/9 5/9
firearms [5]   13/4 13/23 28/2

**F**

firearms... [2]   33/15 61/12
fired [1]   24/22
first [18]   2/22 5/14 5/16
  5/25 6/17 8/24 9/4 9/10 9/14
  10/21 24/9 25/25 26/5 28/12
  29/3 34/5 56/8 58/1
first-degree [1]   58/1
first-degree murder [6]   5/25
  8/24 9/4 9/10 9/14 10/21
five [7]   5/14 20/20 23/3 36/6
  36/24 49/18 63/11
five-year [1]   36/24
flaunting [1]   33/15
fled [2]   34/8 34/8
floor [2]   1/24 32/19
focus [1]   23/22
folks [1]   57/23
follow [1]   37/22
followed [1]   63/10
force [1]   34/22
forced [1]   51/19
foregoing [1]   64/15
forensic [2]   38/19 38/22
foreseeability [5]   8/21 9/13
  9/24 28/21 39/20
foreseeable [13]   5/23 6/6 6/8
  6/12 6/20 8/14 9/5 10/15 28/9
  32/22 32/25 33/11 57/3
Forest [2]   42/11 52/20
Forest Park [1]   52/20
Forest Park Avenue [1]   42/11
formed [1]   24/17
forth [8]   4/25 16/7 17/11
  19/24 29/13 29/16 38/17 41/3
fortunately [1]   11/7
forward [1]   3/17
found [19]   6/6 6/7 6/12 6/19
  8/6 8/13 8/22 14/18 25/17
  29/24 38/21 39/20 41/2 41/6
  41/10 56/17 57/1 57/11 58/10
foundation [1]   17/22
Fourth [2]   6/10 63/2
Fourth Circuit [2]   6/10 63/2
FR [1]   31/5
frankly [11]   3/4 17/25 18/25
  37/16 37/20 37/24 39/10 39/21
  42/14 51/13 56/12
Frazier [25]   27/10 28/15
  28/16 28/23 29/4 29/5 29/14
  29/19 29/23 30/11 30/15 30/20
  30/21 30/23 31/3 31/7 31/9
  31/16 31/20 31/21 32/6 32/8
  32/11 39/5 39/17
Frazier's [3]   28/24 30/3 43/7
free [1]   56/10
free-choice [1]   56/10
Friday [1]   1/8
friend [1]   27/23
friends [4]   27/20 39/5 39/14
  59/17
FRL [1]   31/9
front [4]   6/18 8/1 39/9 59/3
Frye [1]   45/6
fugitive [7]   34/5 34/9 34/10
  34/12 35/4 40/11 59/7
full [1]   35/20
fully [1]   53/25

**G**

G35 [1]   27/11
gang [11]   24/19 33/5 33/6
  33/20 33/24 36/5 40/22 42/24
  42/25 49/1 51/20
gang's [1]   33/12
gap [1]   40/7
Garner [1]   1/20 20/24 21/11
gas [2]   26/8 26/10
gave [1]   8/24
general [2]   3/16 9/21
generally [2]   26/22 56/21
Gerald [1]   9/7
get [19]   19/10 22/21 27/23
  30/5 30/24 31/3 37/1 46/23
  47/4 47/5 47/8 47/8 47/8 48/8
  48/12 48/19 51/6 53/25 54/18
gets [5]   15/6 24/8 32/14
  33/16 36/4
getting [3]   29/17 31/13 31/14
GGs [1]   30/22
give [5]   10/6 20/23 22/10
  31/10 55/9
given [6]   30/10 36/14 44/19
  46/9 46/25 48/18
gives [2]   27/17 46/23
Glock [1]   57/12
go [7]   18/8 41/16 45/21 47/14
  54/19 54/20 54/25
goal [1]   47/10
goes [5]   33/4 33/15 39/6
  40/20 44/20 48/12 58/21
going [20]   12/5 17/25 23/19
  23/19 27/2 27/3 29/12 29/18
  32/2 34/2 37/4 38/13 44/18
  45/23 52/3 55/8 55/24 60/15
  61/7 62/2
good [12]   2/3 2/13 2/14 30/20
  31/8 40/19 48/18 52/12 57/24
  59/16 60/18 60/18
got [9]   16/4 16/7 24/20 30/24
  31/3 31/10 41/6 42/19 46/6
gotta [1]   30/21
gotten [1]   37/23
Government [37]   3/14 4/14 6/2
  6/12 6/22 7/17 11/10 13/10
  17/11 17/18 20/9 20/16 21/14
  37/3 38/7 38/17 41/23 43/9
  43/11 45/4 45/8 45/17 45/19
  47/23 50/6 50/14 51/10 53/2
  53/10 53/15 54/7 54/11 57/14
  60/16 60/23 62/21 62/22
Government's [10]   3/10 4/7
  13/13 15/11 17/23 21/7 30/17
  41/3 42/21 44/19
Government's Exhibit [2]
  15/11 30/17
grab [2]   29/6 29/18
gradation [1]   8/25
grams [1]   57/2
graze [1]   12/1
grazed [1]   24/25
great [3]   10/6 40/9 47/4
greater [2]   61/3 63/12

green [2]   16/13 17/2
greeted [1]   49/9
grew [5]   39/13 42/10 43/7
  43/8 59/14
gross [1]   44/14
grounds [3]   17/13 18/13 37/6
group [10]   5/15 12/24 19/13
  19/13 19/16 39/12 42/17 44/10
  46/9 51/14
Group 2 [1]   19/13
Group 3 [1]   19/13
Group 4 [2]   12/24 19/16
grouping [2]   21/25 22/4
groups [5]   10/23 10/24 11/1
  12/21 22/25
growing [1]   59/13
guess [2]   20/16 21/5
guideline [14]   6/5 6/11 7/12
  8/12 11/21 14/8 14/22 19/2
  19/11 19/18 22/17 23/10 35/8
  61/5
guidelines [18]   3/23 4/12
  4/21 5/13 13/20 20/10 22/22
  22/24 23/2 24/1 24/3 24/11
  33/4 43/10 56/1 60/22 61/4
  63/6
guilt [1]   54/7
guilty [8]   6/14 8/7 44/1 44/2
  44/5 50/1 50/3 55/15
gun [9]   5/11 13/14 20/7 20/7
  24/18 34/25 59/5 59/5 59/8
gun-related [1]   20/7
guns [4]   29/7 29/8 29/18
  56/18

**H**

had [35]   4/18 11/15 14/15
  14/15 14/18 14/25 15/1 15/3
  15/3 17/19 21/3 24/18 26/19
  27/10 28/18 28/18 29/5 34/17
  38/23 39/11 40/2 41/7 41/15
  42/24 45/5 45/6 45/19 45/19
  51/14 53/15 54/20 59/5 59/9
  59/13 63/9
hadn't [1]   59/8
half [1]   31/18
hand [5]   7/25 10/23 31/1 58/3
  59/2
handgun [3]   20/2 20/8 20/18
Handing [1]   15/20
hands [1]   12/1
hanging [1]   25/13
happened [2]   7/4 29/4
happily [1]   49/6
happy [2]   15/18 22/18
hard [3]   20/25 59/13 60/11
hardened [3]   41/23 42/6 59/1
harm [1]   41/11
has [41]   4/18 8/21 8/22 10/2
  10/5 10/14 14/23 16/19 17/11
  17/18 20/6 20/9 21/14 24/2
  25/17 31/21 36/13 36/14 37/3
  42/21 45/24 46/6 46/19 47/4
  47/5 47/7 47/19 47/24 51/1
  51/2 51/10 52/18 54/20 55/22
  56/23 58/1 59/4 59/16 59/18
  59/19 60/24
hasn't [1]   45/20
hate [1]   20/23

**H**

have [73]   2/21 3/25 4/6 4/7
   4/8 4/10 5/6 10/8 14/16 15/13
   16/13 17/16 18/11 18/20 18/21
   19/4 19/6 19/10 19/11 20/2
   20/20 21/17 22/8 22/9 22/17
   25/11 25/23 26/20 27/9 27/14
   27/15 28/12 28/22 29/3 29/16
   32/7 35/14 35/16 35/25 38/1
   38/20 38/21 39/24 41/1 41/19
   42/1 42/10 43/1 43/3 44/7
   44/18 46/12 47/3 50/20 52/2
   52/3 52/4 52/6 54/3 54/7
   54/16 55/25 57/17 58/5 58/10
   59/2 59/15 60/2 60/9 60/18
   62/4 63/5 63/23
haven't [1]   18/19
having [5]   10/7 18/1 18/8
   27/22 53/21
Hazlehurst [27]   1/18 2/15 3/3
   4/16 8/17 12/4 13/20 17/5
   18/16 20/22 25/21 25/22 26/6
   26/13 26/14 27/16 29/9 35/8
   36/20 48/2 50/18 51/19 54/20
   57/20 63/20 63/25 64/5
Hazlehurst's [3]   23/23 25/16
   58/23
he [170]   7/6 7/7 7/8 7/11
   7/13 7/22 8/6 10/8 10/20 12/8
   14/15 14/18 15/1 16/19 18/21
   20/20 21/3 21/4 24/17 24/20
   24/22 25/2 25/5 25/8 25/18
   25/23 26/1 26/2 26/2 26/2
   26/3 26/3 26/4 26/4 26/4 26/5
   26/5 26/15 26/16 26/19 26/22
   27/7 27/10 27/11 27/23 28/12
   28/13 28/16 28/18 28/20 29/4
   29/5 29/11 29/17 30/20 32/8
   32/12 32/13 32/14 32/14 32/16
   32/18 33/6 33/14 33/22 33/23
   34/5 34/8 34/8 34/9 34/12
   34/12 34/12 34/13 34/13 34/14
   34/14 34/16 34/17 34/17 34/24
   35/22 35/23 35/25 35/25 36/15
   37/14 37/18 38/1 38/1 38/4
   38/24 40/2 40/11 41/17 41/21
   42/1 42/3 42/4 43/7 43/8 44/3
   44/3 44/5 44/18 44/18 45/18
   46/3 46/6 46/7 46/11 46/11
   46/13 46/14 46/15 47/2 47/4
   47/5 47/7 47/20 47/24 48/8
   48/12 48/12 48/13 48/18 48/19
   48/25 49/2 49/3 49/9 49/11
   49/20 51/2 51/11 51/15 51/16
   51/17 51/19 56/11 56/16 56/17
   56/23 57/8 57/11 57/22 57/24
   58/11 58/15 58/16 58/19 58/25
   58/25 59/4 59/5 59/6 59/7
   59/10 59/13 59/14 59/15 59/16
   59/17 59/18 59/19 60/14 61/23
   62/1 62/3 63/15
he's [22]   27/19 27/20 27/22
   27/23 29/17 30/2 30/7 30/7
   31/22 31/23 32/1 32/1 32/3
   33/18 33/18 34/10 34/11 35/4
   35/21 46/15 58/24 59/24
hear [3]   10/5 17/16 22/18
heard [3]   14/3 20/22 42/12

hearing [1]   17/8
hearsay [1]   17/8
heavy [1]   26/12
heinous [1]   33/8
held [3]   51/24 53/8 54/8
Hell [1]   30/21
help [4]   21/24 29/23 46/15
   55/1
helped [2]   32/8 47/4
her [7]   20/25 20/25 38/6
   54/16 54/16 54/17 54/19
here [15]   2/9 2/10 2/20 6/21
   7/16 11/25 15/13 16/12 18/20
   19/24 20/14 21/25 45/25 56/25
   60/11
hereby [1]   64/14
heroin [5]   16/21 17/1 17/3
   17/4 57/2
high [2]   23/4 52/17
highly [2]   17/13 53/11
him [28]   2/23 9/25 26/16
   26/19 28/9 30/1 30/1 30/5
   32/4 34/4 34/13 34/23 34/24
   34/24 35/21 36/16 41/17 41/18
   45/1 46/2 46/8 46/17 46/20
   47/4 47/9 47/10 47/11 48/13
himself [6]   33/23 36/8 43/19
   44/6 49/17 56/17
his [64]   7/9 7/11 20/19 24/14
   24/15 24/18 24/20 24/25 25/6
   25/6 25/24 26/16 27/8 27/10
   27/19 27/20 27/24 29/9 29/25
   30/5 32/4 32/16 32/24 33/4
   33/14 33/17 34/5 34/9 34/10
   34/12 34/17 34/18 34/19 34/25
   35/23 37/14 41/15 41/16 42/8
   44/14 44/15 44/17 45/24 46/6
   46/12 46/17 46/23 47/11 47/11
   47/16 48/11 49/6 51/17 56/12
   58/4 58/9 58/10 58/20 59/14
   59/15 59/16 59/17 59/17 60/25
history [5]   19/11 19/24 20/21
   22/10 42/8
Hoffman [9]   1/15 2/8 14/4
   23/10 36/19 38/5 40/9 45/12
   48/21
hold [2]   51/7 52/4
holding [1]   5/19
holes [1]   26/22
holla [1]   30/21
home [2]   29/25 54/18
homicide [7]   9/1 9/24 9/25
   10/1 39/8 39/16 39/19
homicides [2]   43/18 43/19
honest [1]   53/21
honestly [4]   37/16 45/16 46/3
   48/11
Honor [73]   2/14 2/19 3/4 3/19
   4/20 4/24 6/3 8/18 9/2 9/8
   9/11 9/16 9/20 11/14 12/5
   12/10 13/21 15/15 17/6 17/7
   17/13 17/24 17/25 18/13 19/22
   20/23 21/2 22/6 22/15 22/21
   23/1 23/18 23/20 23/24 24/2
   25/17 29/1 31/1 36/21 36/22
   37/4 37/9 37/20 38/12 39/4
   39/8 39/21 40/5 40/9 40/13
   40/24 41/13 41/22 44/20 45/2
   45/16 45/22 47/18 48/1 48/5

48/16 50/5 50/10 50/16 50/19
   51/1 51/9 51/13 51/21 52/10
   55/6 62/6 63/21
HONORABLE [1]   1/11
hope [1]   59/10
hopefully [2]   48/14 48/19
hospital [4]   12/2 14/18 15/9
   15/25
hospitalization [3]   11/24
   12/20 19/1
hour [1]   31/18
hours [3]   46/2 46/2 46/2
housed [1]   54/23
how [8]   16/1 27/20 28/16
   34/10 41/7 56/23 62/8 64/4
However [2]   8/6 49/19
huge [6]   38/15 38/16 41/12
   43/17 46/18 46/18
human [2]   53/4 54/1
hunting [1]   33/18
hurt [2]   35/22 36/1
Hurtt [7]   6/17 6/22 6/25 7/3
   7/14 8/11 8/19
Hurtt's [1]   7/15
HVAC [1]   55/1
hypothetical [1]   21/6

**I**

I'd [2]   9/16 23/22
I'll [8]   4/12 5/21 11/2 15/10
   16/13 22/12 31/1 55/8
I'm [39]   2/8 3/21 5/17 5/24
   6/2 12/5 14/20 14/20 15/9
   15/18 15/25 16/6 16/12 19/16
   20/7 21/13 21/25 22/18 22/19
   23/19 29/5 29/18 31/7 38/13
   52/14 52/16 52/18 53/11 53/25
   54/9 54/23 55/8 55/24 59/16
   59/18 60/15 61/2 62/8 63/25
I've [6]   12/16 47/12 54/14
   55/20 59/6 59/25
i.e [1]   7/7
idea [2]   39/24 45/17
identified [1]   19/13
identity [1]   43/21
ignore [3]   44/14 44/15 59/23
ignores [3]   27/17 29/12 44/15
II [1]   20/21
III [3]   20/21 22/10 42/9
immediately [1]   34/24
importance [1]   36/12
important [11]   26/25 27/6
   28/10 33/1 34/3 35/7 37/8
   50/25 56/15 57/5 60/8
importantly [1]   24/5
impose [3]   36/23 46/19 47/18
imposed [1]   63/2
imposing [3]   36/17 61/20 63/1
impossible [1]   53/23
imprisoned [1]   48/6
imprisonment [1]   23/25
incarcerated [2]   54/3 54/14
inch [1]   41/9
inches [1]   25/4
incident [1]   11/3 11/18 35/6
   35/12
include [1]   55/16
includes [1]   11/23
including [2]   4/9 57/9

**I**

incorporates [1]   3/5
incorrectly [1]   13/17
increase [2]   13/3 13/5
increases [1]   13/14
incredible [1]   46/7
incredibly [1]   33/8
inculcated [1]   46/11
inculcation [1]   51/15
independent [1]   63/2
independently [1]   28/1
indicate [3]   9/13 39/18 40/22
indicated [4]   20/9 23/8 37/19
 57/14
indicates [1]   40/22
indicating [3]   37/15 41/14
 45/25
indication [1]   8/22
indicia [1]   17/14
indicted [1]   34/7
indictment [5]   34/8 40/11
 63/15 63/16 63/17
indisputable [1]   49/16
individual [3]   18/23 52/24
 60/25
individually [1]   13/5
individuals [6]   11/5 12/18
 25/3 33/24 53/19 57/19
inescapable [1]   45/1
Infiniti [1]   27/8 27/11
inflicting [1]   41/11
influence [1]   44/25
information [3]   19/6 30/3
 50/11
informed [1]   15/13
initial [1]   11/16
initiation [1]   43/2
injured [2]   11/7 58/5
injuries [1]   12/3
injury [14]   11/12 11/22 11/23
 12/11 12/13 12/19 13/11 14/9
 17/13 19/2 19/3 19/5 19/8
 19/15
innocence [1]   54/5
innocent [1]   43/20
Instagram [2]   33/14 49/6
instance [1]   12/16
instant [1]   20/15
instant offense [1]   20/15
institutional [1]   60/3
insufficient [4]   12/7 17/12
 18/14 53/13
intelligence [2]   46/4 59/18
intended [2]   19/4 25/5
intent [4]   5/10 24/14 24/17
 58/4
interested [1]   48/8
interesting [1]   10/5
interpret [1]   10/20
interpreting [2]   6/5 11/10
intersection [5]   24/23 25/9
 25/10 26/17 42/12
intervention [3]   11/24 12/2
 12/19
introduced [1]   15/12
introducing [1]   52/10
invaded [2]   42/14 42/15
investigate [1]   35/11

involved [9]   20/2 28/6 29/22
 30/12 33/22 39/16 39/18 56/16
 56/17
involvement [3]   32/24 39/20
 40/22
involves [1]   40/18
involving [2]   13/4 59/4
is [223]   2/6 2/9 2/15 3/1 3/2
 3/14 5/8 5/11 5/16 5/24 6/4
 6/17 7/5 7/25 8/2 8/9 8/11
 8/14 9/2 9/3 9/15 10/9 10/12
 10/14 10/18 11/2 11/10 11/11
 11/13 11/14 11/15 13/15 14/8
 14/20 15/1 15/14 15/24 16/1
 16/15 16/17 16/21 16/22 16/25
 17/2 17/3 17/3 17/8 17/11
 17/14 17/24 18/14 18/24 19/1
 19/7 19/12 19/25 19/25 20/3
 20/3 20/7 20/13 20/16 21/8
 22/5 22/17 23/1 23/2 23/8
 23/25 24/7 24/15 25/25 26/6
 27/2 27/6 27/11 28/1 28/8
 28/10 28/20 29/14 29/21 30/6
 30/10 30/14 31/2 31/3 31/4
 31/5 31/13 31/14 31/14 31/17
 31/19 31/21 32/3 32/6 33/1
 33/13 34/2 34/2 34/3 34/5
 34/25 35/3 35/6 35/9 35/14
 35/18 35/24 36/3 36/12 36/17
 37/1 37/22 38/4 38/9 38/15
 38/16 38/17 38/17 39/2 39/4
 39/21 40/3 40/23 41/4 41/11
 41/13 41/19 41/20 41/21 41/21
 41/25 42/1 42/5 42/10 42/11
 42/14 42/17 42/23 43/6 43/6
 43/7 43/7 43/9 43/14 44/6
 44/13 45/13 45/24 46/3 46/18
 46/21 47/10 47/16 47/22 47/23
 47/23 48/5 48/8 48/11 48/13
 48/18 48/18 48/24 49/5 49/7
 49/15 49/16 49/22 49/23 50/1
 50/2 50/5 50/20 50/25 51/4
 51/4 51/6 51/9 51/13 51/15
 51/25 52/13 54/10 54/12 54/18
 55/15 55/17 55/17 55/20 56/6
 56/8 56/15 57/6 57/20 58/7
 58/19 58/25 59/2 59/11 59/12
 60/8 60/12 60/13 60/19 60/22
 61/2 61/5 61/7 61/8 61/10
 61/13 61/14 61/15 61/19 62/3
 62/7 62/8 62/14 63/1 64/15
isn't [5]   24/12 26/16 36/2
 40/8 54/23
issue [4]   6/11 8/21 47/1 47/6
issued [1]   60/10
issues [8]   3/22 3/23 4/12
 4/13 4/22 4/23 19/11 62/24
issues/concerns/objections [1]
 4/13
it [139]   4/17 6/5 6/18 7/11
 8/13 8/22 8/23 9/18 9/18 10/6
 10/18 11/1 11/8 12/21 13/3
 13/24 14/12 14/18 14/20 15/9
 15/13 15/25 16/14 16/24 19/4
 19/7 20/9 20/12 21/18 22/2
 24/8 25/2 25/3 25/9 25/11
 25/19 26/17 27/25 28/1 28/8
 29/2 29/12 29/23 30/18 32/23
 32/23 33/3 33/4 33/12 33/14

 33/17 33/19 34/3 34/4 34/13
 34/20 35/3 35/4 35/12 35/14
 35/18 36/4 37/16 37/25 38/13
 38/25 38/25 39/4 39/8 39/22
 39/25 39/25 40/1 40/8 40/21
 40/22 41/13 42/1 42/8 42/15
 42/16 42/24 43/14 43/24 44/9
 44/11 44/14 44/14 44/16 44/18
 44/20 44/24 44/25 44/25 45/9
 45/16 45/19 45/20 45/20 45/20
 46/23 46/24 46/25 47/1 47/3
 47/13 47/14 47/15 49/1 49/2
 49/11 50/1 50/14 50/22 50/24
 51/22 51/22 51/23 52/4 53/22
 54/4 54/6 54/22 55/15 55/21
 55/22 56/12 57/11 58/4 58/14
 58/19 60/8 60/19 62/10 62/14
 62/15 63/5 64/1 64/7
it's [55]   3/1 3/9 9/16 9/17
 10/4 10/11 12/9 16/2 17/19
 19/3 21/22 23/13 23/25 24/3
 24/4 24/5 26/24 29/14 29/15
 31/11 31/11 31/20 31/20 32/24
 34/25 35/3 35/4 35/6 36/4
 36/10 36/10 37/5 40/3 40/18
 40/19 43/24 43/25 44/21 47/12
 47/12 49/10 49/21 50/11 50/22
 50/23 54/24 56/13 56/22 57/8
 58/3 58/5 58/24 59/25 60/5
 60/11
its [5]   20/13 33/6 33/20
 41/22 45/18

**J**

J5 [1]   32/11
jail [10]   27/5 27/9 27/14
 27/20 32/10 32/12 32/12 35/12
 46/17 49/8
jail call [4]   27/5 27/9 27/14
 32/10
jail calls [3]   27/20 35/12
 49/8
January [1]   45/9
January 31st [1]   45/9
Jimmy [2]   29/6 29/7
Jimmy Macks [2]   29/6 29/7
JKB [4]   6/18 8/3 9/2 9/8
JKB-14-0479 [2]   6/18 9/2
JKB-16 [1]   9/8
JKB-16-0363 [1]   8/3
job [2]   47/8 51/7
Johnson [19]   5/20 6/7 9/7
 10/1 10/18 20/6 28/4 28/17
 28/18 29/25 31/18 31/22 32/22
 39/7 44/1 44/1 50/1 50/5
 60/13
JUDGE [11]   1/11 6/18 7/5 7/11
 7/18 8/2 8/5 8/6 8/10 10/5
 52/12
Judge Bredar [8]   6/18 7/5
 7/11 7/18 8/2 8/5 8/6 10/5
Judge Bredar's [1]   8/10
judgment [5]   2/25 3/10 4/5
 53/9 59/11
jumped [1]   43/2
jurors [1]   53/10
jury [15]   2/23 6/6 6/11 6/19
 8/3 8/12 9/4 9/9 9/13 10/14
 34/21 39/20 53/22 56/17 57/1

**J**

jury's [7]   3/18 4/1 8/22
  10/20 12/25 24/4 56/14
just [47]   5/21 7/23 9/20 10/2
  10/11 11/20 13/12 14/16 14/18
  15/7 22/17 22/22 23/13 23/24
  26/6 30/22 32/3 35/24 36/2
  36/15 37/2 40/22 41/7 42/17
  43/13 43/23 43/25 44/9 44/11
  48/3 48/22 49/10 49/14 50/10
  50/16 50/19 51/2 51/5 51/10
  51/23 52/22 54/13 56/4 56/7
  62/15 62/19 64/7
justice [7]   11/11 13/9 13/25
  35/9 35/17 35/20 58/8
juvenile [2]   20/1 59/4

**K**

keep [2]   46/20 52/24
kickin' [1]   32/18
kiddie [1]   39/10
kidnap [1]   28/17
kill [8]   12/17 24/17 25/3
  25/6 32/4 38/24 57/3 57/24
killed [2]   11/7 58/5
kilo [1]   57/2
kind [3]   35/13 50/14 58/19
knew [6]   34/8 34/12 34/13
  41/17 45/20 56/23
know [36]   8/20 10/6 16/2
  24/17 24/20 24/22 24/25 25/17
  27/2 27/3 29/7 31/9 31/23
  32/5 32/10 33/10 33/12 33/14
  33/17 33/19 38/19 39/25 40/2
  41/5 41/8 48/25 49/20 51/24
  53/8 54/12 56/1 57/3 57/22
  58/15 58/18 59/5
knowing [4]   33/6 33/7 33/20
  33/21
knowingly [1]   19/4
knowledge [3]   44/3 53/24
  53/24
known [2]   27/14 41/15
knows [5]   36/22 44/2 45/4
  46/15 50/5

**L**

labeled [1]   41/23
lack [5]   17/22 51/6 51/7
  53/23 53/24
Lafler [1]   45/6
language [2]   11/21 32/13
large [1]   54/15
Lashley [11]   25/21 25/23
  25/25 26/15 26/19 27/2 27/3
  28/14 37/11 37/12 38/1
Lashley's [2]   28/12 37/9
last [3]   20/15 45/22 51/9
late [1]   58/20
later [3]   11/19 15/6 22/13
Lauren [2]   1/15 2/9
Lauren Perry [1]   1/15 2/9
law [5]   6/5 10/9 36/17 53/24
  57/25
lawyer [1]   54/4
Laying [1]   32/19
leading [2]   15/22 30/13
leap [4]   40/7 40/25 41/12

