UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 20-4193, US v. Corloyd Anderson

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> US v. Frazier, No. 22-4368, currently pending in this Court, arises from the same investigation and indictment, involving a co-defendant who was severed, tried and convicted separately from Appellant. It raises a similar issue regarding the legal implications of Det. Louvado's misconduct. Specifically, both appeals raise the issue of whether the appellants are entitled to relief because of material omissions in the wiretap and search warrant affidavits submitted by the detective who concealed his own criminal activity from the issuing judges.

Signature: /s/ Carmen D. Hernandez     Counsel for: Corloyd Anderson, Appellant

Date: 2/21/24

**File using event:** RESPONSE/ANSWER (to Similar Case notice)