## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 21, 2024

_____

COPY FOLLOW-UP NOTICE

_____

No. 19-4620 (L), <u>US v. Randy Banks</u>
                1:16-cr-00267-CCB-5

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 02/26/2024**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Response Brief | 4 | Government |

<u>/s/ NWAMAKA ANOWI, CLERK</u>
