UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 19-4620(L) Consoilidated:  United States v. Randy Banks, et .

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> The government concurs with defense counsel (ECF #s 148, 151, and 153) that United States v. Sydni Frazier, Appeal No. 22-4368, which involves a co-defendant whose case was severed from that of the appellants here and then tried separately, shares a common factual basis with Issue I presented in this consolidated appeal.  Frazier (Issue IV) also raised unsuccessful post-trial challenges to evidence obtained as a result of search warrant affidavits drafted in whole or in part by a police officer who was later learned to have stolen contraband from a drug seizure in an unrelated case in 2009.

Signature: _____  Counsel for: _____United states_____

Date: 3/6/24

**File using event:** RESPONSE/ANSWER (to Similar Case notice)