IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Appeal No. 19-4826 |
| | * | |
| JAMAL LOCKLEY, et al., | * | |
| | * | |
| Defendants | * | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now attorney Allen H. Orenberg, counsel for Jamal Lockley, and respectfully requests the entry of an order permitting counsel to withdraw in this appeal.

In support of this Motion, counsel states the following:

1. On July 18, 2024, this Court issued a published opinion (and judgment order) denying Appellant's appeal. [ECF 171/172]

2. On August 12, 2024, a Petition for Writ of Certiorari was filed in the United States Supreme Court, as No. 24-5300. [ECF 184]

3. On October 7, 2024, the Petition for Writ of Certiorari filed in the United States Supreme Court (No. 24-5300) was denied. [ECF 186]

4. On October 11, 2024 counsel sent Mr. Lockley (postage pre-paid first class mail) a copy of this Motion and informed him that he had seven (7) calendar days to respond, should he choose to do so. Counsel has also completed the Certiorari Status Form. [ECF 185, filed on 8/28/2024]

1

**WHEREFORE**, for the foregoing reasons and such other reasons that may appear just and proper, Attorney Allen H. Orenberg, counsel for the appellant, respectfully moves this Court for the entry of an order permitting him to withdraw as counsel in this appeal.

Respectfully submitted,

_____
Allen H. Orenberg
The Orenberg Law Firm, LLC
200-A-Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. (301) 807-3847
Fax No. (240) 238-6701
aorenberg@orenberglaw.com
(Appointed By The Court)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2024, a copy of the foregoing Motion to Withdraw as Counsel was served via CM/ECF to all registered persons in this cause, and via postage prepaid first class mail to:

Jamal Lockley, #62443-037
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

_____
Allen H. Orenberg