45/18
leaps [1]   38/5
learn [1]   59/10
least [10]   8/21 11/6 18/1
  20/18 20/24 24/22 44/3 44/23
  57/2 58/13
led [1]   7/16
left [3]   30/7 30/22 62/4
legal [2]   21/6 62/4
lengthy [1]   61/2
leniency [1]   53/20
Lenity [2]   9/17 10/11
let [4]   4/6 13/12 48/3 53/1
let's [2]   5/5 19/10
letter [8]   3/5 4/25 5/1 21/10
  21/10 21/10 42/18 44/22
letters [2]   4/9 45/25
level [20]   5/17 5/18 5/25
  10/14 10/22 11/8 11/21 12/18
  12/22 13/1 13/13 13/16 14/6
  19/14 19/18 22/1 22/8 22/9
  43/23 46/9
Level 43 [2]   5/18 5/25
levels [3]   11/12 11/20 22/2
license [1]   48/9
life [20]   7/7 7/14 8/5 18/2
  23/25 36/17 43/9 44/13 45/21
  46/17 49/20 49/20 49/23 52/19
  54/2 54/3 54/15 58/2 60/23
  62/14
lifestyle [1]   46/8
lifetime [1]   52/16
light [2]   30/8 62/20
Light Rail [1]   30/8
like [16]   3/2 5/22 6/21 15/15
  22/18 23/16 23/22 31/10 37/2
  38/21 43/25 46/12 52/1 52/6
  52/10 53/5
likely [1]   13/3
limited [1]   59/14
line [1]   7/18
links [1]   38/20
listen [1]   11/2 42/17
literally [1]   25/3
little [6]   11/15 19/24 37/17
  37/18 56/13 60/11
lived [2]   42/13 51/17
lives [1]   25/8
living [1]   48/13
lo [1]   27/9
loaded [4]   34/17 34/18 57/9
  59/7
lockup [1]   58/18
logo [1]   27/23
Lombard [1]   1/24
long [6]   14/13 34/4 36/17
  41/7 45/23 46/22
look [10]   7/15 15/18 53/4 59/2
lookin' [1]   31/8
looking [5]   5/17 14/20 15/10
  37/12 45/14
lost [1]   14/16
lot [6]   28/18 33/10 33/19
  36/13 44/22 55/21
loved [1]   54/13
low [1]   23/4
lowering [1]   60/6
luck [1]   25/2
luckily [1]   11/25

lyrics [1]   32/16

**M**

M signs [1]   49/7
M's [1]   51/12
ma'am [1]   55/3
Macks [2]   29/6 29/7
made [17]   12/9 12/9 15/4 15/9
  15/24 25/15 27/15 37/3 37/7
  40/15 45/6 47/13 53/4 54/1
  54/2 54/10 55/25
Mafia [1]   49/7
mail [3]   45/9 50/20 50/21
major [1]   53/15
make [20]   3/9 10/22 12/12
  13/10 17/20 17/23 18/14 18/17
  21/5 32/18 42/19 43/24 45/18
  48/13 52/1 53/4 53/8 54/15
  56/25 63/5
makes [3]   38/5 53/22
making [3]   3/7 21/5 40/7
Malcolm [1]   37/9
mall [1]   34/18
man [5]   30/2 43/22 44/6 46/3
  47/16
mandated [1]   36/25
mandatory [1]   23/13
Manisha [1]   1/20
Manisha Garner [1]   1/20
manner [1]   52/11
many [8]   3/6 29/13 29/16 36/5
  36/9 39/11 44/17 47/13
map [1]   37/13
marijuana [5]   17/1 17/2 20/5
  47/2 47/2
mark [4]   9/3 9/4 9/5 30/20
Marquise [1]   8/2
marshal [1]   41/18
marshal's [1]   34/22
marshals [1]   34/22
MARYLAND [3]   1/1 1/9 1/25
mask [1]   57/13
matter [7]   10/12 12/15 25/3
  26/7 38/9 51/22 64/17
matters [2]   33/3 58/9
mature [1]   59/10
max [2]   62/6 62/8
maxims [1]   37/22
maximum [1]   61/13
may [12]   3/22 6/16 7/8 10/8
  11/3 21/1 22/2 38/20 38/21
  59/10 61/5 64/21
May 30th [1]   11/3
maybe [3]   23/12 46/6 46/6
McCants [2]   8/2 8/19
me [40]   2/9 4/6 5/24 6/2 11/1
  11/8 12/21 13/3 13/12 16/6
  19/2 20/9 21/8 21/24 21/25
  32/18 45/12 45/16 48/3 51/1
  51/13 52/19 53/1 53/2 53/4
  53/8 53/8 53/16 53/25 54/1
  54/3 54/4 54/5 54/8 54/13
  55/1 56/15 58/15 59/3 62/4
mean [5]   20/20 34/25 43/16
  49/5 54/9
media [2]   27/22 44/21
medical [3]   11/24 12/2 12/19
medication [1]   46/25
meet [1]   15/4

**M**

meetings [2]   35/15 49/8
Melvin [1]   28/14
Melvin Lashley [1]   28/14
member [1]   24/19
members [3]   33/6 33/20 34/22
memo [8]   11/16 14/10 14/21
  15/18 23/23 25/16 29/9 30/18
memorandum [3]   4/8 4/9 41/4
memos [2]   22/20 23/21
menace [1]   53/11
mental [2]   24/14 33/4
mentioned [5]   7/20 23/2 23/21
  59/6 63/22
mentioning [1]   23/6
mere [1]   39/16
merely [2]   45/17 53/22
message [6]   15/6 15/24 17/15
  18/6 29/10 29/11
messages [13]   14/12 15/16
  15/22 16/6 16/25 18/18 28/22
  29/12 29/17 30/23 33/17 34/9
  39/17
might [5]   4/11 19/4 20/12
  59/15 62/1
Mill [2]   42/12 52/21
mind [3]   38/23 47/7 57/22
minute [1]   55/8
minutes [1]   16/10
miscalculated [1]   63/6
miscalculation [1]   44/14
missed [1]   54/15
mistaken [1]   43/20
mitigating [1]   7/16
MMP [7]   39/9 42/16 44/16
  44/24 48/25 56/11 56/20
mob [3]   33/16 49/8 49/8
mobbing [1]   49/9
moment [1]   32/2
money [3]   31/2 31/4 31/14
monogamous [1]   18/3
month [1]   61/18
months [9]   22/11 23/4 23/9
  23/11 23/13 56/2 56/2 61/9
  61/11
more [7]   3/25 10/7 16/22
  22/22 24/5 32/23 56/15
morning [4]   30/1 31/17 31/24
  39/23
most [2]   10/14 35/21
mother [2]   45/24 54/16
mother's [1]   46/12
motion [5]   2/21 2/25 3/9 4/4
  4/4
moving [1]   63/14
Mr [1]   9/22
Mr. [146]   2/11 2/15 2/21 3/3
  4/16 5/19 5/23 6/1 8/17 8/19
  8/19 9/23 10/16 10/21 11/4
  12/4 12/7 12/17 13/5 13/20
  14/11 14/17 14/25 15/6 17/1
  17/5 18/9 18/16 18/24 19/21
  20/22 21/2 23/23 25/16 25/21
  25/21 25/22 25/23 25/25 26/6
  26/13 26/14 26/15 26/19 27/2
  27/2 27/3 27/3 27/7 27/13
  27/16 28/12 28/14 28/20 29/9
  29/14 29/15 29/19 29/19 30/23

30/24 31/3 31/16 31/17 31/22
  32/1 32/2 32/6 32/7 32/11
  32/16 34/8 35/8 36/20 37/9
  37/11 37/12 37/21 38/1 38/13
  38/20 38/21 38/23 39/4 39/5
  39/17 39/18 40/1 40/10 40/16
  41/15 41/23 41/25 42/20 43/1
  43/6 43/7 43/14 43/16 43/18
  43/19 44/9 44/13 44/25 45/7
  45/20 45/23 46/1 46/25 47/19
  48/2 48/5 48/24 49/6 49/16
  50/5 50/18 51/1 51/11 51/19
  51/25 54/20 55/4 56/7 56/10
  56/22 57/3 57/7 57/15 57/17
  57/20 57/22 58/22 58/23 59/12
  59/22 60/12 60/13 60/25 61/7
  61/21 63/15 63/20 63/22 63/25
  64/5
Mr. Bailey [5]   43/16 43/18
  43/19 49/16 60/12
Mr. Banks [4]   27/2 27/3 27/7
  27/13
Mr. Davis [74]   2/15 2/21 5/19
  5/23 9/23 10/16 11/4 12/7
  12/17 13/5 14/11 14/17 14/25
  15/6 17/1 18/9 19/21 21/2
  28/14 28/20 29/15 29/19 30/24
  31/3 31/22 32/1 32/2 32/7
  32/16 34/8 37/21 38/13 38/20
  38/21 38/23 39/4 39/18 40/1
  40/10 40/16 41/15 41/23 41/25
  42/20 43/1 43/14 44/9 44/13
  44/25 45/7 45/20 45/23 46/1
  46/25 47/19 48/5 48/24 49/6
  51/1 51/11 51/25 55/4 56/7
  56/10 56/22 57/3 57/7 57/17
  58/22 59/22 60/25 61/7 63/15
  63/22
Mr. Davis's [9]   2/11 6/1
  18/24 31/17 43/6 57/15 57/22
  59/12 61/21
Mr. Frazier [8]   29/14 29/19
  30/23 31/16 32/6 32/11 39/5
  39/17
Mr. Frazier's [1]   43/7
Mr. Hazlehurst [25]   3/3 4/16
  8/17 12/4 13/20 17/5 18/16
  20/22 25/21 25/22 26/6 26/13
  26/14 27/16 29/9 35/8 36/20
  48/2 50/18 51/19 54/20 57/20
  63/20 63/25 64/5
Mr. Hazlehurst's [3]   23/23
  25/16 58/23
Mr. Hurtt [1]   8/19
Mr. Johnson [3]   10/21 50/5
  60/13
Mr. Lashley [10]   25/21 25/23
  25/25 26/15 26/19 27/2 27/3
  37/11 37/12 38/1
Mr. Lashley's [1]   28/12
Mr. Malcolm Lashley's [1]
  37/9
Mr. McCants [1]   8/19
Mrs. [1]   52/18
Mrs. Davis [1]   52/18
Ms. [12]   14/4 20/24 21/11
  23/10 36/19 37/10 37/12 37/17
  38/5 40/9 45/12 48/21
Ms. Garner [2]   20/24 21/11

Ms. Hoffman [7]   14/4 23/10
  36/19 38/5 40/9 45/12 48/21
Ms. Perry [3]   37/10 37/12
  37/17
much [3]   23/19 39/12 62/8
multiple [2]   30/2 36/7
Murdaland [1]   49/7
Murdaland Mafia [1]   49/7
murder [61]   5/20 5/23 5/25
  6/6 6/7 6/11 6/12 6/14 6/19
  6/23 6/25 7/1 7/9 7/21 8/4
  8/4 8/8 8/13 8/13 8/21 8/24
  9/4 9/6 9/10 9/10 9/14 9/14
  10/15 10/16 10/21 10/24 19/14
  24/9 24/13 24/16 25/17 26/8
  28/4 28/7 28/9 28/13 29/2
  29/21 30/13 30/16 30/19 31/15
  32/15 32/22 33/7 33/8 33/9
  33/11 33/23 38/11 38/16 39/3
  57/18 57/21 57/21 58/1
murdered [1]   33/16
murders [7]   7/4 7/22 25/18
  33/21 36/6 36/7 49/18
must [2]   25/11 35/14
my [31]   2/15 4/2 14/16 18/1
  18/2 18/2 21/1 25/25 29/5
  29/6 35/14 40/4 42/18 44/3
  45/9 52/12 52/17 52/19 53/9
  54/2 54/3 54/4 54/5 54/6 54/7
  54/7 54/13 54/15 55/24 55/24
  63/7
myself [3]   10/8 52/11 54/22

**N**

N words [1]   32/19
name [1]   52/13
narcotics [1]   5/7
naturally [1]   4/22
nature [1]   38/21
near [1]   26/3
necessary [6]   7/5 18/20 21/9
  61/3 62/21 63/12
necessity [1]   49/2
need [7]   33/25 36/12 46/13
  54/18 58/21 59/20 64/7
needs [2]   55/5 64/1
negotiating [1]   60/18
negotiations [5]   50/11 50/12
  50/15 50/15 60/16
neighborhood [17]   39/13 42/11
  42/13 42/14 42/22 43/5 43/6
  43/7 44/17 46/10 49/1 49/2
  51/14 51/16 51/24 56/12 59/14
neither [1]   8/9
never [7]   26/4 26/16 26/16
  37/22 47/11 57/21 58/25
new [4]   2/21 3/1 4/4 63/3
next [2]   8/3 8/4
nine [1]   24/22
no [34]   1/4 3/15 3/17 3/25
  4/15 4/24 6/24 7/3 7/5 7/20
  7/21 7/22 9/15 17/14 19/6
  19/20 26/20 29/18 38/10 38/16
  38/19 38/22 39/24 40/15 41/16
  42/5 42/15 51/21 51/21 51/21
  53/16 55/6 56/7 63/21
nodding [1]   22/5
none [2]   19/21 54/2
nonetheless [1]   25/19

**N**

normal [1]   51/5
NORTHERN [1]   1/2
not [80]   4/22 5/24 6/10 6/13
  6/22 7/13 7/16 7/25 8/4 8/18
  9/5 9/21 10/9 11/7 11/11
  11/17 12/5 12/22 13/8 14/1
  15/14 18/3 18/6 18/19 19/7
  21/3 21/3 23/6 23/12 23/19
  25/2 26/1 26/12 27/25 29/14
  29/18 34/2 35/4 35/9 35/12
  35/17 36/15 37/4 38/13 38/13
  39/11 39/12 40/3 40/18 40/19
  42/6 43/10 43/24 44/7 45/13
  47/22 49/5 50/22 50/23 51/4
  51/18 51/22 53/6 53/18 54/4
  54/12 54/13 55/17 56/18 57/24
  58/7 58/15 59/11 59/15 60/15
  60/23 61/4 61/21 62/11 63/7
note [6]   11/23 20/11 21/2
  45/2 45/23 62/19
Note 4 [1]   20/11
noted [2]   11/9 41/25
notes [1]   34/9
now [13]   7/13 14/1 15/10 16/1
  19/13 31/1 38/5 38/19 41/25
  43/9 57/20 58/23 59/12
number [22]   2/7 2/24 4/9 7/15
  8/3 16/1 16/4 16/7 16/12
  16/13 16/19 28/23 31/17 40/1
  43/18 43/18 53/3 53/5 57/9
  57/15 60/13 61/15
numbers [1]   45/13
numerous [1]   53/3
Nutty [1]   24/19
Nutty B [1]   24/19

**O**

object [1]   13/25
objection [2]   34/21 62/5
objections [1]   4/13
observation [1]   4/2
obstructing [1]   26/12
obstruction [8]   11/11 11/17
  12/22 13/9 13/25 35/9 35/16
  58/8
obviously [27]   2/20 3/9 3/16
  4/16 5/1 12/6 12/8 13/24
  18/19 21/4 22/16 22/19 23/8
  24/2 27/13 27/25 29/22 36/3
  38/12 40/5 43/10 48/16 50/2
  55/22 56/9 59/8 59/13
occur [1]   39/1
occurred [1]   39/3
October [1]   1/8
offense [22]   5/17 10/14 10/22
  11/8 12/18 12/22 13/1 13/13
  13/16 14/9 19/14 19/18 20/15
  22/1 22/2 22/8 22/9 24/7 36/3
  36/10 57/6 59/4
Offense Level 33 [1]   12/18
Offense Level 35 [1]   12/22
Offense Level 43 [3]   5/17
  10/14 10/22
offense-level [1]   19/18
offenses [1]   56/6
offer [3]   12/5 45/6 45/13
Office [1]   21/14

officer [6]   1/20 5/1 20/17
  22/5 22/12 55/19
Official [2]   1/24 64/21
often [1]   18/4
Oh [2]   21/20 22/23
okay [33]   2/17 3/21 4/16 4/21
  5/3 8/16 10/4 12/4 12/14
  13/19 14/2 14/20 14/24 15/3
  15/21 16/3 16/11 16/20 17/5
  19/10 19/23 21/12 21/20 22/12
  22/16 22/23 23/6 23/15 48/15
  48/21 55/4 62/22 64/11
old [5]   41/25 42/2 42/6 43/22
  52/15
older [1]   42/17
once [2]   32/8 48/13
one [34]   3/1 6/17 10/15 10/18
  14/14 17/7 17/14 17/22 19/1
  22/17 22/22 27/4 27/19 36/11
  37/9 37/21 38/9 38/16 38/24
  39/16 40/8 43/19 44/7 48/6
  48/24 49/20 52/15 53/6 53/8
  56/4 58/25 61/4 62/19 63/6
ones [1]   54/13
only [7]   9/25 10/15 18/10
  49/1 49/20 53/19 63/6
open [1]   41/21
operating [1]   17/9
opinions [1]   54/10
opportunities [1]   51/7
opportunity [3]   17/19 17/19
  52/9
option [1]   8/24
ordering [1]   49/18
ordinarily [1]   25/7
organization [1]   56/20
other [26]   4/21 7/4 7/25 10/5
  10/23 18/3 19/10 19/11 19/18
  25/9 26/23 30/12 32/5 33/10
  36/23 38/20 40/8 40/21 51/5
  58/3 59/2 59/23 60/10 61/12
  63/10 63/19
others [1]   49/9
otherwise [1]   3/8
our [7]   3/15 11/16 12/9 14/10
  21/9 37/5 52/23
ours [1]   49/7
out [14]   7/13 11/4 12/23
  16/10 18/10 21/24 25/13 27/12
  30/11 32/14 37/5 40/4 40/12
  62/4
outcome [1]   53/15
outgoing [1]   31/20
outside [1]   29/25
over [10]   14/13 23/19 29/13
  29/16 30/7 36/5 36/9 49/1
  51/14 51/24
overdose [1]   14/7
overdosed [1]   18/8
overheard [1]   28/13
overriding [1]   36/11
overt [1]   20/15
overturning [1]   3/18
own [2]   53/20 54/6

**P**

p.m [4]   2/2 55/10 55/12 64/13
page [8]   14/21 14/22 14/23
  14/25 15/23 15/24 16/6 49/6

Page 10 [2]   14/23 14/25
Page 11 [1]   15/24
Page 19 [2]   14/21 14/22
Page 9 [2]   15/23 16/6
pages [2]   14/12 14/12
painted [1]   53/2
papers [6]   3/15 12/9 30/24
  31/2 31/3 31/13
Paragraph [6]   5/17 11/9 20/1
  20/4 20/7 21/15
Paragraph 42 [1]   5/17
Paragraph 48 [1]   11/9
Paragraph 74 [1]   20/1
Paragraph 76 [1]   20/7
Paragraph 77 [1]   21/15
Paragraph 78 [1]   20/4
paraphernalia [1]   20/4
Park [2]   42/11 52/20
part [11]   6/1 7/23 30/17
  33/21 39/12 40/17 42/16 42/19
  42/24 44/18 45/22
participant [3]   48/25 49/11
  56/10
participate [1]   61/25
participated [7]   6/23 6/25
  7/21 9/23 10/21 33/6 33/20
participating [1]   33/5
participation [1]   7/9
particular [8]   14/14 14/16
  14/17 17/17 37/5 43/5 48/4
  48/6
pass [1]   15/16
passenger [1]   25/13
past [1]   54/14
patient [1]   52/24
pattern [1]   29/16
Paul [2]   1/18 2/15
Paul Hazlehurst [2]   1/18 2/15
pay [1]   51/8
paying [1]   37/10
people [19]   12/12 15/10 18/2
  25/9 25/12 30/2 30/12 33/18
  35/22 38/24 39/11 42/17 42/19
  43/3 43/25 44/7 45/25 57/4
  60/10
people's [1]   57/4
per [1]   40/11
per se [1]   40/11
perfect [1]   54/1
perhaps [2]   21/12 36/11
period [6]   14/13 30/4 31/21
  36/9 46/21 59/25
permanence [1]   19/6
permanent [1]   19/3
permit [1]   61/21
Perry [5]   1/15 2/9 37/10
  37/12 37/17
person [11]   17/17 17/19 18/7
  18/19 20/8 34/19 38/25 39/16
  39/18 47/24 54/22
personally [1]   53/8
persuade [1]   6/2
persuasive [1]   8/11
phone [16]   14/11 16/1 16/4
  16/7 16/12 16/13 16/19 28/23
  29/20 30/4 30/13 32/15 32/16
  34/9 34/10 40/2
phones [2]   28/24 29/1
photo [2]   49/5 49/6

**P**

photographs [1]  51/10
photos [1]  12/3
physical [3]  14/8 19/2 19/8
picture [1]  53/2
pistol [2]  34/17 34/18
place [4]  12/22 14/17 45/5
 51/4
placed [1]  43/23
places [4]  31/16 40/9 43/14
 44/9
plain [1]  11/21
Plaintiff [2]  1/3 1/14
plane [1]  43/15
planning [3]  28/17 29/22
 30/11
plans [2]  15/4 50/6
plausible [1]  35/25
played [2]  26/8 32/10
plea [7]  44/2 45/3 45/14
 50/11 50/12 55/15 60/16
plead [1]  50/1
pleaded [1]  44/1
pleading [1]  50/3
please [2]  2/4 55/13
pled [1]  44/5
plot [4]  7/1 7/10 30/10 35/13
plus [3]  19/17 19/17 56/2
point [26]  3/12 6/9 7/13 7/25
 8/9 10/9 13/13 19/25 20/3
 20/18 21/12 22/22 25/24 26/15
 26/16 37/13 38/3 38/18 41/20
 47/11 50/9 55/5 56/13 56/15
 58/24 58/25
point-blank [1]  38/18
pointed [2]  37/14 40/4
points [9]  6/16 20/20 22/3
 32/24 37/2 37/7 48/22 59/5
 59/23
poke [1]  26/22
policy [1]  55/15
portion [1]  54/15
portrayed [1]  53/10
poses [3]  35/1 47/20 49/25
position [1]  21/9
positions [1]  22/19
positive [1]  40/19
possessed [1]  57/9
possessed/used [1]  57/9
possession [9]  5/8 5/9 5/10
 5/11 20/4 38/22 40/18 56/18
 57/15
possibility [1]  9/15
possible [4]  35/22 48/6 48/17
 52/25
possibly [2]  18/23 25/23
posted [1]  33/14
posting [1]  27/22
potent [2]  15/2 16/21
potential [6]  8/25 9/9 45/21
 46/5 46/18 47/24
power [1]  46/9
Precisely [1]  58/17
predicate [1]  7/6
prejudiced [1]  53/12
prejudicing [1]  34/21
preliminarily [1]  5/21
premeditated [1]  58/1

premeditation [1]  8/24
preparing [1]  58/11
preponderance [5]  8/7 10/3
 17/10 28/6 58/14
present [5]  1/19 6/22 7/16
 35/19 45/24
presentation [1]  45/22
presented [1]  49/4
presentence [7]  4/7 4/13 4/19
 5/18 11/9 22/13 62/11
presents [1]  35/19
preserved [1]  64/9
presumably [2]  30/5 32/1
presuming [1]  41/9
pretty [1]  30/2
previous [1]  20/12
principal [2]  6/14 28/7
prior [2]  8/20 20/14
prison [1]  48/14
Prisons [2]  61/8 62/2
prize [1]  47/9
probably [3]  26/14 46/1 46/8
probation [9]  1/20 4/25 11/16
 20/17 20/19 21/14 22/5 22/12
 55/19
Probation Office [1]  21/14
Probation Officer [1]  1/20
problems [1]  60/2
proceed [2]  23/16
proceeding [1]  55/16
proceedings [2]  64/16
proclivity [2]  28/2 28/3
proffer [2]  41/4 41/5
program [3]  48/18 48/20 62/1
programs [1]  54/23
promiscuous [1]  18/4
promise [1]  52/24
proof [5]  7/9 7/20 10/12
 39/15 53/16
proper [2]  17/22 52/11
proportional [1]  60/24
proportionality [2]  43/13
 45/3
propriety [1]  45/3
prosecution [1]  34/8
prosecutors [1]  53/7
protect [5]  33/25 34/4 36/12
 36/16 54/18
protecting [1]  59/20
protection [1]  58/18
proud [1]  52/14
prove [5]  6/13 54/5 54/7
 54/12 62/21
proved [4]  36/6 49/16 57/18
 60/25
proven [1]  57/25
provide [3]  23/2 45/12 54/18
PSR [4]  13/18 20/4 62/13
 62/14
public [8]  34/1 34/4 35/2
 36/12 36/16 46/21 53/5 59/21
pulled [2]  24/18 43/19
punishable [1]  33/13
purchase [1]  15/4
purchased [3]  15/7 15/8 17/1
pure [1]  38/10
purpose [1]  58/17
purposes [3]  24/11 28/11
 41/11

put [10]  3/17 11/15 12/2
 17/11 18/23 37/14 41/3 46/17
 47/7 49/5
putting [4]  13/8 24/11 38/17
 45/17

**Q**

quantities [1]  34/19
quantity [5]  13/1 56/25 62/7
 62/14 62/15
quarter [1]  41/9
question [6]  10/10 30/20
 37/23 41/21 56/7 60/15
quite [18]  3/4 7/25 8/9 17/25
 23/12 29/22 29/22 37/16 37/20
 37/24 39/9 39/21 42/14 45/16
 48/11 49/11 51/13 57/8
quote [3]  7/3 7/5 27/11
quoted [1]  15/17

**R**

racketeering [2]  6/21 9/5
Rail [1]  30/8
raise [2]  46/13 54/16
raised [2]  52/18 52/20
range [5]  7/6 22/10 22/17
 23/5 45/14
rap [1]  32/16
rather [2]  20/21 54/24
razor [9]  11/18 35/6 35/23
 40/24 41/5 41/10 41/10 58/10
 59/9
razor blade [4]  11/18 35/6
 40/24 41/10
razor blades [4]  35/23 41/5
 58/10 59/9
RDAP [1]  48/17
RDR [3]  1/23 64/14 64/19
reached [1]  34/24
read [2]  4/17 23/21
ready [1]  30/24
real [4]  31/6 31/10 35/1
 58/21
really [9]  7/22 18/25 24/12
 25/16 33/1 36/13 49/21 51/23
 54/22
Realtime [1]  64/20
reason [6]  35/25 54/5 54/25
 57/25 60/7 63/8
reasonable [7]  4/2 6/13 12/12
 28/8 28/21 53/16 63/11
reasonably [6]  6/6 6/8 6/12
 6/20 8/13 10/15 28/9 32/22
 32/24
reasons [4]  55/24 58/8 60/14
 60/18
recalled [1]  27/7
recalls [1]  29/1
recap [1]  28/11
receive [3]  51/8 53/23 61/24
received [3]  4/9 40/1 52/17
receives [1]  50/3
receiving [1]  54/10
recent [3]  6/15 8/1 62/20
recently [1]  15/8
recess [2]  55/8 55/11
recidivist [2]  41/23 42/7
recklessly [1]  25/8
recognize [1]  55/22

**R**

recognizing [2]   12/14 59/21
recollection [1]   25/25
recommend [2]   7/17 61/23
recommendation [2]   7/18 48/19
recommendations [2]   48/4
  60/19
record [15]   3/8 3/12 4/17 5/6
  21/13 21/14 21/15 21/22 41/1
  41/20 42/8 45/5 59/3 59/11
  64/16
recovered [2]   28/25 29/1
reference [7]   5/19 17/2 17/3
  17/4 31/2 31/4 31/13
references [1]   57/15
referred [1]   39/10
reflected [2]   50/16 62/10
regard [11]   8/22 10/1 12/6
  13/8 21/9 37/6 37/9 38/6 45/2
  50/19 51/11
regarding [2]   57/5 62/21
regards [2]   39/7 43/13
Registered [1]   64/20
rehab [1]   18/7
Rehaif [1]   62/21
rehash [1]   37/4
relate [2]   3/22 10/24
related [5]   13/14 19/18 20/7
  20/13 56/9
relates [1]   11/3
relating [1]   12/24
relationship [1]   32/6
relative [1]   60/9
relatively [1]   58/24
released [1]   48/13
relevant [4]   14/23 22/2 50/25
  58/19
reliability [1]   17/14
relied [1]   10/8
relocate [1]   51/17
reluctance [1]   28/5
relying [1]   20/11
remain [1]   12/21
remarkable [1]   46/24
remarked [1]   44/22
remember [1]   46/1
repaint [1]   27/10
repeated [2]   14/15 14/15
repetitive [1]   54/9
replied [1]   15/3
replies [3]   16/20 31/5 31/9
report [7]   4/7 4/13 4/19 5/18
  11/9 22/13 62/11
Reported [1]   1/22
Reporter [4]   1/24 64/20 64/20
  64/21
represented [1]   18/2
represents [1]   60/10
request [2]   45/3 45/9
requested [2]   46/20 47/19
requesting [1]   14/5
require [1]   12/1
required [2]   23/8 61/17
requiring [2]   12/13 12/19
research [1]   6/9
resided [1]   52/21
resident [1]   52/16
resist [1]   46/7

resolve [1]   45/11
respects [2]   39/11 44/17
respond [4]   29/10 29/11 37/2
  48/23
responds [2]   29/5 30/21
response [1]   7/2
responsibility [1]   60/14
responsible [6]   5/19 12/8
  36/6 36/8 38/14 49/17
rest [2]   3/15 46/17
result [2]   12/20 25/7
resulted [1]   14/9
resulting [1]   13/11
retain [1]   55/1
retaliation [1]   50/6
returned [1]   2/23
review [1]   4/18
reviewed [1]   4/10
revise [1]   22/12
Ricardo [12]   5/20 6/7 10/1
  10/18 28/4 28/17 28/18 29/25
  31/18 31/22 32/22 39/7
Ricardo Johnson [12]   5/20 6/7
  10/1 10/18 28/4 28/17 28/18
  29/25 31/18 31/22 32/22 39/7
Rick [1]   28/17
RICO [10]   5/7 6/4 6/15 8/1
  8/20 19/12 20/10 20/12 28/10
  56/8
riding [2]   27/19 27/20
rifle [3]   24/21 25/14 57/10
rifles [1]   27/18
right [35]   2/12 2/16 2/17
  2/20 3/13 3/21 5/5 10/4 11/13
  11/14 14/3 16/5 19/23 21/22
  21/24 22/8 22/16 23/12 23/16
  28/21 36/19 37/14 41/18 42/20
  51/25 52/2 52/6 55/7 55/18
  62/10 63/17 63/22 63/23 64/8
  64/11
rights [1]   63/19
ringed [1]   41/14
risk [2]   56/19 57/6
risked [1]   19/4
risky [1]   58/4
ritual [1]   43/2
Road [1]   42/12
rob [4]   24/18 28/17 32/4
  32/14
robbery [1]   20/2
robbing [2]   32/8 32/17
roll [1]   47/14
roll back [1]   47/14
roped [1]   49/2
rose [1]   46/11
roughly [1]   31/18
rounds [1]   24/22
routinely [1]   16/25
rule [3]   9/17 10/11 33/13
ruled [1]   7/5
rules [2]   22/4 33/12
ruling [2]   7/11 8/10
run [2]   23/14 34/11

**S**

safe [1]   32/20
said [16]   8/23 12/16 18/21
  19/14 26/2 26/3 26/4 26/16
  26/20 38/1 38/4 45/13 53/1

55/20 56/23 59/25
same [10]   7/12 9/8 16/1 16/2
  16/18 27/1 39/13 43/15 43/23
  61/10
sanctions [1]   43/3
sat [2]   3/19 24/23
saw [6]   37/14 38/1 38/1 44/21
  44/23 46/7
say [24]   3/14 4/6 5/21 9/16
  10/14 11/2 14/18 17/25 18/1
  22/19 26/1 26/5 29/18 34/23
  41/20 42/16 49/10 51/9 52/1
  52/5 55/5 58/25 60/8 62/14
saying [2]   4/12 23/10
says [12]   11/23 15/8 15/24
  16/19 25/21 25/23 27/7 29/5
  30/20 30/24 32/18 38/9
school [1]   52/17
Schuylkill [2]   48/6 61/24
screen [1]   37/13
se [1]   40/11
seated [4]   2/4 2/18 41/18
  55/13
second [11]   8/25 9/6 9/10
  9/14 17/24 26/5 31/1 37/15
  57/5 63/16 63/17
second-degree [3]   9/6 9/10
  9/14
security [1]   41/13
see [13]   5/5 10/8 15/15 17/16
  19/10 22/5 26/7 26/9 26/17
  26/20 45/10 47/13 52/24
seek [1]   50/6
seeking [2]   43/9 44/13
seem [2]   11/8 20/13
seems [4]   12/21 13/3 20/9
  44/11
seen [3]   18/19 25/23 38/1
sees [1]   46/13
seized [2]   14/11 32/15
sell [1]   56/24
selling [2]   40/17 56/17
sells [2]   40/16 40/23
send [1]   15/10
sender [1]   16/4
sends [1]   39/17
sense [1]   18/22
sentence [39]   7/13 7/17 8/5
  23/24 23/25 36/18 36/23 36/24
  36/25 43/9 44/5 44/12 44/13
  45/21 46/19 46/20 46/22 47/19
  47/23 49/21 49/23 52/2 53/20
  55/9 60/6 60/7 60/21 60/24
  61/2 61/6 61/7 61/10 61/13
  61/16 61/18 62/5 62/25 63/7
  63/24
sentenced [1]   7/18
sentences [3]   49/20 60/9 63/9
sentencing [25]   1/12 2/11
  2/21 3/5 4/6 4/8 4/8 5/1 7/2
  7/6 8/6 14/10 17/8 23/21
  30/18 40/4 41/4 41/22 42/18
  44/22 45/4 49/13 50/13 55/16
  55/20
separate [1]   50/5
September [2]   20/8 34/7
serious [16]   11/12 11/22
  12/19 17/12 19/15 24/7 34/14
  35/21 36/4 36/4 36/10 55/22

**S**

serious... [4]  55/23 56/6
 57/1 58/6
seriously [1]  11/6
seriousness [2]  57/6 59/21
serve [3]  6/16 49/20 49/20
set [5]  4/25 6/4 8/15 30/8
 56/6
several [1]  38/5
severely [1]  11/6
shake [1]  32/19
SHAKEEN [10]  1/5 2/7 28/23
 29/3 29/10 30/16 33/11 49/15
 49/23 52/13
SHAKEEN DAVIS [9]  1/5 2/7
 29/3 29/10 30/16 33/11 49/15
 49/23 52/13
Shakeen Davis's [1]  28/23
she [6]  37/17 37/17 38/7 38/9
 45/13 54/19
shit [2]  27/12 31/8
shoes [8]  35/23 41/6 41/6
 41/15 41/16 58/10 58/15 58/20
shooting [9]  12/8 25/24 27/8
 27/19 38/11 38/14 38/18 44/6
 57/22
shootings [2]  7/22 36/7
shopping [1]  34/18
short [3]  7/8 27/17 31/5
short shrift [1]  27/17
shortly [1]  27/8
shot [2]  11/4 30/7
should [12]  3/8 3/20 7/13
 8/12 9/18 13/16 21/13 54/2
 54/19 60/17 60/18 63/5
shoulder [1]  27/21
show [1]  12/8
showed [3]  3/24 44/24 44/25
showing [1]  26/9
shows [4]  10/13 35/4 37/6
 49/4
shrift [1]  27/17
sic [1]  53/22
side [1]  25/13
sides [1]  22/18
significance [2]  58/7 58/9
significant [10]  14/8 19/2
 19/15 30/14 31/20 34/6 34/25
 39/2 50/2 60/21
significantly [1]  31/16
signs [1]  49/7
similar [1]  40/10
simply [2]  29/14 51/22
since [1]  51/3
sincerely [1]  54/16
sir [1]  64/2
sit [1]  23/20
site [1]  30/3
sitting [5]  25/9 25/12 26/2
 39/9 42/20
situation [2]  8/12 46/6
six [2]  3/19 23/20
smuggle [1]  35/23
snitching [1]  33/13
so [70]  4/4 4/10 4/15 5/13
 7/11 8/9 8/25 10/23 11/16
 12/13 12/21 14/22 14/25 16/4
 16/6 16/24 17/22 18/13 19/7

19/12 19/20 19/24 20/22 21/5
 23/2 23/3 25/2 26/12 27/13
 28/20 28/25 29/14 30/22 30/10
 31/2 31/10 31/11 31/21 32/18
 32/21 33/19 34/3 34/7 35/6
 35/16 36/3 36/16 39/2 40/3
 41/19 43/22 44/9 45/23 46/11
 47/14 47/18 49/21 50/8 50/16
 50/20 52/12 52/24 53/15 54/23
 54/24 58/5 59/3 59/10 59/11
 63/18
social [2]  27/22 44/21
society [1]  53/11
solid [1]  17/22
some [28]  3/22 4/9 6/9 19/4
 20/6 21/14 23/23 25/15 25/20
 27/11 28/11 30/4 30/11 32/19
 33/17 37/2 37/7 47/10 48/9
 50/4 53/20 55/1 56/11 56/18
 58/18 59/10 61/24 63/8
somehow [2]  45/17 48/24
someone [9]  24/16 36/1 40/13
 40/23 41/9 42/10 43/20 46/6
 58/5
someone's [1]  58/2
something [7]  10/12 31/24
 40/15 41/15 50/23 51/15 59/19
sometimes [1]  40/18
somewhere [2]  18/23 28/19
sorry [3]  20/8 31/7 62/8
sort [9]  4/11 20/17 42/22
 51/6 51/8 51/24 56/23 57/16
 58/18
sound [1]  54/9
sources [1]  18/5
speak [2]  52/6 52/9
special [4]  1/20 2/10 50/4
 61/19
Special Agent [2]  1/20 2/10
specific [5]  3/17 4/23 6/14
 9/18 33/8
specifically [5]  39/7 51/1
 58/22 60/6 60/15
specificity [1]  26/1
spectrum [1]  18/4
spend [1]  23/19
spent [2]  46/1 46/2
spot [1]  32/13
squarely [1]  8/9
squatted [1]  44/17
staked [1]  37/5
stand [2]  3/20 54/6
standard [2]  10/2 17/10
standing [4]  2/15 26/1 26/18
 26/21
start [5]  4/11 4/12 13/1
 13/12 52/10
startled [2]  37/16 37/18
stash [4]  28/19 30/6 32/4
 32/13
state [4]  24/14 33/4 53/6
 64/7
State's [1]  53/7
stated [3]  21/9 37/20 54/21
statement [3]  4/23 17/15
 47/12
statements [1]  53/14
states [11]  1/1 1/3 1/16 2/6
 2/8 6/17 8/2 8/11 9/1 9/7

50/20
station [2]  26/9 26/10
statute [4]  6/4 7/7 8/14
 36/25
steal [1]  29/24
stenographic [1]  64/16
step [1]  29/21
still [5]  17/10 20/13 47/4
 58/24 63/9
stipulate [1]  21/4
stolen [4]  29/24 30/8 57/12
 59/8
stop [2]  34/12 35/22
storeowner [1]  53/18
story [2]  27/1 39/21
strap [1]  27/21
street [3]  1/24 26/3 26/10
strenuously [1]  38/12
strikes [1]  45/16
subject [1]  17/20
subjects [1]  26/10
submission [2]  40/4 41/22
submit [6]  3/8 3/11 12/7
 12/13 13/23 42/5
submitted [3]  3/5 4/25 5/2
subpoena [1]  17/19
substance [1]  61/25
substantial [4]  46/4 46/4
 46/4 46/21
successful [1]  7/1
such [5]  7/5 9/15 10/21 11/24
 42/5
suffered [3]  11/25 12/13 43/3
sufficiency [2]  3/6 3/17
sufficient [5]  4/5 5/24 12/16
 61/3 63/11
sufficiently [2]  10/17 18/22
suggest [1]  18/14
suggesting [1]  51/19
superhuman [1]  46/9
superseding [4]  63/15 63/16
 63/17 63/18
superseding indictment [3]
 63/15 63/16 63/17
supplement [2]  21/13 21/15
support [5]  4/1 12/17 38/7
 42/9 46/14
Supreme [1]  62/20
Supreme Court's [1]  62/20
sure [8]  14/2 14/2 15/17
 18/22 51/18 59/16 59/18 63/25
surprising [1]  58/14
sustained [1]  11/22
sway [2]  51/14 51/24
Syd [2]  32/17 32/18
Sydni [6]  27/10 28/15 28/16
 28/23 30/3 30/15
Sydni Frazier [5]  27/10 28/15
 28/16 28/23 30/15
Sydni Frazier's [1]  30/3
system [1]  35/21

**T**

table [3]  2/9 2/16 39/10
take [7]  16/13 22/3 29/6 47/1
 54/5 55/8 60/5
taken [4]  12/23 22/20 55/11
 58/1
takes [1]  30/2

**T**

taking [5]   20/25 29/21 42/8
 56/4 60/25
talk [6]   16/24 24/9 28/4
 31/24 32/2 33/25
talked [1]   40/15
talking [12]   16/16 18/9 27/20
 28/16 29/8 31/12 33/18 34/10
 39/15 43/22 43/25 49/8
talks [1]   32/9
tar [1]   43/16
task [1]   34/22
telephone [2]   39/23 39/24
tell [6]   4/6 18/25 27/1 30/5
 32/13 62/4
telling [1]   31/3
tells [2]   19/2 27/10
temporary [1]   20/24
ten [1]   36/24
tend [1]   10/11
tentatively [1]   11/2
term [2]   15/2 16/21
terms [14]   3/23 9/5 10/16
 18/4 19/23 24/14 38/6 40/7
 45/4 45/19 48/12 50/23 51/5
 60/6
territory [1]   42/19
test [1]   21/17
testified [3]   18/11 28/13
 53/19
testify [2]   27/3 27/4
testimony [5]   11/4 28/1 28/12
 34/20 53/13
text [15]   14/12 15/6 15/16
 15/22 15/24 16/23 16/25 17/15
 18/6 18/18 28/22 29/12 30/23
 33/17 39/17
text message [4]   15/6 15/24
 17/15 18/6
text messages [10]   14/12
 15/16 15/22 16/25 18/18 28/22
 29/12 30/23 33/17 39/17
texted [2]   14/17 14/25
texting [3]   27/23 29/14 29/15
texts [8]   16/19 28/24 29/3
 30/15 30/20 30/23 31/7 31/7
than [13]   3/25 4/21 16/22
 20/21 32/23 36/23 40/21 49/15
 49/22 59/19 61/3 63/12 63/19
thank [23]   2/12 2/17 2/19
 3/13 5/4 16/3 17/6 19/9 19/22
 23/18 36/19 36/21 48/1 48/2
 52/8 52/22 55/4 55/6 55/7
 55/18 62/16 63/21 64/12
that [452]   3/2 3/6 3/8 3/20
 3/22 3/25 4/22 4/25 5/1 5/6
 5/12 5/14 5/21 5/23 5/23 5/24
 5/25 6/3 6/5 6/6 6/7 6/7 6/10
 6/12 6/13 6/16 6/19 6/19 6/22
 6/24 6/24 7/3 7/3 7/4 7/6
 7/13 7/16 7/16 7/18 7/21 7/23
 8/5 8/6 8/10 8/11 8/13 8/14
 8/14 8/20 8/23 9/3 9/13 9/18
 9/18 9/20 9/21 9/22 10/2 10/2
 10/6 10/9 10/12 10/14 10/15
 10/15 10/16 10/20 10/22 10/24
 11/1 11/2 11/8 11/13 11/14
 11/15 11/19 12/6 12/6 12/7

12/8 12/8 12/12 12/13 12/14
12/17 12/23 13/1 13/3 13/6
13/8 13/15 13/15 13/19 13/22
14/11 14/18 15/1 15/13 15/24
16/2 16/7 16/15 16/17 16/18
16/18 16/19 16/19 16/22 17/9
17/10 17/11 17/13 17/15 17/19
18/1 18/7 18/8 18/11 18/12
18/15 18/17 18/20 18/22 19/1
19/25 20/10 20/11 20/16 20/20
20/22 20/25 21/2 21/3 21/3
21/4 21/8 21/12 21/13 21/16
21/17 22/2 22/17 22/21 22/24
23/2 23/4 23/7 23/10 23/14
23/24 24/17 24/20 24/22 24/25
25/2 25/5 25/6 25/9 25/16
25/18 25/21 25/22 25/23 25/25
26/5 26/7 26/9 26/10 26/11
26/15 26/17 26/19 27/7 27/10
27/14 27/14 27/15 27/16 27/23
28/6 28/8 28/10 28/10 28/11
28/13 28/20 28/24 29/1 29/7
29/9 29/10 29/11 29/12 29/20
29/21 30/8 30/11 30/12 31/19
31/19 32/2 32/3 32/6 32/6
32/10 32/14 32/21 32/23 33/1
33/6 33/7 33/10 33/13 33/15
33/19 33/20 33/21 33/21 33/22
34/3 34/23 35/1 35/4 35/8
35/14 35/17 35/18 35/24 35/25
36/5 36/6 36/11 36/13 36/13
36/14 36/15 36/17 37/1 37/5
37/7 37/7 37/13 37/16 37/17
37/18 37/22 37/23 37/24 38/1
38/2 38/3 38/5 38/6 38/9
38/10 38/13 38/14 38/15 38/16
38/16 38/18 38/19 38/20 38/21
38/25 39/4 39/5 39/6 39/8
39/11 39/11 39/12 39/15 39/16
39/17 39/18 39/18 39/20 39/21
39/24 40/2 40/4 40/7 40/7
40/10 40/13 40/14 40/15 40/16
40/20 40/20 40/22 41/4 41/9
41/10 41/14 41/17 41/17 41/18
41/19 41/19 41/20 41/20 41/21
42/3 42/9 42/12 42/12 42/13
42/14 42/15 42/22 42/22 43/1
43/3 43/14 43/23 44/9 44/16
44/21 44/22 44/24 45/17 45/18
45/18 45/19 45/21 45/23 46/8
46/8 46/9 46/9 46/10 46/11
46/11 46/14 46/16 46/18 46/20
46/20 46/24 47/5 47/7 47/12
47/19 47/20 47/23 47/24 47/24
48/13 48/18 48/18 48/18 48/19
48/24 48/25 49/4 49/5 49/11
49/14 49/16 49/16 49/19 49/22
49/23 49/25 50/2 50/7 50/8
50/15 50/17 50/19 50/20 50/20
51/2 51/4 51/10 51/13 51/14
51/14 51/15 51/15 51/19 51/23
52/2 52/7 53/1 53/10 53/14
53/25 54/14 54/15 54/18 54/25
55/15 55/25 56/4 56/7 56/11
56/11 56/16 56/17 56/22 57/3
57/7 57/8 57/16 57/25 58/1
58/7 58/13 58/15 58/16 58/19
58/19 58/21 58/25 59/13 59/17
59/18 59/20 59/23 59/25 60/2

60/4 60/7 60/8 60/9 60/16
60/21 60/23 61/5 61/7 61/8
61/13 61/15 61/19 61/23 62/7
62/12 62/22 62/25 62/25 62/25
63/3 63/7 63/10 63/25 64/2
64/6 64/7 64/15
that's [29]   5/18 8/14 14/6
18/19 21/23 22/7 23/12 26/14
27/13 27/25 28/21 29/11 30/2
32/15 38/3 40/25 46/8 47/3
50/8 51/17 54/25 55/3 56/4
56/5 56/15 56/18 61/12 62/2
62/17
their [10]   12/1 12/3 24/23
25/9 25/12 42/19 53/20 53/24
60/10 60/19
them [10]   15/18 17/20 24/2
25/14 28/3 29/13 30/5 33/17
43/12 44/7
then [25]   12/18 13/14 14/23
15/3 15/6 15/24 16/5 19/16
21/12 21/23 22/1 22/8 27/9
27/16 28/22 29/19 30/7 31/7
31/7 31/16 32/15 36/24 50/10
59/9 62/17
theory [3]   42/21 44/19 53/14
there [96]   2/23 3/2 3/14 3/22
3/25 4/13 4/23 5/24 6/15 6/24
7/3 7/12 7/15 7/20 8/22 8/25
9/2 9/9 9/9 9/12 9/12 9/15
9/21 9/22 9/25 10/9 10/12
10/23 11/1 12/7 12/16 13/3
14/1 14/10 14/14 16/23 17/14
18/14 19/18 19/25 20/3 20/6
20/18 23/2 23/8 24/12 25/5
26/24 27/12 28/20 28/21 28/23
28/25 29/12 30/15 31/13 32/16
33/10 34/9 34/21 35/24 37/7
38/15 38/20 38/22 39/2 40/3
40/3 40/8 41/6 41/7 41/11
41/16 42/5 42/14 43/2 45/11
47/16 48/4 48/7 48/22 49/3
50/2 50/4 51/6 51/23 51/25
55/21 56/11 57/14 57/20 58/7
60/2 61/17 61/19 62/24
there's [12]   3/16 11/21 12/11
19/25 26/12 38/10 38/19 38/22
40/25 51/7 56/7 58/9
these [13]   4/11 7/23 11/5
12/17 18/17 20/10 22/13 25/18
29/17 35/10 38/24 47/15 54/14
they [44]   4/24 6/7 11/6 11/25
12/1 14/14 15/3 15/10 16/24
18/3 18/4 18/11 24/18 24/23
27/1 27/4 29/15 29/16 29/24
29/25 30/1 30/1 30/4 30/8
32/4 33/7 34/23 34/23 34/24
39/12 39/13 39/13 40/14 41/5
41/6 41/7 43/4 43/11 51/24
54/7 54/11 54/12 61/4 63/6
they're [8]   15/17 16/1 18/9
27/5 29/7 30/12 31/11 32/3
thing [9]   9/8 17/24 38/25
40/19 40/19 42/5 46/24 47/9
51/9
things [10]   7/24 17/7 33/14
38/9 40/5 41/8 46/7 51/5
55/21 59/16
think [106]   3/11 3/15 3/16

**T**

think... [103]   4/15 5/13 5/21
  8/10 10/12 10/20 10/23 11/20
  12/6 12/11 12/15 12/25 13/16
  17/22 18/17 19/7 19/12 19/20
  19/25 20/11 20/18 21/1 21/9
  22/1 25/2 25/5 25/11 26/6
  26/14 26/19 26/24 27/16 28/8
  28/10 28/20 30/11 30/14 31/4
  31/14 31/19 31/23 32/1 32/21
  32/23 32/23 33/1 33/3 34/2
  34/3 34/25 35/4 35/18 35/24
  36/1 36/3 36/11 36/13 37/8
  37/16 37/20 37/24 38/2 38/5
  39/5 40/9 40/20 40/24 41/17
  41/19 42/18 44/7 44/20 44/23
  46/3 46/8 46/18 47/3 48/11
  48/18 49/4 49/10 49/11 49/16
  49/19 49/21 49/22 49/23 50/8
  50/11 50/23 51/10 51/22 54/11
  56/13 57/24 58/7 58/21 58/24
  60/5 60/8 61/2 62/12 62/22
third [1]   45/10
this [121]   2/6 3/12 6/9 6/10
  6/15 6/18 7/23 7/25 8/2 9/11
  9/15 10/9 11/3 11/10 12/15
  14/3 14/17 15/4 15/7 15/11
  16/22 16/24 16/25 17/12 17/16
  17/19 18/7 18/23 18/25 20/3
  21/5 21/5 21/14 22/9 23/25
  27/5 27/9 27/18 28/2 28/7
  29/21 30/10 30/11 30/13 30/16
  31/1 31/14 31/21 32/6 32/11
  32/12 32/21 33/5 33/6 33/7
  33/19 33/20 34/2 35/1 36/5
  36/12 36/14 37/14 38/4 38/18
  39/6 40/15 40/15 40/17 40/22
  41/20 42/1 42/6 42/11 42/13
  42/17 42/19 43/4 43/5 43/6
  43/6 43/7 43/7 43/9 43/14
  43/17 43/22 44/1 44/6 44/10
  44/20 44/21 45/9 45/10 45/11
  45/13 45/22 46/2 47/13 47/16
  47/24 49/24 52/3 52/8 52/25
  53/6 53/19 55/5 55/15 56/6
  56/14 56/25 58/21 59/6 59/7
  59/12 59/21 60/22 61/5 61/14
  63/24
those [15]   4/10 11/1 15/16
  16/15 18/13 25/3 25/20 40/5
  41/5 41/8 42/19 45/25 57/23
  58/15 63/9
though [6]   6/21 7/15 23/1
  29/14 30/22 53/21
thought [4]   4/11 45/20 46/24
  54/11
three [5]   15/6 22/3 29/6 41/9
  54/14
three-quarter-inch [1]   41/9
through [7]   3/19 15/9 15/25
  18/8 23/20 54/19 54/20
throughout [1]   29/20 54/2
throwing [2]   49/6 51/11
tie [1]   30/1
tied [1]   31/22
time [13]   14/13 23/19 27/18
  30/5 30/11 46/21 47/14 47/15
  50/7 52/22 54/9 59/13 59/25

times [3]   30/7 47/13 57/8
timing [1]   31/19
Timothy [5]   6/17 6/22 6/25
  7/14 8/11
Timothy Hurtt [3]   6/22 6/25
  7/14
today [7]   4/10 12/10 41/13
  45/24 45/25 52/14 54/10
told [1]   54/4
tons [1]   44/21
too [3]   30/16 31/8 47/13
took [2]   44/2 49/1
top [1]   42/20
total [5]   12/22 13/7 19/13
  20/20 36/25
touch [1]   11/19
towards [1]   53/20
trade [2]   48/12 55/1
trades [1]   54/23
trafficking [3]   5/12 36/8
  56/20
tragedy [1]   59/12
training [3]   47/8 48/10 61/25
transaction [1]   15/23
transactions [1]   14/15
transcript [1]   64/15
traumatic [1]   25/11
treated [1]   46/25
treatment [5]   46/23 47/5 47/5
  48/17 62/1
treats [1]   57/25
tremendous [1]   47/23
trial [34]   2/16 2/22 3/1 3/11
  3/20 4/4 9/12 12/3 15/12
  21/19 23/20 26/15 28/12 30/17
  32/10 34/20 35/24 36/6 37/22
  39/11 42/13 44/4 49/4 49/17
  50/23 50/24 52/23 53/2 53/19
  53/22 53/23 54/4 60/20 63/3
tried [1]   24/18
tries [1]   26/22
trigger [1]   43/19
troubling [1]   40/5
true [5]   21/17 26/17 29/11
  37/25 50/1
true test [1]   21/17
trunk [1]   27/19
try [4]   6/9 30/8 46/12 46/13
trying [8]   30/5 32/3 32/18
  35/22 36/1 43/4 48/8 60/3
turn [1]   48/3
two [30]   6/15 10/23 11/12
  11/20 11/21 12/12 12/17 13/4
  13/5 13/14 14/6 16/18 17/7
  17/9 17/13 18/13 19/17 19/17
  20/19 24/25 25/3 26/24 28/25
  33/23 36/7 39/11 44/6 52/21
  57/18 61/12
two-level [2]   11/21 14/6
tying [1]   27/17
type [5]   25/6 32/6 41/10
  53/20 55/1

**U**

U.S [1]   1/20
U.S. [2]   9/3 53/7
U.S. State's [1]   53/7
U.S. versus Mark Bazemore [1]
  9/3

ultimately [6]   17/14 18/10
  30/7 32/4 41/1 47/9
unanswered [1]   39/17
uncharged [1]   8/8
Uncle [1]   28/17
Uncle Rick [1]   28/17
unclear [1]   31/11
under [13]   7/7 11/20 14/6
  17/9 20/13 22/3 22/19 33/1
  33/3 36/12 40/14 44/19 45/6
understand [9]   13/10 21/6
  28/5 51/18 53/25 57/17 58/23
  60/1 64/2
understanding [1]   17/7
understands [1]   60/2
unfair [1]   54/12
unfortunate [1]   47/3
unfortunately [3]   35/11 40/17
  56/22
ungodly [1]   53/5
UNITED [9]   1/1 1/3 1/16 2/6
  2/8 6/17 8/2 8/11 9/7
United States [2]   2/6 2/8
United States versus Gerald
  Johnson [1]   9/7
United States versus Marquise
  McCants [1]   8/2
United States versus Timothy
  Hurtt [2]   6/17 8/11
unlawful [2]   5/8 5/9
unless [3]   10/12 18/25 35/25
unloading [1]   25/14
unnecessarily [1]   43/16
untruthful [1]   53/13
unwilling [2]   48/25 49/11
up [35]   6/4 8/15 13/24 14/18
  15/9 15/16 15/22 15/25 18/7
  18/7 20/23 22/3 23/3 27/15
  30/1 30/13 31/1 31/22 32/21
  32/23 34/23 35/12 36/6 39/13
  42/10 43/7 43/8 49/6 50/12
  51/11 54/16 59/13 59/14 60/1
  62/2
upbringing [1]   44/15
upon [2]   11/19 44/5
upper [1]   44/10
upward [3]   11/21 14/6 19/8
us [1]   22/10
use [6]   13/6 13/24 18/2 28/3
  47/7 56/24
used [5]   13/5 15/2 16/21
  42/18 57/9
useful [1]   6/16
users [1]   18/1
uses [1]   32/13
usually [2]   16/21 31/2
utmost [1]   54/12

**V**

vacated [1]   63/9
vague [1]   31/11
van [2]   30/8 31/22
vantage [2]   25/24 26/16
various [4]   3/22 57/8 58/2
  59/5
vegetation [1]   26/12
venture [1]   17/18
verbatim [1]   50/20
verdict [8]   2/23 3/18 3/20

**V**

verdict... [5]   4/1 10/20 12/25 24/4 56/14
verdicts [1]   38/8
versus [6]   2/6 6/17 8/2 8/11 9/3 9/7
very [27]   15/2 16/21 25/11 26/9 26/20 26/24 26/25 27/6 28/10 34/5 34/14 36/5 36/10 37/5 39/4 39/8 40/5 44/23 48/23 49/14 52/24 55/20 55/21 55/22 56/16 58/6 60/21
victim [1]   11/22 30/4 43/20
victim's [1]   29/24
victims [4]   11/25 24/17 24/23 25/6
victory [2]   20/24 20/24
video [3]   26/8 26/11 44/7
view [2]   13/13 26/12
violence [9]   7/22 13/6 13/6 13/14 13/24 56/19 56/19 57/6 57/7
violent [2]   36/5 58/3
virtually [1]   60/1
virtue [2]   7/7 50/3
vis [2]   50/24 50/24
vis-à-vis [1]   50/24
vocational [1]   61/24
voicemail [1]   39/25
volumes [1]   42/12
voluntary [1]   56/10
vs [1]   1/4

**W**

waist [2]   34/17 34/18
walking [1]   26/11
want [18]   2/5 11/19 13/19 14/3 20/22 24/9 25/15 28/4 33/25 37/23 44/16 46/1 49/13 52/4 52/22 54/16 54/22 59/23
wanted [7]   25/20 28/11 37/25 45/10 48/22 53/20 59/15
wants [6]   3/14 6/2 13/10 27/23 32/14 47/16
warrant [1]   17/12
warranted [3]   49/24 60/22 61/10
was [168]   2/23 3/25 4/25 5/1 5/12 5/23 6/6 6/7 6/12 6/13 6/18 6/18 6/19 6/24 7/3 7/3 7/8 7/20 7/23 8/7 8/13 8/25 9/9 9/12 9/13 9/21 9/22 9/25 10/1 10/15 10/16 10/17 12/7 12/8 12/16 13/17 14/10 14/11 14/14 15/11 15/12 15/13 17/25 19/4 21/18 25/2 25/3 25/6 25/10 26/1 26/2 26/2 26/3 26/4 26/4 26/5 26/20 27/3 28/6 28/9 28/16 28/16 30/11 30/16 31/18 32/11 32/12 32/22 33/8 33/11 33/21 33/22 34/5 34/7 34/9 34/12 34/13 34/16 34/17 34/21 35/13 35/13 35/25 36/5 36/5 36/8 36/11 37/10 37/10 37/13 37/18 37/24 37/25 37/25 38/4 38/7 38/13 38/18 38/24 38/25 39/6 39/8 39/18 39/24 39/25 40/10 40/11 40/15

41/2 41/3 41/15 41/16 41/16 41/18 42/1 42/1 42/3 42/3 42/4 42/14 42/15 43/2 43/2 43/20 44/18 44/25 45/9 45/10 45/10 45/20 46/11 46/24 48/24 48/25 49/1 49/2 49/3 49/11 49/11 49/17 51/11 51/19 51/22 51/22 51/23 51/24 52/20 54/4 54/6 56/10 56/12 56/16 56/22 57/11 57/11 57/18 57/22 57/22 58/11 58/16 58/17 58/19 59/7 59/7 62/10 62/15 63/3 63/15
wasn't [3]   29/23 30/18 34/20
waste [2]   46/18 47/24
watch [1]   25/12
way [8]   6/4 8/14 15/10 18/10 20/10 21/6 21/25 29/5
ways [3]   26/25 33/10 33/19
we [123]   2/20 2/21 3/9 3/20 4/11 5/6 5/6 6/3 6/5 8/10 11/15 11/17 11/19 12/2 12/9 13/8 13/12 13/15 13/21 13/24 13/25 14/5 16/1 17/7 17/9 17/16 17/22 18/6 18/10 18/11 18/20 19/4 19/10 19/10 19/11 21/12 21/15 22/2 22/7 22/8 22/9 22/21 22/24 23/24 23/25 24/3 24/3 24/5 24/17 24/20 24/22 24/25 25/2 26/8 27/9 28/12 28/20 28/22 29/3 29/7 30/11 30/13 30/24 31/3 31/4 31/14 31/19 32/5 32/10 32/10 32/21 32/23 32/23 33/10 33/12 33/14 33/17 33/19 35/11 35/11 35/16 36/3 36/10 36/13 36/16 36/22 37/1 37/22 38/2 38/19 39/10 39/11 39/24 39/24 40/1 40/15 40/15 40/16 41/1 41/5 41/7 41/19 42/10 42/12 43/1 43/2 44/7 44/21 45/5 45/13 45/18 45/21 49/5 50/24 50/24 56/1 57/3 57/17 57/21 59/5 60/2 60/3 63/14
we'll [2]   3/15 12/13
we're [4]   2/10 35/17 39/15 43/22
we've [4]   12/9 16/7 37/5 46/20
weapon [3]   38/18 38/20 57/16
weapons [6]   29/2 34/15 38/21 40/18 56/24 57/9
wearing [1]   58/16
week [1]   52/23
weeks [2]   3/19 23/20
weight [4]   10/6 13/17 35/20 36/14
welfare [1]   46/15
well [15]   2/20 3/21 4/11 5/5 6/3 10/4 18/16 19/25 22/7 23/12 29/9 32/5 55/18 60/17 61/25
went [7]   24/20 34/23 34/24 39/25 40/1 43/17 54/4
were [30]   7/15 8/23 11/6 12/12 18/11 20/11 26/11 26/17 28/24 29/1 33/21 35/12 36/6 37/7 37/13 39/11 39/12 39/13 41/5 41/11 42/22 43/4 50/15 50/24 56/11 57/3 57/14 58/15

59/14 59/15
weren't [1]   47/14
what [57]   3/23 8/22 10/5 10/8 11/2 11/5 11/15 15/19 12/24/1 24/3 24/4 24/5 26/7 27/2 27/3 29/4 30/10 30/22 31/11 35/11 37/6 37/18 38/1 38/17 39/2 39/10 39/24 40/21 41/1 41/3 41/7 42/10 43/10 43/11 43/14 44/22 45/6 45/20 46/15 47/11 47/22 51/11 54/11 54/12 54/20 56/1 56/23 57/18 57/22 58/17 59/2 59/15 59/19 60/3 60/10 60/24 62/4
what's [6]   19/12 20/6 32/2 32/19 49/9 62/21
whatever [7]   18/22 22/18 44/16 44/17 48/12 58/4 60/19
whatsoever [1]   53/9
when [23]   10/14 11/3 17/16 26/2 31/21 32/8 32/14 34/16 34/23 34/24 35/3 35/21 37/10 37/13 37/23 40/11 41/5 41/6 41/25 42/3 46/25 57/11 57/22
where [22]   8/12 8/20 13/12 14/20 17/8 26/1 26/17 26/20 30/5 37/13 38/4 43/7 43/8 43/19 50/24 50/24 51/17 52/17 54/23 58/25 59/14 62/3
wherever [1]   48/12
whether [12]   6/11 10/11 19/3 19/4 39/25 39/25 42/16 55/17 56/9 56/11 60/19 63/2
which [41]   5/8 5/11 7/8 7/8 9/3 11/23 12/18 15/1 15/11 16/1 16/24 20/7 20/14 20/20 22/10 22/25 27/5 27/9 27/11 30/17 31/4 31/5 31/13 31/17 32/3 32/11 32/16 33/8 34/25 35/12 36/7 49/9 51/15 52/16 52/21 52/11 54/7 54/12 54/20 56/8 56/19
while [2]   34/5 59/6
who [23]   2/15 12/12 14/14 16/25 18/2 24/16 26/25 33/15 33/18 34/2 34/22 38/25 40/23 41/6 42/10 42/13 42/17 43/20 44/6 45/25 47/16 52/18 53/20
who's [1]   15/7
why [8]   26/14 35/6 35/25 37/1 38/3 54/5 54/18 54/25
will [18]   11/19 12/23 13/23 23/14 36/15 45/8 46/20 48/13 48/19 57/20 60/8 61/13 61/17 61/23 62/22 63/25 64/5 64/8
window [1]   25/13
Windsor [2]   42/12 52/21
Windsor Mill [1]   52/21
Windsor Mill Road [1]   42/12
wish [2]   47/14 54/25
within [4]   43/13 61/5 64/1 64/8
within-guideline [1]   61/5
without [4]   9/18 10/6 61/3 63/12
witness [2]   50/6 53/13
witness's [2]   26/22 28/1
witness-retaliation [1]   50/6
witnesses [3]   4/3 25/22 26/25

**W**

won't [1]   52/4
word [1]   42/18
words [1]   32/19
work [2]   20/10 20/25
working [2]   15/14 46/12
works [1]   22/1
world [1]   49/7
worse [3]   35/4 49/15 49/22
would [60]   3/6 4/4 9/2 10/9
 11/1 11/8 11/9 12/18 12/21
 13/1 13/3 13/6 15/15 16/23
 17/18 17/25 18/10 18/13 19/7
 19/13 20/14 20/17 20/18 20/20
 20/20 21/2 22/10 22/18 23/16
 26/19 33/7 33/7 35/25 37/2
 38/12 42/5 43/11 45/2 45/13
 47/3 47/15 47/18 50/10 50/16
 51/9 52/1 52/10 53/4 53/11
 56/25 58/13 58/14 58/25 60/24
 62/24 63/1 63/7 63/9 63/11
 63/18
wound [1]   14/18
wounds [1]   12/1
wrong [8]   6/2 16/7 21/25 26/6
 31/10 45/17 53/11 53/25
wrote [1]   45/25

**Y**

yeah [2]   16/9 30/21
year [7]   36/24 42/6 43/22
 52/15 61/13 61/15 63/9
years [23]   7/17 7/19 23/3
 36/5 36/9 36/24 36/25 41/25
 42/2 44/6 45/15 46/21 50/2
 52/14 54/14 61/8 61/11 61/13
 62/7 62/9 62/17 63/10 63/11
yes [10]   3/21 4/20 11/17 14/5
 22/15 23/6 23/15 59/24 64/3
 64/10
yesterday [1]   31/10
yet [1]   45/21
you [82]   2/3 2/5 2/12 2/17
 2/17 2/19 3/13 4/6 4/19 4/22
 5/4 5/22 11/2 12/14 13/19
 14/3 16/3 16/7 16/13 17/6
 19/19 19/22 20/11 20/22 23/3
 23/10 23/16 23/18 23/21 26/7
 26/9 26/17 26/17 26/20 30/20
 30/22 30/22 31/23 36/19 36/21
 37/13 37/13 37/22 37/23 42/16
 42/22 42/22 42/24 44/16 44/24
 48/1 48/2 48/25 49/20 51/18
 51/24 52/1 52/2 52/2 52/4
 52/4 52/4 52/6 52/8 52/22
 53/10 55/4 55/6 55/7 55/9
 55/13 55/18 55/25 62/16 63/21
 63/22 63/23 63/25 64/2 64/5
 64/7 64/12
you'd [2]   3/2 52/6
you're [6]   16/15 35/3 52/3
 52/24 62/16 64/7
you've [7]   4/17 16/4 22/20
 23/8 23/21 37/23 42/19
young [2]   46/3 58/24
younger [1]   39/12
youngest [1]   52/18
your [85]   2/14 2/19 3/4 3/19

4/18 4/20 4/24 6/3 7/6 8/18
 9/2 9/8 9/11 9/16 9/20 11/14
 12/5 12/10 12/14 13/21 14/21
 15/10 15/15 15/18 17/6 17/7
 17/13 17/24 17/25 18/13 19/22
 20/23 21/2 22/6 22/15 22/20
 22/21 23/1 23/16 23/18 23/20
 23/24 24/2 25/17 29/1 31/1
 36/21 36/22 37/4 37/9 37/20
 38/12 39/4 39/8 39/21 40/5
 40/9 40/13 40/24 41/13 41/22
 44/20 45/2 45/16 45/22 47/18
 48/1 48/3 48/5 48/16 50/5
 50/10 50/16 50/19 51/1 51/9
 51/13 51/21 52/10 52/22 55/6
 62/6 63/21 63/23 64/8
Your Honor [72]   2/14 2/19 3/4
 3/19 4/20 4/24 6/3 8/18 9/2
 9/8 9/11 9/16 9/20 11/14 12/5
 12/10 13/21 15/15 17/6 17/7
 17/13 17/24 17/25 18/13 19/22
 20/23 21/2 22/6 22/21 23/1
 23/18 23/20 23/24 24/2 25/17
 29/1 31/1 36/21 36/22 37/4
 37/9 37/20 38/12 39/4 39/8
 39/21 40/5 40/9 40/13 40/24
 41/13 41/22 44/20 45/2 45/16
 45/22 47/18 48/1 48/5 48/16
 50/5 50/10 50/16 50/19 51/1
 51/9 51/13 51/21 52/10 55/6
 62/6 63/21
youth [1]   44/14

**Z**

Zweizig [3]   1/23 64/14 64/19

Sheet 1 - Judgment in a Criminal Case with Supervised Release (Rev. 04/2018)                                                                 Judgment Page 1 of 7

*KAM'*

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

**SHAKEEN DAVIS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

Case Number: CCB-1-16-CR-00267-020
Defendant's Attorney: Paul D Hazlehurst, Esq.
Assistant U.S. Attorney: Christina A Hoffman and
Lauren Perry

_____ FILED            _____ ENTERED
_____ LOGGED      _____ RECEIVED

OCT **1 6** 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

**THE DEFENDANT:**
☐ pleaded guilty to count(s) ____
☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.
☒ was found guilty on counts  1s, 2s, 16s, 30s, 31s, & 32s   after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18:1962(d) | Racketeering Conspiracy | 6/1/2017 | 1s |
| 21:846 | Conspiracy To Distribute Controlled Substances | 6/1/2017 | 2s |

The defendant is adjudged guilty of the offenses listed above and sentenced as provided in pages 2 through   7   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 543 U.S. 220 (2005).

☐ The defendant has been found not guilty on count(s) _____
☒ Superseding Indictment   is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 11, 2019
Date of Imposition of Judgment

*Catherine C. Blake*                     10/16/19

**Catherine C. Blake**                    Date
**United States District Judge**

Name of Court Reporter: Douglas Zweizig

**JA6548**

Judgment in a Criminal Case (Rev. 04/2018)                                                                                    Judgment Page 2 of  7

**DEFENDANT:**    **SHAKEEN DAVIS**
**CASE NUMBER:**   CCB-1-16-CR-00267-020

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18:922(g) | Possession Of A Firearm and Ammunition By A Felon | 4/26/2016 / 2/24/2017 | 16s & 30s |
| 21:841 | Distribution and Possession With Intent To Distribute Controlled Substances | 2/24/2017 | 31s |
| 18:924(c) | Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime | 2/24/2017 | 32s |

**JA6549**

**DEFENDANT: Shakeen Davis**                                             CASE NUMBER: CCB-1-16-CR-00267-020

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  300  months as to Counts 1s and  2s; and  120  months as to Counts 16s and 30s to run concurrent with Counts 1s and 2s; and 240  months as to Count 31s to run concurrent to Counts 1s, 2s, 16s, and 30s for a term of  300  months; and  60  months as to Count 32s to run consecutive to Counts 1s, 2s, 16s, 30s, and 31s for a total term of 360  months.

☒  The court makes the following recommendations to the Bureau of Prisons: (1) that the defendant participate in any substance abuse program for which he may be eligible including the Residential Drug Abuse Program; (2) that the defendant participate in any vocational training program for which he may be eligible during his period of incarceration; (3) the defendant receive a mental health evaluation; and (4) that the defendant be designated to the FCI at Schuylkill for service of his sentence.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ a.m./p.m. on _____.
☐  as notified by the United States Marshal.

☐  The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal.  If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

☐  before 2pm on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146.  If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147.  For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148.  Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
DEPUTY U.S. MARSHAL

**DEFENDANT: Shakeen Davis**                                                CASE NUMBER: CCB-1-16-CR-00267-020

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years as to Counts 1s, 2s, 31s, and 32s to run concurrent to each other; and 3 years as to Counts 16s and 30s to run concurrent to each other and Counts 1s, 2s, 31s, and 32s for a total term of 5 years.

**The defendant shall comply with all of the following conditions:**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## A.   MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance.
3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4) ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5) You must cooperate in the collection of DNA as directed by the probation officer.
6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

## B.   STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must answer truthfully the questions asked by your probation officer.
5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**JA6551**

**DEFENDANT: Shakeen Davis**                              CASE NUMBER: CCB-1-16-CR-00267-020

9)  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13) You must follow the instructions of the probation officer related to the conditions of supervision.

## C.   SUPERVISED RELEASE
## ADDITIONAL CONDITIONS

You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

**DEFENDANT: Shakeen Davis**                                                    CASE NUMBER: CCB-1-16-CR-00267-020

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 5B.

|  | **Assessment** | **JVTA Assessment\*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $600.00 | $ | waived | $.00 |

☐  CVB Processing Fee $30.00

☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case* (AO 245C)
will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal
victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full
before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6
may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐   fine   ☐   restitution

☐  the interest requirement for the   ☐   fine   ☐   restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Shakeen Davis                                                 CASE NUMBER: CCB-1-16-CR-00267-020

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   ☒   In full immediately; or

B   ☐   $_____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   Not later than _____; or

D   ☐   Installments to commence _____ day(s) after the date of this judgment.

E   ☐   In _____ (*e.g. equal weekly, monthly, quarterly*) installments of $_____ over a period of _____ year(s) to commence when the defendant is placed on supervised release.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the Clerk of the Court.

☐   **NO RESTITUTION OR OTHER FINANCIAL PENALTY SHALL BE COLLECTED THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.**

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

   ☐   in equal monthly installments during the term of supervision; or

   ☐   on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

☐   Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

**JA6554**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No: CCB-16-0267** |
| **SHAKEEN DAVIS,** | * | |
| **Defendant** | * | |

\* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Shakeen Davis, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of conviction and sentence imposed in this case in open court on October 11, 2019 and entered as the Judgment in a Criminal Case filed October 16, 2019 at ECF document number 1307.

Paul D. Hazlehurst, Esquire, who has represented the defendant as Criminal Justice Act-appointed counsel in the United States District Court, hereby requests to be relieved as counsel and have alternative counsel appointed to represent Mr. Davis on appeal.

Respectfully submitted,


_____/s/_____
Paul D. Hazlehurst, Esquire
Bar No: 08156
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, MD 21031
(410) 773-9610
paul@lawpdh.com

**JA6555**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2019, a copy of this Notice of Appeal was electronically delivered to all parties and counsel of record via CM/ECF.


_____/s/_____
Paul D. Hazlehurst. Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**      \*

**v.**      \*      **Criminal No. CCB 16-0267**

**DANTE BAILEY**      \*

     \*    \*    \*

**DEFENDANT BAILEY'S SUPPLEMENT TO RESPONSE
<u>TO MOTION TO ENFORCE PLEA AGREEMENT</u>**

     Dante Bailey, by and through undersigned counsel, supplements his Response to the Government's Reply to his Motion to Enforce Plea Agreement by submitting Affidavits from counsel in support of that Motion, attached hereto as Exhibits A and B. The Court heard argument and placed its denial of the Motion on the record; but counsel, in order to insure a complete record, submit under oath, trial counsels' recital of the facts that caused the Motion to be filed.

            Respectfully submitted,


            _____/s/_____

            Gerard P. Martin, Fed. Bar No.: 00691
            Rosenberg Martin Greenberg, LLP
            25 S. Charles St., 21st Fl.
            Baltimore, MD 21201
            Phone:  410-727-6600
            Fax:  410-727-1115
            gmartin@rosenbergmartin.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 23rd day of October 2019, a copy of the foregoing Supplement to Response to Motion to Enforce Plea Agreement was served via CM/ECF on all counsel of record.

<div align="right">

/s/
Gerard P. Martin

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     **Criminal No. CCB 16-0267**

DANTE BAILEY     *

      *     *     *

## AFFIDAVIT IN SUPPORT OF MOTION TO ENFORCE PLEA AGREEMENT

Counsel for Dante Bailey, Teresa Whalen, supplements its previously filed Motion to Enforce Plea Agreement and Memorandum filed at ECF 1050, government's response at ECF 1050, and defendant's reply at 1063 with the following:

Teresa Whalen, Esquire, hereby certifies the following:

1.     That I am competent, over the age of eighteen (18) years, and I state these facts from personal knowledge.

2.     On June 1, 2017, I was appointed by the Court, under the Criminal Justice Act, to represent Mr. Bailey in this matter, which began as a death-eligible case and resulted in a guilty finding by a jury on May 2, 2019.

3.     My co-counsel in this matter is Paul Enzinna. I have been an attorney since 1983 and a criminal defense attorney for twenty-two years. Prior to criminal defense work, I was an Assistant State's Attorney for Montgomery County, Maryland for over thirteen years. I have been on this Court's Criminal Justice Act Panel since approximately 2000. I am one of two attorneys appointed to represent the panel on the Criminal Justice Act Committee, which is comprised of judges and the district public defender since 2012. I am also a member of the Criminal Justice Act Panel for the Court

EXHIBIT A

**JA6559**

of Appeals of the Fourth Circuit.  I have been a solo practitioner since 1997 and have focused most of my practice on criminal defense.  Since 2010, I estimate 90% of my cases have been federal criminal defense work.  For several years, my appointments have been to represent the lead defendant and/or to be Learned Counsel for a defendant with a death eligible count, such as the case of Mr. Bailey.  The charges in these cases usually include one or more allegations of murder.  In virtually every case, I have engaged in plea negotiations with the government and have developed a similar method of negotiating in each case.  This method/routine was followed in the plea negotiation in Mr. Bailey's case.

4.      The practice in this District regarding plea negotiations has been to begin the negotiations with the Assistant United States Attorney (hereinafter "AUSA"); if possible, reach an understanding of the terms of an offer; and, once there is an understanding, the AUSA sends a written agreement approved by a supervisor for the client's signature.  On several occasions, however, negotiations have included a supervisor in the discussions; may include a tentative offer in which the AUSA indicates approval by a supervisor is still needed to make the offer; and/or the AUSA makes a verbal offer prior to the written agreement in which a supervisor has already been consulted and approved the verbal offer.  This offer is then reduced to writing for the client's signature.  In Mr. Bailey's case, supervisors were included in discussions and/or supervisors were involved in verbal offers.

5.      On behalf of Mr. Bailey, Mr. Enzinna and I began plea negotiations before May 24, 2018.  In an Email response to our inquiry, Assistant United States Attorney

Christina Hoffman indicated she did not think the government "could do better than 35-40 C plea". *Exhibit 1.*

6.      At a motions hearing on June 1, 2018, Michael Lawlor - who represented a co-defendant, Dontray Johnson - and I suggested to Ms. Hoffman a "wired" type plea in which most if not all defendants would accept plea offers. In response, Ms. Hoffman Emailed on June 18, 2018 that a wired plea was being discussed with supervisors ("running it up the chain") but it was "not looking promising so far". *Exhibit 2.*

7.      Thereafter, Mr. Lawlor and I requested a meeting to discuss the terms of a plea agreement. Mr. Lawlor queried most of the attorneys representing defendants and provided a chart on July 19 regarding a desired plea by each defendant. *Exhibit 3.* On August 3, 2018, a conference call was held between supervisors, the two assigned AUSAs, Mr. Lawlor, and myself. I requested a Rule 11(C)(1)(c) plea offer to a range of 27 years to 35 years. The government indicated the top of the range (35) was too low, but they may be able to offer 27 years to 40 years. At this time, the government made clear they did not want plea offers to be "wired" because they did not want Mr. Bailey in any way influencing others to enter a guilty plea. We called the discussion a "global plea" because the goal was to get the best offers and hopefully many defendants, if not all would plead guilty. Mr. Lawlor requested a plea to 30 years. The AUSAs and supervisors indicated they would discuss these terms and get back to defense. Other plea agreements offered by the government to co-defendants had been to Counts One and Two of the Superseding Indictment. All anticipated these would be the counts the defendants would plead guilty to, rather than the Violence in Aid of Racketeering count that carried a mandatory life sentence.

8.     On August 14, 2018 AUSA Hoffman called me and stated she believed the offer that would be approved was a "c" plea to a range of 27 to 40 years. Mr. Enzinna and I took this information to Mr. Bailey. *Exhibit 4.* At my request, AUSA Hoffman sent a proposed Statement of Facts that included all of the murders referenced in the Superseding Indictment. Ms. Hoffman noted he must admit to the James Edwards murder, a prerequisite for her getting further approval for the plea offer. *Exhibit 5a and b.*

9.     On August 21, 2018, during a telephone call with Ms. Hoffman, I requested a "c" plea to 35 years. In an email on that same date, Ms. Hoffman indicated she had discussed this with supervisors and she "could probably get approval for a straight 37" but that "we'd prefer to stick with the 27 to 40 range". *Exhibit 6.* By September 20, 2018 when a status letter was due to the court, Ms. Hoffman asked what Mr. Bailey's status was regarding a trial or plea, thereby suggesting the range discussed was still acceptable as the most important term of the plea offer. Ms. Whalen indicated she was still talking to Mr. Bailey (about the verbal offer of 27 to 40 years) *Exhibit 7.*

10.     Shortly thereafter, Mr. Enzinna and I requested Ms. Hoffman provide the standard letter from the United States Attorney's Office setting forth the terms of the plea offer that had been discussed to take to Mr. Bailey for signature. A letter was not sent and thus, Mr. Enzinna called Ms. Hoffman on October 3, 2018. Directly after the call, Mr. Enzinna told me that Ms. Hoffman again said "no" to 35 years, but again reiterated the government will offer 27 to 40 and they will ask for 40 years. Mr. Enzinna also told me that he asked if the offer of 37 years was still "on the table" and she responded that it

was a good question.  Mr. Enzinna said 27 to 40 years was offered, but she would get back to him on 37 years. *Exhibit 8.*

11.     In response to my Email regarding a conflict with trial, Ms. Hoffman changed the offer and wrote: "We've been discussing your counter proposal with supervisors…We would accept a plea to a range of 27 to 40, or a straight 37, if" four co-defendants plead guilty.  Given the complexity of this new "wired" offer to 37 years, I proposed that Mr. Bailey plead guilty to 27 to 40 years, with the government recommending 40 years, or the government recommend 37 years if the four co-defendants plead guilty.  The government rejected this proposal.  *Exhibit 9.*  All parties knew that the co-defendants had been moved to local jails all over the state and thus, it would be near impossible for the four attorneys to quickly review the terms of this new plea offer.  In addition, Mr. Bailey was still housed in Virginia – a three-hour drive for counsel.  I requested Ms. Hoffman write up the 27 to 40 verbal offer to present this to Mr. Bailey for signature.  *Exhibit 10.*  As in every plea negotiation, the practice is to get a verbal offer that is then memorialized in writing to take to the client to sign.  Supervisors were always involved in and had already approved the verbal offer of 27 to 40 years.  See, *Exhibit 6 and 9* and paragraph 7, 8, and 9 above.  Ms. Hoffman did not in any way indicate that this verbal offer was no longer valid, but instead, she noted she could not "get approval for a plea by Monday".  This was in response to my earlier communications asking for the plea offer in writing to take to Mr. Bailey to sign on Monday.

12.     Still waiting for the written offer to take to Mr. Bailey to sign, I Emailed Ms. Hoffman on October 9, 2018 asking again for the offer and noted I "fully expect him

to sign." *Exhibit 11*.  In a follow up telephone call, I told the government Mr. Bailey would accept the 27 to 40; asked the government to send a letter memorializing the terms of such an agreement; and made plans to take the written offer to Mr. Bailey.  I also told the government that Mr. Bailey had signed the Statement of Facts provided by the government.  In this District, the Statement of Facts is attached to a written plea offer letter and it requires the defendant's signature.  Notably, on this date when I discussed the plea offer, there was no mistaking what the offer was.  The Emails turn on whether she could provide the offer in writing by the next morning.

13.     Frustrated by the government's delay in providing the written offer for signature, I contacted supervisors on October 10, 2018 noting "we cleared 27 to 40 with our client" and setting forth the status of the discussions.  *Exhibit 12*.  There was no response from the government.

14     After a conversation between Mr. Enzinna and Ms. Hoffman on October 29, 2018, Mr. Enzinna told me that Ms. Hoffman unilaterally withdrew the verbal offer made and stated she did not want Mr. Bailey to enter a guilty plea and proceed to trial against only his co-defendants.  By now, the trial date had been continued to March 18, 2019.

15.     There was a verbal offer to Mr. Bailey that included a term that he would receive between 27 to 40 years if he entered a guilty plea.  Mr. Bailey fully intended to sign the written offer and both Mr. Enzinna and I told this to the government.  This method of negotiating is the standard practice in plea negotiations in this District.

16.     On January 23, 2019 immediately after a telephone call with Ms. Hoffman, Mr. Enzinna told me that he requested a meeting for all involved to discuss a

resolution with the co-defendants and Mr. Bailey's case.  Mr. Enzinna told me that Ms.

Hoffman refused to meet; the offers to the co-defendants were final; and the government

would accept a plea from Mr. Bailey for 37 years incarceration.

17.     Following a telephone call on February 6, 2019 between Ms. Hoffman and

Mr. Enzinna, Mr. Enzinna told me that the government would not accept less than 37

years.  In response, I Emailed Ms. Hoffman and asked her to "get us a formal offer for a

"c" plea to 37 years so that we can take that to Mr. Bailey for his signature".  *Exhibit 13.*

I followed up and confirmed Mr. Bailey would sign a plea agreement.  *Exhibit 14.*

Several days later, Ms. Hoffman replied that they were "talking it over".  Notably, the

government did not in any way indicate this was not the offer discussed with Mr. Enzinna

or correct Ms. Whalen's clear belief that the formal offer she was waiting for was to 37

years.

18.     Again, the government failed to send anything in writing.  On February

21, 2019, Mr. Enzinna and I sent a letter to the government and attached a plea agreement

letter with a term that included the government's latest offer of 37 years.  The plea

agreement letter contained the exact language that the government includes in every

written plea letter in this District.  Mr. Enzinna and I made clear to the government that

Mr. Bailey had signed the agreement and requested the government sign off as well.

*Exhibit 15.*  The government refused to do so and instead, on February 27, 2019 sent a

written offer with a term of 45 years.

19.     Mr. Bailey is 40 years old and as such, a 45year sentence would be a life

sentence for him.  On March 15, 2019, Mr. Enzinna and I spoke with Assistant United

States Attorney Robert Harding.  During that conversation, we offered to enter a guilty

plea to all counts pending against Mr. Bailey but for the Murder in Aid of Racketeering, which we requested the government dismiss.  Under the terms of this offer, the government could ask for any sentence they thought appropriate, including a life sentence.  The government rejected this offer.  Mr. Bailey now faces a sentence of life imprisonment after having been found guilty of Count 3, Murder in Aid of Racketeering, after a jury trial.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  10/17/19

Teresa Whalen

**JA6566**

**From:** Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
    **To:** Teresa Whalen <whalenesq@aol.com>
    **Cc:** penzinna <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** Re: Dante Bailey - 2015.06.18 Arrest
    **Date:** Thu, May 24, 2018 5:07 pm

Hi Teresa,

Sorry for the delay. I'm on vacation, returning to the office Tuesday. We're open to a plea, but I don't think we could do better than a 35-40 year C plea based on the number of murders, his leadership role, etc.

The officers will testify consistent with their reports. On 4/23/15, Detective Young received a tip from an anonymous caller who lived in the area. On 6/18/15, Sgt. Friend responded to a call that came over 911 dispatch. We have no information that Jenkins/GTTF were involved in either case.


Sent from my iPhone

On May 24, 2018, at 4:13 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>> wrote:

Christina,

Can you give me a call when you have a chance? With regard to the 6/18/15 and 4/23/15 stops, can you investigate and confirm whether the tips were indeed "anonymous" or were in fact from a member of the gun task force? How did the officers get those anonymous tips, for instance? I have reason to believe the gun task force, specifically Sgt Jenkins, was informed on a weekly basis what Mr. Bailey's work schedule was and was then conducting surveillance of him. To the extent the investigation in your office confirms any aspect of targeting Mr. Bailey and/or taking enforcement action against him that is questionable, I believe we should be provided that information.

Thanks,

Teresa


-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD)
<Christina.Hoffman@usdoj.gov<mailto:Christina.Hoffman@usdoj.gov>>
To: Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>>; penzinna
<penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Cc: Perry, Lauren (USAMD) (USAMD)
<Lauren.Perry@usdoj.gov<mailto:Lauren.Perry@usdoj.gov>>
Sent: Tue, May 22, 2018 7:16 pm
Subject: Dante Bailey - 2015.06.18 Arrest

EXHIBIT A-1

Hi Teresa & Paul,

**JA6567**

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** RE: Bailey
**Date:** Mon, Jun 18, 2018 5:14 pm

Hi Teresa,

We have been running the idea of a wired plea up the chain, but it's not looking promising so far.  We'll keep you posted.

Best,

Christina

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Monday, June 18, 2018 4:33 PM
**To:** Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Subject:** Bailey

Hi Ladies,

Just following up on whether you have some thoughts on how to wrap these cases up....I believe I can sell anything that gives him the hope he can get below 30 for getting most or all to plead (whether that is a realistic hope is another story).

I will be around most of the week if you want to talk.

Thanks,

Teresa

EXHIBIT A-2

Case 1:16-cr-00267-CCB   Document 1313-1   Filed 10/23/19   Page 11 of 42

**From:** Michael Lawlor <mlawlor@verizon.net>
**To:** 'Hoffman, Christina (USAMD)' <Christina.Hoffman@usdoj.gov>; 'Perry, Lauren (USAMD)'
<Lauren.Perry@usdoj.gov>
**Cc:** whalenesq <whalenesq@aol.com>
**Subject:** meeting tomorrow
**Date:** Thu, Jul 19, 2018 12:11 pm

Christina/Lauren – below is a chart that I've made regarding my conversations with each of the lawyers remaining in the case about a desired plea offer in the case.

A few notes – I left out my client and Teresa's figuring they are situated differently than the others and because we'll be at the meeting to discuss with you.

I did not call Jon Van Hoven as certain assumptions were made about his client.

I believe I told you previously about McKnett and Crawley's clients.

I talked to Chris Davis – his response was a little cryptic so I'll try to convey this tomorrow.

I did not get ahold of Mr. McDaniel for his client.

EXHIBIT A-3

JA6569

Let me know if you have any questions.

See you tomorrow.

Mike

| Client | Lawyer | Desired plea |
|---|---|---|
| Bailey | Whalen/Enzina | |
| Johnson | Lawlor/Madiou | |
| Spence | Purpura | 15 |
| Banks, W | Van Hoven | |
| Banks, R | Sardelli | Better than current offer |
| | | |
| DeLeon | Crawford | 7-10 |
| Wedlock | Proctor | **156 months** |
| Lockley | Trainor | |

**JA6570**

| | | 20; not to a homicide |
|---|---|---|
| Jenkins | Montemarano | **120 months** |
| Bowing | Bussard | 10 |
| Anderson | Amato | 10 |
| Lashely | Hawkins | **180 months** |
| Dent | Henslee | 10-15 |
| Jones | Christopher | **168 months** |
| Harrid | Ruter | **120 months** |
| Smith | Fischer | **71 months** |
| Bailey, T | McDaniel/Mayer | ? |
| Tate | Giglottie | **120 months** |
| Pollock | Eisele | **144 months** |
| Davis | McKnett | FU |
| Blackwell | Burke | **120 months** |
| Torry | DeMartin | **168 months** |
| Lee | Burnham | **240 months** |
| Greer | Schreiber | **120 months** |

**JA6571**

| Frazier | Davis | ? |
|---------|-------|---|
| Lashely | Crawley | 5; knows it a no go |
|         |         |   |

6305 Ivy Lane

Suite 700

Greenbelt, MD 20770

301.474.0044 (phone)

301.474.5730  (fax)

**From:** Teresa Whalen <whalenesq@aol.com>
**To:** penzinna <penzinna@ellermanenzinna.com>
**Date:** Tue, Aug 14, 2018 5:12 pm

Christina just called and thinks she can get 27 to 40  year "c" plea.  She will make deadline the day of motions. She wants to know if there is something he won't admit to and she will consider keeping it out of statement of facts.  I can go see him next Tuesday or Wednesday.  You?

Teresa

EXHIBIT A-4

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
  **To:** Teresa Whalen <whalenesq@aol.com>
  **Cc:** penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD)
    <Lauren.Perry@usdoj.gov>
**Subject:** RE:
  **Date:** Wed, Aug 15, 2018 12:12 pm

Hi Teresa,

We can redact the names from the statement of facts. But the James Edwards murder will likely be a deal-breaker. Even if we agreed to take it out, I don't think OCGS would approve dismissal of the VICAR murder charge unless he admits to the murder. I wonder if he denies that he did it, denies that it happened the way it's alleged in the indictment, or worries what others will think if he admits to it. Perhaps we can discuss on the phone. I'll send you a draft SOF today.

Best,

Christina

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Wednesday, August 15, 2018 11:56 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Cc:** penzinna@ellermanenzinna.com
**Subject:**

Christina,

Mr. Bailey may have a problem with the James Edwards murder as part of the statement of facts. I think keeping names out of the statement of facts will be helpful as well. We are scheduled to see him Tuesday. Thanks.

Teresa

EXHIBIT A-5a

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>
**Cc:** Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** Dante Bailey, CCB-16-0267
**Date:** Wed, Aug 15, 2018 2:29 pm
**Attachments:** Bailey SOF Redacted.pdf (41K), Bailey SOF Unredacted.pdf (34K)

Hi Teresa & Paul,

Here are two versions of our proposed statement of facts – one with names redacted and one without. Give me a call when you have a chance to discuss. I haven't forwarded the offer to OCGS because I don't believe they will approve it unless he admits to the murder of James Edwards.

Best,

Christina

EXHIBIT A-5b

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>
**Cc:** Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** Dante Bailey
**Date:** Tue, Aug 21, 2018 6:37 pm

Hi Teresa,


Good talking to you earlier—thanks for the call. I talked it over with Lauren and the supervisors. Although we'd prefer to stick to the 27–40 range, we could probably get approval for a straight 37, but no lower. If he wants lower than that, I think it's going to be a trial.   Let us know what you think.


Best,

Christina

EXHIBIT A-6

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>
**Cc:** Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** RE: Dante Bailey
**Date:** Thu, Sep 20, 2018 7:00 pm

No problem! Thanks for letting me know.  I'll check with the Marshals, but I don't think they're equipped to handle him at any of the nearby facilities.

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Thursday, September 20, 2018 3:17 PM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>; penzinna@ellermanenzinna.com
**Cc:** Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>
**Subject:** Re: Dante Bailey

Hi Christina,

We are still talking to him but for now we would have to say a trial.  We can't get much traction with him still in NNRJ. Dave Ashton told me weeks ago he will bring him back up here...perhaps you can talk to him as well?

Teresa

-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
To: whalenesq <whalenesq@aol.com>; penzinna <penzinna@ellermanenzinna.com>
Cc: Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
Sent: Wed, Sep 19, 2018 3:20 pm
Subject: Dante Bailey

Hi Teresa & Paul,

Judge Blake expects a status report from us by Friday.  What's the latest on Bailey – he is going to trial Nov. 5 through Feb. 1?

EXHIBIT A-7

**Subject:** Re:

**Date:** Wednesday, October 3, 2018 at 9:08:04 PM Eastern Daylight Time

**From:** Teresa Whalen

**To:** Paul Enzinna

yes,
the number seems t9 be 37.

——Original Message——
From: Paul Enzinna <penzinna@ellermanenzinna.com>
To: Teresa Whalen <whalenesq@aol.com>
Sent: Wed, Oct 3, 2018 5:48 pm
Subject: Re:

I spoke with Christina, who said no to A straight 35. She said they will do 27 to 40, and asked for 40. I asked her if 37 is still on the table, and she said "that's a good question." Should we call Dante?

Paul F. Enzinna
Brown Rudnick, LLP

On Oct 3, 2018, at 12:25 PM, Teresa Whalen <whalenesq@aol.com> wrote:

I think so...do you want to take a crack at it?

——Original Message——
From: Paul Enzinna <penzinna@ellermanenzinna.com>
To: Teresa Whalen <whalenesq@aol.com>
Sent: Wed, Oct 3, 2018 12:20 pm
Subject: Re:

Should we check in with her?

Sent from my iPhone

On Oct 2, 2018, at 4:25 PM, Teresa Whalen <whalenesq@aol.com> wrote:

nothing from Christina...not sure what that means

EXHIBIT A-8

**Subject:** RE:
**Date:** Friday, October 5, 2018 at 11:28:32 AM Eastern Daylight Time
**From:** Hoffman, Christina (USAMD)
**To:** Teresa Whalen, Perry, Lauren (USAMD), Paul Enzinna

Hi Teresa & Paul,

I'm so sorry about the scheduling conflict. What a pain.

We've been discussing your counter proposal with supervisors & case agents, and here's where we are.  We would accept a plea to a range of 27-40, or a straight 37, if Randy Banks, Devon Dent, Jamal Lockley, and Corloyd Anderson plead guilty.  Unfortunately, they are all still at the table at his point.

I'm sorry it's not what you want to hear. We would be happy to resolve the cases, too.  Maybe you can talk to the others about wrapping up their cases.  I think the offers we've made are very generous.

Best,
Christina

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Friday, October 05, 2018 11:14 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>; Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; penzinna@ellermanenzinna.com
**Subject:**

Hi all,

I have a conflict that J. Bredar is going to sever my case if the Bailey case goes forward.  I told him we are hopeful we can resolve Bailey.  He pushed on the time frame and I said we are waiting on a response from the Gov.  and we are trying to set up a phone call with Bailey today.  He noted that J. Blake is not sitting Tuesday and it would be great if we could set something in on Bailey then....(no pressure here!).

Anyway, I can run to NNRJ with something for client to sign Monday.

Teresa

EXHIBIT A-9

Page 1 of 1

**JA6580**

From: Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
    To: Teresa Whalen <whalenesq@aol.com>
    Cc: penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD)
        <Lauren.Perry@usdoj.gov>
Subject: Re:
    Date: Fri, Oct 5, 2018 6:42 pm

I estimate 2 months with 7 defendants (although Sardelli is saying he won't stipulate to anything, which would add 1.5 weeks).

I can definitely send you the SOF in Word. I can't get approval for a plea by Monday (sorry!), but let's continue the conversation.

Sent from my iPhone

On Oct 5, 2018, at 2:45 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>> wrote:

I am back to back trials - like many of us. My problem with March is a state court murder re-trial. I will make some inquiries about whether that could be moved. I am in the cherry hill trial that is slated from 5/6 to October and motions in April. How long do you estimate?

Do you want to write up the 27 to 40 for me to take to him? Can you send me the statement of facts in word ...he wants all references to co-defendants out and some other changes that I can make and send to you.

Teresa


-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD)
<Christina.Hoffman@usdoj.gov<mailto:Christina.Hoffman@usdoj.gov>>
To: Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>>; Perry, Lauren (USAMD)
(USAMD) <Lauren.Perry@usdoj.gov<mailto:Lauren.Perry@usdoj.gov>>; penzinna
<penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Sent: Fri, Oct 5, 2018 2:03 pm
Subject: RE: Re:

(I believe all the other defense attorneys are available for the March trial date.  Our preference is still Nov. 5, but I'm trying to figure out if there are other solutions to this scheduling chaos.)

From: Hoffman, Christina (USAMD)
Sent: Friday, October 05, 2018 1:58 PM
To: 'Teresa Whalen' <whalenesq@aol.com<mailto:whalenesq@aol.com>>; Perry, Lauren (USAMD)
<LPerry1@usa.doj.gov<mailto:LPerry1@usa.doj.gov>>;
penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Subject: RE: Re:

I'm so sorry, but we can't agree to it at this point. I can't get any firm commitments from the other

EXHIBIT A-10

**From:** Teresa Whalen <whalenesq@aol.com>
**To:** Christina.Hoffman <Christina.Hoffman@usdoj.gov>; Lauren.Perry <Lauren.Perry@usdoj.gov>
**Cc:** penzinna <penzinna@ellermanenzinna.com>
**Subject:** Re:
**Date:** Tue, Oct 9, 2018 3:54 pm

Hi Christina,

Since I have to plan a whole day for a trip, can you estimate when you will have an offer? I fully expect him to sign and then we won't need to deal with the second trial date.

Teresa

——Original Message——
From: Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
To: Teresa Whalen <whalenesq@aol.com>; Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
Cc: penzinna <penzinna@ellermanenzinna.com>
Sent: Tue, Oct 9, 2018 3:48 pm
Subject: RE:

Hello!

I'm sorry to say I'm not going to be able to get you a plea offer in time for tomorrow's visit. However, we've now had three defense attorneys (Harry Trainor, Brian Sardelli, and Paul Hazlehurst) reach out to us and say they plan to file motions to continue to the spring trial (March 18 – May 5). Elita Amato, Chris Davis, and Marshall Henslee also say they prefer the spring trial. Assuming you are able to reschedule your county murder trial, we are starting to think it might make the most sense to set all 7 defendants in for trial on March 18. What do you think? Our preference is still November 5, but not if we have to put the witnesses through two trials.

Let us know what you think. Thank you!
Christina

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Tuesday, October 09, 2018 3:39 PM
**To:** Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; Hoffman, Christina <choffman@usa.doj.gov>
**Cc:** penzinna@ellermanenzinna.com
**Subject:**

I can go to NNRJ tomorrow if you can get me the plea offer before 9:45 am?

Teresa

*T/call*
*accepted*
*27 –40*

EXHIBIT A-11

**From:** Teresa Whalen <whalenesq@aol.com>
  **To:** christina.hoffman <christina.hoffman@usdoj.gov>; lauren.perry <lauren.perry@usdoj.gov>
  **Cc:** Robert.Harding <Robert.Harding@usdoj.gov>; kenneth.clark <kenneth.clark@usdoj.gov>; penzinna <penzinna@ellermanenzinna.com>
**Subject:** Bailey
  **Date:** Wed, Oct 10, 2018 4:19 pm

Hi everyone,

In a conversation with Ken, I mentioned perhaps all of us sitting down for 10-15 minutes to try to figure out a plea. Based upon the emails recently, we cleared 27 to 40 with our client who asked us to request a specific number - 35 or 37. He knows you will be asking for 40. Our understanding was that 35 was "No" and 37 was only if we could get the others to take the offer made to them. For many reasons, we feel like we can't guarantee the others will sign a deal before our client signs. We believe there is a much better chance they will plea If Dante goes to court and the plea is done. We could have had a signed deal as set forth above last week and still can get one if we could get something to sign!!

Paul and I have time to sit down tomorrow if you can meet.

Judge Bredar and Jim Walner are waiting on this case to determine if I am available for a trial 11/26....so, I have an interest in getting answers to them. Pushing this off to the next trial date may do more harm than good as Mr. Bailey is ready now to take responsibility.

We feel like we have a sure thing that keeps slipping away as the time passes. Thanks.

Teresa

EXHIBIT A-12

From: Teresa Whalen <whalenesq@aol.com>
   To: christina.hoffman <christina.hoffman@usdoj.gov>; lauren.perry <lauren.perry@usdoj.gov>
   Cc: penzinna <penzinna@ellermanenzinna.com>
Date: Wed, Feb 6, 2019 8:27 pm

Christina and Lauren,

Paul told me he discussed a plea for 35 years with you and the response was that the government will not offer less than 37.  Please get us a formal offer for a "c" plea to 37 years so we can take that to Mr. Bailey for his signature.  Thanks.

Teresa

EXHIBIT A-13

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>
**Cc:** penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** Re:
**Date:** Sun, Feb 10, 2019 4:57 pm

Hi, Teresa. We did get your email. Sorry for the delay. We're talking it over. We're out of town until Wednesday for witness prep but we'll be back in touch then.

Christina A. Hoffman
Assistant U.S. Attorney, District of Maryland
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4871

Sent from my iPhone

On Feb 8, 2019, at 3:18 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>> wrote:

Hi Christina,

Are you able to share what happened with Tiffany Bailey today?  Will her sentencing be reset soon? And, just a follow up to be sure you rec'd my email that we believe Mr. Bailey will sign a "c" plea for 37 years.

Thanks,

Teresa

EXHIBIT A-14


# ELLERMAN ENZINNA PLLC

202.753.5553 • ellermanenzinna.com

1050 30th Street, NW
Washington, DC 20007

February 21, 2019

Christina Hoffman
Lauren Perry
Assistant United States Attorneys
36 S. Charles Street
Suite 400
Baltimore, MD 21201-3119

Re:   <u>United States v. Dante Bailey, No. 16-cr-267</u>

Dear Ms. Hoffman and Ms. Perry:

This letter is written pursuant to the provisions of Federal Rules of Criminal Procedure 11 and Federal Rule of Evidence 410.

For the past several months, we have engaged with you in negotiations over a potential guilty plea by our client, Dante Bailey. Those negotiations have resulted in agreement on all of the material terms of such an agreement – Mr. Bailey would enter a (c) plea guilty to Count 1 of the Second Superseding Indictment, for which he would receive a sentence of 37 years' imprisonment. Mr. Bailey has also agreed to the Statement of Facts you have proposed. Enclosed for your signature is a plea agreement, executed by Mr. Bailey and by us as his counsel, memorializing the terms to which we have agreed, and containing the standard terms to which the government routinely requires a defendant to agree in a standard plea offer in this District (in fact, these terms were taken directly from the plea agreement signed by co-defendant Dontray Johnson in this case).

We are taking the extraordinary step of submitting this agreement to you because although we have agreed on its terms, you have refused to provide us with a written offer. Instead, you have told us you will not accept Mr. Bailey's plea unless and until co-defendants Corloyd Anderson, Randy Banks, Devon Dent, and Jamal Lockley accept the plea offers you have extended to them. Although this unilaterally-imposed condition has nothing to do with Mr. Bailey, who is powerless to fulfill it, you have stated that this is your position because it would be "best for the case as a whole" for Mr. Bailey to be present should you be required to try the case against these other individuals. At the same time, it is our understanding that you have not "wired" the pleas of Messrs. Anderson, Banks, Dent, and Lockley – *i.e.*, you will accept each of their pleas whether or not the other plead, but you will not accept Mr. Bailey's unless each of them pleads. This is fundamentally unfair and is not a position we have ever seen your office take in years of negotiating guilty pleas in serious cases.

EXHIBIT A-15

**JA6586**

Christina Hoffman
Lauren Perry
February 21, 2019

 **ELLERMAN ENZINNA** PLLC

We do not believe your position is appropriate, or tenable, for several reasons. *First*, it is simply unfair to refuse to accept a defendant's offer to plead guilty – on terms you have acknowledged are acceptable to the government – because *other* defendants have not pled. Mr. Bailey is powerless to control his co-defendant's decisions, and those decisions do not bear on the question whether the agreement we have reached with regard to Mr. Bailey is an appropriate resolution of his case. Instead, it appears that you believe that if you are forced to try the case against one or more of Mr. Bailey's co-defendants, the government would obtain some tactical advantage by forcing him to trial despite his desire to plead guilty. We believe that it is inappropriate to make the government's tactical advantage against *other* defendants the determining factor in rejecting a plea agreement. *See* United States Attorneys' Manual § 9-27.420. We believe this is particularly true here, where Mr. Bailey faces a life sentence if convicted at trial.[1]

*Second*, the parties have reached a meeting of the minds on a plea agreement. This is clear from the history of our negotiations.

On March 30, 2018, your office notified us that the Department of Justice had authorized the case to proceed without the government seeking the death penalty. At a motions hearing on June 1, 2018, Mike Lawlor and Teresa Whalen had a brief discussion with you, which included discussion of the possibility that others could plead guilty if Messrs. Bailey and Johnson entered guilty pleas. On June 18, 2018, in response to an email expressing Mr. Bailey's desire to get below 30 for getting others to plead guilty, Ms. Hoffman indicated she was "running the idea of a wired plea up the chain", but it was "not looking promising so far". *Exhibit 1*. Thereafter, Mr. Lawlor and Ms. Whalen contacted most of the attorneys and gathered information on terms they were looking for in a guilty plea. This information was provided to you on July 19, 2018. *Exhibit 2*.

On August 3, 2018, in a telephone conference with Ms. Whalen and Michael Lawlor, you offered Mr. Bailey a (c) plea to 27-40 years' imprisonment. You specifically stated that you did not want Mr. Bailey to influence co-defendants to enter a guilty plea. Thus, although we had been talking about a possible "wired plea", that concept was not a part of the offer extended, as is clear from the fact that the fact Mr. Johnson accepted his plea offer and has already been sentenced.

On August 7, 2018, Mr. Lawlor asked the status and you responded that you were "still in the process of talking to all the other defense counsel". *Exhibit 3*. Soon thereafter, you contacted Ms. Whalen and indicated you could make the offer of 27-40 years, but you expect that Mr. Bailey will agree to the murders as part of the Statement of Facts.

---

[1] The U.S. Sentencing Guidelines provide for a 2-level reduction in Offense Level for a defendant who "clearly demonstrates acceptance of responsibility for his offense." U.S.S.G. § 3E.1. This reduction is not conditioned on a guilty plea, nor is it foreclosed by trial. Therefore, if Mr. Bailey is required to go to trial, and if he is convicted, we will ask for a two-level reduction, pursuant to U.S.S.G. § 3E1.1(a), at sentencing. Given that we have been notifying you that he will and has accepted the terms discussed above for months now, we will also request that the government make a motion for an additional one-level reduction pursuant to U.S.S.G. § 3E1.1(b).

Christina Hoffman
Lauren Perry
February 21, 2019

**:ELLERMAN ENZINNA** PLLC

On August 15, 2019, we noted there might be a problem with including the James Edwards murder and you stated that would be a problem for the government. *Exhibit 4.*

The plea offer of 27 to 40 years was conveyed to Mr. Bailey, who was considering the offer. There was no deadline associated with this offer. On August 21, 2019, following an inquiry from Ms. Whalen about a specific number rather than 27 to 40, you responded by stating while the government prefers "the 27–40 range," you could probably get approval for "a straight 37, but no lower." *Exhibit 5.* This was conveyed to Mr. Bailey, who was considering these offers at the time of the status report to Judge Blake on September 21, 2018. *Exhibit 6.* After meeting with our client on September 28, 2018, we told you our client would accept a plea to 35 years, but in a conversation with Mr. Enzinna on October 3, 2018, you rejected that offer, saying that the government would accept Mr. Bailey's plea to a range of 27-40 years, in which case the government would recommend a sentence of 40 years. When Mr. Enzinna asked if the offer of 37 years remained on the table, you responded, "[t]hat's a good question." In this conversation, there was no discussion of a "wired" plea.

On October 5, 2018, before we had had an opportunity to discuss your offer with Mr. Bailey, you changed the offer. Now, you told Ms. Whalen in response to whether the 37 years remained on the table, that you "would accept a plea to a range of 27-40, or a straight 37, if Randy Banks, Devon Dent, Jamal Lockley, and Corloyd Anderson plead guilty." Our response was that it would be too difficult to get everyone on board so quickly because the defendants had been moved out of Baltimore. We requested the plea to 27 to 40 years, with the government recommending 37 if the others plead guilty before sentencing. You rejected this proposal, and we then asked you to write up the offer of 27 to 40 years to take to Mr. Bailey on Monday. You indicated *you could not get approval by Monday,* but the offer had already been approved. *Exhibit 7.* Thus, we believe we accepted the offer of 27 to 40 years at this point and it was incumbent upon you to get that in writing. In fact, we told you on October 9, 2018 that Mr. Bailey will sign the plea offer and that we would not have to deal with moving the trial date. *Exhibit 8.* The next day, we made sure everyone understood that we had accepted a plea for 27 to 40 because we could not guarantee the co-defendants would sign a plea in order for us to accept the offer of 37. We asked to meet to discuss this, but there was never a reply. *Exhibit 9.*

The case was then continued. Despite believing we had a plea agreement that simply needed to be put in writing, we nevertheless spent considerable time working with the co-defendants' attorneys to see if we could bring everyone together to present a global resolution of the case. On January 23, 2019, Mr. Enzinna called you to say that we had spoken with counsel for Corloyd Anderson, Randy Banks, Devon Dent, and Jamal Lockley, and proposing dates for a meeting between you and all counsel to discuss a global resolution to the case. You stated that you were not interested in holding such a meeting, because the offers you had made to the defendants were final, and there would be no further negotiation. However, you indicated that you would accept a plea from Mr. Bailey for 37 years.

Christina Hoffman
Lauren Perry
February 21, 2019

 ELLERMAN ENZINNA PLLC

Following a meeting with Mr. Bailey, we called you and made a counter-offer of 35 years' incarceration.  You declined this but again stated Mr. Bailey could plead to 37 years.  We asked you to send us the formal offer for 37 years so that Mr. Bailey could sign the document.  *Exhibit 10.*  Your response, more than a week later, was to state that although we had reached agreement on the terms of a plea agreement for Mr. Bailey, you would not extend a formal written offer unless and until Messrs. Anderson, Banks, Dent, and Lockley pled.

In light of the facts, we hope that you will agree that permitting Mr. Bailey to plead guilty to the terms on which we have agreed is the appropriate resolution of the charges against him, whether or not his co-defendants plead, and that you will execute the agreement we are providing.  As a practical matter, a 37-year sentence would put him in prison until his late-70s, meaning that Mr. Bailey will likely die in prison in any event.  But if you are unwilling to proceed with Mr. Bailey's plea, we will request a meeting with your supervisors to discuss the matter and, if necessary, will file a motion with the Court to enforce the plea agreement.

Sincerely

**ELLERMAN ENZINNA, PLLC**

Paul F. Enzinna

Teresa Whalen

**JA6589**

# *TERESA WHALEN*
### ATTORNEY AT LAW
801 WAYNE AVENUE
SUITE 400
SILVER SPRING, MARYLAND 20910

Admitted to Practice:
   Maryland
District of Columbia

E-Mail:Whalenesq@aol.com
Telephone (301) 588-1980
Facsimile  (301) 650-1789

February 14, 2019

Ms. Christina Hoffman
Ms. Lauren Perry
Assistant United States Attorneys
36 S. Charles St.
Suite 400
Baltimore, Maryland 21201-3119

      Re:   <u>United State v. Dante Bailey</u>,
            Criminal No. CCB-16-0267 (D. MD.)

Dear Counsel:

This letter, together with the Sealed Supplement, confirms the plea agreement (this "Agreement") that has been offered to Dante Bailey (hereinafter "Defendant") by the United States Attorney's Office for the District of Maryland ("this Office"). The terms of the Agreement are as follows:

### Offenses of Conviction

1.    The Defendant agrees to plead guilty to Counts One and Two of the Second Superseding Indictment, in which he is charged with racketeering conspiracy, in violation of 18 U.S.C. §1962(d), and conspiracy to distribute controlled substances, in violation of 21 U.S.C. §846. The Defendant admits that the Defendant is, in fact, guilty of the offenses and will so advise the Court.

### Elements of the Offenses

2.    The elements of the offenses to which the Defendant has agreed to plead guilty, and which this Office would prove if the case went to trial, are as follows:

<u>Count One: Racketeering Conspiracy, 18 U.S.C. §1962(d)</u>

That from in or about 2011 continuing until on or about the date of the Second Superseding Indictment, in the District of Maryland,

a. an enterprise existed as alleged in the Second Superseding Indictment;

b. the enterprise affected interstate or foreign commerce;

c. the Defendant was associated with or employed by the enterprise; and

d. the Defendant knowingly and willfully conspired with one or more persons to conduct and participate in the affairs of the enterprise through a pattern of racketeering activity.

## Count Two: Drug Trafficking Conspiracy, 21 U.S.C. §846

That from in or about 2011 continuing until or about the date of the Second Superseding Indictment, in the District of Maryland,

a. an agreement existed between two or more persons to violate the drug laws of the United States by distributing or possessing with the intent to distribute heroin and cocaine base;

b. that the Defendant was a party to, or member of, that agreement;

c. that it was foreseeable to the Defendant that the conspiracy would distribute one kilogram or more of heroin and 280 grams or more of cocaine base; and

d. the Defendant knowingly entered into that agreement.

## Penalties

3.    The maximum penalties provided by statute for the offenses to which the Defendant is pleading guilty are as follows:

| COUNT | STATUTE | MAND.MIN. IMPRISON-MENT | MAX IMPRISON-MENT | MAX SUPERVISED RELEASE | MAX FINE | SPECIAL ASSESS-MENT |
|---|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1962(d) | N/A | Life | 5 years | $250,000 | $100 |
| 2 | 21 U.S.C. § 846 | 10 years | Life | 5 years | $10 million | $100 |

a.    Prison:  If the Court orders a term of imprisonment, the Bureau of Prisons has sole discretion to designate the institution at which it will be served.

b.    Supervised Release:  If the Court orders a term of supervised release, and the Defendant violates the conditions of supervised release, the Court may order the Defendant returned to custody to serve a term of imprisonment up to the entire original

2

**JA6591**

term of supervised release if permitted by statute, followed by an additional term of supervised release.

c.      Restitution: The Court may order the Defendant to pay restitution pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

d.      Payment: If a fine or restitution is imposed, it shall be payable immediately, unless the Court orders otherwise under 18 U.S.C. § 3572 (d). The Defendant may be required to pay interest if the fine is not paid when due.

e.      Forfeiture: The Court may enter an order of forfeiture of assets directly traceable to the offense, substitute assets, and/or a money judgment equal to the value of the property subject to the forfeiture.

f.      Collection of debts: If the Court imposes a fine or restitution, this Office's Financial Litigation Unit will be responsible for collecting the debt. If the Court establishes a schedule of payments, the Defendant agrees that: (1) the full amount of the fine or restitution is nonetheless due and owing immediately; (2) the schedule of payments is merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment; and (3) the United States may fully employ all powers to collect on the total amount of the debt as provided by law. Until the debt is paid, the Defendant agrees to disclose all assets in which the Defendant has any interest or over which the Defendant exercises direct or indirect control. Until the money judgment is satisfied, the Defendant authorizes this Office to obtain a credit report in order to evaluate the Defendant's ability to pay, and to request and review the Defendant's federal and state income tax returns. The Defendant agrees to complete and sign a copy of IRS Form 8821 (relating to the voluntary disclosure of federal tax return information) and a financial statement in a form provided by this Office.

<u>Waiver of Rights</u>

4.      The Defendant understands that by entering into this Agreement, the Defendant surrenders certain rights as outlined below:

a.      If the Defendant had pled not guilty and persisted in that plea, the Defendant would have had the right to a speedy jury trial with the close assistance of competent counsel. That trial could be conducted by a judge, without a jury, if the Defendant, this Office, and the Court all agreed.

b.      If the Defendant elected a jury trial, the jury would be composed of twelve individuals selected from the community. Counsel and the Defendant would have the opportunity to challenge prospective jurors who demonstrated bias or who were otherwise unqualified, and would have the opportunity to strike a certain number of jurors peremptorily. All twelve jurors would have to agree unanimously before the Defendant could be found guilty of any count. The jury would be instructed that the

3

**JA6592**

Defendant was presumed to be innocent, and that presumption could be overcome only by proof beyond a reasonable doubt.

      c.    If the Defendant went to trial, the government would have the burden of proving the Defendant guilty beyond a reasonable doubt. The Defendant would have the right to confront and cross-examine the government's witnesses. The Defendant would not have to present any defense witnesses or evidence whatsoever. If the Defendant wanted to call witnesses in defense, however, the Defendant would have the subpoena power of the Court to compel the witnesses to attend.

      d.    The Defendant would have the right to testify in the Defendant's own defense if the Defendant so chose, and the Defendant would have the right to refuse to testify. If the Defendant chose not to testify, the Court could instruct the jury that they could not draw any adverse inference from the Defendant's decision not to testify.

      e.    If the Defendant were found guilty after a trial, the Defendant would have the right to appeal the verdict and the Court's pretrial and trial decisions on the admissibility of evidence to see if any errors were committed which would require a new trial or dismissal of the charges. By pleading guilty, the Defendant knowingly gives up the right to appeal the verdict and the Court's decisions.

      f.    By pleading guilty, the Defendant will be giving up all of these rights, except the right, under the limited circumstances set forth in the "Waiver of Appeal" paragraph below, to appeal the sentence. By pleading guilty, the Defendant understands that the Defendant may have to answer the Court's questions both about the rights being given up and about the facts of the case. Any statements that the Defendant makes during such a hearing would not be admissible against the Defendant during a trial except in a criminal proceeding for perjury or false statement.

      g.    If the court accepts the Defendant's plea of guilty, the Defendant will be giving up the right to file and have the Court rule on pretrial motions, and there will be no further trial or proceeding of any kind in the above-referenced criminal case, and the Court will find the Defendant guilty.

      h.    By pleading guilty, the Defendant will also be giving up certain valuable civil rights and may be subject to deportation or other loss of immigration status, including possible denaturalization. The Defendant recognizes that if the Defendant is not a citizen of the United States, or is a naturalized citizen, pleading guilty may have consequences with respect to the Defendant's immigration status. Under federal law, conviction for a broad range of crimes can lead to adverse immigration consequences, including automatic removal from the United States. Removal and other immigration consequences are the subject of a separate proceeding, however, and the Defendant understands that no one, including the Defendant's attorney or the Court, can predict with certainty the effect of a conviction on immigration status. The Defendant is not relying on any promise or belief about the immigration consequences of pleading guilty. The

<div align="center">4</div>

Defendant nevertheless affirms that the Defendant wants to plead guilty regardless of any potential immigration consequences.

### Advisory Sentencing Guidelines Apply

5.      The Defendant understands that the Court will determine a sentencing guideline range for this case (henceforth the "advisory guidelines range") pursuant to the Sentencing Reform Act of 1984 at 18 U.S.C. § 3551-3742 (excepting 18 U.S.C. § 3553(b)(1) and 3742(e)) and 28 U.S.C. §§ 991 through 998.  The Defendant further understands that the Court will impose a sentence pursuant to the Sentencing Reform Act, as excised, and must take into account the advisory guidelines range in establishing a reasonable sentence.

### Factual and Advisory Guidelines Stipulation

6.      a.      This Office and the Defendant stipulate and agree to the Statement of Facts set forth in Attachment A, which is incorporated by reference herein.  This Office and the Defendant further stipulate and agree that pursuant to U.S.S.G. § 2E1.1(a), the offense level for racketeering conspiracy is the greater of offense level 19 or the offense level applicable to the underlying racketeering activity.  Pursuant to U.S.S.G. § 1B1.3, the underlying racketeering activities in this case involve acts, committed, aided, abetted, counseled, commanded, induced, or willfully caused by the Defendant, as well as all those acts reasonably foreseeable to him in furtherance of the jointly undertaken criminal enterprise, and include, among others:

     i.     Murder, chargeable under MD. Code Ann., Crim. Law §§ 2-201, 2-204, 2-205, 2-206, and under the Common Law of Maryland punishable pursuant to Md. Code Ann., Crim. Law §§ 1-201, 1-202;

     ii.     Conspiracy to distribute and possess with the intent to distribute heroin and cocaine base, in violation of 21 U.S.C. § 846(b)(1)(A); and

     iii.     Distribution and possession with intent to distribute heroin and cocaine base, in violation of 21 U.S.C. § 841(b).

With respect to the murder of James Edwards, the base offense level is 43 pursuant to U.S.S.G. § 2A1.1(a).  With respect to the conspiracy to distribute and possess with intent to distribute heroin and cocaine base, the base offense level is 30 pursuant to U.S.S.G. § 2D1.1(c)(5).

     b.      Pursuant to U.S.S.G. § 2E1.1 n.1, each underlying racketeering offense is treated as a separate count of conviction.  This Office and the Defendant stipulate and agree that the combined offense level is **45** pursuant to U.S.S.G. § 3D1.4.

5

**JA6594**

c.      This Office does not oppose a **2-level reduction** in the Defendant's adjusted offense level pursuant to U.S.S.G. § 3E1.1(a), based upon the Defendant's apparent prompt recognition and affirmative acceptance of personal responsibility for the Defendant's criminal conduct. This Office agrees to make a motion pursuant to U.S.S.G. § 3E1.1(b) for an additional one level decrease in recognition of the Defendant's acceptance of personal responsibility for the Defendant's conduct. This Office may oppose any adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1(a) and may decline to make a motion pursuant to U.S.S.G. § 3E1.1(b), if the Defendant: (i) fails to admit each and every item in the factual stipulation; (ii) denies involvement in the offense; (iii) gives conflicting statements about the Defendant's involvement in the offense; (iv) is untruthful with the Court, this Office, or the United States Probation Office; (v) obstructs or attempts to obstruct justice prior to sentencing; (vi) engages in any criminal conduct between the date of this Agreement and the date of sentencing; (vii) attempts to withdraw the plea of guilty; or (viii) violates this Agreement in any way.

7.      There is no agreement as to the Defendant's criminal history and the Defendant understands that the Defendant's criminal history could alter the Defendant's offense level. Specifically, the Defendant understands that the Defendant's criminal history could alter the final offense level of the Defendant is determined to be a career offender or if the instant offense was a part of a pattern of criminal conduct from which the Defendant derived a substantial portion of the Defendant's income.

8.      Other than as set forth above, no other offense characteristics, sentencing guidelines factors, potential departures or adjustments set forth in the United States Sentencing Guidelines are in dispute or will be raised in calculating the advisory guidelines range.

9.      The parties stipulate and agree pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) that a sentence of **444 months of incarceration in the custody of the Bureau of Prisons** is the appropriate disposition of this case taking into consideration the nature and circumstances of the offense, the Defendant's criminal history, and all of the other factors set forth in 18 U.S.C.§ 3553(a). This Agreement does not affect the Court's discretion to impose any lawful term of supervised release or fine or to set any lawful conditions of probation or supervised release. In the event that the Court rejects this Agreement, except under the circumstances noted below, either party may elect to declare the Agreement null and void. Should the Defendant so elect, the Defendant will be afforded the opportunity to withdraw his plea pursuant to the provisions of Federal Rule of Criminal Procedure 11(c)(5). The parties agree that if the Court finds that the Defendant engaged in obstructive or unlawful behavior and/or failed to acknowledge personal responsibility as set forth herein, neither the Court not the Government will be bound by the specific sentence contained in this Agreement, and the Defendant will not be able to withdraw his plea.

<u>Obligations of the Parties</u>

6

**JA6595**

background, character, and conduct that this Office deems relevant to sentencing, including the conduct that is the subject of any counts of the Indictment. At the time of sentencing, this Office will move to dismiss any open counts against the Defendant.

### Waiver of Appeal

11.     In exchange for the concessions made by this Office and the Defendant in this Agreement, this Office and the Defendant waive their rights to appeal as follows:

        a.      The Defendant knowingly waives all right, pursuant to 28 U.S.C.§ 1291 or any other statute or constitutional provision, to appeal the Defendant's conviction on any ground whatsoever. This includes a waiver of all right to appeal the Defendant's conviction on the ground that the statute(s) to which the Defendant is pleading guilty is unconstitutional, or on the ground that the admitted conduct does not fall within the scope of the statute(s).

        b.      The Defendant and this Office knowingly and expressly waive all rights conferred by 18 U.S.C.§ 3742 to appeal whatever sentence is imposed (including any term of imprisonment, fine, term of supervised release, or order of restitution) for any reason (including the establishment of the advisory sentencing guidelines range, the determination of the Defendant's criminal history, the weighing of the sentencing factors, and any constitutional challenges to the calculation and imposition of any term of imprisonment, fine, order of forfeiture, order of restitution, and term or condition of supervised release), except as follows:

        (i)     The Defendant reserves the right to appeal any sentence that exceeds the statutory maximum; and

        (ii)    This Office reserves the right to appeal any sentence below a statutory minimum; and

        (iii)   The Defendant reserves the right to appeal the sentence of imprisonment if the total term of imprisonment exceeds 444 months; and

        (iv)    This Office reserves the right to appeal the sentence of imprisonment if the total term of imprisonment is less than 444 months.

        c.      The Defendant waives any and all rights under the Freedom of Information Act relating to the investigation and prosecution of the above-captioned matter and agrees not to file any request for documents from this Office or any investigating agency.

### Forfeiture

12.     a.      The Defendant understands that the Court may enter an Order of Forfeiture as part of the Defendant's sentence, and that the Order of Forfeiture may

7

**JA6596**

12.    a.    The Defendant understands that the Court may enter an Order of Forfeiture as part of the Defendant's sentence, and that the Order of Forfeiture may include assets directly traceable to the offense(s), substitute assets, and/or a money judgment equal to the value of the property derived from, or otherwise involved in, the offenses.

b.    Specifically, but without limitation on the government's right to forfeit all property subject to forfeiture as permitted by law, the Defendant agrees to forfeit to the United States all of the Defendant's right, title, and interest in the following items that the Defendant agrees constitutes money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's illegal activities, including: any and all firearms and ammunition seized in connection with this conspiracy.

c.    The Defendant agrees to consent to the entry of orders of forfeiture for the property described in the two above subparagraphs and waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, advice regarding the forfeiture at the change-of-plea hearing, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.

d.    The Defendant agrees to assist fully in the forfeiture of the above property. The Defendant agrees to disclose all assets and sources of income, to consent to all requests for access to information related to assets and income, and to take all steps necessary to pass clear title to the forfeited assets to the United States, including executing all documents necessary to transfer such title, assisting I bringing any assets located outside of the United States within the jurisdiction of the United States, and taking whatever steps are necessary to ensure that assets subject to forfeiture are made available for forfeiture.

e.    The Defendant waives all challenges to any forfeiture carried out in accordance with this Agreement on any grounds, including any and all constitutional, legal, equitable, statutory, or administrative grounds brought by any means, including through direct appeal, habeas corpus petition, or civil complaint.  The Defendant will not challenge or seek review of any civil or administrative forfeiture of any property subject to forfeiture under this Agreement, and will not assist any third party with any challenge or review or any petition for remission of forfeiture.

<u>Defendant's Conduct Prior to Sentencing and Breach</u>

13.    a.    Between now and the date of the sentencing, the Defendant will not engage in conduct that constitutes obstruction of justice under U.S.S.G. § 3C1.1; will not violate any federal, state, or local law; will acknowledge guilty to the probation officer and the Court; will be truthful in any statement to the Court, this Office, law enforcement

b.     If the Defendant engages in conduct prior to sentencing that violates the above paragraph of this Agreement, and the Court finds a violation by a preponderance of the evidence, then: (i) this Office will be free from its obligations under this Agreement; (ii) this Office may make sentencing arguments and recommendations different from those set out in this Agreement, even if the Agreement was reached pursuant to Rule 11(c)(1)(C); and (iii) in any criminal or civil proceeding, this Office will be fee to use against the Defendant all statements made by the Defendant and any of the information or materials provided by the Defendant, including statements, information, and materials provided pursuant to this Agreement, and statements made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  A determination that this Office is released from its obligations under this Agreement will not permit the Defendant to withdraw the guilty plea.  The Defendant acknowledges that the Defendant may not withdraw the Defendant's guilty plea – even if made pursuant to Rule 11(c)(1)(C) – if the Court finds that the Defendant breached the Agreement.  In that event, neither the Court nor the Government will be bound by the specific sentence or sentencing range agreed and stipulated to herein pursuant to Rule 11(c)(1)(C).

## Court Not a Party

14.     The Court is not a party to this Agreement.  The sentence to be imposed is within the sole discretion of the Court.  The Court is not bound by the Sentencing Guidelines stipulation in this Agreement.  The Court will determine the facts relevant to sentencing.  The Court is not required to accept any recommendation of stipulation of the parties.  The Court has the power to impose a sentence up to the maximum penalty allowed by law.  In the event the Court rejects this Rule 11(c)(1)(C) plea agreement, the Defendant will be informed that he may withdraw his plea pursuant to 11(c)(5)(C).  If he persists in the guilty plea thereafter, the Defendant understands that the disposition of the case may be less favorable than that contemplated by this Agreement.  Neither the prosecutor, defense counsel, nor the Court can make a binding prediction, promise, or representation as to what guidelines range or sentence the Defendant will receive.  The Defendant agrees that no one has made such a binding prediction or promise.

## Entire Agreement

15.     This letter, together with the Sealed Supplement, constitutes the complete plea agreement in this case.  This letter, together with the Sealed Supplement, supersedes any prior understandings, promises, or conditions between this Office and the Defendant.  There are no other agreements, promises, undertakings, or understandings between the Defendant and this Office other than those set forth in this letter and the Sealed Supplement.  No changes to this Agreement will be effective unless in writing, signed by all parties, and approved by the Court.

If the Government fully accepts each and every term and condition of this Agreement, please sign where indicated.

9

**JA6598**

If the Government fully accepts each and every term and condition of this Agreement, please sign where indicated.

10

**JA6599**

Very truly yours,

_____
Teresa Whalen

_____
Paul Enzinna

I have read this Agreement, including the Sealed Supplement, and carefully reviewed every part of it with my attorney. I understand it and I voluntarily agree to it. Specifically, I have reviewed the Factual and Advisory Guidelines Stipulation with my attorney and I do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

2/18/19
_____
Date

_____
Dante Bailey
Defendant

I am the Defendant's attorney. I have carefully reviewed every part of this Agreement, including the Sealed Supplement, with the Defendant. The Defendant advises me that the Defendant understands and accepts its terms. To my knowledge, the Defendant's decision to enter into this Agreement is an informed and voluntary one.

2/18/19
_____
Date

_____
Teresa Whalen, Esq.

On behalf of the United States of America, the government agrees and accepts the terms outlined in the Agreement.

_____
Date

_____
Christina Hoffman
Assistant United States Attorney

Teresa Whalen

10

**JA6600**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA          *

v.                                *          **Criminal No. CCB 16-0267**

DANTE BAILEY                      *

                                  *          *          *

<u>**AFFIDAVIT IN SUPPORT OF MOTION TO ENFORCE PLEA AGREEMENT**</u>

Counsel for Dante Bailey, Paul Enzinna, supplements the record regarding

the previously filed Motion to Enforce Plea Agreement and Memorandum (ECF

1050)  with the following:

Paul F. Enzinna, Esquire, hereby certifies the following:

1.      I am competent and over the age of eighteen (18) years, and I state

these facts from personal knowledge.

2.      On August 3, 2017, I was appointed by the Hon. Catherine C. Blake,

under the Criminal Justice Act, to represent Dante Bailey in this criminal matter,

which began as a death-eligible matter, and resulted in a guilty finding by a jury on

May 2, 2019.

3.      My co-counsel in this matter is Theresa Whalen, Esq.

4.      I have been a criminal defense lawyer for more than 30 years, and

have been on this Court's Criminal Justice Act panel since 2016.  I am also on the

Criminal Justice Act Panels in the United States District Court for the District of

Columbia and the United States District Court for the Eastern District of Virginia.  I

practiced white collar criminal defense as a member of large, national law firms

from 1989 until 2016, when I left to form a smaller firm and focus on non-white collar crime.  Since 2016, approximately 75% of my work has been in federal criminal defense work.  I have engaged in plea negotiations with the United States Attorney's Office for the District of Maryland in at least 5 such cases.

5.      On behalf of Mr. Bailey, Ms. Whalen and I began plea negotiations before May 24, 2018.  In an email response to our inquiry, Assistant United States Attorney Christina Hoffman indicated she did not think the government "could do better than 35-40 C plea." *Exhibit 1.*

6.      At a motions hearing on June 1, 2018, Michael Lawlor – who represented a co-defendant, Dontray Johnson – and Ms. Whalen suggested to Ms. Hoffman a "wired" type plea in which most, if not all, defendants would accept plea offers.  In response, Ms. Hoffman emailed on June 18, 2018 that a wired plea was being discussed with supervisors ("running it up the chain") but it was "not looking promising so far."  *Exhibit 2.*

7.      After an August 3, 2018, conference call between Ms. Whalen, Mr. Lawlor and the United States Attorney's Office, Ms. Whalen told me that she had made an offer of a Rule 11(C)(1)(c) plea, providing for a range of 27 years to 35 years.  The government indicated the top of the range (35) was too low, but that they might be able to offer 27 years to 40 years. Ms. Whalen also told me that the government made clear they did not want plea offers to be "wired," because they did not want Mr. Bailey to influence other defendants to enter a guilty plea.  Ms.

Whalen told me the AUSAs and supervisors indicated they would discuss these terms and get back to defense.

8.      In an August 14, 2018 telephone conversation AUSA Hoffman told Ms. Whalen that she believed the offer that would be approved was a "c" plea to a range of 27 to 40 years.  Ms. Whalen and I conveyed this offer to Mr. Bailey.  *Exhibit 3.*  At the request of Ms. Whalen, AUSA Hoffman sent a proposed Statement of Facts that included all of the murders referenced in the Superseding Indictment. Ms. Hoffman noted that Mr. Bailey's admission to the James Edwards murder was a prerequisite for her getting further approval for the plea offer.  *Exhibits 4 & 5.*

9.      In an August 21, 2018, telephone call with Ms. Hoffman, Ms. Whalen requested a "c" plea to 35 years.   In an email on that same date, Ms. Hoffman indicated that she had discussed this with supervisors and that she "could probably get approval for a straight 37" but that "we'd prefer to stick with the 27 to 40 range". *Exhibit 6.*  Ms. Whalen and I conveyed this offer to Mr. Bailey.

10.      When a status letter was due to the court on September 20, 2018, Ms. Hoffman asked what Mr. Bailey's status was regarding a trial or plea, thereby suggesting that the offer previously made by the government (27-40 years) remained open. Ms. Whalen indicated she was still talking to Mr. Bailey (about the verbal offer of 27 to 40 years).  *Exhibit 7.*

11.      Ms. Whalen and I asked Ms. Hoffman to provide us with the United States Attorney's Office's standard letter setting forth the terms of the plea offer that had been discussed, to take to Mr. Bailey for signature.  When no letter was

sent, I called Ms. Hoffman on October 3, 2018.  Ms. Hoffman again said "no" to 35

years, but again restated the government's offer of 27 to 40, under which the the

government would recommend 40 years.  *Exhibit 8.*  When I asked Ms. Hoffman

whetehr the offer of a "straight 37" remained on the table, she responded, "[t]hat's

a good question."

12.     On October 5, 2018, before Ms. Whalen and I had had a chance to

discuss the government's offer with Mr. Bailey, Ms. Hoffman changed the offer,

writing Ms. Whalen that, "We've been discussing your counter proposal with

supervisors…We would accept a plea to a range of 27 to 40, or a straight 37, if"

four co-defendants plead guilty. Ms. Whalen proposed that Mr. Bailey plead to 27-

40 years, with the government recommending 40 years, or 37, if the four co-

defendants pled guilty.  The government rejected that proposal.  *Exhibit 9.*  Ms.

Whalen then requested that Ms. Hoffman write up the 27-40 offer, so that she and

I could present it to Mr. Bailey.  *Exhibit 10.* Ms. Hoffman did not indicate that this

verbal offer was no longer valid, but instead  noted she could not "get approval for

a plea by Monday." This was in response to Ms. Whalen's earlier communications

asking for the plea offer in writing to take to Mr. Bailey to sign on Monday.

13.     Still waiting for the written offer to take to Mr. Bailey to sign, Ms.

Whalen emailed Ms. Hoffman on October 9, 2018, asking again for the offer and

noted that she "fully expects him to sign."  *Exhibit 11.*  In a follow up telephone call,

Ms. Whalen told the government Mr. Bailey would accept a plea to a range of 27

to 40 years; asked the government to send a letter memorializing the terms of such

an agreement; and made plans to take the written offer to Mr. Bailey.  Ms. Whalen also told the government that Mr. Bailey had signed the Statement of Facts provided by the government.  In this District, the Statement of Facts is attached to a written plea offer letter and it requires the defendant's signature.

14.     Frustrated by the government's delay in providing the written offer for signature, Ms. Whalen contacted United States Attorney's Office supervisors on October 10, 2018, noting that "we cleared 27 to 40 with our client" and setting forth the status of the discussions.  *Exhibit 12.*

15.     In a conversation with me on October 29, 2018, Ms. Hoffman unilaterally withdrew the verbal offer made and stated she did not want to allow Mr. Bailey to enter a guilty plea and proceed to trial against only his co-defendants. By now, the trial date had been continued to March 18, 2019.

16.     There was a verbal offer to Mr. Bailey that included a term that he would receive between 27 to 40 years if he entered a guilty plea.  Mr. Bailey fully intended to sign the written offer and undersigned counsel told this to the government.   This method of negotiating is the standard practice in plea negotiations in this District.

17.     Although Mr. Bailey, Ms. Whalen and I believed that Mr. Bailey and the government had reached agreement on a plea, and that this agreement simply needed to be put in writing, in response to Ms. Whalen's making it a condition of Mr. Bailey's plea that his co-defendants also plead, I spent considerable time working with the co-defendants' attorneys to see if a global resolution – a "wired"

plea – could be reached.  On January 23, 2019, I called Ms. Hoffman to say that counsel for Messrs. Anderson, Banks, Dent, and Lockley were prepared to participate in further discussions toward a "wired" plea, and proposing dates for a meeting between prosecutors and defense counsel.   Ms. Hoffman, however, stated that she was not interested in such discussions, because the offers that had been made to Messrs. Anderson, Banks, Dent, and Lockley were final, and there would be no further negotiation.   However, Ms. Hoffman indicated that the government would accept a plea from Mr. Bailey for 37 years.

18.     I telephoned Ms. Hoffman on February 6, 2019, and made a counter-offer of 35 years' incarceration.  Ms. Hoffman told me that the government would not accept less than 37 years.  In response, Ms. Whalen emailed Ms. Hoffman and asked her to "get us a formal offer for a "c" plea to 37 years so that we can take that to Mr. Bailey for his signature."  *Exhibit 13.*  Ms. Whalen followed up and confirmed Mr. Bailey would sign a plea agreement.  *Exhibit 14.* Several days later, Ms. Hoffman replied that they were "talking it over."  Notably, the government did not in any way indicate this was not the offer discussed with me, or correct Ms. Whalen's clear belief that the formal offer she was waiting for was to 37 years.

19.     Again, the government failed to send anything in writing.   On February 21, 2019, Ms. Whalen and I sent a letter to the government and attached a plea agreement letter with a term that included the government's latest offer of 37 years.   The plea agreement letter contained the exact language that the government includes in every written plea letter in this District.  Ms. Whalen and I

made clear to the government that Mr. Bailey had signed the agreement and requested that the government sign off as well.  *Exhibit 15.*  The government refused to do so and instead, on February 27, 2019 sent a written offer with a term of 45 years.  Mr. Bailey now faces a sentence of life imprisonment after having been found guilty of Violence in Aid of Racketeering.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 21, 2019          _____
                                Paul F. Enzinna

From: Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
To: Teresa Whalen <whalenesq@aol.com>
Cc: penzinna <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
Subject: Re: Dante Bailey - 2015.06.18 Arrest
Date: Thu, May 24, 2018 5:07 pm

Hi Teresa,

Sorry for the delay. I'm on vacation, returning to the office Tuesday. We're open to a plea, but I don't think we could do better than a 35-40 year C plea based on the number of murders, his leadership role, etc.

The officers will testify consistent with their reports. On 4/23/15, Detective Young received a tip from an anonymous caller who lived in the area. On 6/18/15, Sgt. Friend responded to a call that came over 911 dispatch. We have no information that Jenkins/GTTF were involved in either case.

Sent from my iPhone

On May 24, 2018, at 4:13 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>> wrote:

Christina,

Can you give me a call when you have a chance? With regard to the 6/18/15 and 4/23/15 stops, can you investigate and confirm whether the tips were indeed "anonymous" or were in fact from a member of the gun task force? How did the officers get those anonymous tips, for instance? I have reason to believe the gun task force, specifically Sgt Jenkins, was informed on a weekly basis what Mr. Bailey's work schedule was and was then conducting surveillance of him. To the extent the investigation in your office confirms any aspect of targeting Mr. Bailey and/or taking enforcement action against him that is questionable, I believe we should be provided that information.

Thanks,

Teresa

-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD)
<Christina.Hoffman@usdoj.gov<mailto:Christina.Hoffman@usdoj.gov>>
To: Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>>; penzinna
<penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Cc: Perry, Lauren (USAMD) (USAMD)
<Lauren.Perry@usdoj.gov<mailto:Lauren.Perry@usdoj.gov>>
Sent: Tue, May 22, 2018 7:16 pm
Subject: Dante Bailey - 2015.06.18 Arrest

Hi Teresa & Paul,                                                    EXHIBIT B-1

**JA6608**

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** RE: Bailey
**Date:** Mon, Jun 18, 2018 5:14 pm

Hi Teresa,


We have been running the idea of a wired plea up the chain, but it's not looking promising so far. We'll keep you posted.


Best,

Christina


**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Monday, June 18, 2018 4:33 PM
**To:** Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Subject:** Bailey


Hi Ladies,


Just following up on whether you have some thoughts on how to wrap these cases up....I believe I can sell anything that gives him the hope he can get below 30 for getting most or all to plead (whether that is a realistic hope is another story).


I will be around most of the week if you want to talk.



Thanks,


Teresa


EXHIBIT B-2

**From:** Teresa Whalen <whalenesq@aol.com>
**To:** penzinna <penzinna@ellermanenzinna.com>
**Date:** Tue, Aug 14, 2018 5:12 pm

Christina just called and thinks she can get 27 to 40 year "c" plea. She will make deadline the day of motions. She wants to know if there is something he won't admit to and she will consider keeping it out of statement of facts. I can go see him next Tuesday or Wednesday. You?

Teresa

EXHIBIT B-3

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>
**Cc:** penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD)
  <Lauren.Perry@usdoj.gov>
**Subject:** RE:
**Date:** Wed, Aug 15, 2018 12:12 pm

Hi Teresa,

We can redact the names from the statement of facts.  But the James Edwards murder will likely be a deal-breaker. Even if we agreed to take it out, I don't think OCGS would approve dismissal of the VICAR murder charge unless he admits to the murder.  I wonder if he denies that he did it, denies that it happened the way it's alleged in the indictment, or worries what others will think if he admits to it.  Perhaps we can discuss on the phone. I'll send you a draft SOF today.


Best,

Christina


**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Wednesday, August 15, 2018 11:56 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Cc:** penzinna@ellermanenzinna.com
**Subject:**


Christina,


Mr. Bailey may have a problem with the James Edwards murder as part of the statement of facts. I think keeping names out of the statement of facts will be helpful as well.  We are scheduled to see him Tuesday.  Thanks.


Teresa


EXHIBIT B-4

Dante Bailey, CCB-16-0267                                                    Page 1 of 1

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**To:** Teresa Whalen <whalenesq@aol.com>; penzinna@ellermanenzinna.com
    <penzinna@ellermanenzinna.com>
**Cc:** Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** Dante Bailey, CCB-16-0267
**Date:** Wed, Aug 15, 2018 2:29 pm
**Attachments:** Bailey SOF Redacted.pdf (41K), Bailey SOF Unredacted.pdf (34K)

Hi Teresa & Paul,

Here are two versions of our proposed statement of facts – one with names redacted and one without.
Give me a call when you have a chance to discuss.  I haven't forwarded the offer to OCGS because I
don't believe they will approve it unless he admits to the murder of James Edwards.

Best,

Christina

EXHIBIT B-5

**JA6612**

Tuesday, October 22, 2019 at 11:48:25 AM Eastern Daylight Time

**Subject:** Dante Bailey

**Date:** Tuesday, August 21, 2018 at 6:37:41 PM Eastern Daylight Time

**From:** Hoffman, Christina (USAMD)

**To:** Teresa Whalen, Paul Enzinna

**CC:** Perry, Lauren (USAMD)

Hi Teresa,

Good talking to you earlier—thanks for the call. I talked it over with Lauren and the supervisors. Although we'd prefer to stick to the 27-40 range, we could probably get approval for a straight 37, but no lower. If he wants lower than that, I think it's going to be a trial.   Let us know what you think.

Best,
Christina

EXHIBIT B-6

Page 1 of 1

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
  **To:** Teresa Whalen <whalenesq@aol.com>; penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>
  **Cc:** Perry, Lauren (USAMD) <Lauren.Perry@usdoj.gov>
**Subject:** RE: Dante Bailey
  **Date:** Thu, Sep 20, 2018 7:00 pm

---

No problem! Thanks for letting me know.  I'll check with the Marshals, but I don't think they're equipped to handle him at any of the nearby facilities.

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Thursday, September 20, 2018 3:17 PM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>; penzinna@ellermanenzinna.com
**Cc:** Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>
**Subject:** Re: Dante Bailey

Hi Christina,

We are still talking to him but for now we would have to say a trial.  We can't get much traction with him still in NNRJ. Dave Ashton told me weeks ago he will bring him back up here...perhaps you can talk to him as well?

Teresa

-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
To: whalenesq <whalenesq@aol.com>; penzinna <penzinna@ellermanenzinna.com>
Cc: Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
Sent: Wed, Sep 19, 2018 3:20 pm
Subject: Dante Bailey

Hi Teresa & Paul,

Judge Blake expects a status report from us by Friday.  What's the latest on Bailey – he is going to trial Nov. 5 through Feb. 1?

EXHIBIT B-7

**Subject:** Re:
**Date:**    Wednesday, October 3, 2018 at 9:08:04 PM Eastern Daylight Time
**From:**    Teresa Whalen
**To:**       Paul Enzinna

yes,
the number seems t9 be 37.

——Original Message——
From: Paul Enzinna <penzinna@ellermanenzinna.com>
To: Teresa Whalen <whalenesq@aol.com>
Sent: Wed, Oct 3, 2018 5:48 pm
Subject: Re:

I spoke with Christina, who said no to A straight 35. She said they will do 27 to 40, and asked for 40. I asked her if 37 is still on the table, and she said "that's a good question." Should we call Dante?

Paul F. Enzinna
Brown Rudnick, LLP

On Oct 3, 2018, at 12:25 PM, Teresa Whalen <whalenesq@aol.com> wrote:

   I think so...do you want to take a crack at it?

   ——Original Message——
   From: Paul Enzinna <penzinna@ellermanenzinna.com>
   To: Teresa Whalen <whalenesq@aol.com>
   Sent: Wed, Oct 3, 2018 12:20 pm
   Subject: Re:

   Should we check in with her?

   Sent from my iPhone

   On Oct 2, 2018, at 4:25 PM, Teresa Whalen <whalenesq@aol.com> wrote:

      nothing from Christina...not sure what that means

EXHIBIT B-8

Page 1 of 1

**Subject:** RE:

**Date:** Friday, October 5, 2018 at 11:28:32 AM Eastern Daylight Time

**From:** Hoffman, Christina (USAMD)

**To:** Teresa Whalen, Perry, Lauren (USAMD), Paul Enzinna

Hi Teresa & Paul,

I'm so sorry about the scheduling conflict. What a pain.

We've been discussing your counter proposal with supervisors & case agents, and here's where we are.  We would accept a plea to a range of 27-40, or a straight 37, if Randy Banks, Devon Dent, Jamal Lockley, and Corloyd Anderson plead guilty.  Unfortunately, they are all still at the table at his point.

I'm sorry it's not what you want to hear. We would be happy to resolve the cases, too.  Maybe you can talk to the others about wrapping up their cases.  I think the offers we've made are very generous.

Best,
Christina

**From:** Teresa Whalen <whalenesq@aol.com>
**Sent:** Friday, October 05, 2018 11:14 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>; Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; penzinna@ellermanenzinna.com
**Subject:**

Hi all,

I have a conflict that J. Bredar is going to sever my case if the Bailey case goes forward.  I told him we are hopeful we can resolve Bailey.  He pushed on the time frame and I said we are waiting on a response from the Gov.  and we are trying to set up a phone call with Bailey today.  He noted that J. Blake is not sitting Tuesday and it would be great if we could set something in on Bailey then....(no pressure here!).

Anyway, I can run to NNRJ with something for client to sign Monday.

Teresa

EXHIBIT B-9

Page 1 of 1

From: Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
   To: Teresa Whalen <whalenesq@aol.com>
   Cc: penzinna@ellermanenzinna.com <penzinna@ellermanenzinna.com>; Perry, Lauren (USAMD)
       <Lauren.Perry@usdoj.gov>
Subject: Re:
   Date: Fri, Oct 5, 2018 6:42 pm

I estimate 2 months with 7 defendants (although Sardelli is saying he won't stipulate to anything,
which would add 1.5 weeks).

I can definitely send you the SOF in Word. I can't get approval for a plea by Monday (sorry!), but
let's continue the conversation.

Sent from my iPhone

On Oct 5, 2018, at 2:45 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>>
wrote:

I am back to back trials - like many of us. My problem with March is a state court murder re-trial. I
will make some inquiries about whether that could be moved. I am in the cherry hill trial that is slated
from 5/6 to October and motions in April. How long do you estimate?

Do you want to write up the 27 to 40 for me to take to him? Can you send me the statement of facts
in word ...he wants all references to co-defendants out and some other changes that I can make and
send to you.

Teresa


-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD)
<Christina.Hoffman@usdoj.gov<mailto:Christina.Hoffman@usdoj.gov>>
To: Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>>; Perry, Lauren (USAMD)
(USAMD) <Lauren.Perry@usdoj.gov<mailto:Lauren.Perry@usdoj.gov>>; penzinna
<penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Sent: Fri, Oct 5, 2018 2:03 pm
Subject: RE: Re:

(I believe all the other defense attorneys are available for the March trial date. Our preference is still
Nov. 5, but I'm trying to figure out if there are other solutions to this scheduling chaos.)

From: Hoffman, Christina (USAMD)
Sent: Friday, October 05, 2018 1:58 PM
To: 'Teresa Whalen' <whalenesq@aol.com<mailto:whalenesq@aol.com>>; Perry, Lauren (USAMD)
<LPerry1@usa.doj.gov<mailto:LPerry1@usa.doj.gov>>;
penzinna@ellermanenzinna.com<mailto:penzinna@ellermanenzinna.com>>
Subject: RE: Re:

I'm so sorry, but we can't agree to it at this point. I can't get any firm commitments from the other

EXHIBIT B-10

**Subject:** Re:

**Date:** Tuesday, October 9, 2018 at 3:54:22 PM Eastern Daylight Time

**From:** Teresa Whalen

**To:** Christina.Hoffman@usdoj.gov, Lauren.Perry@usdoj.gov

**CC:** Paul Enzinna

Hi Christina,

Since I have to plan a whole day for a trip, can you estimate when you will have an offer?  I fully expect him to sign and then we won't need to deal with the second trial date.

Teresa

-----Original Message-----
From: Hoffman, Christina (USAMD) (USAMD) <Christina.Hoffman@usdoj.gov>
To: Teresa Whalen <whalenesq@aol.com>; Perry, Lauren (USAMD) (USAMD) <Lauren.Perry@usdoj.gov>
Cc: penzinna <penzinna@ellermanenzinna.com>
Sent: Tue, Oct 9, 2018 3:48 pm
Subject: RE:

Hello!

I'm sorry to say I'm not going to be able to get you a plea offer in time for tomorrow's visit.  However, we've now had three defense attorneys (Harry Trainor, Brian Sardelli, and Paul Hazlehurst) reach out to us and say they plan to file motions to continue to the spring trial (March 18 – May 5).  Elita Amato, Chris Davis, and Marshall Henslee also say they prefer the spring trial.  Assuming you are able to reschedule your county murder trial, we are starting to think it might make the most sense to set all 7 defendants in for trial on March 18.  What do you think?  Our preference is still November 5, but not if we have to put the witnesses through two trials.

Let us know what you think. Thank you!
Christina

From: Teresa Whalen <whalenesq@aol.com>
Sent: Tuesday, October 09, 2018 3:39 PM
To: Perry, Lauren (USAMD) <LPerry1@usa.doj.gov>; Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
Cc: penzinna@ellermanenzinna.com
Subject:

I can go to NNRJ tomorrow if you can get me the plea offer before 9:45 am?

Teresa

EXHIBIT B-11

Page 1 of 1

**JA6618**

**Subject:** Bailey

**Date:** Wednesday, October 10, 2018 at 4:19:55 PM Eastern Daylight Time

**From:** Teresa Whalen

**To:** christina.hoffman@usdoj.gov, lauren.perry@usdoj.gov

**CC:** Robert.Harding@usdoj.gov, kenneth.clark@usdoj.gov, Paul Enzinna

Hi everyone,

In a conversation with Ken, I mentioned perhaps all of us sitting down for 10-15 minutes to try to figure out a plea.  Based upon the emails recently, we cleared 27 to 40 with our client who asked us to request a specific number - 35 or 37. He knows you will be asking for 40. Our understanding was that 35 was "No" and 37 was only if we could get the others to take the offer made to them.  For many reasons, we feel like we can't guarantee the others will sign a deal before our client signs.  We believe there is a much better chance they will plea if Dante goes to court and the plea is done.  We could have had a signed deal as set forth above last week and still can get one if we could get something to sign!!

Paul and I have time to sit down tomorrow if you can meet.

Judge Bredar and Jim Walner are waiting on this case to determine if I am available for a trial 11/26....so, I have an interest in getting answers to them.  Pushing this off to the next trial date may do more harm than good as Mr. Bailey is ready now to take responsibility.

We feel like we have a sure thing that keeps slipping away as the time passes.  Thanks.

Teresa

EXHIBIT B-12

**Subject:** (none)

**Date:** Wednesday, February 6, 2019 at 8:27:11 PM Eastern Standard Time

**From:** Teresa Whalen

**To:** christina.hoffman@usdoj.gov, lauren.perry@usdoj.gov

**CC:** Paul Enzinna

Christina and Lauren,

Paul told me he discussed a plea for 35 years with you and the response was that the government will not offer less than 37.  Please get us a formal offer for a "c" plea to 37 years so we can take that to Mr. Bailey for his signature.  Thanks.

Teresa

EXHIBIT B-13

**Subject:** Re:

**Date:** Sunday, February 10, 2019 at 4:57:02 PM Eastern Standard Time

**From:** Hoffman, Christina (USAMD)

**To:** Teresa Whalen

**CC:** Paul Enzinna, Perry, Lauren (USAMD)

Hi, Teresa. We did get your email. Sorry for the delay. We're talking it over. We're out of town until Wednesday for witness prep but we'll be back in touch then.

Christina A. Hoffman
Assistant U.S. Attorney, District of Maryland
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4871

Sent from my iPhone

On Feb 8, 2019, at 3:18 PM, Teresa Whalen <whalenesq@aol.com<mailto:whalenesq@aol.com>> wrote:

Hi Christina,

Are you able to share what happened with Tiffany Bailey today?  Will her sentencing be reset soon?  And, just a follow up to be sure you rec'd my email that we believe Mr. Bailey will sign a "c" plea for 37 years.

Thanks,

Teresa

EXHIBIT B-14



**ELLERMAN ENZINNA** PLLC

202.753.5553 • ellermanenzinna.com

1050 30th Street, NW
Washington, DC 20007

February 21, 2019

Christina Hoffman
Lauren Perry
Assistant United States Attorneys
36 S. Charles Street
Suite 400
Baltimore, MD 21201-3119

Re:   <u>United States v. Dante Bailey, No. 16-cr-267</u>

Dear Ms. Hoffman and Ms. Perry:

This letter is written pursuant to the provisions of Federal Rules of Criminal Procedure 11 and Federal Rule of Evidence 410.

For the past several months, we have engaged with you in negotiations over a potential guilty plea by our client, Dante Bailey. Those negotiations have resulted in agreement on all of the material terms of such an agreement – Mr. Bailey would enter a (c) plea guilty to Count 1 of the Second Superseding Indictment, for which he would receive a sentence of 37 years' imprisonment. Mr. Bailey has also agreed to the Statement of Facts you have proposed. Enclosed for your signature is a plea agreement, executed by Mr. Bailey and by us as his counsel, memorializing the terms to which we have agreed, and containing the standard terms to which the government routinely requires a defendant to agree in a standard plea offer in this District (in fact, these terms were taken directly from the plea agreement signed by co-defendant Dontray Johnson in this case).

We are taking the extraordinary step of submitting this agreement to you because although we have agreed on its terms, you have refused to provide us with a written offer. Instead, you have told us you will not accept Mr. Bailey's plea unless and until co-defendants Corloyd Anderson, Randy Banks, Devon Dent, and Jamal Lockley accept the plea offers you have extended to them. Although this unilaterally-imposed condition has nothing to do with Mr. Bailey, who is powerless to fulfill it, you have stated that this is your position because it would be "best for the case as a whole" for Mr. Bailey to be present should you be required to try the case against these other individuals. At the same time, it is our understanding that you have not "wired" the pleas of Messrs. Anderson, Banks, Dent, and Lockley – *i.e.*, you will accept each of their pleas whether or not the other plead, but you will not accept Mr. Bailey's unless each of them pleads. This is fundamentally unfair and is not a position we have ever seen your office take in years of negotiating guilty pleas in serious cases.

EXHIBIT B-15

**JA6622**

Christina Hoffman
Lauren Perry
February 21, 2019

 **ELLERMAN ENZINNA** PLLC

We do not believe your position is appropriate, or tenable, for several reasons. *First*, it is simply unfair to refuse to accept a defendant's offer to plead guilty – on terms you have acknowledged are acceptable to the government – because *other* defendants have not pled. Mr. Bailey is powerless to control his co-defendant's decisions, and those decisions do not bear on the question whether the agreement we have reached with regard to Mr. Bailey is an appropriate resolution of his case. Instead, it appears that you believe that if you are forced to try the case against one or more of Mr. Bailey's co-defendants, the government would obtain some tactical advantage by forcing him to trial despite his desire to plead guilty. We believe that it is inappropriate to make the government's tactical advantage against *other* defendants the determining factor in rejecting a plea agreement. *See* United States Attorneys' Manual § 9-27.420. We believe this is particularly true here, where Mr. Bailey faces a life sentence if convicted at trial.[1]

*Second*, the parties have reached a meeting of the minds on a plea agreement. This is clear from the history of our negotiations.

On March 30, 2018, your office notified us that the Department of Justice had authorized the case to proceed without the government seeking the death penalty. At a motions hearing on June 1, 2018, Mike Lawlor and Teresa Whalen had a brief discussion with you, which included discussion of the possibility that others would plead guilty if Messrs. Bailey and Johnson entered guilty pleas. On June 18, 2018, in response to an email expressing Mr. Bailey's desire to get below 30 for getting others to plead guilty, Ms. Hoffman indicated she was "running the idea of a wired plea up the chain", but it was "not looking promising so far". *Exhibit 1.* Thereafter, Mr. Lawlor and Ms. Whalen contacted most of the attorneys and gathered information on terms they were looking for in a guilty plea. This information was provided to you on July 19, 2018. *Exhibit 2.*

On August 3, 2018, in a telephone conference with Ms. Whalen and Michael Lawlor, you offered Mr. Bailey a (c) plea to 27-40 years' imprisonment. You specifically stated that you did not want Mr. Bailey to influence co-defendants to enter a guilty plea. Thus, although we had been talking about a possible "wired plea", that concept was not a part of the offer extended, as is clear from the fact that the fact Mr. Johnson accepted his plea offer and has already been sentenced.

On August 7, 2018, Mr. Lawlor asked the status and you responded that you were "still in the process of talking to all the other defense counsel". *Exhibit 3.* Soon thereafter, you contacted Ms. Whalen and indicated you could make the offer of 27-40 years, but you expect that Mr. Bailey will agree to the murders as part of the Statement of Facts.

---

[1] The U.S. Sentencing Guidelines provide for a 2-level reduction in Offense Level for a defendant who "clearly demonstrates acceptance of responsibility for his offense." U.S.S.G. § 3E.1. This reduction is not conditioned on a guilty plea, nor is it foreclosed by trial. Therefore, if Mr. Bailey is required to go to trial, and if he is convicted, we will ask for a two-level reduction, pursuant to U.S.S.G. § 3E1.1(a), at sentencing. Given that we have been notifying you that he will and has accepted the terms discussed above for months now, we will also request that the government make a motion for an additional one-level reduction pursuant to U.S.S.G. § 3E1.1(b).

Christina Hoffman
Lauren Perry
February 21, 2019



On August 15, 2019, we noted there might be a problem with including the James Edwards murder and you stated that would be a problem for the government. *Exhibit 4.*

The plea offer of 27 to 40 years was conveyed to Mr. Bailey, who was considering the offer. There was no deadline associated with this offer. On August 21, 2019, following an inquiry from Ms. Whalen about a specific number rather than 27 to 40, you responded by stating while the government prefers "the 27–40 range," you could probably get approval for "a straight 37, but no lower." *Exhibit 5.* This was conveyed to Mr. Bailey, who was considering these offers at the time of the status report to Judge Blake on September 21, 2018. *Exhibit 6.* After meeting with our client on September 28, 2018, we told you our client would accept a plea to 35 years, but in a conversation with Mr. Enzinna on October 3, 2018, you rejected that offer, saying that the government would accept Mr. Bailey's plea to a range of 27-40 years, in which case the government would recommend a sentence of 40 years. When Mr. Enzinna asked if the offer of 37 years remained on the table, you responded, "[t]hat's a good question." In this conversation, there was no discussion of a "wired" plea.

On October 5, 2018, before we had had an opportunity to discuss your offer with Mr. Bailey, you changed the offer. Now, you told Ms. Whalen in response to whether the 37 years remained on the table, that you "would accept a plea to a range of 27-40, or a straight 37, if Randy Banks, Devon Dent, Jamal Lockley, and Corloyd Anderson plead guilty." Our response was that it would be too difficult to get everyone on board so quickly because the defendants had been moved out of Baltimore. We requested the plea to 27 to 40 years, with the government recommending 37 if the others plead guilty before sentencing. You rejected this proposal, and we then asked you to write up the offer of 27 to 40 years to take to Mr. Bailey on Monday. You indicated you could not get approval by Monday, but the offer had already been approved. *Exhibit 7.* Thus, we believe we accepted the offer of 27 to 40 years at this point and it was incumbent upon you to get that in writing. In fact, we told you on October 9, 2018 that Mr. Bailey will sign the plea offer and that we would not have to deal with moving the trial date. *Exhibit 8.* The next day, we made sure everyone understood that we had accepted a plea for 27 to 40 because we could not guarantee the co-defendants would sign a plea in order for us to accept the offer of 37. We asked to meet to discuss this, but there was never a reply. *Exhibit 9.*

The case was then continued. Despite believing we had a plea agreement that simply needed to be put in writing, we nevertheless spent considerable time working with the co-defendants' attorneys to see if we could bring everyone together to present a global resolution of the case. On January 23, 2019, Mr. Enzinna called you to say that we had spoken with counsel for Corloyd Anderson, Randy Banks, Devon Dent, and Jamal Lockley, and proposing dates for a meeting between you and all counsel to discuss a global resolution to the case. You stated that you were not interested in holding such a meeting, because the offers you had made to the defendants were final, and there would be no further negotiation. However, you indicated that you would accept a plea from Mr. Bailey for 37 years.

Christina Hoffman
Lauren Perry
February 21, 2019

 ELLERMAN ENZINNA PLLC

Following a meeting with Mr. Bailey, we called you and made a counter-offer of 35 years' incarceration. You declined this but again stated Mr. Bailey could plead to 37 years. We asked you to send us the formal offer for 37 years so that Mr. Bailey could sign the document. *Exhibit 10.* Your response, more than a week later, was to state that although we had reached agreement on the terms of a plea agreement for Mr. Bailey, you would not extend a formal written offer unless and until Messrs. Anderson, Banks, Dent, and Lockley pled.

In light of the facts, we hope that you will agree that permitting Mr. Bailey to plead guilty to the terms on which we have agreed is the appropriate resolution of the charges against him, whether or not his co-defendants plead, and that you will execute the agreement we are providing. As a practical matter, a 37-year sentence would put him in prison until his late-70s, meaning that Mr. Bailey will likely die in prison in any event. But if you are unwilling to proceed with Mr. Bailey's plea, we will request a meeting with your supervisors to discuss the matter and, if necessary, will file a motion with the Court to enforce the plea agreement.

Sincerely

ELLERMAN ENZINNA, PLLC

Paul F. Enzinna

Teresa Whalen

**JA6625**

# *TERESA WHALEN*
## ATTORNEY AT LAW
### 801 WAYNE AVENUE
### SUITE 400
### SILVER SPRING, MARYLAND 20910

Admitted to Practice:
    Maryland
District of Columbia

E-Mail:Whalenesq@aol.com
Telephone (301) 588-1980
Facsimile  (301) 650-1789

February 14, 2019

Ms. Christina Hoffman
Ms. Lauren Perry
Assistant United States Attorneys
36 S. Charles St.
Suite 400
Baltimore, Maryland 21201-3119

      Re:   <u>United State v. Dante Bailey</u>,
           Criminal No. CCB-16-0267 (D. MD.)

Dear Counsel:

      This letter, together with the Sealed Supplement, confirms the plea agreement (this "Agreement") that has been offered to Dante Bailey (hereinafter "Defendant") by the United States Attorney's Office for the District of Maryland ("this Office"). The terms of the Agreement are as follows:

<div align="center"><u>Offenses of Conviction</u></div>

1.     The Defendant agrees to plead guilty to Counts One and Two of the Second Superseding Indictment, in which he is charged with racketeering conspiracy, in violation of 18 U.S.C. §1962(d), and conspiracy to distribute controlled substances, in violation of 21 U.S.C. §846. The Defendant admits that the Defendant is, in fact, guilty of the offenses and will so advise the Court.

<div align="center"><u>Elements of the Offenses</u></div>

2.     The elements of the offenses to which the Defendant has agreed to plead guilty, and which this Office would prove if the case went to trial, are as follows:

<u>Count One: Racketeering Conspiracy, 18 U.S.C. §1962(d)</u>

That from in or about 2011 continuing until on or about the date of the Second Superseding Indictment, in the District of Maryland,

<div align="center">**JA6626**</div>

a.   an enterprise existed as alleged in the Second Superseding Indictment;

b.   the enterprise affected interstate or foreign commerce;

c.   the Defendant was associated with or employed by the enterprise; and

d.   the Defendant knowingly and willfully conspired with one or more persons to conduct and participate in the affairs of the enterprise through a pattern of racketeering activity.

<u>Count Two: Drug Trafficking Conspiracy, 21 U.S.C. §846</u>

That from in or about 2011 continuing until or about the date of the Second Superseding Indictment, in the District of Maryland,

a.   an agreement existed between two or more persons to violate the drug laws of the United States by distributing or possessing with the intent to distribute heroin and cocaine base;

b.   that the Defendant was a party to, or member of, that agreement;

c.   that it was foreseeable to the Defendant that the conspiracy would distribute one kilogram or more of heroin and 280 grams or more of cocaine base; and

d.   the Defendant knowingly entered into that agreement.

<u>Penalties</u>

3.      The maximum penalties provided by statute for the offenses to which the Defendant is pleading guilty are as follows:

| COUNT | STATUTE | MAND.MIN. IMPRISON-MENT | MAX IMPRISON-MENT | MAX SUPERVISED RELEASE | MAX FINE | SPECIAL ASSESS-MENT |
|---|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1962(d) | N/A | Life | 5 years | $250,000 | $100 |
| 2 | 21 U.S.C. § 846 | 10 years | Life | 5 years | $10 million | $100 |

a.      Prison:  If the Court orders a term of imprisonment, the Bureau of Prisons has sole discretion to designate the institution at which it will be served.

b.      Supervised Release:  If the Court orders a term of supervised release, and the Defendant violates the conditions of supervised release, the Court may order the Defendant returned to custody to serve a term of imprisonment up to the entire original

2

**JA6627**

term of supervised release if permitted by statute, followed by an additional term of supervised release.

c.      Restitution:  The Court may order the Defendant to pay restitution pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

d.      Payment:  If a fine or restitution is imposed, it shall be payable immediately, unless the Court orders otherwise under 18 U.S.C. § 3572 (d).  The Defendant may be required to pay interest if the fine is not paid when due.

e.      Forfeiture:  The Court may enter an order of forfeiture of assets directly traceable to the offense, substitute assets, and/or a money judgment equal to the value of the property subject to the forfeiture.

f.      Collection of debts:  If the Court imposes a fine or restitution, this Office's Financial Litigation Unit will be responsible for collecting the debt.  If the Court establishes a schedule of payments, the Defendant agrees that: (1) the full amount of the fine or restitution is nonetheless due and owing immediately; (2) the schedule of payments is merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment; and (3) the United States may fully employ all powers to collect on the total amount of the debt as provided by law.  Until the debt is paid, the Defendant agrees to disclose all assets in which the Defendant has any interest or over which the Defendant exercises direct or indirect control.  Until the money judgment is satisfied, the Defendant authorizes this Office to obtain a credit report in order to evaluate the Defendant's ability to pay, and to request and review the Defendant's federal and state income tax returns.  The Defendant agrees to complete and sign a copy of IRS Form 8821 (relating to the voluntary disclosure of federal tax return information) and a financial statement in a form provided by this Office.

<u>Waiver of Rights</u>

4.      The Defendant understands that by entering into this Agreement, the Defendant surrenders certain rights as outlined below:

a.      If the Defendant had pled not guilty and persisted in that plea, the Defendant would have had the right to a speedy jury trial with the close assistance of competent counsel.  That trial could be conducted by a judge, without a jury, if the Defendant, this Office, and the Court all agreed.

b.      If the Defendant elected a jury trial, the jury would be composed of twelve individuals selected from the community.  Counsel and the Defendant would have the opportunity to challenge prospective jurors who demonstrated bias or who were otherwise unqualified, and would have the opportunity to strike a certain number of jurors peremptorily.  All twelve jurors would have to agree unanimously before the Defendant could be found guilty of any count.  The jury would be instructed that the

3

**JA6628**

Defendant was presumed to be innocent, and that presumption could be overcome only by proof beyond a reasonable doubt.

     c.     If the Defendant went to trial, the government would have the burden of proving the Defendant guilty beyond a reasonable doubt. The Defendant would have the right to confront and cross-examine the government's witnesses. The Defendant would not have to present any defense witnesses or evidence whatsoever. If the Defendant wanted to call witnesses in defense, however, the Defendant would have the subpoena power of the Court to compel the witnesses to attend.

     d.     The Defendant would have the right to testify in the Defendant's own defense if the Defendant so chose, and the Defendant would have the right to refuse to testify. If the Defendant chose not to testify, the Court could instruct the jury that they could not draw any adverse inference from the Defendant's decision not to testify.

     e.     If the Defendant were found guilty after a trial, the Defendant would have the right to appeal the verdict and the Court's pretrial and trial decisions on the admissibility of evidence to see if any errors were committed which would require a new trial or dismissal of the charges. By pleading guilty, the Defendant knowingly gives up the right to appeal the verdict and the Court's decisions.

     f.     By pleading guilty, the Defendant will be giving up all of these rights, except the right, under the limited circumstances set forth in the "Waiver of Appeal" paragraph below, to appeal the sentence. By pleading guilty, the Defendant understands that the Defendant may have to answer the Court's questions both about the rights being given up and about the facts of the case. Any statements that the Defendant makes during such a hearing would not be admissible against the Defendant during a trial except in a criminal proceeding for perjury or false statement.

     g.     If the court accepts the Defendant's plea of guilty, the Defendant will be giving up the right to file and have the Court rule on pretrial motions, and there will be no further trial or proceeding of any kind in the above-referenced criminal case, and the Court will find the Defendant guilty.

     h.     By pleading guilty, the Defendant will also be giving up certain valuable civil rights and may be subject to deportation or other loss of immigration status, including possible denaturalization. The Defendant recognizes that if the Defendant is not a citizen of the United States, or is a naturalized citizen, pleading guilty may have consequences with respect to the Defendant's immigration status. Under federal law, conviction for a broad range of crimes can lead to adverse immigration consequences, including automatic removal from the United States. Removal and other immigration consequences are the subject of a separate proceeding, however, and the Defendant understands that no one, including the Defendant's attorney or the Court, can predict with certainty the effect of a conviction on immigration status. The Defendant is not relying on any promise or belief about the immigration consequences of pleading guilty. The

4

Defendant nevertheless affirms that the Defendant wants to plead guilty regardless of any potential immigration consequences.

### Advisory Sentencing Guidelines Apply

5.      The Defendant understands that the Court will determine a sentencing guideline range for this case (henceforth the "advisory guidelines range") pursuant to the Sentencing Reform Act of 1984 at 18 U.S.C. § 3551-3742 (excepting 18 U.S.C. § 3553(b)(1) and 3742(e)) and 28 U.S.C. §§ 991 through 998. The Defendant further understands that the Court will impose a sentence pursuant to the Sentencing Reform Act, as excised, and must take into account the advisory guidelines range in establishing a reasonable sentence.

### Factual and Advisory Guidelines Stipulation

6.      a.      This Office and the Defendant stipulate and agree to the Statement of Facts set forth in Attachment A, which is incorporated by reference herein.  This Office and the Defendant further stipulate and agree that pursuant to U.S.S.G. § 2E1.1(a), the offense level for racketeering conspiracy is the greater of offense level 19 or the offense level applicable to the underlying racketeering activity.  Pursuant to U.S.S.G. § 1B1.3, the underlying racketeering activities in this case involve acts, committed, aided, abetted, counseled, commanded, induced, or willfully caused by the Defendant, as well as all those acts reasonably foreseeable to him in furtherance of the jointly undertaken criminal enterprise, and include, among others:

      i.      Murder, chargeable under MD. Code Ann., Crim. Law §§ 2-201, 2-204, 2-205, and 2-206, and under the Common Law of Maryland punishable pursuant to Md. Code Ann., Crim. Law §§ 1-201, 1-202;

      ii.      Conspiracy to distribute and possess with the intent to distribute heroin and cocaine base, in violation of 21 U.S.C. § 846(b)(1)(A); and

      iii.      Distribution and possession with intent to distribute heroin and cocaine base, in violation of 21 U.S.C. § 841(b).

With respect to the murder of James Edwards, the base offense level is 43 pursuant to U.S.S.G. § 2A1.1(a).  With respect to the conspiracy to distribute and possess with intent to distribute heroin and cocaine base, the base offense level is 30 pursuant to U.S.S.G. § 2D1.1(c)(5).

      b.      Pursuant to U.S.S.G. § 2E1.1 n.1, each underlying racketeering offense is treated as a separate count of conviction.  This Office and the Defendant stipulate and agree that the combined offense level is **45** pursuant to U.S.S.G. § 3D1.4.

5

**JA6630**

      c.      This Office does not oppose a **2-level reduction** in the Defendant's adjusted offense level pursuant to U.S.S.G. § 3E1.1(a), based upon the Defendant's apparent prompt recognition and affirmative acceptance of personal responsibility for the Defendant's criminal conduct.  This Office agrees to make a motion pursuant to U.S.S.G. § 3E1.1(b) for an additional one level decrease in recognition of the Defendant's acceptance of personal responsibility for the Defendant's conduct. This Office may oppose any adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1(a) and may decline to make a motion pursuant to U.S.S.G. § 3E1.1(b), if the Defendant: (i) fails to admit each and every item in the factual stipulation; (ii) denies involvement in the offense; (iii) gives conflicting statements about the Defendant's involvement in the offense; (iv) is untruthful with the Court, this Office, or the United States Probation Office; (v) obstructs or attempts to obstruct justice prior to sentencing; (vi) engages in any criminal conduct between the date of this Agreement and the date of sentencing; (vii) attempts to withdraw the plea of guilty; or (viii) violates this Agreement in any way.

7.      There is no agreement as to the Defendant's criminal history and the Defendant understands that the Defendant's criminal history could alter the Defendant's offense level. Specifically, the Defendant understands that the Defendant's criminal history could alter the final offense level of the Defendant is determined to be a career offender or if the instant offense was a part of a pattern of criminal conduct from which the Defendant derived a substantial portion of the Defendant's income.

8.      Other than as set forth above, no other offense characteristics, sentencing guidelines factors, potential departures or adjustments set forth in the United States Sentencing Guidelines are in dispute or will be raised in calculating the advisory guidelines range.

9.      The parties stipulate and agree pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) that a sentence of **444 months of incarceration in the custody of the Bureau of Prisons** is the appropriate disposition of this case taking into consideration the nature and circumstances of the offense, the Defendant's criminal history, and all of the other factors set forth in 18 U.S.C.§ 3553(a).  This Agreement does not affect the Court's discretion to impose any lawful term of supervised release or fine or to set any lawful conditions of probation or supervised release.  In the event that the Court rejects this Agreement, except under the circumstances noted below, either party may elect to declare the Agreement null and void.  Should the Defendant so elect, the Defendant will be afforded the opportunity to withdraw his plea pursuant to the provisions of Federal Rule of Criminal Procedure 11(c)(5). The parties agree that if the Court finds that the Defendant engaged in obstructive or unlawful behavior and/or failed to acknowledge personal responsibility as set forth herein, neither the Court not the Government will be bound by the specific sentence contained in this Agreement, and the Defendant will not be able to withdraw his plea.

<u>Obligations of the Parties</u>

6

background, character, and conduct that this Office deems relevant to sentencing, including the conduct that is the subject of any counts of the Indictment. At the time of sentencing, this Office will move to dismiss any open counts against the Defendant.

<div align="center">

Waiver of Appeal
</div>

11.    In exchange for the concessions made by this Office and the Defendant in this Agreement, this Office and the Defendant waive their rights to appeal as follows:

      a.    The Defendant knowingly waives all right, pursuant to 28 U.S.C.§ 1291 or any other statute or constitutional provision, to appeal the Defendant's conviction on any ground whatsoever. This includes a waiver of all right to appeal the Defendant's conviction on the ground that the statute(s) to which the Defendant is pleading guilty is unconstitutional, or on the ground that the admitted conduct does not fall within the scope of the statute(s).

      b.    The Defendant and this Office knowingly and expressly waive all rights conferred by 18 U.S.C.§ 3742 to appeal whatever sentence is imposed (including any term of imprisonment, fine, term of supervised release, or order of restitution) for any reason (including the establishment of the advisory sentencing guidelines range, the determination of the Defendant's criminal history, the weighing of the sentencing factors, and any constitutional challenges to the calculation and imposition of any term of imprisonment, fine, order of forfeiture, order of restitution, and term or condition of supervised release), except as follows:

      (i)    The Defendant reserves the right to appeal any sentence that exceeds the statutory maximum; and

      (ii)    This Office reserves the right to appeal any sentence below a statutory minimum; and

      (iii)    The Defendant reserves the right to appeal the sentence of imprisonment if the total term of imprisonment exceeds 444 months; and

      (iv)    This Office reserves the right to appeal the sentence of imprisonment if the total term of imprisonment is less than 444 months.

      c.    The Defendant waives any and all rights under the Freedom of Information Act relating to the investigation and prosecution of the above-captioned matter and agrees not to file any request for documents from this Office or any investigating agency.

<div align="center">

Forfeiture
</div>

12.    a.    The Defendant understands that the Court may enter an Order of Forfeiture as part of the Defendant's sentence, and that the Order of Forfeiture may

<div align="center">

7

**JA6632**
</div>

12.   a.   The Defendant understands that the Court may enter an Order of Forfeiture as part of the Defendant's sentence, and that the Order of Forfeiture may include assets directly traceable to the offense(s), substitute assets, and/or a money judgment equal to the value of the property derived from, or otherwise involved in, the offenses.

b.   Specifically, but without limitation on the government's right to forfeit all property subject to forfeiture as permitted by law, the Defendant agrees to forfeit to the United States all of the Defendant's right, title, and interest in the following items that the Defendant agrees constitutes money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's illegal activities, including: any and all firearms and ammunition seized in connection with this conspiracy.

c.   The Defendant agrees to consent to the entry of orders of forfeiture for the property described in the two above subparagraphs and waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, advice regarding the forfeiture at the change-of-plea hearing, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.

d.   The Defendant agrees to assist fully in the forfeiture of the above property. The Defendant agrees to disclose all assets and sources of income, to consent to all requests for access to information related to assets and income, and to take all steps necessary to pass clear title to the forfeited assets to the United States, including executing all documents necessary to transfer such title, assisting I bringing any assets located outside of the United States within the jurisdiction of the United States, and taking whatever steps are necessary to ensure that assets subject to forfeiture are made available for forfeiture.

e.   The Defendant waives all challenges to any forfeiture carried out in accordance with this Agreement on any grounds, including any and all constitutional, legal, equitable, statutory, or administrative grounds brought by any means, including through direct appeal, habeas corpus petition, or civil complaint.  The Defendant will not challenge or seek review of any civil or administrative forfeiture of any property subject to forfeiture under this Agreement, and will not assist any third party with any challenge or review or any petition for remission of forfeiture.

## Defendant's Conduct Prior to Sentencing and Breach

13.   a.   Between now and the date of the sentencing, the Defendant will not engage in conduct that constitutes obstruction of justice under U.S.S.G. § 3C1.1; will not violate any federal, state, or local law; will acknowledge guilty to the probation officer and the Court; will be truthful in any statement to the Court, this Office, law enforcement

8

**JA6633**

b.      If the Defendant engages in conduct prior to sentencing that violates the above paragraph of this Agreement, and the Court finds a violation by a preponderance of the evidence, then: (i) this Office will be free from its obligations under this Agreement; (ii) this Office may make sentencing arguments and recommendations different from those set out in this Agreement, even if the Agreement was reached pursuant to Rule 11(c)(1)(C); and (iii) in any criminal or civil proceeding, this Office will be fee to use against the Defendant all statements made by the Defendant and any of the information or materials provided by the Defendant, including statements, information, and materials provided pursuant to this Agreement, and statements made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure. A determination that this Office is released from its obligations under this Agreement will not permit the Defendant to withdraw the guilty plea. The Defendant acknowledges that the Defendant may not withdraw the Defendant's guilty plea – even if made pursuant to Rule 11(c)(1)(C) – if the Court finds that the Defendant breached the Agreement. In that event, neither the Court nor the Government will be bound by the specific sentence or sentencing range agreed and stipulated to herein pursuant to Rule 11(c)(1)(C).

## Court Not a Party

14.      The Court is not a party to this Agreement. The sentence to be imposed is within the sole discretion of the Court. The Court is not bound by the Sentencing Guidelines stipulation in this Agreement. The Court will determine the facts relevant to sentencing. The Court is not required to accept any recommendation of stipulation of the parties. The Court has the power to impose a sentence up to the maximum penalty allowed by law. In the event the Court rejects this Rule 11(c)(1)(C) plea agreement, the Defendant will be informed that he may withdraw his plea pursuant to 11(c)(5)(C). If he persists in the guilty plea thereafter, the Defendant understands that the disposition of the case may be less favorable than that contemplated by this Agreement. Neither the prosecutor, defense counsel, nor the Court can make a binding prediction, promise, or representation as to what guidelines range or sentence the Defendant will receive. The Defendant agrees that no one has made such a binding prediction or promise.

## Entire Agreement

15.      This letter, together with the Sealed Supplement, constitutes the complete plea agreement in this case. This letter, together with the Sealed Supplement, supersedes any prior understandings, promises, or conditions between this Office and the Defendant. There are no other agreements, promises, undertakings, or understandings between the Defendant and this Office other than those set forth in this letter and the Sealed Supplement. No changes to this Agreement will be effective unless in writing, signed by all parties, and approved by the Court.

If the Government fully accepts each and every term and condition of this Agreement, please sign where indicated.

9

**JA6634**

If the Government fully accepts each and every term and condition of this
Agreement, please sign where indicated.

10

**JA6635**

Very truly yours,

Teresa Whalen

Paul Enzinna

I have read this Agreement, including the Sealed Supplement, and carefully reviewed every part of it with my attorney. I understand it and I voluntarily agree to it. Specifically, I have reviewed the Factual and Advisory Guidelines Stipulation with my attorney and I do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

2/18/19
Date

Dante Bailey
Defendant

I am the Defendant's attorney. I have carefully reviewed every part of this Agreement, including the Sealed Supplement, with the Defendant. The Defendant advises me that the Defendant understands and accepts its terms. To my knowledge, the Defendant's decision to enter into this Agreement is an informed and voluntary one.

2/18/19
Date

Teresa Whalen, Esq.

On behalf of the United States of America, the government agrees and accepts the terms outlined in the Agreement.

Date

Christina Hoffman
Assistant United States Attorney

Teresa Whalen

10

**JA6636**